D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FOLEY,

Plaintiff,

- against -

LOEB, et al.,

Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 31 2006 ★
BROOKLYN OFFICE

**ORDER**

05-CV-3264 (NGG)

For the reasons stated on the record at the pre-motion conference held today, this case is hereby sua sponte transferred to the District of Rhode Island pursuant to 28 U.S.C. § 1406(a). The Clerk of the Court is directed to transfer the case to the United States District Court for the District of Rhode Island.

SO ORDERED.

Dated: January 30, 2006
Brooklyn, New York

/s/
NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

A TRUE COPY
ATTEST
DATED Feb 1 2006
ROBERT C. HEINEMANN
CLERK
BY J. Lee
DEPUTY CLERK

1

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:05-cv-03264-NGG-CLP

| | |
|---|---|
| Foley et al v. Loeb et al<br>Assigned to: Judge Nicholas G. Garaufis<br>Referred to: Magistrate-Judge Cheryl L. Pollak<br>Cause: 28:1331 Fed. Question: Personal Injury | Date Filed: 07/08/2005<br>Jury Demand: Defendant<br>Nature of Suit: 340 Marine<br>Jurisdiction: Diversity |

**Plaintiff**

**Jack Foley** represented by **Brian Preston Heermance**
Morrison Mahoney LLP
17 State Street
Suite 1110
New York, NY 10004
(212) 825-1212
Fax: (212)825-1313
Email: bheerman@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary O'Donoghue** represented by **Brian Preston Heermance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Robbins** represented by **Brian Preston Heermance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven M. Loeb**

**Defendant**

**Blad Co.**

**Defendant**

A TRUE COPY
ATTEST Feb 1, 2006
DATED
ROBERT C. HEINEMANN
CLERK
BY DEPUTY CLERK

**William Tripp**
*Individually*
*doing business as*
Tripp Design Naval Architecture

represented by **Patricia M. Gaug**
Patricia M. Gaug, Esq.
21 Twin Cedar Lane
Northport, NY 11768
US
631-757-5267
Fax: 631-757-5267
Email: pmgaug@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Dailey**

**Defendant**

**Tripp Naval Architecture**

**Cross Claimant**

**Steven M. Loeb**

represented by **Joseph E. Donat**
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005
212-471-8463
Fax: 212-344-3333
Email: jdonat@herzfeld-rubin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**William Tripp**
*Individually*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2005 | 1 | COMPLAINT against William Tripp, Steven M. Loeb, Blad Co. $ 250, filed by Jack Foley, Mary O'Donoghue, David Robbins. (Attachments: # 1 Civil Cover Sheet)(Villanueva, William) (Entered: 07/13/2005) |
| 07/08/2005 | | Summons Issued as to William Tripp, Steven M. Loeb, Blad Co.. (Villanueva, William) (Entered: 07/13/2005) |
| 09/21/2005 | 2 | AMENDED COMPLAINT against William Tripp, Steven M. Loeb, Blad Co., filed by Jack Foley, Mary O'Donoghue, David Robbins.(Sophocleous, Demetra) (Entered: 09/21/2005) |

| | | |
|---|---|---|
| 09/21/2005 | 3 | AMENDED SUMMONS against William Tripp, Steven M. Loeb, Blad Co., filed by Jack Foley, Mary O'Donoghue, David Robbins.(Sophocleous, Demetra) (Entered: 09/21/2005) |
| 09/22/2005 | | Counsel failed to ADD newly appearing party when filing Amended Complaint. Party Kevin Dailey has been added as party to this action as per #2, Amended Complaint, by the Clerk. Document #3 has had its description modified to properly identitfy it as a summons. (Lee, Tiffeny) (Entered: 09/22/2005) |
| 09/28/2005 | 4 | AFFIDAVIT by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 09/28/2005) |
| 09/28/2005 | 5 | AFFIDAVIT by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 09/28/2005) |
| 10/20/2005 | 6 | NOTICE of Appearance by Patricia M. Gaug on behalf of William Tripp (Gaug, Patricia) (Entered: 10/20/2005) |
| 10/20/2005 | 7 | STIPULATION *re Extension of Time to file response* by William Tripp. (Gaug, Patricia) (Entered: 10/20/2005) |
| 10/20/2005 | 8 | Letter from Patricia M. Gaug to Judge Pollak Regarding stipulation for extension of time. (Gaug, Patricia) (Entered: 10/20/2005) |
| 10/21/2005 | 9 | AFFIDAVIT *filed by the plaintiffs* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 10/21/2005) |
| 10/21/2005 | 10 | AFFIDAVIT *filed by the plaintiffs* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 10/21/2005) |
| 10/21/2005 | 11 | AFFIDAVIT *filed by plaintiffs* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 10/21/2005) |
| 10/21/2005 | 12 | AFFIDAVIT *filed by plaintiffs* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 10/21/2005) |
| 10/21/2005 | 13 | AFFIDAVIT *filed by plaintiffs* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 10/21/2005) |
| 10/25/2005 | | Email Notification Test - DO NOT REPLY (Mahon, Cinthia) (Entered: 10/25/2005) |
| 10/27/2005 | 14 | STIPULATION AND ORDER: Deft. William Tripp, individually and d/b/a William Tripp Naval Architecture's time to answer the complaint has been extended up to and including 11/28/05. Deft. William Tripp reserves, and expressly does not waive, his right to assert all available rights and defenses as may pertain to him. Ordered by Judge Cheryl L. Pollak on 10/20/05. (Permaul, Jenny) (Entered: 10/27/2005) |
| 11/18/2005 | 15 | MOTION to Substitute Attorney by Tripp Naval Architecture, William Tripp. (Hallakorpi, Mika) (Entered: 11/18/2005) |

