UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE, and DAVID ROBBINS, Plaintiffs | ) | C.A. No. 06-0053-ML-LDA |
| vs. | ) | |
| STEVEN M. LOEB, BLAD CO., WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendants | ) | ENTRY OF APPEARANCE |

Now come Benjamin V. White and Michael J. Daly and hereby enter their appearances on behalf of defendants William Tripp, Individually and d/b/a Tripp Design Naval Architecture in the above-captioned matter.

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: February 10, 2006

CERTIFICATE OF SERVICE

To:

Charles A. Cook, Esq.
Gareth A. Notis, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02110

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

I hereby certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 10th day of February, 2006.

Lisa A. Larivière