FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE, and DAVID ROBBINS, Plaintiffs | ) | C.A. No. 06-0053-ML-LDA |
| vs. | ) | |
| STEVEN M. LOEB, BLAD CO., WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendants | ) | |

**DEFENDANT TRIPP'S MOTION TO EXTEND TIME TO ANSWER THE AMENDED COMPLAINT AND CROSS-CLAIM**

Defendant William Tripp, Individually, and d/b/a Tripp Design Naval Architecture ("Tripp"), moves to extend the time in which to respond to plaintiffs' complaint and to the cross-claim filed by defendants Steven M. Loeb and Blad Co. (together "cross-claimants") until March 10, 2006. Pursuant to Local Rule 7(a), Tripp provides a brief statement of reasons why the motion to extend should be granted.

This case was transferred to this Court from the United States District Court, Eastern District of New York, on January 30, 2006. Pursuant to an earlier stipulation entered in the New York Court, Tripp had until February 10, 2006 to respond to the amended complaint and to the cross-claim. Since the case has been transferred, counsel for plaintiffs and cross-claimants have agreed to an additional extension, until March 10, 2006, for Tripp to respond to the amended complaint and to the cross-claim. Counsel for plaintiffs and cross-claimants assent to this motion.

Granted. Mary M. Lisi
USDJ 2/14/06

For the reasons set forth above, and with the consent of plaintiffs and cross-claimants, Tripp respectfully requests that this Court grant the motion to extend time for Tripp to respond to the amended complaint and to the cross-claim until March 10, 2006.

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
VETTER & WHITE
Attorneys for Defendant William Tripp, Individually, and d/b/a Tripp Design Naval Architecture
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: February 10, 2006