UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 02 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE, and DAVID ROBBINS, Plaintiffs | ) | C.A. No. 06-0053-MLT-LDA |
| vs. | ) | |
| STEVEN M. LOEB, BLAD CO., WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendants | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, William Tripp, individually, and d/b/a Tripp Design Naval Architecture hereby moves that JOHN K. FULWEILER be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

WILLIAM TRIPP, INDIVIDUALLY, AND
D/B/A TRIPP DESIGN NAVAL
ARCHITECTURE

Michael J. Daly

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: February 28, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of: Arkansas, Florida, New York, New Jersey, and of the following Federal District Court and/or Court of Appeals Bar(s): Southern and Eastern Districts of New York, Southern District of Florida, District of New Jersey, and District of Connecticut and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted or any crime other than minor traffic offenses. (If applicant has been convicted, please provide a full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

John K. Fulweiler, Jr., Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700 - Tel.
(212) 422-5299 - Fax
jfulweiler@marinelex.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

---

**ORDER**

This motion is hereby __________________________.

_________________________________
U.S. District Judge
Date:_____________________________

**CERTIFICATE OF SERVICE**

To:

Charles A. Cook, Esq.
Gareth A. Notis, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02110

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

I hereby certify that I served on the above-named counsel of record a copy of the within Motion for Pro Hac Vice by mailing first class mail, postage prepaid, on the 28th day of February, 2006.

Cynthia Dragon