**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-ML-LDA

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS<br>Plaintiffs,<br><br>v.<br><br>STEVEN M. LOEB,<br>BLAD CO. AND WILLIAM TRIPP,<br>Individually and d/b/a TRIPP DESIGN<br>NAVAL ARCHITECTURE<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**

Please withdraw my appearance of the undersigned as attorney for Jack Foley, Mary O'Donoghue and David Robbins.

MORRISON MAHONEY LLP
Attorneys for Plaintiffs
JACK FOLEY, MARY O'DONOGHUE AND
DAVID ROBBINS

BY: Demi Sophocleous
Demi Sophocleous, Esq. (~~BPH~~ DS6450)
17 State Street
New York, NY 10004
(212) 825-1212