**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-ML-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants.

## NOTICE OF WITHDRAWAL

Please withdraw my appearance of the undersigned as attorney for Jack Foley, Mary O'Donoghue and David Robbins.

MORRISON MAHONEY LLP
Attorneys for Plaintiffs
JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS

BY:____________________
Brian P. Heermance, Esq. (BPH 6805)
17 State Street
New York, NY 10004
(212) 825-1212