**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-ML-LDA

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS<br>Plaintiffs, | ) |
| v. | ) |
| STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins, in the above-captioned action.

As required by LR Gen 206(e)(1), I certify that I am familiar with the case, and will be prepared to address any matters pending without delaying the case.

MORRISON MAHONEY LLP
Attorneys for Plaintiffs
JACK FOLEY, MARY O'DONOGHUE AND
DAVID ROBBINS

BY: ______________________

John P. Graceffa, Esq. (RI Bar # 5201)
Morrison Mahoney LLP
250 Summer Street
Boston. MA 02210
Phone: 617-439-7500
Fax: 617-342-4936