UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-0053-ML-LDA

FILED
MAR 0 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB,
BLAD CO. AND WILLIAM TRIPP,
Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs Jack Foley, Mary O'Donoghue and David Robbins hereby move that (i) Gareth W. Notis, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified in the ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION and (ii) that local counsel be excused from attending all court proceedings.

MORRISON MAHONEY LLP
Attorneys for Plaintiffs
JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS

BY: ______________________
Gareth W. Notis, Esq. (MA BBO# 637814)
250 Summer Street
Boston, MA 02210
617-439-7500

DATED: February 28th, 2006

990789v1