UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, et al.,
Plaintiff(s)

v. Dkt. No. 06-0053-ML-LDA

STEVEN M. LOEB, et al.,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

XXXXXXXXDefendant William Tripp, Individually, and d/b/a Tripp Design Naval Architecture hereby moves that Cary R. Wiener be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(XXXXXXXXDefendant) William Tripp, Individually, and d/b/a Tripp Design Naval Architecture
By: Michael J. Daly, Esq.
Bar ID No.: 6729
Address: Vetter & White
20 Washington Place
Providence, RI 02903
mdaly@vetterandwhite.com

DATED: March 10, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of (see attached) ________ and of the following Federal District Court and/or Court of Appeals Bar(s) ________, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Cary R Wiener
Signature of *Pro Hac Vice* Applicant

Cary R. Wiener #CW-5766
Print Name State Bar ID #

DeOrchis & Partners, LLP
Firm Name

61 Broadway - 26th Floor
Business Address

New York, NY 10006-2802

(212) 344-4700 (212) 422-5299
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Michael J. Daly
Signature of Local Counsel

Michael J. Daly, Esq., #6729
Print Name R.I. Bar ID #

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

Tel. # (401) 421-3060 Fax # (401) 272-6803

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

To:

Charles A. Cook, Esq.
Gareth A. Notis, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

I hereby certify that I served on the above-named counsel of record a copy of the within Motion for Admission Pro Hac Vice by mailing first class mail, postage prepaid, on the 10th day of March, 2006.

Melanie Sorotto

**EXHIBIT A**

**Bar Admissions of Cary R. Wiener**

State Bar Admissions: New York, New Jersey, District of Columbia, Connecticut, Massachusetts, and Pennsylvania

Federal District Court Bar Admissions: United States District Courts for the Districts of New York, New Jersey, District of Columbia, Connecticut, Massachusetts, and Pennsylvania

Federal Appellate Court Admissions: Second, Third, Fifth, Seventh and Eleventh Circuits; Federal Maritime Commission Bar, and United States Supreme Court