06 038 TCP:SH 3/10/06

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 ML-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

**ANSWER OF DEFENDANTS, WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE TO THE CROSSCLAIM OF DEFENDANTS, STEPHEN M. LOEB AND BLAD CO.**

The defendant, William Tripp, Individually, and d/b/a Tripp Design Naval Architecture, (hereinafter William Tripp) for answer to the crossclaim of defendants, Stephen M. Loeb and Blad Co., hereby states the following:

FIRST DEFENSE

Said defendant neither admits nor denies the allegations contained in paragraph 108.

Said defendant denies the allegations contained in paragraphs 109 and 110.

SECOND DEFENSE

The crossclaim fails to state a claim upon which relief may be granted.

THIRD DEFENSE

Any injuries or damages allegedly sustained resulted from a sudden emergency and marine peril over which this defendant had no control.

FOURTH DEFENSE

Any injuries or damages allegedly sustained resulted from the conduct of third persons for which this defendant is not liable.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

John P. Graceffa, Esq.
Charles A. Cook Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: March 10, 2006