06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 ML-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

THIRD-PARTY COMPLAINT OF DEFENDANT WILLIAM TRIPP
INDIVIDUALLY AND d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

1. This is a case of admiralty and maritime jurisdiction within the meaning of F.R.C.P. 9(h) and 14(c).

2. This court has jurisdiction pursuant to 28 USC Section 1333.

3. The plaintiffs have filed an amended complaint against the defendant William Tripp, individually and d/b/a Tripp Design Naval Architecture (hereinafter William Tripp),among others, seeking damages allegedly resulting from negligent conduct by defendant William Tripp while acting as tactician on the sailing vessel Sirena causing it to collide with the sailing vessel Sforzando. A copy of the amended complaint is attached.

4. The collision in question occurred within navigable waters of the United States.

5. At the time of the collision in question, the sailing vessel Sforzando was owned by the third-party defendant Blair Brown and was being operated and controlled by the agent of the said owner as skipper.

6. At the time and place in question, the conduct of the third-party defendant was negligent and the vessel was unseaworthy.

7. If the defendant William Tripp is found liable to the plaintiffs, which liability is hereby expressly denied, then the defendant, William Tripp, will be entitled to indemnity or contribution for all sums for which he may be found liable to the plaintiffs.

WHEREFORE, the defendant William Tripp demands judgment against the third-party defendant Blair Brown for indemnity or contribution for all sums for which he may be found liable to the plaintiffs plus costs.

Thomas C. Plunkett (1662)
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 TEL
(401) 331-7123 FAX

Said defendant hereby requests a trial by jury.

Thomas C. Plunkett (1662)
KIERNAN PLUNKETT & REDIHAN

TO Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

John P. Graceffa, Esq.
Charles A. Cook Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: March 20, 2006

Barbara Braun
________________________