UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 06-0053 ML-LDA |
| STEVEN M. LOEB, BLAD CO., AND WILLIAM TRIPP, Individually, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE | : | |
| Defendants | : | |

**WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE**

Joseph E. Donat, Esq. hereby withdraws his appearance on behalf of Defendants, Steven M. Loeb and Blad Co.

William E. O'Gara, Esq. hereby enters his appearance on behalf of the Defendants , Steven M. Loeb and Blad Co.

Joseph Donat (WEO)

Joseph E. Donat, Esq. (JD 4160)
Herzfeld & Rubin, PC
40 Wall Street
New York, New York 10005

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, Rhode Island 02903
Tel.: (401) 824-5100
Fax: (401) 824-5123

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent via first class mail postage prepaid to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

on 17th day of March, 2006

Suzy Oliveira