UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs<br><br>v.<br><br>STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants<br><br>v.<br><br>BLAIR BROWN<br>Third Party Defendant | : | C.A. No.: 06-0053 ML-LDA |

MOTION TO BRING IN THIRD-PARTY DEFENDANT

Defendants Steven M. Loeb and Blad Co. move for leave as third-party plaintiffs to cause and to be served upon Blair Brown a summons and third-party complaint, copies of which are attached.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent on 3rd day of ~~March~~ April, 2006 via first class mail postage prepaid to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Suzy Olivein

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 ML-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | : | |
| BLAIR BROWN<br>Third Party Defendant | : | |

MEMORANDUM IN SUPPORT OF MOTION
TO BRING IN THIRD-PARTY

Pursuant to Rule 14, defendants Steven M. Loeb and Blad Co. seek to implead as a third-party defendant Blair Brown. Granting the motion will not delay a resolution of the case or prejudice any party.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent on 3rd day of ~~March~~ April, 2006 via first class mail postage prepaid to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Suzy Oliveira