UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, et al

vs. C.A. NO. 06-53ML

STEVEN M. LOEB, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
April 6 , 2006

Entered as an Order of this Court on April 6 , 2006.

Deputy Clerk