**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE
AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB,
BLAD CO. AND WILLIAM TRIPP,
Individually and d/b/a TRIPP DESIGN
NAVAL ARCHITECTURE
Defendants/Third-party Plaintiffs,

v.

BLAIR BROWN,
Third-Party Defendant.

**STIPULATION TO EXTEND DEADLINE**
**FOR FILING AN OPPOSITION TO**
**DEFENDANTS' STEVEN M. LOEB AND BLAD CO.**
**MOTION TO BRING IN THIRD-PARTY DEFENDANT**

Now come Jack Foley, Mary O'Donoghue, David Robbins, Steven M. Loeb and Blad Co., by and through their attorneys, and stipulate that Jack Foley, Mary O'Donoghue, and David Robbins may have up to and including April 28, 2006 to file their opposition to the Motion To Bring In Third-Party Defendant.

ENTER [signature]

DATE 4/24/06

| | |
|---|---|
| STEVEN M. LOEB and BLAD CO.<br>By their Attorneys,<br><br>/s/ William E. O'Gara<br>William E. O'Gara (#4257)<br>Pannone Lopes & Devereaux LLC<br>1800 One Financial Plaza<br>Providence, RI 02903<br>(401) 824-5100 | JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>By their Attorneys,<br><br>/s/ John P. Graceffa<br>John P. Graceffa, Esq. (RI BAR #5201)<br>Charles A. Cook, Esq. (MA BBO #097580)<br>Gareth W. Notis, Esq. (MA BBO #637814)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

April 19, 2006

**CERTIFICATE OF SERVICE**

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing STIPULATION TO EXTEND DEADLINE FOR FILING AN OPPOSITION TO DEFENDANTS' STEVEN M LOEB AND BLAD CO. MOTION TO BRING IN THIRD-PARTY DEFENDANT, by sending a copy via email to the following:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

Benjamin V. White, III, Esq.
Michael J. Daly, Esq.
Vetter& White, Inc.
20 Washington Place
Providence, RI 02903

Patricia M Gaug, Esq.
Curtis, Brinckerhoff & Barrett, P.C.
666 Summer Street
Stamford, CT 06901-14168

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Dated: April 19, 2006

Charles A. Cook, Esquire