4/25/06: GRANTED ABSENT OPPOSITION. LR CV 7(b)(1) and FRCP 14. [signature] USMJ

FILED
APR 3 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS
Plaintiffs

v.

C.A. No.: 06-0053 ML-LDA

STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE
Defendants

v.

BLAIR BROWN
Third Party Defendant

# MOTION TO BRING IN THIRD-PARTY DEFENDANT

Defendants Steven M. Loeb and Blad Co. move for leave as third-party plaintiffs to cause and to be served upon Blair Brown a summons and third-party complaint, copies of which are attached.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

[signature]

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

Almond
William E. Smith, U.S. District Judge
Date: 4/24/06