UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants/Third-party Plaintiffs,

v.

BLAIR BROWN
Third-Party Defendant.

## MOTION TO VACATE

Now come the Plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins, and move to vacate the Court's Order (Almond, M.J.) dated April 25, 2006 granting Motion to Bring in Third-Party Defendant.

In support of this motion, the Plaintiffs state:

1) On April 3, 2006, defendants, Steven M. Loeb and Blad Co. (collectively, "Moving Parties") filed a Motion to Bring In Third-Party (the "Motion").

2) The Court set a deadline of April 20, 2006 for serving any opposition to the Motion.

3) Counsel for the Plaintiffs and counsel for the Moving Parties entered into a Stipulation ("Stipulation") to extend the deadline for serving an opposition.

4) The Stipulation was delivered to the Court on April 20, 2006.

5) The Stipulation was allowed by the Court (Smith, J.) on April 24, 2006. As a result, the deadline for serving any opposition to the Motion was extended to April 28, 2006.

6) On April 25, 2006, the Court (Almond, M.J.) granted the Motion "absent opposition".

7) The Plaintiffs have a good faith basis for opposing the Motion and intend to file their opposition no later than April 28, 2006.

Wherefore the Plaintiffs pray that their Motion to Vacate be allowed, and that the Order granting the Defendants' Motion to Bring in Third-Party Defendant be vacated.

| | |
|---|---|
| | JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>By their Attorneys,<br><br>John P. Graceffa /cm<br>John P. Graceffa, Esq. (RI BAR #5201)<br>Charles A. Cook, Esq. (MA BBO #097580)<br>Gareth W. Notis, Esq. (MA BBO #637814)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

April 26, 2006

**CERTIFICATE OF SERVICE**

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing MOTION TO VACATE, by sending a copy first class mail, postage pre-paid, to the following:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Patricia M Gaug, Esq.
Curtis, Brinckerhoff & Barrett, P.C.
666 Summer Street
Stamford, CT 06901-1416

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Benjamin V. White, III, Esq.
Michael J. Daly, Esq.
Vetter& White, Inc.
20 Washington Place
Providence, RI 02903

Dated: April 26, 2006

Charles A. Cook, Esquire