4/27/05: GRANTED. THE 4/25/06 ORDER (DOCKET ENTRY #24) IS VACATED. DEFENDANTS' MOTION TO BRING IN THIRD-PTY. DEFENDANT (DOCKET ENTRY #20) WILL BE SCHEDULED FOR HEARING.

USMJ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants/Third-party Plaintiffs,

v.

BLAIR BROWN
Third-Party Defendant.

4/27/06

## MOTION TO VACATE

Now come the Plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins, and move to vacate the Court's Order (Almond, M.J.) dated April 25, 2006 granting Motion to Bring in Third-Party Defendant.

In support of this motion, the Plaintiffs state:

1) On April 3, 2006, defendants, Steven M. Loeb and Blad Co. (collectively, "Moving Parties") filed a Motion to Bring In Third-Party (the "Motion").

2) The Court set a deadline of April 20, 2006 for serving any opposition to the Motion.