06 038

FILED MAY 05 2006

5/16/06: DENIED FOR THE REASONS DISCUSSED AT TODAY'S CONFERENCE CALL. USMJ

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 ML

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION TO STAY OR DELAY HEARING

Now comes the defendant William Tripp and moves that the hearing on the motion of the defendants Steven M. Loeb and Blad Company to bring in a third party defendant be stayed or delayed until such time as the third-party defendant Blair Brown has filed a responsive pleading to the third-party complaint. The defendant William Tripp relies upon the attached memorandum.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO: Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Referred to U.S.M.J. ☐ for findings & recommendations ☑ for determination ☐ William E. Smith, U.S. District Judge Date 5/5/06