**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants/Third-party Plaintiffs,

v.

BLAIR BROWN
Third-Party Defendant.

**ORDER AUTHORIZING PLAINTIFFS' WITHDRAWAL OF OPPOSITION TO MOTION TO BRING IN THIRD-PARTY DEFENDANT BY DEFENDANTS LOEB AND BLAD CO.**

The Court hereby authorizes the plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins (collectively, the "Plaintiffs"), to withdraw their Opposition to Motion to Bring in Third-Party Defendant by Defendants Loeb and Blad Co., seeking to add Blair Brown as a Third-Party Defendant ("Opposition"). The withdrawal is without prejudice to plaintiffs' right to assert the legal arguments set forth in the Opposition at a later date.

By the Court,

Lincoln D. Almond,
Magistrate Judge of the United States District Court,
District of Rhode Island

5/19/06