5/19/06: GRANTED IN VIEW OF PLAINTIFFS' WITHDRAWAL OF THEIR OPPOSITION ON 5/18/06.
USMJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONAGHUE :
and DAVID ROBBINS :
Plaintiffs :
:
v. : C.A. No.: 06-0053 ML-LDA
:
STEVEN M. LOEB, BLAD CO. :
KEVIN DAILEY, WILLIAM TRIPP, :
Individually and D/B/A TRIPP :
DESIGN NAVAL ARCHITECTURE :
Defendants :
:
v.
:
BLAIR BROWN :
Third Party Defendant :

**<u>MOTION TO BRING IN THIRD-PARTY DEFENDANT</u>**

Defendants Steven M. Loeb and Blad Co. move for leave as third-party plaintiffs to cause and to be served upon Blair Brown a summons and third-party complaint, copies of which are attached.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)