**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ****************************** | |
| **JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS** Plaintiffs, | |
| | **Civil Action No. 06-0053-S-LDA** |
| **v.** | |
| **STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY AND D/B/A/ TRIP DESIGN NAVAL ARCHITECTURE** Defendants and Third-Party Plaintiff, | |
| **v.** | |
| **BLAIR BROWN** Third-Party Defendant | |
| ****************************** | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Third-Party Defendant, Blair Brown, in the above entitled action.

HOLBROOK & MURPHY,

Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
Holbrook & Murphy
15 Broad Street, Suite 900
Boston, MA 02109
(617) 428-1151
holbrook_murphy@msn.com

**CERTIFICATE OF SERVICE**
**I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail-hand~~ on** 7-10-06
Seth S. Holbrook