UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 25 2006
Property of U.S. District Court
District of Rhode Island

******************************)
JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS )
Plaintiffs, )
)
v. )
)
STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY AND D/B/A/ TRIPP DESIGN NAVAL ARCHITECTURE )
Defendants and Third-Party Plaintiff, )
)
v. )
)
BLAIR BROWN )
Third-Party Defendant )
******************************

Civil Action No. 06-0053-S-LDA

**STIPULATION FOR EXTENSION OF TIME**

Now come the parties in the above entitled action, by their attorneys, and hereby stipulate that the time in which the Third Party Defendant shall file a Responsive Pleading to the Third Party Complaints be extended up to and including July 28, 2006.

Dated this 24 day of July, 2006.

By their attorneys,

William E. O'Gara (ssh)
William E. O'Gara, RI Bar # 4257
PANNONE LOPAS & DEVEREAUX LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100

Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02110
(617) 428-1151

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/28/06

Thomas C. Plunkett (SSH)

Thomas C. Plunkett RI Bar # 1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-7123

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~hand~~ on 7-24-06

Beth S. Holbrook