06 038

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 ML-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

8/18/06: GRANTED
LMT

MOTION TO EXTEND

Now comes the defendant, William Tripp, Individually and d/b/a Tripp Design Naval Architecture, pursuant to FRCP 6 and LR CV 7 and moves for an extension of time up to and including September 30, 2006 within which to serve the third-party defendant, Blair Brown. A waiver of service of summons was mailed to the third-party defendant pursuant to Rule 4(d) in April 2006 and an attorney for the third-party defendant contacted the attorney for defendant Tripp and acknowledged the service and advised that a response would be filed and the attorney for defendant Tripp agreed to an extension of time to answer if necessary. To date, no response has been received other than an entry of appearance for the third-party defendant and the defendant requests the additional time to effect service. The attorney for defendant Tripp has contacted the attorney for the third-party defendant regarding the third-party complaint.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX