06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION OF THE DEFENDANT WILLIAM TRIPP,
INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL
ARCHITECTURE FOR ALTERNATIVE SERVICE

Now comes the defendant, William Tripp, Individually and d/b/a Tripp Design Naval Architecture pursuant to FRCP 4 and moves for permission to serve the third-party defendant Blair Brown with a copy of the third-party complaint and summons by regular mail and by certified mail. The said defendant relies upon the attached memorandum. Defendant's counsel has attempted to resolve the issue of service prior to the filing of this motion but has not been successful.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

TO Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

John P. Graceffa, Esq.
Charles A. Cook Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

Seth S. Holbrook Esq.
HOLBROOK & MURPHY
15 Broad Street - Suite 900
Boston, MA 02109

William O'Gara, Esq.
PANNONE LOPES & DEVEREAUX
1800 One Financial Plaza
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: August 25, 2006 /s/ THOMAS C. PLUNKETT

06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MEMORANDUM IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE OF DEFENDANT WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE

The defendant, William Tripp, Individually and d/b/a Tripp Design Naval Architecture (Tripp) has attempted to serve a third-party summons and complaint on the third-party defendant, Blair Brown. On April 3rd, 2006, a notice of lawsuit and request for waiver of service was mailed to Mr. Brown at 187 Park Street, Newton, Massachusetts 02458. A copy of the notice is attached hereto as Exhibit A. No response was received to this request. The mailed document was not returned to the office of the attorney for the defendant indicating that the mailing was received. Counsel for Blair Brown has acknowledged the receipt of the waiver but it has not been returned executed to date. In June of 2006 the defendant Tripp attempted personal service on the third-party defendant Blair Brown at 187 Park Street, Newton, Massachusetts 02458. A summons was obtained and delivered to a disinterested person for service upon Mr. Brown. The service has not yet been made. A copy of the summons is attached hereto as Exhibit B.

Finally, on July 24th, 2006, another attempt was made to serve the third-party defendant by mailing a copy of the summons and third-party complaint to Mr. Brown at 187 Park Street, Newton, Massachusetts 02458 by certified mail, return receipt requested, pursuant to Rule 4 of the Federal Rules of Civil Procedure and Rule 4 of the

Rhode Island Rules of Civil Procedure. A copy of the mailing is attached hereto as Exhibit C. To date the certified receipt has not been returned nor has the original mailing been returned. Again, acknowledgement of this mailing has been made by an attorney for Mr. Brown, but no response has been received. The address for Mr. Brown was obtained from racing documents submitted by Mr. Brown for the race in question in this suit which gave his address.

FRCP 4(e) provides that service may be made pursuant to the law of the state in which the district court is located. RCP 4(f) of the Rhode Island Rules provides that service may be made on an individual outside of the State of Rhode Island among other ways, by a method ordered by the court to give such individual notice of the action and sufficient time to prepare any defense thereto. The defendant Tripp requests permission of this court to serve the third-party summons and complaint upon Blair Brown by mailing a copy of the third-party summons and complaint to him at 187 Park Street, Newton, Massachusetts 02458 by regular mail and by certified mail without the requirement for a return receipt. It is clear that Mr. Brown is receiving mail at this address. It is clear that his attorneys have notice of the third-party complaint. The defendant wishes to effect service in a manner in conformance with the Federal Rules. An extension of time to serve has already been obtained.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
e-mail: tplunkett@kprlaw.com

TO Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

John P. Graceffa, Esq.
Charles A. Cook Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

Seth S. Holbrook Esq.
HOLBROOK & MURPHY
15 Broad Street - Suite 900
Boston, MA 02109

William O'Gara, Esq.
PANNONE LOPES & DEVEREAUX
1800 One Financial Plaza
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: August 25, 2006 /S/ THOMAS C. PLUNKETT