# EXHIBIT B

# United States District Court

DISTRICT OF RHODE ISLAND

PLAINTIFF
JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

CASE NUMBER: 06-0053 ML-LDA

V. THIRD PARTY DEFENDANT
BLAIR BROWN

TO: (Name and address of Third Party defendant) Blair Brown, 187 Park Street, Newton, MA 02458

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

John P. Graceffa, Esq.
Charles A. Cook, Esq.
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

Thomas C. Plunkett, Esq.
KIERNAN PLUNKETT & REDIHAN
91 Friendship St.
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within _____ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Paulette J. Duke
Chief Deputy Clerk
CLERK

6-23-06
DATE

(BY) DEPUTY CLERK

To constable 6/26/06