# EXHIBIT C

TEL 401 | 831 | 2900
FAX 401 | 331 | 7123

E-MAIL info@kprlaw.com
WEB www.kprlaw.com

THE REMINGTON BUILDING
91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903

Kiernan, Plunkett & Redihan *Attorneys at Law*

July 24, 2006

Mr. Blair Brown
187 Park Street
Newton, MA 02458

Re: Jack Foley, Mary O'Donoghue and
David Robbins
Vs: Steven M. Loeb, Blad Co., Kevin Dailey,
William Tripp, Individually and d/b/a
Tripp Design Naval Architecture
Vs: Blair Brown
USDC C.A. No. 06-0053 ML-LDA

Dear Mr. Brown:

Service of the third-party summons and complaint is hereby made upon you in accordance with Rule 4 of the Federal Rules of Civil Procedure. Please note you must file a response to the third-party complaint within the time required by law.

Very truly yours,

Thomas C. Plunkett

TCP:BAB
Enclosure
CERTIFIED MAIL – RETURN
RECEIPT REQUESTED
cc: Seth S. Holbrook, Esq.
cc: Gerry Benezra, Esq.