UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| vs. | : | C.A. No. 06-0053-S-LDA |
| STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |

DEFENDANTS, STEVEN M. LOEB AND BLAD COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO SERVE THIRD PARTY DEFENDANT, BLAIR BROWN

On or about May 19, 2006 defendants served third party defendant Blair Brown by certified mail, return receipt requested. On May 23, 2006 the mail was delivered to Brown's residence in Massachusetts and signed for by a Matthew Morrell. Exhibit 1. Pursuant to Rule 4(e) of the Rhode Island Rules of Civil Procedure it is not necessary for Mr. Brown to have signed the receipt for service to be valid. Flynn v. Al-Mir, 811 A.2d 1146 (R.I. 2002). While defendants believe that service is proper, out of an abundance of caution, they request an additional sixty (60) days to effect service.

RESPECTFULLY SUBMITTED,

DEFENDANTS, STEVEN M. LOEB and
BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was mailed on 29th day of August, 2006 to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Seth Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

/s/ William E. O'Gara

Doc #2475