PANNONE
LOPES &
DEVEREAUX

William E. O'Gara
401 824 5117
wogara@pld-law.com

May 19, 2006

VIA CERTIFIED MAIL

Blair Brown
187 Park Street
Newton, MA 02458

RE: Jack Foley, et al v. Steven M. Loeb, et al
C.A. No. 06-00053 S

Dear Mr. Brown:

Enclosed please find a summons and third party complaint. You must file a response to the complaint within twenty (20) days of receipt.

Sincerely yours,

PANNONE LOPES & DEVEREAUX LLC

*William E O'Gara*

William E. O'Gara

[illegible] items 1, 2, and 3. Also complete [illegible] Delivery is desired.
[illegible] name and address on the reverse [illegible] return the card to you.
[illegible] card to the back of the mailpiece, [illegible] front if space permits.

1. Article Addressed to:

Blair Brown
187 Park Street
Newton, MA 02458

A. Signature
X *[signature]* ☑ Agent ☐ Addressee

B. Received by (Printed Name) *Matthew Morel*

C. Date of Delivery *5/23/06*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7003 1680 0001 6830 3718

PS Form 3811, February 2004 Domestic Return Receipt