UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| vs. | : | C.A. No. 06-0053-S-LDA |
| STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |

DEFENDANTS, STEVEN M. LOEB AND BLAD COMPANY'S MOTION FOR ALTERNATIVE SERVICE

Defendants move for permission allowing service on Blair Brown by first class and certified mail. As grounds, defendants rely on attached memorandum.

RESPECTFULLY SUBMITTED,

DEFENDANTS, STEVEN M. LOEB and BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent on 29th day of August, 2006 to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Seth Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

/s/ William E. O'Gara

Doc #2476