06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

AFFIDAVIT

I, Thomas C. Plunkett, attorney for our clients, under oath hereby state:

1. That I have served the third-party defendant, Blair Brown, with a copy of the third-party summons and complaint by certified mail and regular mail in accordance with the order of this court of 9/15/06 at 187 Park Street, Newport, MA.

2. That a copy of the correspondence and receipt evidencing service is attached.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

Subscribed and sworn to before me under penalty of perjury this 21st day of

September, 2006.

Barbara A. Brown
Notary Public

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

Dated: September 21, 2006 /s/ THOMAS C. PLUNKETT

TEL 401 | 831 | 2900
FAX 401 | 331 | 7123

E-MAIL info@kprlaw.com
WEB www.kprlaw.com

THE REMINGTON BUILDING
91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903

Kiernan, Plunkett & Redihan *Attorneys at Law*

September 19, 2006

Mr. Blair Brown
187 Park Street
Newton, MA 02458

Re: Jack Foley, Mary O'Donoghue and
David Robbins
Vs: Steven M. Loeb, Blad Co., Kevin Dailey,
William Tripp, Individually and d/b/a
Tripp Design Naval Architecture
Vs: Blair Brown
USDC C.A. No. 06-0053 ML-LDA

Dear Mr. Brown:

Service of the third-party summons and complaint is hereby made upon you in accordance with Rule 4 of the Federal Rules of Civil Procedure. Please note you must file a response to the third-party complaint within the time required by law.

Very truly yours,

Thomas C. Plunkett

TCP:BAB
Enclosure
CERTIFIED MAIL
REGULAR MAIL
cc: Seth S. Holbrook, Esq.
cc: Gerry Benezra, Esq.

# United States District Court

DISTRICT OF RHODE ISLAND

PLAINTIFF

JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

CASE NUMBER: 06-0053S-LDA

V. THIRD PARTY DEFENDANT

BLAIR BROWN

TO: (Name and address of Third Party defendant) Blair Brown, 187 Park Street, Newton, MA 02458

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

John P. Graceffa, Esq.
Charles A. Cook, Esq.
MORRISON MAHONEY
250 Summer Street
Boston, MA 02210

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

Thomas C. Plunkett, Esq.
KIERNAN PLUNKETT & REDIHAN
91 Friendship St.
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within _____ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 9/19/06

(BY) DEPUTY CLERK

7006 0100 0001 2703 5079

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Blau Brown

*Street, Apt. No., or PO Box No.* 187 Park St

*City, State, ZIP+4* Newton Ma 02458

PS Form 3800, June 2002 See Reverse for Instructions