**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ****************************** | ) | |
| **JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 06-0053-S-LDA** |
| **v.** | ) | |
| | ) | |
| **STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY AND D/B/A/ TRIPP DESIGN NAVAL ARCHITECTURE** | ) | |
| **Defendants and Third-Party Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BLAIR BROWN** | ) | |
| **Third-Party Defendant** | ) | |
| ****************************** | | |

**<u>THIRD-PARTY DEFENDANT BLAIR BROWN'S ANSWER TO THIRD-PARTY COMPLAINT OF WILLIAM TRIPP INDIVIDUALLY AND d/b/a TRIPP DESIGN NAVAL ARCHITECTURE</u>**

NOW COMES the third-party defendant, Blair Brown., in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and respectfully files its Answer to the third-party plaintiffs William Tripp and Tripp Design Naval Architecture's Third Party Complaint.

1. The third-party defendant admits the allegations contained in Paragraph 1.
2. The third-party defendant admits the allegations contained in Paragraph 2.
3. The third-party defendant admits the allegations contained in Paragraph 3.

4. The third-party defendant admits the allegations contained in Paragraph 4.
5. The third-party defendant admits the allegations contained in Paragraph 5.
6. The third-party defendant denies the allegations contained in Paragraph 6.
7. The third-party defendant denies the allegations contained in Paragraph 7.

WHEREFORE, the third-party defendant Blair Brown prays the third-party Complaint be dismissed together with costs and attorney's fees.

**AFFIRMATIVE DEFENSES**

NOW COMES the third-party defendant and incorporates the following Affirmative Defenses into each and every paragraph contained in its Answer to third-party plaintiff's Complaint as follows

1. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs' Complaint fails to state a cause of action upon which relief can be granted.
2. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs' Complaint should be dismissed under the doctrines of estoppel and/or waiver.
3. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs' Complaint is barred by laches.
4. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs' Complaint is barred under the doctrine of Superseding or Intervening Cause.

5. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party Complaint is barred by the applicable Statute of Limitations.
6. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs have failed to mitigate damages.
7. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that if the third-party plaintiffs were damaged as alleged, which is specifically denied, it was due in whole or in part to the third-party plaintiffs' own negligence and failure to exercise the degree of care, skill and knowledge legally required of him and reasonably to be expected of individuals of the third-party plaintiffs' experience and not due to any negligence or fault on the part of the third-party defendant or any person for whom the third-party defendant may be legally responsible.
8. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that if the third-party plaintiffs sustained damages as alleged herein, which is specifically denied, it was due to the action and/or omissions of individuals for whom the third-party defendant is not legally responsible.
9. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that if the third-party plaintiffs were damaged as alleged herein, which is specifically denied, the third-party plaintiffs' damages were sustained as a result of an Act of God, for which the third-party defendant is not legally responsible.
10. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that the third-party plaintiffs are barred from recovery because of the decision of the Race Committee and/or the New York Yacht Club.

11. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third-party defendant states that there is no personal jurisdiction over the third-party defendant in Rhode Island.

12. AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE the third-party defendant states that the third party Complaint is barred by the language of a contractual agreement involving the parties.

WHEREFORE, the third-party defendant prays that the above Complaint be dismissed together with costs and reasonable attorney's fees.

By their attorney,

/s/ Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on September 25, 2006, I electronically filed third-party defendant's Answer to third-party plaintiffs' Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel electronically.

/s/ Seth S. Holbrook

Seth S. Holbrook, RI # 5677
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02109
(617) 428-1151
holbrook_murphy@msn.com