06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

PRE-TRIAL CONFERENCE STATEMENT OF THE
DEFENDANT WILLIAM TRIPP, INDIVIDUALLY
AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE

The plaintiffs have filed suit against the defendant William Tripp, Individually and d/b/a Tripp Design Naval Architecture (Tripp) along with other defendants. The complaint seeks recovery for personal injuries allegedly suffered by the plaintiffs as a result of an incident involving two boats, the SIRENA owned by the defendant Blad Co. and the SFORZANDO owned by the third-party defendant Blair Brown. The defendant Tripp has filed the third-party action against Blair Brown seeking indemnity or contribution.

On July 14, 2002, the plaintiffs were crew members aboard a sailboat owned and operated by the third-party defendant Blair Brown. Mr. Brown was involved on that date in a race conducted by the New York Yacht Club in the waters off the Rhode Island coast. In that race also was the defendant Steven Loeb who was skippering the boat owned by the defendant Blad Co. The defendant Tripp was on that boat as a member of the crew. During the race, there was some contact between parts of the boats and as a result, the plaintiffs claim they were injured.

Plaintiffs filed suit, as stated, against the defendants and each defendant has filed a third-party action against Blair Brown for indemnity or contribution. In order to recover, the defendant Tripp must show that the third-party defendant Brown was

negligent in his operation and control of the boat or as owner of the boat. See generally Cooper v. Kopke, 417 U.S. 106, 94 S. CT. 2174, 40 L.Ed.2d 694 (1974). Rhode Island General Laws 46-22-15. F.C.P. 14 (c). It is the position of the defendant Tripp that Mr. Brown was negligent in the operation and control of the sailboat and as owner.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com;
smorriso@morrisonmahoney.com;
gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

Dated: September 28, 2006 /s/ THOMAS C. PLUNKETT