UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | : | |
| BLAIR BROWN<br>Third Party Defendant | : | |

RULE 16 CONFERENCE STATEMENT
OF DEFENDANTS STEVEN LOEB AND BLAD CO.

The plaintiffs in this action allege that they were injured as the result of a collision involving two vessels, the SIRENA, owned by defendant Blad Co., and the SFORZANDA, owned by third-party defendant, Blair Brown.

Defendants Loeb and Blad Co. have asserted a third-party claim against Blair Brown for contribution and indemnification based on the fault of Brown in connection with the accident. See Fed.R.Civ.P. 14(c); Coats v. Penrod Drilling Corp., 61 F.3d 1113 (5th Cir. 1995) (Rule 14 allows a defendant in an admiralty case to bring in a third party who may be wholly or partly liable).

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

## CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 28th day of September, 2006

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ William E. O'Gara

Doc #2899