06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A. NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

SUPPLEMENTAL RULE 16 PRE-TRIAL STATEMENT OF
DEFENDANT WILLIAM TRIPP, INDIVIDUALLY
AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE

The defendant William Tripp has filed a Rule 16 pre-trial statement. In that statement, the defendant Tripp discussed the third-party action against Blair Brown. Counsel neglected to note that the defendant Tripp has also asserted a crossclaim against the co-defendants Steven M. Loeb and Blad Co. The crossclaim seeks indemnity and contribution. The basis for the claim is the same as that against the third-party defendant Brown; that is, that Mr. Loeb was negligent in the operation and control of the vessel and Blad Co. is responsible as the owner. The defendant Tripp relies upon the same legal authority as for the third-party complaint.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com;
smorriso@morrisonmahoney.com;
gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

Dated: September 29, 2006 /s/ THOMAS C. PLUNKETT