UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | | |
| BLAIR BROWN<br>Third Party Defendant | : | |

**ENTRY OF APPEARANCE**

John P. Walsh, Esq. hereby enters his appearance as co-counsel with William O'Gara on behalf of defendants Steven M. Loeb and Blad Co.

Respectfully submitted

By their attorneys

STEVEN M. LOEB and BLAD CO.

/s/ John P. Walsh

William E. O'Gara (#4257)
John P. Walsh (#6709)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, Rhode Island 02903
Tel.: (401) 824-5100
Fax: (401) 824-5123

## CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 2nd day of October, 2006

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ John P. Walsh