UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS<br>Plaintiffs<br><br>v.<br><br>STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants and Third-Party Plaintiffs,<br>v.<br><br>BLAIR BROWN<br>Third-Party Defendant | CIVIL ACTION NO. 06-0053-S-LDA |

**NOTICE OF APPEARANCE**

I hereby enter my appearance as co-counsel for third party defendant, Blair Brown.

Stefanie A. Murphy, Esq. #7252
3852 Main Road
Tiverton, RI 02878
401/624-6152

# CERTIFICATION

I hereby certify that on the 2nd day of October, 2006, I electronically filed my entry of appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel electronically.

/s/

Stefanie A. Murphy, #7252
Law Offices Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878
(401) 624-6152
Stefaniemurphy@richardhumphreylaw.com