**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS<br>Plaintiffs, | ) |
| v. | ) |
| STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants, | ) |
| v. | ) |
| BLAIR BROWN,<br>Third-Party Defendant. | ) |

JOINT MOTION TO AMEND PRE-TRIAL ORDER

Now come all the parties in the above matter and move that the Pre-Trial Order ("Order"), dated October 5, 2006 by the Court (Smith, J.) be amended by providing that the deadline for filing dispositive motions be changed from **January 2, 2007** to **February 9, 2007**.

In support of this Motion, all parties state the following:

1. Since the date of the Order, all parties have participated in good faith in an attempt to schedule all discovery necessary to prepare dispositive motions.

2. Despite good faith efforts of all parties, the schedules of potential witnesses, parties and counsel has made it impossible to complete the depositions in sufficient time prior to the January 2, 2007 deadline.

3. By December 7, 2006, all counsel will have completed depositions necessary to engage in constructive settlement negotiations at the Settlement Conference

scheduled for December 14, 2006.

4. Counsel for all parties conferred on November 29, 2006 and agreed upon a schedule for completion of all depositions necessary for the filing of dispositive motions by the proposed date of **February 9, 2007**. In that regard, counsel for all parties anticipate that all depositions required for such motions will be completed by January 19, 2007.

5. Counsel for all parties agree to this proposed amendment to the Order, and assert that no party will be prejudiced thereby.

Based upon the foregoing, counsel for all parties pray that this Court amend the Pre-Trial Order by establishing **February 9, 2007** as the deadline for the filing of dispositive motions.

Respectfully Submitted,

Dated: December 4, 2006

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

/s/Charles A. Cook

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys,

*/s/Michael J. Daly*

______________________________________

Michael J. Daly, Esq. (RI Bar 6729)
Benjamin V. White, III, Esq. (RI Bar 1652)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/John K. Fulweiler, Jr.*

______________________________________

John K. Fulweiler, Jr., Esq.
Cary R. Weiner, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Respectfully Submitted

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/Thomas C. Plunkett*

______________________________________

Thomas C. Plunkett, Esq. (RI Bar 1662)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Respectfully Submitted,

STEVEN M. LOEB and BLAD CO.
By their attorneys:

*/s/William E. O'Gara*

---

William E. O'Gara, Esq. (RI Bar 4527)
John P. Walsh, Esq. (RI Bar 6709)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Respectfully Submitted,

BLAIR BROWN
By his attorneys,

*/s/Richard S. Humphrey*

---

Richard S. Humphrey, Esq. (RI Bar 2920)
Stephanie A. Murphy, Esq. (RI Bar 7252)
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Respectfully Submitted,

BLAIR BROWN
By his attorney,

*/s/Seth S. Holbrook*

---

Seth S. Holbrook, Esq. (RI Bar 5677)
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing **JOINT MOTION TO AMEND PRE-TRIAL ORDER** by sending a copy via e-mail to the following attorneys of record:

Michael J. Daly, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

John K. Fulweiller, Jr., Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Seth S. Holbrook. Esq.
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

Richard S. Humphrey, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Stefanie A. Murphy, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John P. Walsh, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Benjamin V. White, III, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Cary R. Wiener, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Dated: December 4, 2006

/s/Charles A. Cook
Charles A. Cook