06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

AMENDED THIRD-PARTY COMPLAINT OF DEFENDANT WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE

1. This third-party complaint is brought pursuant to F.R.C.P 14(a) and 14 (c) and is a case of admiralty and maritime jurisdiction within the meaning of F.R.C.P. 9(h) and 14(c).

2. This court has jurisdiction pursuant to 28 USC Section 1332 and 1333 and the third-party defendant is subject to the jurisdiction of this court.

3. The plaintiffs have filed an amended complaint against the defendant William Tripp, individually and d/b/a Tripp Design Naval Architecture (hereinafter Tripp), among others, seeking damages allegedly resulting from negligent conduct by defendant William Tripp while acting as tactician on the sailing vessel Sirena causing it to collide with the sailing vessel Sforzando. A copy of the amended complaint is attached.

4. The collision in question occurred within navigable waters of the United States.

5. At the time of the collision in question, the sailing vessel Sforzando was owned by the third-party defendant Blair Brown and was being operated and controlled by the agent of the said owner and/or by the third-party defendant as skipper.

6. At the time and place in question, the conduct of the third-party defendant was negligent and the vessel was unseaworthy.

7. If the defendant Tripp is found liable to the plaintiffs, which liability is hereby expressly denied, then the defendant Tripp will be entitled to indemnity or contribution for all sums for which he may be found liable to the plaintiffs or, in the alternative, the plaintiffs have direct claims against the third-party defendant.

WHEREFORE, the defendant William Tripp demands

1.) judgment against the third-party defendant Blair Brown for indemnity or contribution for all sums for which he may be found liable to the plaintiffs plus interest and costs;

2.) that if the plaintiffs are entitled to relief, judgment should be entered directly against the third-party defendant;

3.) that the third-party defendant answer the plaintiffs' amended complaint and that plaintiffs have a direct claim against the third-party defendant pursuant to F.R.C.P. 14(c).

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

Said defendant hereby requests a trial by jury.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**