UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | : | |
| BLAIR BROWN<br>Third Party Defendant: | : | |

**DEFENDANTS STEVEN LOEB AND BLAD COMPANY'S MOTION TO AMEND**

Defendants, Steven M. Loeb and Blad Co. pursuant to Rule 15 move to amend the third party complaint. A copy of the third party complaint is attached. The defendants rely on the attached memorandum.

RESPECTFULLY SUBMITTED,

DEFENDANTS, STEVEN M. LOEB and
BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 27th day of December, 2006

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ William E. O'Gara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 ML-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | | |
| BLAIR BROWN<br>Third Party Defendant | : | |

MEMORANDUM OF DEFENDANTS STEVEN M. LOEB AND BLAD CO. IN SUPPORT OF MOTION TO AMEND THIRD-PARTY COMPLAINT

Defendants Steven M. Loeb ("Loeb") and Blad Co. ("Blad") move to amend the third party complaint to clarify the claims asserted. The amendment will not delay the completion of discovery and there is no good reason to deny the motion. See O'Neil v. Q.L.C.R.I., Inc., 750 F.Supp. 551 (D.R.I. 1990). The motion should be granted.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 27th day of December, 2006

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com;<br>smorriso@morrisonmahoney.com;<br>gnotis@morrisonmahoney.com;<br>jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ William E. O'Gara

Doc #3710