UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs<br><br>v.<br><br>STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants<br><br>v.<br><br>BLAIR BROWN<br>Third Party Defendant | : | C.A. No.: 06-0053 ML-LDA |

AMENDED THIRD-PARTY COMPLAINT
OF DEFENDANTS STEVEN M. LOEB AND BLAD CO.

1. This third-party complaint is brought pursuant to F.R.C.P. 14(a) and 14(c) and is a case of admiralty and maritime jurisdiction within the meaning of F.R.C.P. 9(h) and 14(c).

2. This court has jurisdiction pursuant to 28 USC Section 1332 and 1333 and the third party defendant is subject to the jurisdiction of this court.

3. The plaintiffs have filed an amended complaint against the defendants Steven M. Loeb and Blad Company, among others, seeking damages allegedly resulting from negligent conduct by Steven M. Loeb on the sailing vessel Sirena causing it to collide with the sailing vessel Sforzando.

4. The collision in question occurred within navigable waters of the United States.

5. At the time of the collision in question, the sailing vessel Sforzando was owned by the third party defendant Blair Brown and was being operated and controlled by the agent of the said owner and/or by the third party defendant as skipper.

6. At the time and place in question, the conduct of the third party defendant was negligent and the vessel was unseaworthy.

7. If the defendants Loeb and Blad Company is found liable to the plaintiffs, which liability is hereby expressly denied, then the defendants Loeb and Blad Company will be entitled to indemnity or contribution for all sums for which he may be found liable to the plaintiffs or, in the alternative, the plaintiffs have direct claims against the third-party defendant.

WHEREFORE, the defendants Steven M. Loeb and Blad Company demands

1. judgment against third party defendant Blair Brown for indemnity or contribution for all sums for which he may be found liable to the plaintiffs plus interest and costs;
2. that if the plaintiffs are entitled to relief, judgment should be entered directly against the third party defendant;

3. that the third party defendant answer the plaintiffs' amended complaint and that plaintiffs have a direct claim against the third party defendant pursuant to F.R.C.P. 14(c).

Respectfully submitted,

By their attorneys

STEVEN M. LOEB and BLAD CO.

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)
Email: wogara@pld-law.com

CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 27th day of December, 2006

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |

Cary R. Wiener, Esq. cwiener@marinelex.com

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ William E. O'Gara

Doc #3576