UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB,
BLAD CO. AND WILLIAM TRIPP,
Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants,

and

BLAIR BROWN,
Third-Party Defendant.

**PLAINTIFFS' OPPOSITION TO DEFENDANTS STEVEN LOEB AND BLAD COMPANY'S MOTION FOR PROTECTIVE ORDER**

Now come the plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins (collectively, the "Plaintiffs"), and hereby oppose the Motion for Protective Order submitted by defendants Steven Loeb and Blad Co. (collectively, the "Defendants") seeking to require the deposition of Steven Loeb and the corporate representative of Blad Co. (collectively, "Loeb") in Connecticut or New York. The Plaintiffs' opposition is based upon the grounds set forth below.

## I. THE FEDERAL RULES PERMIT THE PLAINTIFFS TO DESIGNATE THEIR PLACE OF CHOOSING FOR LOEB'S DEPOSITION

Under the Federal Rules of Civil Procedure, the court has broad discretion to determine the appropriate location for a deposition and may attach conditions as it finds appropriate. *Fed. R. Civ. P. 26(b)* and (c) and *30*. There is nothing in the Federal Rules of Civil Procedure that requires the Plaintiffs to depose Loeb in New York or Connecticut; there is only a presumption



1040214v1

based upon existing case law that a defendant should be deposed in the district of his residence or principal place of business. Armsey v. Medshares Management Services, Inc., 184 F.R.D. 569, 571 (W.D.Va. 1998); Grey v. Continental Marketing Associates, Inc., 315 F.Supp. 826, 832 (N.D.Ga. 1970). A number of factors, however, may overcome that presumption and persuade a court to permit the deposition to be taken elsewhere. *Armsey*, 184 F.R.D. at 571. These factors may include "location of counsel for the parties in the forum district; the number of corporate representatives a party is seeking to depose; the likelihood of significant discovery disputes arising which would necessitate resolution by the forum court; whether the persons sought to be deposed often engage in travel for business purposes; and the equities with regard to the nature of the claim and the parties' relationship." *Id*.

With respect to the *Armsey* factors, counsel for the Defendants is actually located in Providence. The Plaintiffs' counsel maintains a branch office in Providence. The location of the depositions is also within a few city blocks from this Court. As for Loeb's travel into the forum state, Loeb's residence is approximately 120 air miles from Providence and he does not seem to find travel to Rhode Island overly burdensome when he wishes to compete in sailing events, **including the sailing event that gave rise to the Plaintiffs' claims**. The web site for the sailing vessel SIRENA[1] lists a number of events in which Loeb has competed over the years that were conducted in Rhode Island. *Affidavit of Charles A. Cook, Esq., dated January 10, 2007 ("Cook Affidavit")*, at ¶15 and Exhibit C thereto. Moreover, as discussed in greater detail in Part II below, the equities overwhelmingly favor that Providence remain the location for Loeb's deposition.

[1] SIRENA is owned by Blad Co. Steven Loeb is Blad Co.'s sole owner and was skippering SIRENA at the time of the incident that gave rise to the Plaintiffs' claims.

It also should not be overlooked that the Defendants filed a third-party complaint in this matter against third-party defendant, Blair Brown, and cross-claims against defendant William Tripp, thereby making themselves plaintiffs in limited aspects of this action. "The general rule is that a plaintiff must make himself available for examination before trial in the forum he has chosen." *Pierre v. Bernuth Lembcke Co.*, 21 F.R.D. 194 (S.D.N.Y. 1957). Courts have determined that when a defendant consciously chooses to avail itself of the services of the forum court, much in the same way as a plaintiff would, the general rule requiring that the plaintiff make himself available for examination in the forum state also applies to that defendant. *See Armsey*, 184 F.R.D. at 572 [Court determined that counterclaim filed by defendant against the plaintiff subjected defendant to the same rules of examination within the forum state].

