06 038

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

C.A.NO. 06-0053 S-LDA

VS

BLAIR BROWN

**DEFENDANT, WILLIAM TRIPP'S, OBJECTION TO DEFENDANTS/THIRD PARTY PLAINTIFFS, STEVEN LOEB AND BLAD COMPANY'S, MOTION FOR PROTECTIVE ORDER**

Now comes the defendant, William Tripp, and hereby objects to the motion for protective order filed by defendants, Steven Loeb and Blad Company, for the reasons set forth in the accompanying memorandum of law.

Defendant/third party plaintiff,
William Tripp, by his attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

0

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Michael J. Daly mdaly@vetterandwhite.com

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

John P. Graceffa
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

Gareth W. Notis
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

John P. Walsh
Holland & Knight LLP
One Financial Plalza
Suite 1800
Providence, RI 02903-0819

Dated: January 11, 2007 /s/ THOMAS C. PLUNKETT

06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

C.A.NO. 06-0053 S-LDA

VS

BLAIR BROWN

**DEFENDANT, WILLIAM TRIPP'S,
MEMORANDUM IN SUPPORT OF HIS OBJECTION TO
DEFENDANTS/THIRD PARTY PLAINTIFFS,
STEVEN LOEB AND BLAD COMPANY'S,
MOTION FOR PROTECTIVE ORDER**

Plaintiffs' have filed the within action seeking damages for injuries allegedly sustained after a collision between two yachts in a race just off the coast of Newport, Rhode Island. The defendants, Steven Loeb, Blad Co. and William Tripp, subsequently filed third party complaints against third party defendant, Blair Brown, who was the owner of the yacht on which the plaintiffs were crew members.

The plaintiffs' attorney has served notices to take the deposition of Mr. Loeb and a Rule 30(b)(6) deposition of Blad Co. in Rhode Island on January 18, 2007 pursuant to a prior agreement of the parties' attorneys. Mr. Loeb and Blad Co. have filed a motion for protective order against the taking of both depositions in Rhode Island. Loeb and Blad Co. assert that Mr. Loeb is a resident of Connecticut and as an agent of Blad Co. his

principle place of business is in New York and one of those areas would be the proper location for the depositions.

The general rule regarding the appropriate location for a party's deposition is that "a plaintiff may be required to attend a deposition in the district where the case was filed, but a defendant may insist upon being deposed in the district where he resides. *Gibbs v. National R.R. Passenger Corp.*, 170 F.R.D. 452, 453 (N.D.Ind. 1997). The underlying premise is that the plaintiff has chosen the forum voluntarily and the defendant is an involuntary participant. *Id.*

However, Defendants/third party plaintiffs, Loeb and Blad Co., have filed a third party complaint against Mr. Brown as well as a cross claim against Mr. Tripp in the above captioned matter thereby selecting this forum within which to assert their claims against other parties. Similarly, in *Gibbs v. National R.R. Passenger Corp.*, defendants/third party plaintiffs' motion for a protective order was denied on the basis of their status as third party plaintiffs. That court identified the third party defendant as the involuntary participant because the defendants/third party plaintiffs chose to add the third party defendant in that jurisdiction instead of filing a separate lawsuit. Therefore, the defendants/third party plaintiffs were required to produce their employee for deposition in the jurisdiction where the lawsuit was pending. *Id* at 453-454.

Loeb and Blad Co. have voluntarily chosen this forum within which to assert their claims against the aforementioned parties. In doing so, they have expanded the

scope of the original complaint and assert non-compulsory claims that could have been filed in a separate lawsuit.

Furthermore, counsel for Mr. Tripp has reviewed the objection filed by plaintiffs' counsel and hereby adopts the facts and argument as presented in support of this objection.

For these reasons, this defendant respectfully requests the court deny the motion for protective order and require Mr. Loeb to appear in this jurisdiction for a deposition.

Defendant/third party plaintiff,
William Tripp, by his attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Michael J. Daly mdaly@vetterandwhite.com

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com;

gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

John P. Graceffa
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

Gareth W. Notis
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

John P. Walsh
Holland & Knight LLP
One Financial Plalza
Suite 1800
Providence, RI 02903-0819

Dated: January 11, 2007 /s/ THOMAS C. PLUNKETT