**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS<br>Plaintiffs, | ) |
| v. | ) |
| STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants, | ) |
| v. | ) |
| BLAIR BROWN,<br>Third-Party Defendant. | ) |

**JOINT MOTION TO FURTHER AMEND PRE-TRIAL ORDER**

Now come all the parties in the above matter and move that the Pre-Trial Order ("Order") dated October 5, 2006 by the Court (Smith, J.), amended on December 6, 2006, (Smith, J.) ("Amended Order"), be further amended by providing that the deadline for filing dispositive motions be changed from **February 9, 2007** to **March 23, 2007**, that the deadline for expert disclosures by the plaintiffs be changed from **April 1, 2007** to **May 1, 2007**, and that the deadline for expert disclosures by the defendants be changed from **May 1, 2007** to **June 1, 2007**.

In support of this Motion, all parties state the following:

1. The parties on December 4, 2006 submitted a Joint Motion to Amend Pre-Trial Order, seeking to extend until February 9, 2007, the deadline for filing dispositive motions. That date was proposed because counsel for all parties had previously agreed that the depositions of Defendants Steven Loeb, Blad Co., William Tripp

and Blair Brown would take place during the week of January 15, 2007.

2. At the request of counsel for Blair Brown, Mr. Brown's deposition has been postponed. Counsel for all parties are working to establish a mutually convenient date during the month of February 2007.

3. At the request of counsel for William Tripp, Mr. Tripp's deposition has been rescheduled from January 17, 2007 to February 28, 2007.

4. At the request of counsel for Steven M. Loeb and Blad Co., the depositions of Mr. Loeb and Blad Co. have been rescheduled from January 18, 2007 to February 27, 2007.

5. Counsel for all parties have agreed that the depositions of Mr. Tripp, Mr. Brown, Mr. Loeb and Blad Co. will be conducted in Providence, Rhode Island.

6. The foregoing depositions must take place before the parties can file dispositive motions.

7. Counsel for all parties ask this Court to further amend the deadline for filing dispositive motions to **March 23, 2007**.

8. Counsel for all parties ask this Court to amend the deadline for plaintiffs' expert disclosures to **May 1, 2007**.

9. Counsel for all parties ask this Court to amend the deadline for defendants' expert disclosures to **June 1, 2007**.

10. The parties have been engaging, and continue to be engage, in discovery as to liability and damages. Discovery, therefore, will not be delayed.

11. If the depositions of Mr. Tripp, Mr. Brown, Mr. Loeb and Blad Co. take place as scheduled, there will be no need to amend the schedule with respect to fact

discovery or trial.

12. Counsel for all parties agree to this proposed amendment to the Amended Order, and assert that no party will be prejudiced thereby.

Based upon the foregoing, counsel for all parties pray that this Court further amend the Pre-Trial Order by establishing the following deadlines**:**

| | |
|---|---|
| Dispositive Motions | March 23, 2007 |
| Plaintiffs' Expert Disclosures | May 1, 2007 |
| Defendants' Expert Disclosures | June 1, 2007 |

Respectfully Submitted,

Dated: January 23, 2007

JACK FOLEY, MARY O'DONOGHUE AND
DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

______________________________

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE
By their attorneys,

*/s/ Michael J. Daly*

______________________________

Michael J. Daly, Esq. (RI Bar 6729)
Benjamin V. White, III, Esq. (RI Bar 1652)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/ John K. Fulweiler, Jr.*

___________________________________

John K. Fulweiler, Jr., Esq.
Cary R. Weiner, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Respectfully Submitted

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/Thomas C. Plunkett*

___________________________________

Thomas C. Plunkett, Esq. (RI Bar 1662)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Respectfully Submitted,

STEVEN M. LOEB and BLAD CO.
By their attorneys:

*/s/ William E. O'Gara*

___________________________________

William E. O'Gara, Esq. (RI Bar 4527)
John P. Walsh, Esq. (RI Bar 6709)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Respectfully Submitted,

BLAIR BROWN
By his attorneys,

*/s/ Richard S. Humphrey*

______________________________

Richard S. Humphrey, Esq. (RI Bar 2920)
Stephanie A. Murphy, Esq. (RI Bar 7252)
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Respectfully Submitted,

BLAIR BROWN
By his attorney,

*/s/ Seth S. Holbrook*

______________________________

Seth S. Holbrook, Esq. (RI Bar 5677)
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Charles A. Cook, hereby certify that I served a true and correct copy of the foregoing **JOINT MOTION TO FURTHER AMEND PRE-TRIAL ORDER** by sending a copy via e-mail to the following attorneys of record:

Michael J. Daly, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

John K. Fulweiler, Jr., Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Seth S. Holbrook. Esq.
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

Richard S. Humphrey, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Stefanie A. Murphy, Esq.
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John P. Walsh, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Benjamin V. White, III, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Cary R. Wiener, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Dated: January 23, 2007

*/s/ Charles A. Cook*
Charles A. Cook, Esq.