06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION TO COMPEL ATTENDANCE AT DEPOSITION

Now comes the defendant William Tripp pursuant to FRCP 37 (d) and moves that the third-party defendant Blair Brown appear at his deposition scheduled for February 28, 2007 at 2:30 p.m. The defendant William Tripp relies upon the attached memorandum.

Defendant's attorney submits that he has attempted to resolve the issues forming the basis for this motion by conferring with counsel for the third-party defendant but the matter has not yet been resolved.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**
To:
Michael Daly, Esq.
mdaly@vetterandwhite.com
Benjamin V. White, III, Esq.
VETTER AND WHITE
20 Washington Place
Providence, RI

Charles A. Cook, Esq.
S. Morrison, Esq.
G. Notis, Esq.
CCook@morrisonmahoney.com
MORRISON MAHONEY & MILLER
250 Summer Street
Boston, MA

Seth S. Holbrook, Esq.
Holbrook Murphy@msn.com
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02109

William E. O'Gara, Esq.
wogara@pld-law.com
PANNONE LOPES & DEVEREAUX
1800 One Financial Plaza
Providence, RI 02903

Cary R. Wiener cwiener@marinelex.com
Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

CERTIFICATION

I hereby certify I mailed a copy of the within to counsel listed above by regular mail, postage prepaid.

Dated: February 12, 2007 /s/ THOMAS C. PLUNKETT

06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MEMORANDUM OF DEFENDANT WILLIAM TRIPP
IN SUPPORT OF HIS MOTION TO COMPEL
ATTENDANCE AT DEPOSITION

FRCP 37(d) states that the court may make such orders as are just if a party "{...(1) fails to appear before the officer who is to take the deposition after being served with proper notice."

In November, 2006 counsel for all parties agreed on a deposition schedule which provided for the deposition of plaintiff Mary O'Donoghue on December 7, 2006 and the deposition of defendants and the third-party defendant on January 16, 17 and 19, 2007. Based upon this arrangement, counsel submitted to the court an agreed upon motion to extend the time for submission of dispositive motions to February 9, 2007. Mr. Brown's deposition was scheduled for January 17, 2007. Within the week before the deposition, counsel for Mr. Brown advised defendant's counsel that Mr. Brown would not be attending the deposition because he had been unable to confirm the date with Mr. Brown. This was done despite the fact all counsel had agreed to the schedule weeks before. Counsel for the defendant William Tripp agreed to the adjournment and because of a motion for protective order filed by the defendant Loeb, the depositions of all defendants eventually were cancelled.

All counsel met on January 16, 2007 and agreed that those depositions would be rescheduled for the week of February 26, 2007. The attorneys for the plaintiffs, the defendants Loeb and Blad, and the defendant Tripp have confirmed the depositions of Mr. Loeb, Blad Co., and Mr. Tripp for February 27 and 28. To date, the third-party defendant Blair Brown has not

committed to a deposition date. Based on these revised dates, all parties submitted to the court a second motion to extend the date for submission of dispositive motions and, correspondingly, other items in the pre-trial order. The court recently granted the extension. Dispositive motions are now due by March 23, 2007. It is necessary that these depositions be taken before the filing of the motions and the oppositions thereto.

Mr. Brown's deposition was cancelled in January at the last minute because he had not committed to the deposition date agreed to by counsel on November 26. Although counsel for the defendant Tripp and for the third-party defendant Brown have communicated since January 16, 2007 about the deposition, Mr. Brown has yet to commit to a new date. Counsel for the defendant Tripp is very concerned that he will not agree to a new date resulting in the delay in and avoidance of his deposition. He delayed for his last deposition. He has delayed now since January 16 in making a commitment. The defendant Tripp has noticed Mr. Brown's deposition for February 28, 2007. **Exh. A, Deposition notice of Blair Brown**. Although Mr. Brown's attorney has been very forthright and responsive, he has still not been able to obtain his client's agreement to a date. If the deposition is not taken as scheduled, the time periods recently set in the new pre-trial order for dispositive motions and discovery disclosures won't be realistic, further action by the court will be required, and the other parties to the suit will be prejudiced in either filing or opposing dispositive motions.

Because of the failure of the third-party defendant even as of now to agree to the proposed date and the concern that he will delay in responding, the defendant Tripp requests that the court order his attendance at the deposition presently scheduled for February 28, 2007.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

To:
Michael Daly, Esq.
mdaly@vetterandwhite.com
Benjamin V. White, III, Esq.
VETTER AND WHITE
20 Washington Place
Providence, RI

Charles A. Cook, Esq.
S. Morrison, Esq.
G. Notis, Esq.
CCook@morrisonmahoney.com
MORRISON MAHONEY & MILLER
250 Summer Street
Boston, MA

Seth S. Holbrook, Esq.
Holbrook Murphy@msn.com
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02109

William E. O'Gara, Esq.
wogara@pld-law.com
PANNONE LOPES & DEVEREAUX
1800 One Financial Plaza
Providence, RI 02903

Cary R. Wiener cwiener@marinelex.com
Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

CERTIFICATION

I hereby certify I mailed a copy of the within to counsel listed above by regular mail, postage prepaid.

Dated: February 12, 2007 /s/ THOMAS C. PLUNKETT

06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

**NOTICE OF INTENTION TO TAKE DEPOSITION**

**DEPONENT: THIRD-PARTY DEFENDANT, BLAIR BROWN**

**DATE: February 28, 2007 at 2:30 p.m.**

Please take notice that the testimony on oral examination of the above named deponent will be taken before a Notary Public of the State of Rhode Island on the above date and thereafter from day to day as the taking of the deposition may be adjourned at the office of ***KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI,*** at which time and place you are notified to appear and take such part in the examination as may be advised and as shall be fit and proper.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

**EXH. A**

CERTIFICATION

I hereby certify that I have electronically served the above notice to counsel as listed below:

Charles A. Cook ccook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Weiner cwiener@marinelec.com

Rhode Island Court Reporting, Inc.
747 North Main Street
Providence, RI 02904

Patrick Coughlin – Liberty Mutual
No. 6679622

Dated: February 12, 2007 /s/ THOMAS C. PLUNKETT