06 038

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS

C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION TO PASS

Now comes the defendant William Tripp in the above matter and requests that his motion to compel attendance at deposition presently scheduled for hearing on February 21, 2007 at 10:00 a.m. be passed. The parties have resolved the issues raised by the motion and the deposition is being scheduled on an agreed upon date.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically served the above notice to counsel as listed below:

Charles A. Cook ccook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Weiner cwiener@marinelec.com

Rhode Island Court Reporting, Inc.
747 North Main Street
Providence, RI 02904

Patrick Coughlin – Liberty Mutual
No. 6679622

Dated: February 19, 2007 /s/ THOMAS C. PLUNKETT