**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ****************************** | |
| **JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS** | |
| **Plaintiffs,** | |
| | **Civil Action No. 06-0053-S-LDA** |
| **v.** | |
| **STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY AND D/B/A/ TRIPP DESIGN NAVAL ARCHITECTURE** | |
| **Defendants and Third-Party Plaintiff,** | |
| **v.** | |
| **BLAIR BROWN** | |
| **Third-Party Defendant** | |
| ****************************** | |

**<u>THIRD PARTY DEFENDANT, BLAIR BROWN'S, MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES the Third Party Defendant, Blair Brown, by and through his undersigned attorneys and moves that the time in which to file his Motion for Summary Judgment be extended up to and including March 26, 2007. The current filing deadline is March 23, 2007.

As reason therefor, the Third Party Defendant states that the additional time is necessary to complete the brief and attachments being submitted in support of the Summary Judgment Motion.

Opposing counsel have indicated they have no objection to this motion.

WHERFORE, Third Party Defendant, Blair Brown, prays that the time in which to file his Motion for Summary Judgment be extended up to and including March 26, 2007.

By his attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook RI Bar #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on March 22, 2007, I electronically filed THIRD PARTY DEFENDANT, BLAIR BROWN'S, MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT, with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook RI Bar #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com