# Exhibit 8

# (pp. 1-19)

# AFFIDAVIT OF RICHARD M. ROSE

I, Richard M. Rose, after being first duly sworn, do hereby depose and state as follows:

1. My current address is 8516 Sand Point Way NE, Seattle, WA 98115.

2. I make this Affidavit based upon my own personal knowledge, information and belief, and so far as facts are stated upon information and belief I believe them to be true.

3. I have been a student of the rules governing sailboat racing for over forty years.

4. I have been a US Certified Judge since the certification program began in 1978. I have judged at all levels of events from international championships to local youth events. I was the Rules Advisor to US Olympic Sailing Team in 1984 in Los Angeles, in 1988 in Pusan, Korea, and in 1992 in Barcelona.

5. I am presently a member of the Racing Rules Committee of the United States Sailing Association, Inc. ("US SAILING"). I have been a member of that committee since 1983. I served as Chairman of the US SAILING Racing Rules Committee from 1989 to 1996 and from 2001 to 2004.

6. The principal responsibilities of the US SAILING Racing Rules Committee are to (i) draft, for approval by the US SAILING Board of Directors, the Prescriptions to the Racing Rules of Sailing, and (ii) propose changes to the Racing Rules of Sailing for consideration by the International Sailing Federation ("ISAF").

7. I am a member of the ISAF Racing Rules Committee. I have been a member of that committee since 1991. In addition, I have been a member of the working party of the ISAF Racing Rules Committee since 1995. The working party is comprised of a small number of committee members with responsibility for actually drafting and editing potential changes to the Racing Rules of Sailing.

8. I have attached as Exhibit A to this affidavit a true and accurate copy of the US Prescriptions to the Racing Rules of Sailing in effect on July 14, 2002.

9. I have attached as Exhibit B a true and accurate copy of the Racing Rules of Sailing in effect for the period January 1, 2001 through December 31, 2004. With the exceptions of rule A8.2 on page 39 (which was deleted by ISAF on 1 June 2002) and pages 113 through 134, the document set forth in Exhibit B was in effect on July 14, 2002.

10. I have reviewed what I understand to be the Notice of Race and Sailing Instructions for the 2002 New York Yacht Club Race Week ("Regatta"), attached as Exhibit C and Exhibit D, respectively.

11. The US Prescriptions (Exhibit A) and the Racing Rules of Sailing (Exhibit B), with the exception of rule A 8.2 and pages 113 through 134, governed the Regatta.

12. The word "competitor" is used throughout the Racing Rules of Sailing and US Prescriptions. All crew racing aboard a sailboat are "competitors." Thus, unless a particular rule proscribes the conduct of a "boat owner", the Racing Rules of Sailing apply to all competitors.

13. Racing Rules of Sailing Rule 3 provides that all competitors agree to be bound by the "Rules".

14. The term "Rules" is defined in the Racing Rules of Sailing to include, among other things, the Racing Rules of Sailing, the Sailing Instructions for a particular event, the Notice of Race for a particular event and the US Prescriptions.

15. I understand that Jack Foley, Mary O'Donoghue, David Robbins, Steve Loeb and Bill Tripp were all sailing aboard boats competing in the Regatta. Each of them was a competitor within the meaning of the Racing Rules of Sailing. By participating in the Regatta, each of them agreed to be bound by the Racing Rules of Sailing including, among other things, Racing Rules of Sailing Rule 3 and the US Prescription Rule 68.

Signed under the pains and penalties of perjury this 9 th day of March, 2007.

Richard M. Rose

Richard Rose

# Exhibit A

# RELEVANT PORTIONS OF THE US PRESCRIPTIONS

# 2001-2004 US SAILING Prescriptions

As of March 1, 2002

[*Changes from the printed rulebook have been indicated by marginal markings*]

**Contents** Change Appendix F title (put in italics)

*F Appeals Procedures*

After last ISAF appendix under **Appendices, Section I** add

*P Definitions for Competitor Classification*
*Q Sound-Signal Starting System*

**Introduction** After "Changes to the Rules" add

***US SAILING prescriptions are printed in bold italics except Appendices F, P and Q. There is no Appendix O.***

**Equal Opportunity** Below "Sportsmanship and the Rules" in "Basic Principle" add

> ***Equal Opportunity***
>
> *As the national authority for the sport of sailing in the United States of America, the United States Sailing Association is committed to providing an equal opportunity to all sailors to participate in the sport of sailing.*

