# Exhibit 8

# (pp. 20-38)

requests for redress that have been delivered to the race office unless it allows a boat to withdraw her *protest* or request.

**63.2 Time and Place of the Hearing; Time for Parties to Prepare**

All *parties* to the hearing shall be notified of the time and place of the hearing, the *protest* or redress information shall be made available to them, and they shall be allowed reasonable time to prepare for the hearing.

**63.3 Right to Be Present**

(a) The *parties* to the hearing, or a representative of each, have the right to be present throughout the hearing of all the evidence. When a *protest* claims a breach of a rule of Part 2, 3 or 4, the representatives of boats shall have been on board at the time of the incident, unless there is good reason for the protest committee to rule otherwise. Any witness, other than a member of the protest committee, shall be excluded except when giving evidence.

(b) If a *party* to the hearing does not come to the hearing, the protest committee may nevertheless decide the *protest* or request for redress. If the *party* was unavoidably absent, the committee may reopen the hearing.

**63.4 Interested Party**

A member of a protest committee who is an *interested party* shall not take any further part in the hearing but may appear as a witness. A *party* to the hearing who believes a member of the protest committee is an *interested party* shall object as soon as possible.

**63.5 Validity of the Protest or Request for Redress**

At the beginning of the hearing the protest committee shall decide whether all requirements for the *protest* or request for redress have been met, after first taking any evidence it considers necessary. If all requirements have been met, the *protest* or request is valid and the hearing shall be continued. If not, it shall be closed. If the *protest* has been made under rule 60.4, the protest committee must also determine whether or not serious damage or serious injury resulted from the incident in question. If not, the hearing shall be closed.

**63.6 Taking Evidence and Finding Facts**

The protest committee shall take the evidence of the *parties* to the hearing and of their witnesses and other evidence it considers necessary. A member of the protest committee who saw the incident may give evidence. A *party* to the hearing may question any person who gives evidence. The committee shall then find the facts and base its decision on them.

**63.7 Protests Between Boats in Different Races**

A *protest* between boats sailing in different races conducted by different organizing authorities shall be heard by a protest committee acceptable to those authorities.

## 64 DECISIONS

**64.1 Penalties and Exoneration**

(a) When the protest committee decides that a boat that is a *party* to a protest hearing has broken a *rule,* it shall disqualify her unless some other penalty applies. A penalty shall be imposed whether or not the applicable *rule* was mentioned in the *protest.*

(b) When as a consequence of breaking a *rule* a boat has compelled another boat to break a *rule,* rule 64.1(a) does not apply to the other boat and she shall be exonerated.

(c) If a boat has broken a *rule* when not *racing,* her penalty shall apply to the race sailed nearest in time to that of the incident.

**64.2 Decisions on Redress**

When the protest committee decides that a boat is entitled to redress under rule 62, it shall make as fair an arrangement as possible for all boats affected, whether or not they asked for redress. This may be to adjust the scoring (see rule A10 for some examples) or finishing times of boats, to *abandon* the race, to let the results stand or to make some other arrangement. When in doubt about the facts or probable results of any arrangement for the race or series, especially before *abandoning* the race, the protest committee shall take evidence from appropriate sources.

**64.3 Decisions on Measurement Protests**

(a) When the protest committee finds that deviations in excess of tolerances specified in the class rules were caused by damage or normal wear and do not improve the performance of the boat, it shall not penalize her. However, the boat shall not *race* again until the deviations have been corrected, except when the protest committee decides there is or has been no reasonable opportunity to do so.

(b) When the protest committee is in doubt about the meaning of a measurement rule, it shall refer its questions, together with the relevant facts, to an authority responsible for interpreting the rule. In making its decision, the committee shall be bound by the reply of the authority.

(c) When a boat disqualified under a measurement rule states in writing that she intends to appeal, she may compete in subsequent races without changes to the boat, but will be disqualified if she fails to appeal or the appeal is decided against her.

(d) Measurement costs arising from a *protest* involving a measurement rule shall be paid by the unsuccessful *party* unless the protest committee decides otherwise.