| | | |
|---|---|---|
| 11/18/2005 | 16 | CERTIFICATE OF SERVICE by William Tripp, Tripp Naval Architecture re 15 MOTION to Substitute Attorney (Hallakorpi, Mika) (Entered: 11/18/2005) |
| 11/18/2005 | 17 | NOTICE of Appearance by Mika Tapani Hallakorpi on behalf of William Tripp, Tripp Naval Architecture (Hallakorpi, Mika) (Entered: 11/18/2005) |
| 11/18/2005 | 18 | CERTIFICATE OF SERVICE by William Tripp, Tripp Naval Architecture re 17 Notice of Appearance (Hallakorpi, Mika) (Entered: 11/18/2005) |
| 11/18/2005 | 19 | STIPULATION re 2 Amended Complaint by William Tripp, Tripp Naval Architecture. (Hallakorpi, Mika) (Entered: 11/18/2005) |
| 12/15/2005 | 20 | STIPULATION re 2 Amended Complaint *in which defendant may respond is extended up to and including 01/13/06* by William Tripp, Tripp Naval Architecture. (Hallakorpi, Mika) (Entered: 12/15/2005) |
| 12/20/2005 | 21 | Letter from John K. Fulweiler to Hon. Nicholas G. Garaufis Regarding seeking permission to make motion to dismissal for lack of personal jurisdiction, alternatively, motion to change venue. (Hallakorpi, Mika) (Entered: 12/20/2005) |
| 12/22/2005 | 22 | STIPULATION *filed* by Jack Foley, Mary O'Donoghue, David Robbins. (Sophocleous, Demetra) (Entered: 12/22/2005) |
| 01/04/2006 | 23 | AMENDED ANSWER to *AMENDED COMPLAINT*, CROSSCLAIM against William Tripp by Steven M. Loeb. (Donat, Joseph) (Entered: 01/04/2006) |
| 01/04/2006 | 24 | AFFIDAVIT of Service for Amended Answer to Amended Complaint served on Morrison Mahoney, LLP and DeOrchis & Partners, LLP on January 4, 2006, filed by Steven M. Loeb. (Donat, Joseph) (Entered: 01/04/2006) |
| 01/13/2006 | 25 | STIPULATION re 2 Amended Complaint, 23 Amended Answer to Complaint, Crossclaim *Extending Time by Which to Respond* by William Tripp, Tripp Naval Architecture. (Hallakorpi, Mika) (Entered: 01/13/2006) |
| 01/30/2006 | 26 | Minute Entry for proceedings held before Nicholas G. Garaufis: Pre Motion Conference held on 1/30/2006. Sua Sponte tranfer of case to the District fo Rhode Island. (Court Reporter Allan Sherman) (Lee, Tiffeny) (Entered: 02/01/2006) |
| 01/31/2006 | 27 | ORDER: This case is hereby sua sponte transferred to the District of Rhode Island. Ordered by Judge Nicholas G. Garaufis on January 30, 2006. (c/m-ecf) A certified copy of transfer order and docket sheet sent along with cover letter advising that all documents may be accessed and downloaded via PACER has been sent to the District Clerk of Rhode Island.(Lee, Tiffeny) (Entered: 02/01/2006) |

| | | |
|---|---|---|
| 02/01/2006 | 28 | Letter from District Clerk, EDNY to District Clerk, RI regarding transfer of case, FedEx Tracking Number 8408 1010 3310. (Lee, Tiffeny) (Entered: 02/01/2006) |