## II. THE DEFENDANTS AGREED TO A RHODE ISLAND LOCALE FOR ALL DEPOSITIONS AND THE PLAINTIFFS HAVE RELIED UPON THAT AGREEMENT

As mentioned above, there are considerable issues of equity that strongly favor denial of the Defendants' request for a protective order. First, the Defendants fail to mention one important fact in their characterization of the discussions between the parties' counsel with respect to the location of Loeb's deposition – **the Defendants, through their counsel, had already agreed to come to Rhode Island!**

On November 29, 2006, counsel for all parties met at the offices of Thomas C. Plunkett, Esq. and discussed the depositions necessary for completing discovery during the months of December 2006 and January 2007. *Cook Affidavit* at ¶6. During that meeting, it was mutually agreed that the depositions of all parties to this action would take place in Providence, Rhode Island. *Id.* at ¶7. The rationale for agreeing in advance as to the location for all party witness depositions was to reduce the cost and inefficiency of having all parties and their counsel travel

to multiple sites within Massachusetts, Rhode Island and Connecticut over the span of several weeks when one central location was readily accessible by all parties and their counsel. *Id.* at ¶14. In declining to change the venue for Loeb's deposition to New York or Connecticut, the Plaintiffs merely requested that Loeb honor his prior agreement to appear in Rhode Island and minimize further expense to the parties.

Second, in reliance upon the agreement by all parties to the deposition schedules and location, the parties agreed to file a Joint Motion to Amend Pre-Trial Order (the "Joint Motion") extending the deadlines for the filing of dispositive motions. *Id.* at ¶¶9-11. The dates and locations of the depositions yet to be taken were a fundamental consideration for establishing the deadline proposed in the Joint Motion. It was understood by all parties and their counsel at the time the Joint Motion was drafted that strict and good faith adherence to the deposition schedules as agreed to by the parties was required in order to make the representations made in the Joint Motion to this Court realistic and true. To file a motion seeking a protective order a mere two weeks before the deadline for completion of all depositions necessary to meet the proposed deadline in the Joint Motion for the filing of dispositive motions is prejudicial to the Plaintiffs and other parties. Loeb's efforts make it difficult, and maybe even impossible, to meet the deadline for filing such motions.

It is therefore dishonest to say that the Plaintiffs have not presented "special circumstances" or equitable considerations that would compel Loeb's appearance for a deposition in Rhode Island. The facts that (1) Loeb previously agreed to be deposed in Rhode Island, (2) the Plaintiffs relied upon that agreement in assenting to the Joint Motion, (3) Loeb voluntarily and freely travels to Rhode Island to participate in sailing events, including the one that gave rise to the Plaintiffs' claims, and (4) Loeb is himself a third-party plaintiff and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS,
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE,
Defendants/Third Party Plaintiffs,

v.

BLAIR BROWN,
Third Party Defendant.

C.A. NO. 06-CV-00053-S-LDA

## AFFIDAVIT OF CHARLES A. COOK

1. My name is Charles A. Cook.
2. I make this Affidavit based upon my own personal knowledge, information and belief, and so far as facts are stated upon information and belief I believe them to be true.
3. I am an attorney admitted to practice in the Commonwealth of Massachusetts.
4. I am a partner in the firm Morrison Mahoney, LLP, with an office at 250 Summer Street, Boston, MA 02210.
5. I represent the Plaintiffs, Jack Foley, Mary O'Donoghue and David Robbins in the above-referenced matter.
6. On November 29, 2006, Counsel for all parties in this action met at the offices of Thomas C. Plunkett, Esquire. At that time, tentative dates were agreed upon for the depositions of all remaining parties. Those parties whose depositions remained to be scheduled were: Steven Loeb, William Tripp, Blair Brown, Mary O'Donoghue and Blad Co.
7. During the discussion referenced in the preceding paragraph, it was agreed that each of those party-depositions would take place in Providence Rhode Island. Counsel specifically discussed the need for each of the parties to present themselves in Rhode Island.

8. During the discussion referenced in the preceding paragraphs, the parties agreed that the deposition of Mary O'Donoghue would take place on December 7, 2006 (in Providence), and that the depositions of William Tripp, Blair Brown, Steve Loeb, and Blad Co. would take place during the week of January 15, 2007 (also in Providence). All counsel asked me to send an e-mail proposing specific dates during that week for those depositions. Pending receipt of that e-mail, counsel for all parties agreed to hold January 16, 17 and 19 for the depositions.

9. During the November 29, 2006 discussion referenced in the preceding paragraphs, it was agreed that the Pre-Trial Order would require an amendment with respect to the deadline for filing dispositive motions. It was agreed, therefore, that I was to draft a Joint Motion to Amend the Pre-Trial Order ("Motion") for review by all counsel.