**Rule 34** Change rule 34 title

**MARK MISSING; *RACE COMMITTEE ABSENT***

After rule 34 add

***US SAILING prescribes that, in the absence of the race committee, a boat shall take her own finishing time and report it to the race committee as soon as possible. If there is no longer an established finishing line, it shall be a line extending from the required side of the finishing* mark *at right angles to the course from the last* mark *and of the shortest practicable length.***

**Rule 40** Change rule 40 title

**PERSONAL BUOYANCY; *LIFE-SAVING EQUIPMENT***

After rule 40 add

***US SAILING prescribes that every boat shall carry life-saving equipment conforming to government regulations.***

**Rule 48** After rule 48 add

***US SAILING prescribes that the use of additional special purpose lights such as mast-head, spreader and jib-luff lights shall not constitute a breach of this rule.***

**Rule 55** Add rule 55

***55 FLAGS***

***US SAILING prescribes that a boat shall not display flags except for signaling. A boat shall not be penalized for breaking this rule without prior warning and opportunity to make correction.***

**Rule 61.4** Add rule 61.4

***61.4 Fees for Protests and Requests for Redress***

***US SAILING prescribes that no fees shall be charged for* protests *or requests for redress.***

Rule 62.2 After rule 62.2 add

*US SAILING prescribes that a request for redress claiming that a boat's finishing place was made significantly worse by an action or omission of a protest committee shall be delivered before 1800 on the day following the protest committee's action or omission or its decision, or later if there is good reason to extend this time limit.*

Rule 64.1(a) Due to a change in the ISAF Codes, this prescription has been deleted.

Rule 64.3(b) After rule 64.3(b) add

*US SAILING prescribes that the authority responsible for interpreting the rules of a measurement or handicapping system is the organization that issued the rating certificate or handicap involved.*

Rule 64.4 Add rule 64.4

*64.4 Decisions on Protests Involving Appendix P*

*US SAILING prescribes that when the protest committee is in doubt about the meaning of a rule of Appendix P, it shall refer its questions, together with the relevant facts, to the US SAILING Competitor Classification Committee. In making its decision, the protest committee shall be bound by the Competitor Classification Committee's reply.*

Rule 68 After rule 68 add

*US SAILING prescribes that:*

*(a) A boat that retires from a race or accepts a penalty does not, by that action alone, admit liability for damages.*

*(b) A protest committee shall find facts and make decisions only in compliance with the* rules. *No protest committee or US SAILING appeal authority shall adjudicate any claim for damages. Such a claim is subject to the jurisdiction of the courts.*

*(c) A basic purpose of the* rules *is to prevent contact between boats. By participating in an event governed by the* rules, *a boat agrees that responsibility for damages arising from any breach of the* rules *shall be based on fault as determined by application of the* rules, *and that she shall not be governed by the legal doctrine of 'assumption of risk' for monetary damages resulting from contact with other boats.*

Rule 76.1 After rule 76.1 add

*US SAILING prescribes that an organizing authority or race committee shall not reject or cancel the entry of a boat or exclude a competitor eligible under the notice of race and sailing instructions for an arbitrary or capricious reason or for reason of race, color, religion, gender, age or national origin.*

Rule 76.3 Add rule 76.3

*76.3 US SAILING prescribes that a boat whose entry is rejected or cancelled or a competitor who is excluded from a race or series shall be, upon written request, entitled to a hearing conducted by the protest committee under rules 63.2, 63.3, 63.4 and 63.6.*

Rule 86.1(b) After rule 86.1(b) add

*US SAILING prescribes that sailing instructions shall not change rules 61.4 or 76.3, Appendix P, or its prescriptions to rules 40, 68 or 76.1.*