## 65 INFORMING THE PARTIES AND OTHERS

**65.1** After making its decision, the protest committee shall promptly inform the *parties* to the hearing of the facts found, the applicable *rules,* the decision, the reasons for it, and any penalties imposed or redress given.

**65.2** A *party* to the hearing is entitled to receive the above information in writing, provided she asks for it in writing from the protest committee within seven days of being informed of the decision. The committee shall then promptly provide the information, including, when relevant, a diagram of the incident prepared or endorsed by the committee.

**65.3** When the protest committee penalizes a boat under a measurement rule, it shall send the above information to the relevant measurement authorities.

**66 REOPENING A HEARING**

The protest committee may reopen a hearing when it decides that it may have made a significant error, or when significant new evidence becomes available within a reasonable time. It shall reopen a hearing when required by the national authority under rule F5. A *party* to the hearing may ask for a reopening no later than 24 hours after being informed of the decision. When a hearing is reopened, a majority of the members of the protest committee shall, if possible, be members of the original protest committee.

**67 RULE 42 AND HEARING REQUIREMENT**

When so stated in the sailing instructions, the protest committee may penalize without a hearing a boat that has broken rule 42, provided that a member of the committee or its designated observer has seen the incident, and a disqualification under this rule shall not be excluded from the boat's series score. A boat so penalized shall be informed by notification in the race results.

**68 DAMAGES**

The question of damages arising from a breach of any *rule* shall be governed by the prescriptions, if any, of the national authority.

## Section C – Gross Misconduct

**69 ALLEGATIONS OF GROSS MISCONDUCT**

**69.1 Action by a Protest Committee**

(a) When a protest committee, from its own observation or a report received, believes that a competitor may have committed a gross breach of a *rule* or of good manners or sportsmanship, or may have brought the sport into disrepute, it may call a hearing. The protest committee shall promptly inform the competitor in writing of the alleged misconduct and of the time and place of the hearing.

(b) A protest committee of at least three members shall conduct the hearing, following rules 63.2, 63.3, 63.4 and 63.6. If it decides that the competitor committed the alleged misconduct it shall either

(1) warn the competitor or

(2) impose a penalty by excluding the competitor, and a boat when appropriate, from a race, or the remaining races of a series or the entire series, or by taking other action within its jurisdiction.

(c) The protest committee shall promptly report a penalty, but not a warning, to the national authorities of the venue, of the competitor and of the boat owner.

(d) If the competitor has left the venue and cannot be notified or fails to attend the hearing, the protest committee shall collect all available evidence and, when the allegation seems justified, make a report to the relevant national authorities.

(e) When the protest committee has left the event and a report alleging misconduct is received, the race committee or organizing authority may appoint a new protest committee to proceed under this rule.

**69.2 Action by a National Authority**

(a) When a national authority receives a report required by rule 69.1(c) or 69.1(d), or a report alleging a gross breach of a *rule* or of good manners or sportsmanship or conduct that brought the sport into disrepute, it may conduct an investigation and, when appropriate, shall conduct a hearing. It may then take any disciplinary action within its jurisdiction it considers appropriate against the competitor or boat, or other person involved, including suspending eligibility, permanently or for a specified period of time, to compete in any event held within its jurisdiction, and suspending ISAF eligibility under Appendix 2, Regulation 21.3.1(a).

(b) The national authority of a competitor shall also suspend the ISAF eligibility of the competitor as required in Appendix 2, Regulation 21.3.1(a).

(c) The national authority shall promptly report a suspension of eligibility under rule 69.2(a) to the ISAF, and to the national authorities of the person or the owner of the boat suspended if they are not members of the suspending national authority.

**69.3 Action by the ISAF**

Upon receipt of a report required by rules 69.2(c) and Appendix 2, Regulation 21.4.1, the ISAF shall inform all national authorities, which may also suspend eligibility for events held within their jurisdiction. The ISAF Executive Committee shall suspend the competitor's ISAF eligibility as required in Appendix 2, Regulation 21.3.1(a) if the competitor's national authority does not do so.