10. On November 30, 2006, I distributed to counsel for all parties a draft Motion. I subsequently received the consent of all counsel to sign their names and file the Motion. A copy of the final Joint Motion to Amend Pre-Trial Order is attached hereto as *Exhibit A.*

11. In the Motion, counsel for all parties represented that they had "agreed upon a schedule for completion of all depositions necessary for the filing of dispositive motions…" The same paragraph goes on to state "In that regard, counsel for all parties anticipate that all depositions required for such motions will be completed by January 19, 2007." That wording was presented to the Court based upon the agreement referenced in paragraphs 6, 7, and 8, above.

12. On December 13, 2006, as requested by all counsel, I distributed an e-mail proposing specific times and dates during the week of January 15, 2007 for the depositions of one fact witness and the parties whose depositions had not yet been completed. A true and accurate copy of that e-mail is attached hereto as *Exhibit B*. In that e-mail, I asked all counsel to provide comments on December 14, 2006 at a previously scheduled Settlement Conference. Counsel for Loeb and Blad Co. raised no objections during the Settlement Conference.

13. Counsel for William Tripp ("Tripp") confirmed the dates and locations and, with respect to Blair Brown and one fact witness, served Notices of Depositions for the times, dates and locations proposed. Based upon the confirmation from counsel for Tripp, and lack of comment from counsel for Loeb and Blad Co., on December 19, 2006 I served Notices of Depositions for Loeb, Blad Co. and Tripp for the proposed dates and times. The location stated was Providence, as previously agreed to.

14. The agreement reached on November 29, 2006 to produce all parties in Providence, is based upon the belief of all counsel that they were each required to do so. Moreover, counsel for all parties discussed on November 29, 2006 the need to conduct each of those depositions in Rhode Island for efficiency and economy and in order to complete the depositions in sufficient time to comply with the proposed February 9, 2007 deadline for filing dispositive motions.

15. On information and belief, Loeb has regularly traveled to Rhode Island for the purpose of competing in sailing events. This included Loeb's competition in the sailing event giving rise to the claims, cross-claims and third-party claims in this action. A true and accurate copy of portions of a website maintained by Loeb identifying some of the events in which Loeb has competed in Rhode Island is attached hereto as *Exhibit C*.

Signed under the pains and penalties of perjury this 10th day of January, 2007.

Charles A. Cook

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants,

v.

BLAIR BROWN,
Third-Party Defendant.

JOINT MOTION TO AMEND PRE-TRIAL ORDER

Now come all the parties in the above matter and move that the Pre-Trial Order ("Order"), dated October 5, 2006 by the Court (Smith, J.) be amended by providing that the deadline for filing dispositive motions be changed from **January 2, 2007** to **February 9, 2007**.

In support of this Motion, all parties state the following:

1. Since the date of the Order, all parties have participated in good faith in an attempt to schedule all discovery necessary to prepare dispositive motions.
2. Despite good faith efforts of all parties, the schedules of potential witnesses, parties and counsel has made it impossible to complete the depositions in sufficient time prior to the January 2, 2007 deadline.
3. By December 7, 2006, all counsel will have completed depositions necessary to engage in constructive settlement negotiations at the Settlement Conference

scheduled for December 14, 2006.

4. Counsel for all parties conferred on November 29, 2006 and agreed upon a schedule for completion of all depositions necessary for the filing of dispositive motions by the proposed date of **February 9, 2007**. In that regard, counsel for all parties anticipate that all depositions required for such motions will be completed by January 19, 2007.

5. Counsel for all parties agree to this proposed amendment to the Order, and assert that no party will be prejudiced thereby.

Based upon the foregoing, counsel for all parties pray that this Court amend the Pre-Trial Order by establishing **February 9, 2007** as the deadline for the filing of dispositive motions.

Respectfully Submitted,

Dated: December 4, 2006

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

/s/Charles A. Cook

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys,

/s/ *Michael J. Daly*

Michael J. Daly, Esq. (RI Bar 6729)
Benjamin V. White, III, Esq. (RI Bar 1652)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

/s/ *John K. Fulweiler, Jr.*

John K. Fulweiler, Jr., Esq.
Cary R. Weiner, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Respectfully Submitted

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

/s/ *Thomas C. Plunkett*

Thomas C. Plunkett, Esq. (RI Bar 1662)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Respectfully Submitted,

STEVEN M. LOEB and BLAD CO.
By their attorneys:

/s/William E. O'Gara

William E. O'Gara, Esq. (RI Bar 4527)
John P. Walsh, Esq. (RI Bar 6709)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Respectfully Submitted,