Rule 86.2 After rule 86.2 add

*US SAILING prescribes that proposed rules may be tested in local races.*

**Appendix A** At the end add the following note:

> ***US SAILING Note:*** *The scoring systems in Appendix A reward a boat that participates in all the races of a series, even when one or more scores is excluded from her series score. In a long series, such as a season championship spanning several weeks, these systems put a boat that misses some of the races at a disadvantage to a boat that sails more races. The US SAILING website (www.ussailing.org/racemgt) provides texts for alternative scoring systems designed for such long series, including an updated version of Appendix AA that appeared in the 1997-2000 edition of* The Racing Rules of Sailing. *Those without access to the website may request a copy of these texts by fax on the US SAILING Infofax line, (888) USSAIL-6.*

***Appendix F*** Replace ISAF Appendix F with new ***Appendix F*** [see attached *Appendix F*]

**Appendix G** After rule G2 add

> ***US SAILING prescribes that unless otherwise stated in her class rules, the sails of a boat that is not in an ISAF International Class or Recognized Class shall comply with rule G1. However, offshore racing boats not in a class that is subject to rule G1 shall carry US SAILING numbers on mainsails, spinnakers and each overlapping headsail having a luff-perpendicular measurement exceeding 130% of the base of the foretriangle. This rule applies only to boats whose owner's national authority is US SAILING.***

**Appendix K** After preamble to ISAF Appendix K add

> ***US SAILING Note:*** *A guide to simplified sailing instructions suitable for events such as club or local regattas can be found on the US SAILING website (www.ussailing.org/racemgt). Those without access to the website may request a copy by fax on the US SAILING Infofax line, (888) USSAIL-6.*

***Appendix P*** After last ISAF appendix in Section I add new ***Appendix P*** [see attached *Appendix P*]

***Appendix Q*** After *Appendix P* add new ***Appendix Q*** [see attached *Appendix Q*]

**Index** At end of introductory paragraph add

> ***US SAILING prescriptions are not included in the Index.***

# Appendix F – Appeals Procedures

***This appendix is a US SAILING prescription.***

*See rules 70 and 71. This appendix replaces Appendix F as adopted by the International Sailing Federation. The US SAILING Appeals Committee acts as the national authority within the meaning of rules 70.1 and 71. This appendix shall not be changed by sailing instructions.*

**F1 WHERE TO FILE AN APPEAL OR REQUEST**

**F1.1** Appeals of decisions of a protest committee and requests by a protest committee for confirmation or correction of its decisions shall be made to the association appeals committee for the place in which the event was held, except as provided in rules F1.3 and F1.4.

**F1.2** Appeals of decisions of an association appeals committee, requests by an association appeals committee for confirmation or correction of its decisions, and all requests for interpretations of *rules* shall be made to the US SAILING Appeals Committee.

**F1.3** Appeals of decisions of a protest committee made under rule 69.1 and requests by a protest committee for confirmation or correction of such decisions shall be made to the US SAILING Appeals Committee.

**F1.4** Appeals of decisions of a protest committee for a US SAILING national championship and requests by such a committee for confirmation or correction of its decisions shall be made to the US SAILING Appeals Committee.

**F2 TO APPEAL OR MAKE A REQUEST**

**F2.1** To appeal the decision of a protest committee or association appeals committee the appellant shall, within 15 days of receiving the written decision being appealed or a protest committee's decision not to reopen a hearing, send a dated appeal to the appropriate appeals committee, with a copy of the decision and the appropriate fee. The appeal shall state why the appellant believes the committee's interpretation of a *rule* or its procedures were incorrect. If an appeals fee is required and is not sent with the appeal it must be received before the appeal will be considered. The fee for appeals to the US SAILING Appeals Committee is $25 for members and $75 for non-members.

**F2.2** The appellant shall also send, with the appeal or as soon as possible thereafter, all of the following documents that are available to her:

(a) the written *protest(s)* or request(s) for redress;

(b) if the appeal is from a decision of an association appeals committee, the written decision of the protest committee;

(c) a diagram, prepared or endorsed by the protest committee, showing the positions and tracks of all boats involved, the course to the next *mark* and its required side, the force and direction of the wind, and, if relevant, the depth of the water and the direction and speed of any current;

(d) the notice of race, sailing instructions, any other conditions governing the event, and any changes to them;

(e) any additional relevant documents and correspondence; and

(f) the names and addresses of all *parties* to the hearing and the protest committee chairman.