## Section D – Appeals

### 70 RIGHT OF APPEAL AND REQUESTS FOR INTERPRETATION

**70.1** Provided that the right of appeal has not been denied under rule 70.4, a protest committee's interpretation of a *rule* or its procedures, but not the facts in its decision, may be appealed to the national authority of the venue by

(a) a boat or competitor that is a *party* to a hearing, or

(b) a race committee that is a *party* to a hearing, provided the protest committee is a jury.

**70.2** A protest committee may request confirmation or correction of its decision.

**70.3** A club or other organization affiliated to a national authority may request an interpretation of the *rules*, provided that no *protest* or request for redress that may be appealed is involved.

**70.4** There shall be no appeal from the decisions of an international jury constituted in compliance with Appendix M. Furthermore, if the notice of race and the sailing instructions so state, the right of appeal may be denied provided that

(a) it is essential to determine promptly the result of a race that will qualify a boat to compete in a later stage of an event or a subsequent event (a national authority may prescribe that its approval is required for such a procedure),

(b) a national authority so approves for a particular event open only to entrants under its own jurisdiction, or

(c) a national authority after consultation with the ISAF so approves for a particular event, provided the jury is constituted as required by Appendix M, except that only two members of the jury need be International Judges.

**70.5** Appeals and requests shall conform to Appendix F.

## 71 APPEAL DECISIONS

71.1 No *interested party* or member of the protest committee shall take any part in the discussion or decision on an appeal or a request for confirmation or correction.

71.2 The national authority may uphold, change or reverse the protest committee's decision, declare the *protest* or request for redress invalid, or return the *protest* or request for a new hearing and decision by the same or a different protest committee.

71.3 When from the facts found by the protest committee the national authority decides that a boat that was a *party* to a protest hearing broke a *rule,* it shall penalize her, whether or not that boat or that *rule* was mentioned in the protest committee's decision.

71.4 The decision of the national authority shall be final. The national authority shall send its decision in writing to all *parties* to the hearing and the protest committee, who shall be bound by the decision.

# APPENDIX L – RECOMMENDATIONS FOR PROTEST COMMITTEES

*This appendix is advisory only; in some circumstances changing these procedures may be advisable. It is addressed primarily to protest committee chairmen but may also help judges, jury secretaries, race committees and others connected with protest and redress hearings.*

In a *protest* or redress hearing, the protest committee should weigh all testimony with equal care; should recognize that honest testimony can vary, and even be in conflict, as a result of different observations and recollections; should resolve such differences as best it can; should recognize that no boat or competitor is guilty until a breach of a *rule* has been established to the satisfaction of the protest committee; and should keep an open mind until all the evidence has been heard as to whether a boat or competitor has broken a *rule*.

## L1 PRELIMINARIES (may be performed by race office staff)

- Receive the *protest* or request for redress.
- Note on the form the time the *protest* or request is delivered and the protest time limit.
- Inform each *party,* and the race committee when necessary, when and where the hearing will be held.

## L2 BEFORE THE HEARING

Make sure that

- each *party* has a copy of the *protest* or request for redress. When copies are unavailable let the protestee read the *protest* or redress before beginning.
- no member of the protest committee is an *interested party.* Ask the *parties* whether they object to any member. When redress is requested under rule 62.1(a), a member of the race committee should not be a member of the protest committee.

- only one person from each boat (or *party*) is present unless an interpreter is needed.
- all boats and people involved are present. If they are not, however, the committee may proceed under rule 63.3(b).
- boat representatives were on board when required (rule 63.3(a)). When the *parties* were in different races, both organizing authorities must accept the composition of the protest committee (rule 63.7). In a measurement *protest* obtain the current class rules and identify the authority responsible for interpreting them (rule 64.3(b)).

## L3 THE HEARING

**L3.1** Check the validity of the *protest* or request for redress.

- Were the contents adequate (rule 61.2 or 62.1)?
- Was it delivered in time? If not, is there good reason to extend the time limit (rule 61.3 or 62.2)?
- When required, was the protestor involved in or a witness to the incident (rule 60.1(a))?
- When necessary, was 'Protest' hailed and a red flag flown correctly (rule 61.1(a))?
- When the flag and hail were not necessary was the protestee informed?
- Decide whether the *protest* or request for redress is valid (rule 63.5).
- Once the validity of the *protest* or request has been determined, do not let the subject be introduced again unless truly new evidence is available.