BLAIR BROWN
By his attorneys,

/s/Richard S. Humphrey

Richard S. Humphrey, Esq. (RI Bar 2920)
Stephanie A. Murphy, Esq. (RI Bar 7252)
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Respectfully Submitted,

BLAIR BROWN
By his attorney,

/s/Seth S. Holbrook

Seth S. Holbrook, Esq. (RI Bar 5677)
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing **JOINT MOTION TO AMEND PRE-TRIAL ORDER** by sending a copy via e-mail to the following attorneys of record:

Michael J. Daly, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

John K. Fulweiller, Jr., Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Seth S. Holbrook. Esq.
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

Richard S. Humphrey, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Stefanie A. Murphy, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John P. Walsh, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Benjamin V. White, III, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Cary R. Wiener, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Dated: December 4, 2006

/s/Charles A. Cook
Charles A. Cook

Exhibit B

## Cook, Charles

**From:** Cook, Charles

**Sent:** Wednesday, December 13, 2006 2:48 PM

**To:** wogara@pld-law.com; 'Tom Plunkett'; 'Holbrook & Murphy'

**Cc:** jfulweiler@marinelex.com; cweiner@marinelex.com; 'Mike Daly'

**Subject:** deposition Schedule - Foley et al vs. Loeb et al

Gentlemen:

At Mary O'Donoghue's deposition, you asked me to take the lead on scheduling depositions. Here's what I propose:

Tuesday Jan 16 - 2 PM - Boston - Jack Slattery
Wednesday - Jan 17 - 9:30 AM - Providence - Bill Tripp
Wednesday - Jan 17 - 2 PM - Providence - Blair Brown
Thursday Jan 18 - 10 AM - Providence - Steve Loeb

Jack Slattery's deposition can be conducted either at my office or Seth Holbrook's office as you wish.

The depositions of Bill Tripp, Steve Loeb and Blair Brown can be conducted at any of our offices as people wish.

Please check with your clients so we can firm up this schedule tomorrow.

Jack Slattery confirmed that he's available on January 16th.

Charley

Exhibit C

# Sirena Race Results

## 2002 Race Results



- YRA of LIS Championship Regatta- First place division,
- Vineyard Race - First place in division
- Greenwich Cup Fall - First place
- American Yacht Club Fall Series - Second place
- Manhasset Bay Fall Series - First place

- IMS 40 Association Spring, Fall and Overall **Series** - *first place*
- YRA of Long Island Sound - first place Caper Trophy -(IMS Overall Season)
- YRA of Long Island Sound - first place Spring and Fall Trophies
- YRA of Long Island Sound - IMS Champion
- 2002 Greenwich Cup
- American Yacht Club Spring Series- First place
- Greenwich Cup Spring-First Place
- Storm Trysail Block Island Race - Third in division

## 2001 Race Results

- IMS 40 Association Spring, Fall and Overall **Series** - *first place*
- YRA of Long Island Sound - first place Caper Trophy -(IMS Overall Season)
- YRA of Long Island Sound - first place Spring and Fall Trophies
- YRA of Long Island Sound - IMS Champion



- YRA of LIS Championship Regatta-second place division, first place overall regatta based on highest implied wind
- Vineyard Race - first place in division
- American Yacht Club Fall Series - first place
- Manhasset Bay Fall Series - first place

- Stamford Cup Series - First place IMS
- American Yacht Club Spring Series- Second place
- Greenwich Cup -First Place, 2001 Greenwich Cup
- Storm Trysail Block Island Race - Second in division
- Block Island Race Week -Second Place
- Drumbeat Regatta - First place

# *2000 Race Results*



- **IMS 40 Association Spring, Fall and Overall Series** - ***first place***
- **Stamford Cup Series - First place IMS**
- **American Yacht Club Spring Series -** ***fourth place***
- **Greenwich Cup Spring -** ***Second Place***
- **IMS 40 Association Regatta -** ***First place***
- **Newport - Bermuda Race -** ***Third Place, division 6.***
- ***Drumbeat Regatta - First Place***
- ***IMS Worlds at Newport - Fourth Place cruiser/racer fleet***

- ***YRA of LIS Championship - Third Place***

- *Vineyard Race - Second Place IMS 40 division,* ***First place IMS racer fleet - Cotton Blossom - Nina Trophy***