**F2.3** To request confirmation or correction of its decision, a protest committee or association appeals committee shall send to the appropriate appeals committee a copy of its decision and all relevant documents and comments. There is no fee for requests for confirmation or correction made to the US SAILING Appeals Committee.

**F2.4** To request an interpretation of the *rules*, a club or other organization affiliated to US SAILING shall send to the US SAILING Appeals Committee its request, which shall include assumed facts. The fee for requests for interpretation of the *rules* is $25.

**F3 NOTIFICATION OF THE COMMITTEE WHOSE DECISION IS BEING APPEALED**

Upon receipt of an appeal, the appeals committee shall send a copy of the appeal to the committee whose decision is being appealed, asking it for any documents required by rule F2.2 not supplied by the appellant.

**F4 COMMITTEE RESPONSIBILITIES**

**F4.1 Protest Committee**

A protest committee whose decision is being appealed shall supply any of the documents requested under rule F3 and any facts or information requested under rule F5 and, if directed to do so by the appeals committee, shall conduct a hearing or re-hearing of the *protest* or request for redress.

**F4.2 Association Appeals Committee**

(a) The association appeals committee shall send to all *parties* to the hearing, and to the committee whose decision is being appealed or reviewed, copies of all relevant documents and comments it has received, except those supplied by that *party* or committee.

(b) An association appeals committee shall consider an appeal it has refused to decide if directed to do so by the US SAILING Appeals Committee.

**F4.3 US SAILING Appeals Committee**

The US SAILING Appeals Committee shall send to all *parties* to the hearing, to the protest committee and to the association appeals committee whose decision is being appealed or reviewed, copies of all relevant documents and comments it has received, except those supplied by that *party* or committee.

**F5 FINDING OF FACTS; ADDITIONAL INFORMATION**

An appeals committee shall accept the protest committee's finding of facts except when it decides they are inadequate, in which case it may require the protest committee to provide additional facts or other information, or to reopen the hearing and report any new finding of facts.

**F6 COMMENTS**

An appeals committee shall consider written comments on an appeal or request for confirmation or correction of a committee's decision only from *parties* to the hearing, the protest committee, and, if relevant, from the association appeals committee. Such comments shall be sent to the appeals committee within 15 days of the *party's* or committee's receipt of the appeal or request and, if possible, to all *parties* to the hearing and all committees involved.

**F7 OTHER PROVISIONS**

In addition to the provisions of rule 71:

(a) An association appeals committee acting under the rules of this appendix may take any of the actions permitted by the national authority in rules 71.2 and 71.3, subject to further appeal as provided in rule F1.2.

(b) No member of the association appeals committee shall take part in the discussion or decision on an appeal or a request for confirmation or correction to the US SAILING Appeals Committee.

(c) An appeals committee may direct a protest committee to conduct a hearing or re-hearing of the *protest* or request for redress.

(d) The US SAILING Appeals Committee may direct an association appeals committee to consider an appeal it has refused to decide.

# Exhibit B

# RELEVANT PORTIONS OF THE RACING RULES OF SAILING

# The

# RACING RULES

# of

# SAILING

## for 2001–2004

International Sailing Federation

# PART 1 – FUNDAMENTAL RULES

## 1 SAFETY

### 1.1 Helping Those in Danger

A boat or competitor shall give all possible help to any person or vessel in danger.

### 1.2 Life-Saving Equipment and Personal Buoyancy

A boat shall carry adequate life-saving equipment for all persons on board, including one item ready for immediate use, unless her class rules make some other provision. Each competitor is individually responsible for wearing personal buoyancy adequate for the conditions.

## 2 FAIR SAILING

A boat and her owner shall compete in compliance with recognized principles of sportsmanship and fair play. A boat may be penalized under this rule only if it is clearly established that these principles have been violated. A disqualification under this rule shall not be excluded from the boat's series score.

## 3 ACCEPTANCE OF THE RULES

By participating in a race conducted under these racing rules, each competitor and boat owner agrees

(a) to be governed by the *rules*;

(b) to accept the penalties imposed and other action taken under the *rules,* subject to the appeal and review procedures provided in them, as the final determination of any matter arising under the *rules*; and

(c) with respect to such determination, not to resort to any court or other tribunal not provided by the *rules*.