**L3.2** Take the evidence (rule 63.6).

- Ask the protestor and then the protestee to tell their stories. Then allow them to question one another. In a redress matter, ask the *party* to state the request.
- Invite questions from protest committee members.
- Make sure you know what facts each *party* is alleging before calling any witnesses. Their stories may be different.

- Allow anyone, including a boat's crew, to give evidence. It is the *party* who must decide which witnesses to call. The question 'Would you like to hear N?' is best answered by 'It is your choice.'
- Call each *party's* witnesses (and the protest committee's if any) one by one. Limit *parties* to questioning the witness(es) (they may wander into general statements).
- Invite the protestee to question the protestor's witness first (and vice versa). This prevents the protestor from leading his witness from the beginning.
- Allow a member of the protest committee who saw the incident to give evidence (rule 63.6) but only in the presence of the *parties.* The member may be questioned and may remain in the room (rule 63.3(a)).
- Try to prevent leading questions or hearsay evidence, but if that is impossible discount the evidence so obtained.
- Accept written evidence from a witness who is not available to be questioned only if all *parties* agree.
- Ask one member of the committee to note down evidence, particularly times, distances, speeds, etc.
- Invite first the protestor and then the protestee to make a final statement of her case, particularly on any application or interpretation of the *rules.*

**L3.3** Find the facts (rule 63.6).

- Write down the facts; resolve doubts one way or the other.
- Call back *parties* for more questions if necessary.
- When appropriate, draw a diagram of the incident using the facts you have found.

**L3.4** Decide the *protest* or request for redress (rule 64).

- Base the decision on the facts found (if you cannot, find some more facts).
- In redress cases, make sure that no further evidence is needed from boats that will be affected by the decision.

**L3.5** Inform the *parties* (rule 65).

- Recall the *parties* and read them the facts found and decision. When time presses it is permissible to read the decision and give the details later.
- Give any *party* a copy of the decision on request. File the *protest* or request for redress with the committee records.

## L4 REOPENING A HEARING (rule 66)

When a timely request is made for a hearing to be reopened, hear the *party* making the request, look at any video, etc., and decide whether there is any material new evidence which might lead you to change your decision. Decide whether your interpretation of the *rules* may have been wrong; be open-minded as to whether you have made a mistake. If none of these applies refuse to reopen; otherwise schedule a hearing.

## L5 GROSS MISCONDUCT (rule 69)

**L5.1** An action under this rule is not a *protest,* but the protest committee gives its allegations in writing to the competitor before the hearing. The hearing is conducted under the same rules as other hearings but the protest committee must have at least three members (rule 69.1(b)). Use the greatest care to protect the competitor's rights.

**L5.2** A competitor or a boat cannot protest under rule 69, but the protest form of a competitor who tries to do so may be accepted as a report to the protest committee which can then decide whether or not to call a hearing.

**L5.3** When it is desirable to call a hearing under rule 69 as a result of a Part 2 incident, it is important to hear any boat-vs.-boat *protest* in the normal way, deciding which boat, if any, broke which *rule,* before proceeding against the competitor under this rule.

**L5.4** Although action under rule 69 is taken against a competitor, not a boat, a boat may also be penalized.

**L5.5** The protest committee may warn the competitor when it believes this to be sufficient penalty, in which case no report need be made to the national

authority. When the penalty is more severe and a report is made to the national authority, it is helpful to recommend to the national authority whether or not further action should be taken.

## L6 APPEALS (rule 70 and Appendix F)

When decisions can be appealed,

- leave the papers so that the information can easily be used for an appeal. Is there an adequate diagram? Are the facts found sufficient? (Example: was there an *overlap*? Yes or No. 'Perhaps' is not a fact found.) Are the names of the protest committee members on the form, etc.?
- comments on any appeal should enable the appeals committee to picture the whole incident clearly; the appeals committee knows nothing about the situation.