- ***Stamford Denmark Race - First Place IMS fleet***

- ***Breakwater Irregulars (Tuesday night racing at Stamford)- First place division Spring and Fall Series***
- ***Greenwich Cup Fall Series - Third place***
- ***American Yacht Club Fall Series - Third place***

---

# *1999 Race Results*

***Caper Trophy - First place IMS YRA Season's trophy***

***IMS YRA Spring Season Trophy -*** *second place*

***IMS YRA Fall Season Trophy - First place***

**Stamford Cup Series - First place IMS**

***IMS 40 Association Spring, Fall and Overall Season Trophy***

- *American Yacht Club Spring Series* - ***First Place, Edward L. Richards trophy-*** *Best performance of an IMS Yacht*

- *Greenwich Cup Spring Series- Third Place*

- *Block Island Race* - ***First Place division and first overall IMS fleet, Elmina Trophy-*** *First place IMS cr/r fleet,* ***William Tripp Jr. Trophy -*** *First place IMS fleet,* ***Harvey Conover Memorial Trophy -*** *Best Overall Performance*

- Newport Gold Regatta - *Third Place*

- *IMS 40 Regatta* - ***First Place***

- ***Block Island Race Week - First Place***

- ***Around Long Island Race*** *- Second Place PHRF division, First place IMS division, Third Place IMS fleet*

- ***Stamford Overnight** - First place in division and first in fleet*
- ***YRA of LIS IMS Championships** - Fourth place in division, third Place in fleet*
- ***Breakwater Irregulars (Tuesday night racing at Stamford)- First place division Spring and Fall Series***
- ***Vineyard Race** - Third Place IMS 40 division, **First place IMS racer fleet - Cotton Blossom - Nina Trophy***
- ***Stamford Denmark Friendship Race - First place IMS fleet - Victor Borge Trophy***
- ***American Yacht Club Fall Series - First place class - Roger Sherman Memorial Trophy** - best performance of any Yacht in the Spring and Fall Series*
- ***Manhasset Bay Yacht Club Fall Series - First place , John B. Thomson Sr. Trophy -** Best overall performance IMS, One -Design and Level Classes*

---

# *1998 Race Results - Tripp 43*

- ***Caper Trophy -First Place Season's IMS Trophy***
- *Second Place LIS Fall Season IMS Trophy*
- *New York Yacht Club IMS National Championship- Second Place*
- ***New York Yacht Club Race Week- Distance Race- First Place***
- *Around Long Island Race- Third Place IMS*
- ***City Island Yacht Club Day Race- First Place***
- ***Leukemia Cup, New York Harbor- First Place div and overall***
- *IMS Long Island Sound Championship- Second Place*
- *Stamford Yacht Club Vineyard Race- Fifth Place*
- *Greenwich Cup Fall Series- Second Place*
- *American Yacht Club Fall Series-Fourth Place*
- *Seawanhaka IMS East Coast Championship- Second Place*

- ***Manhasset Bay Fall Series-First Place***

# *1998 Race Results -Sirena 44*



Spring Season Gitana Trophy -first place around the buoys

***American Yacht Club Spring Series****-Second Place*

***Larchmont Yacht Club EDLU- First Place Day and Distance portion, First place overall***

*Around Block Island Race - Third Place division, Third Place fleet*

***City Island Cup- First Place division***

*Newport to Bermuda Race- fourth place*

## *1997 Race Results*

- *Windigo Trophy- YRA of LIS Season Distance Racing Trophy-**First** Place*
- *Spring Season Gitana Trophy-for around the buoys racing-**First** place*

- *Greenwich Cup Spring-Third place division*
- *Around Block Island Race -**First** place division*
- *Edlu - Second place division day and distance race*
- *City Island Cup-**First** place division*
- *Annapolis-Newport distance race-Third place division*
- *Storm Trysail Block Island Race Week- Third place division*
- *Cablevision Around Long Island Race-**First** place division and fleet*
- *City Island Yacht Club Day Race-**First** place division and fleet*
- *City Island Yacht Club Women's Skipper Race- Third place division*
- *Sailing World/GMC Yukon NOOD Regatta, Newport RI- **First** in division*
- *Stamford Overnight Race-**First** place division, Third place fleet*
- *Captain Island Race-**First** place division*
- *Stamford Denmark race-**First** division*
- *Greenwich Cup Fall - Second place division*
- *Stamford Series-Stamford Cup **First** Place PHRF Div I*

- *EBYRA Wednesday Night Series-**First** place division*

*Back to Sirena Home Page*