# PART 2 – WHEN BOATS MEET

*The rules of Part 2 apply between boats that are sailing in or near the racing area and intend to* ***race****,* are ***racing****,* or have been ***racing****. However, a boat not* ***racing*** *shall not be penalized for breaking one of these rules, except rule 22.1. The* International Regulations for Preventing Collisions at Sea *or government right-of-way rules apply between a boat sailing under these rules and a vessel that is not, and they replace these rules if the sailing instructions so state.*

## Section A – Right of Way

*A boat has right of way when another boat is required to* **keep clear** *of her. However, some rules in Sections B, C and D limit the actions of a right-of-way boat.*

### 10 ON OPPOSITE TACKS

When boats are on opposite *tacks,* a *port-tack* boat shall *keep clear* of a *starboard-tack* boat.

### 11 ON THE SAME TACK, OVERLAPPED

When boats are on the same *tack* and *overlapped,* a *windward* boat shall *keep clear* of a *leeward* boat.

### 12 ON THE SAME TACK, NOT OVERLAPPED

When boats are on the same *tack* and not *overlapped,* a boat *clear astern* shall *keep clear* of a boat *clear ahead.*

### 13 WHILE TACKING

After a boat passes head to wind, she shall *keep clear* of other boats until she is on a close-hauled course. During that time rules 10, 11 and 12 do not apply. If two boats are subject to this rule at the same time, the one on the other's port side shall *keep clear.*

## Section B – General Limitations

### 14 AVOIDING CONTACT

A boat shall avoid contact with another boat if reasonably possible. However, a right-of-way boat or one entitled to *room*

(a) need not act to avoid contact until it is clear that the other boat is not *keeping clear* or giving *room,* and

(b) shall not be penalized under this rule unless there is contact that causes damage.

### 15 ACQUIRING RIGHT OF WAY

When a boat acquires right of way, she shall initially give the other boat *room* to *keep clear,* unless she acquires right of way because of the other boat's actions.

### 16 CHANGING COURSE

16.1 When a right-of-way boat changes course, she shall give the other boat *room* to *keep clear.*

16.2 In addition, when after the starting signal boats are about to cross or are crossing each other on opposite *tacks,* and the *port-tack* boat is *keeping clear* of the *starboard-tack* boat, the *starboard-tack* boat shall not change course if as a result the *port-tack* boat would immediately need to change course to continue *keeping clear.*

### 17 ON THE SAME TACK; PROPER COURSE

17.1 If a boat *clear astern* becomes *overlapped* within two of her hull lengths to *leeward* of a boat on the same *tack,* she shall not sail above her *proper course* while they remain *overlapped* within that distance, unless in doing so she promptly sails astern of the other boat. This rule does not apply if the *overlap* begins while the *windward* boat is required by rule 13 to *keep clear.*

### 44.4 Limits on Penalties

(a) When a boat intends to take a penalty as provided in rule 44.1 and in the same incident has touched a *mark*, she need not take the penalty provided in rule 31.2.

(b) A boat that takes a penalty shall not be penalized further with respect to the same incident unless she failed to retire when rule 44.1 required her to do so.

## 45 HAULING OUT; MAKING FAST; ANCHORING

A boat shall be afloat and off moorings at her preparatory signal. Thereafter, she shall not be hauled out or made fast except to bail out, reef sails or make repairs. She may anchor or the crew may stand on the bottom. She shall recover the anchor before continuing in the race unless she is unable to do so.

## 46 PERSON IN CHARGE

A boat shall have on board a person in charge designated by the member or organization that entered the boat. See rule 75.

## 47 LIMITATIONS ON EQUIPMENT AND CREW

47.1 A boat shall use only the equipment on board at her preparatory signal.

47.2 No person on board shall intentionally leave, except when ill or injured, or to help a person or vessel in danger, or to swim. A person leaving the boat by accident or to swim shall be back on board before the boat continues in the race.

## 48 FOG SIGNALS AND LIGHTS

When safety requires, a boat shall sound fog signals and show lights as required by the *International Regulations for Preventing Collisions at Sea* or applicable government rules.