## L7 PHOTOGRAPHIC EVIDENCE

Photographs and videotapes can sometimes provide useful evidence but protest committees should recognize their limitations and note the following points:

- The *party* producing the photographic evidence is responsible for arranging the viewing.
- View the tape several times to extract all the information from it.
- The depth perception of any single-lens camera is very poor; with a telephoto lens it is non-existent. When the camera views two *overlapped* boats at right angles to their course, it is impossible to assess the distance between them. When the camera views them head on, it is impossible to see whether an *overlap* exists unless it is substantial.
- Ask the following questions:
  - Where was the camera in relation to the boats?
  - Was the camera's platform moving? If so in what direction and how fast?
  - Is the angle changing as the boats approach the critical point? Fast panning causes radical change.
  - Did the camera have an unrestricted view throughout?

# DEFINITIONS

*A term used as stated below is shown in italic type or, in preambles, in bold italic type.*

***Abandon*** A race that a race committee or protest committee *abandons* is void but may be resailed.

***Clear Astern* and *Clear Ahead; Overlap*** One boat is *clear astern* of another when her hull and equipment in normal position are behind a line abeam from the aftermost point of the other boat's hull and equipment in normal position. The other boat is *clear ahead.* They *overlap* when neither is *clear astern* or when a boat between them *overlaps* both. These terms do not apply to boats on opposite *tacks* unless rule 18 applies.

***Finish*** A boat *finishes* when any part of her hull, or crew or equipment in normal position, crosses the finishing line in the direction of the course from the last *mark,* either for the first time or after taking a penalty under rule 31.2 or 44.2 or, under rule 28.1, after correcting an error made at the finishing line.

***Interested Party*** A person who may gain or lose as a result of a protest committee's decision, or who has a close personal interest in the decision.

***Keep Clear*** One boat *keeps clear* of another if the other can sail her course with no need to take avoiding action and, when the boats are *overlapped* on the same *tack,* if the *leeward* boat can change course in both directions without immediately making contact with the *windward* boat.

***Leeward* and *Windward*** A boat's *leeward* side is the side that is or, when she is head to wind, was away from the wind. However, when sailing by the lee or directly downwind, her *leeward* side is the side on which her mainsail lies. The other side is her *windward* side. When two boats on the same *tack overlap,* the one on the *leeward* side of the other is the *leeward* boat. The other is the *windward* boat.

***Mark*** An object the sailing instructions require a boat to leave on a specified side, and a race committee vessel surrounded by navigable water from which the starting or finishing line extends. An anchor line and objects attached temporarily or accidentally to a *mark* are not part of it.

***Obstruction*** An object that a boat could not pass without changing course substantially, if she were sailing directly towards it and one of her hull lengths from it. An object that can be safely passed on only one side and an area so designated by the sailing instructions are also *obstructions.* However, a boat *racing* is not an *obstruction* to other boats unless they are required to *keep clear* of her, give her *room* or, if rule 21 applies, avoid her.

***Overlap*** See ***Clear Astern* and *Clear Ahead; Overlap.***

***Party*** A *party* to a hearing: a protestor; a protestee; a boat requesting redress; a boat or a competitor that may be penalized under rule 69.1; a race committee in a hearing under rule 62.1(a).

***Postpone*** A *postponed* race is delayed before its scheduled start but may be started or *abandoned* later.

***Proper Course*** A course a boat would sail to *finish* as soon as possible in the absence of the other boats referred to in the rule using the term. A boat has no *proper course* before her starting signal.

***Protest*** An allegation made under rule 61.2 by a boat, a race committee or a protest committee that a boat has broken a *rule.*

***Racing*** A boat is *racing* from her preparatory signal until she *finishes* and clears the finishing line and *marks* or retires, or until the race committee signals a general recall, *postponement* or *abandonment.*

***Room*** The space a boat needs in the existing conditions while manoeuvring promptly in a seamanlike way.

***Rule***
- (a) The rules in this book, including the Definitions, Race Signals, Introduction, preambles and the rules of relevant appendices, but not titles;
- (b) the prescriptions of the national authority, unless the sailing instructions state that they do not apply;
- (c) the class rules, or the rules of the handicapping or rating system, except any that conflict with the rules in this book;
- (d) the notice of race;
- (e) the sailing instructions; and
- (f) any other documents that govern the event.