## 49 CREW POSITION

**49.1** Competitors shall use no device designed to position their bodies outboard, other than hiking straps and stiffeners worn under the thighs.

# PART 5 – PROTESTS, REDRESS, HEARINGS, MISCONDUCT AND APPEALS

## Section A – Protests and Redress

### 60 RIGHT TO PROTEST AND REQUEST REDRESS

**60.1** A boat may

(a) protest another boat, but not for an alleged breach of a rule of Part 2 unless she was involved in or saw the incident; or

(b) request redress.

**60.2** A race committee may

(a) protest a boat, but not as a result of a report by a competitor from another boat or other *interested party* or of information in an invalid *protest*;

(b) request redress for a boat; or

(c) report to the protest committee requesting action under rule 69.1(a).

**60.3** A protest committee may

(a) protest a boat, but not as a result of a report by a competitor from another boat or other *interested party* except under rule 61.1(c), or as a result of information in an invalid *protest* except under rule 60.4;

(b) call a hearing to consider redress; or

(c) act under rule 69.1(a).

**60.4** If a protest committee receives a report of an incident that may have resulted in serious damage or serious injury, it may protest any boat involved.

## 61 PROTEST REQUIREMENTS

### 61.1 Informing the Protestee

(a) A boat intending to protest shall always inform the other boat at the first reasonable opportunity. When her *protest* concerns an incident in the racing area that she is involved in or sees, she shall hail 'Protest' and conspicuously display a red flag at the first reasonable opportunity for each. However, boats of hull length less than 6 metres need not display the flag, and if the other boat is beyond hailing distance the protesting boat need not hail but shall inform the other boat at the first reasonable opportunity. A boat required to display a flag shall do so until she is no longer *racing*.

(b) A race committee or protest committee intending to protest a boat under rule 60.2(a) or 60.3(a) shall inform her as soon as reasonably possible, except that if the *protest* arises from an incident it observes in the racing area the committee shall inform the boat after the race within the time limit of rule 61.3.

(c) During the hearing of a valid *protest* or request for redress, if the protest committee decides to protest a boat that was involved in the incident but is not a *party* to that hearing, it shall inform the boat as soon as reasonably possible of its intention, then protest her as required by rule 61.2 and proceed with a hearing as required by rule 63.

### 61.2 Protest Contents

A *protest* shall be in writing and identify

(a) the protestor and protestee;

(b) the incident, including where and when it occurred;

(c) any *rule* the protestor believes was broken; and

(d) the name of the protestor's representative.

Provided the written *protest* identifies the incident, other details may be corrected before or during the hearing.

**61.3 Protest Time Limit**

A *protest* by a boat, or by the race committee or protest committee about an incident the committee observes in the racing area, shall be delivered to the race office no later than the time limit stated in the sailing instructions. If none is stated, the time limit is two hours after the last boat in the race *finishes*. Other race committee or protest committee *protests* shall be delivered to the race office within two hours after the committee receives the relevant information. The protest committee shall extend the time if there is good reason to do so.

**62 REDRESS**

**62.1** A request for redress or a protest committee's decision to consider redress shall be based on a claim or possibility that a boat's finishing place in a race or series has, through no fault of her own, been made significantly worse by

(a) an improper action or omission of the race committee or protest committee,

(b) physical damage because of the action of a boat that was breaking a rule of Part 2 or of a vessel not *racing* that was required to keep clear,

(c) giving help (except to herself or her crew) in compliance with rule 1.1, or

(d) a boat against which a penalty has been imposed under rule 2 or disciplinary action has been taken under rule 69.1(b).

**62.2** The request shall be made in writing within the time limit of rule 61.3 or within two hours of the relevant incident, whichever is later. The protest committee shall extend the time if there is good reason to do so. No red flag is required.

## Section B – Hearings and Decisions

**63 HEARINGS**

**63.1 Requirement for a Hearing**

A boat or competitor shall not be penalized without a protest hearing, except as provided in rules 30.2, 30.3, 67, 69, A5 and N2. A decision on redress shall not be made without a hearing. The protest committee shall hear all *protests* and