***Start*** A boat *starts* when after her starting signal any part of her hull, crew or equipment first crosses the starting line and she has complied with rule 29.1 and rule 30.1 if it applies.

***Tack, Starboard* or *Port*** A boat is on the *tack, starboard* or *port,* corresponding to her *windward* side.

***Two-Length Zone*** The area around a *mark* or *obstruction* within a distance of two hull lengths of the boat nearer to it.

***Windward*** See ***Leeward* and *Windward.***

# Exhibit C

# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

*Presented by ROLEX*

For IMS, PHRF, AMERICAP II, 12 Metres
Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40

New York Yacht Club, Harbour Court, Newport, Rhode Island

## July 12-21, 2002

## NOTICE OF RACE

### GENERAL

New York Yacht Club Race Week at Newport will be divided into three segments. Boats with IMS, PHRF and AMERICAP II handicaps and 12 Metres will race in the first segment of the event. PHRF and AMERICAP II boats will race together. The second segment will be a distance race of approximately six hours duration open to all yachts. The third segment is for One-Design classes including the Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40.

### 1. ORGANIZING AUTHORITY AND VENUE

1.1 The Organizing Authority is New York Yacht Club (NYYC).

1.2 Racing will take place on Rhode Island Sound and/or Narragansett Bay.

1.3 Registration and the social activities following racing will take place at NYYC, Harbour Court, 5 Halidon Avenue, Newport, RI 02840.

### 2. ELIGIBILITY & ENTRY

2.1 Entry is open to yachts with a minimum LOA of 24 feet.

2.2 IMS Yachts: Entry is open to all yachts rated IMS (Racing and Cruiser/Racer) with a valid certificate issued by US SAILING.

2.3 AMERICAP II: Entry is open to all yachts with a valid 2002 AMERICAP II certificate issued by US SAILING with a handicap of 685 seconds per mile or lower.

2.3.1 AMERICAP II yachts are invited to also submit a PHRF certificate issued by the Yacht Racing Association of Long Island Sound (YRA of LIS) to be scored and eligible for prizes under both rules. There is no additional entry fee to be eligible for prizes under both rules.

2.4 PHRF Yachts: Entry is open to yachts with a valid 2002 PHRF certificate issued by YRA of LIS with a rating of 135 or lower. NYYC reserves the right to limit the number of PHRF entries.

2.4.1 Yachts from other PHRF areas may obtain a certificate by sending their current, local PHRF certificate to the YRA of LIS, 455 Main Street, Port Washington, NY, 11050. There will be no charge for certificate requests from other PHRF areas if the request is received by the June 3, 2002 YRA of LIS deadline and accompanied by a copy of the NYYC Race Week entry form. A fee of $25 must accompany certificate requests received after the June 3 deadline.

2.4.2 PHRF yachts are invited to also submit a valid 2002 AMERICAP II certificate issued by US SAILING to be scored and eligible for prizes under both rules. There is no additional entry fee to be eligible for prizes under both rules.

2.4.3 PHRF Rating Appeals: A sub-committee of the YRA of LIS will answer rating questions on July 12, 2002 at Harbour Court.

2.4.4 Yachts shall be rated within the following Base Crew Weight Limitations:

| Up to LOA (ft) | Base Weight Limit (Lbs.) | Approximate Crew Number |
|---|---|---|
| 24 | 900 | 5 |
| 27 | 1080 | 6 |
| 30 | 1260 | 7 |
| 33 | 1440 | 8 |
| 35 | 1620 | 9 |
| 38 | 1800 | 10 |
| 40 | 1980 | 11 |
| 43 | 2160 | 12 |
| 45 | 2340 | 13 |
| 50+ | Add 180 lbs. For each 5ft. of LOA over 45 ft. | |

2.4.5 LOA shall be rounded to the nearest whole number. For example, a 24.49 foot boat is rounded to 24 feet LOA and is allowed a base crew weight of 900 pounds, based upon the next nearest whole number; a 24.5 foot boat is allowed a base crew weight of 1080 pounds.

2.4.6 The base weight limit is for everyone aboard, including the skipper. The base weight limit will be printed on the PHRF Certificate. Once a calendar year, the crew weight may be declared to be more or less than the base crew weight, with an adjustment in the rating. If an owner wishes to sail with a crew weight greater than the base crew weight, the Handicapper will adjust the boat's rating.

2.5 12 Metre: Entries are open to all 12 Metres with a valid class certificate.

2.6 One-Design: Entries are open to all Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40 classes. Entrants must meet all ownership, class membership (including eligibility requirements), yacht, sail measurement and crew weigh-in requirements. In addition, a valid 2002 One-Design Certificate must be submitted for Mumm 30, 1D35 and Farr 40 Class yachts.

2.7 Any class specific measurement and crew list forms required at registration will be provided to the entrant.

2.8 This is a sanctioned event by the respective class associations.

2.9 In order for points to count for the US Mumm 30 Circuit, a minimum of four races must be completed.

2.10 An official entry form including a signed liability waiver and entry fee must be delivered to the NYYC Sailing Office on or before Friday, June 28, 2002 at 1700.

2.11 Current, valid measurement certificates for all IMS, PHRF and AMERICAP II yachts shall be delivered to the NYYC Sailing Office on or before Wednesday, July 10, 2002 at 1700.

2.12 Yachts, including all qualifying equipment and sails, will be subject to random inspection at any time during this event.

## 3. FEES

3.1 An entry fee shall accompany a completed entry form. The entry fees by segments are as follows:

- First OR third segments - Handicap OR One-Design $350
- First AND third segments - Handicap AND One-Design $600
- Distance Race - There is no entry fee for yachts entered in either the Handicap or One Design segments of Race Week. For all other yachts the entry fee is $75

3.2 An additional charge of $250 may be charged at the discretion of the Organizing Authority for late entries and/or rating certificates.

## 4. RULES

4.1 This Regatta will be governed by:

- The Racing Rules of Sailing for 2001-2004 (RRS), including the prescriptions of US SAILING.
- The 2002 IMS Rules and Regulations including the prescriptions of US SAILING.
- The 2002 AMERICAP II Regulations.
- The rules prescribed by the Performance Handicap Racing Formula (PHRF) of the YRA of LIS.
- The 12 Metre by-laws and regulations as of November 11, 2000. Racing shall be under the International 12 Metre Class Rules as of January 1, 2002 and any subsequent amendments.
- The Class Rules for eligible offshore One-Design classes.
- The ISAF Offshore Committee Special Regulations 2002-2003 for Category 4, including the prescriptions of US SAILING.
- This Notice of Race.
- The Sailing Instructions.
- Any subsequent amendments made by the Race Committee or the Jury.

5. SAILING INSTRUCTIONS

Sailing Instructions will be available at the registration desk located in the Carriage House at Harbour Court at registration.

6. ADVERTISING

In accordance with ISAF Racing Rules of Sailing, Rule 79 and Appendix 1, this Regatta is designated Category "A" for yachts so classified by their class, rating system or national authority except where the Class Rules specify otherwise, with the additional restriction that no advertising is permitted for watches other than Rolex.

7. SCHEDULE OF EVENTS

*Friday, July 12*
IMS, PHRF and AMERICAP II Registration
PHRF Appeals hearings
Registration and IMS Crew weigh-in.
Captains' Meeting

*Saturday, July 13*
IMS, PHRF and AMERICAP II racing and daily prizes

*Sunday, July 14*
IMS, PHRF and AMERICAP II racing and daily prizes

*Monday, July 15*
IMS, PHRF and AMERICAP II racing and daily prizes

*Tuesday, July 16*
IMS, PHRF and AMERICAP II racing and series prizes

*Wednesday, July 17*
Distance Race and prizes

*Thursday, July 18*
One-Design Registration
Crew weigh-in as required by classes
Captains' Meeting

*Friday, July 19*
One-Design racing and daily prizes

*Saturday, July 20*
One-Design racing and daily prizes

*Sunday, July 21*
One-Design racing and series prizes