# Exhibit 8

# (pp. 39-49)

## 8. SCRATCH SHEETS

Preliminary scratch sheets will be available beginning Wednesday, July 3, 2002 on the New York Yacht Club web site located at: http://www.nyyc.org. Please do not call the Sailing Office for scratch sheets.

## 9. SCORING

9.1 IMS - IMS Performance Curve Scoring system will be used for all races.

9.2 AMERICAP II - Performance line scoring will be used.

9.3 PHRF - will use the handicaps issued by the YRA of LIS.

9.4 In accordance with Racing Rule 88.3 and Appendix A, the Low Point Scoring System will apply except that .75 points will be awarded for 1st place. Each boat's series score will be the total of her race scores. The lowest series score wins. Ties will be broken in accordance with Appendix A8.

9.5 Seven races are scheduled and all races shall count. A minimum of three races must be completed to constitute a Race Week at Newport series.

## 10 PRIZES

10.1 Daily prizes, which will be awarded to the first place yacht on corrected time for all classes. These prizes will be awarded at Harbour Court each evening at the end of racing.

10.2 Prizes will be awarded to the top three finishers overall in each class. Classes having twenty or more starters, will also have a fourth place award

10.3 IMS: The yacht with the best performance, in the opinion of the Organizing Authority, during the NYYC Race Week at Newport in the IMS Division will be awarded a Rolex timepiece.

10.4 AMERICAP II: The yacht with the best performance, in the opinion of the Organizing Authority, during the NYYC Race Week at Newport will be awarded a Rolex timepiece provided there is a minimum of fifty AMERICAP II entries.

10.5 PHRF: The yacht with the best performance, in the opinion of the Organizing Authority, in the PHRF Division will be awarded a Rolex timepiece.

10.6 One-Design: The yacht with the best performance, in the opinion of the Organizing Authority, in the One-Design segment will be awarded a Rolex timepiece.

10.7 Distance Race: Prizes will be awarded to the top three finishers in each class. Classes having twenty or more starters, will also have a fourth place award.

10.8 Carronade Trophy: the yacht which in the opinion of the Organizing Authority has the best overall performance in at least two of the three NYYC Race Week segments will be awarded the Carronade Trophy. The trophy will be presented at the NYYC Awards Dinner in New York City on Thursday, November 7, 2002.

# AMENDMENTS

to the

# NOTICE OF RACE

for

# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

*Presented by ROLEX*

**July 12-21, 2002**

## AMENDMENT #1

**June 24, 2002**

*Note: Amendment #1 extends the entry deadline until Monday, July 8. It also and extends the period during which PHRF certificate requests will be accepted without a fee until July 8th.*

Section 2 is modified as follows:

**2. ELIGIBILITY**

2.4.1 Change June 3 deadline to July 8.

2.4.4 Insert "PHRF" before yachts.

2.10 Change Friday, June 28, 2002 at 1700 to Monday, July 8, 2002 at 1700.

## AMENDMENT #2

**July 3, 2002**

*Note: Amendment # 2 revises the AMERICAP II handicap eligibility rating from 685 seconds per mile to 810 seconds per mile. The change is due to a revision of AMERICAP II's VPP (Velocity Prediction Program).*

Section 2. is modified as follows:

**2. ELIGIBILITY**

2.3.1 Change "with a handicap of 685 seconds per mile" to "with a handicap (classification number) of 810 seconds per mile".

# Exhibit D

# SAILING INSTRUCTIONS

# For

# IMS, AMERICAP II, PHRF

# and 12 Metres

# JULY 12 – 16, 2002

Harbour Court, Newport, RI

## 1. RULES

1.1 The regatta will be governed by:

- the International Sailing Federation (ISAF) Racing Rules of Sailing (RRS) for 2001-2004, including the prescriptions of US SAILING;
- the ISAF Offshore Special Regulations for 2002-2003 for Category 4, including the prescriptions of US Sailing except 12 Metre yachts;
- the 2002 IMS Rules and Regulations;
- the current PHRF Regulations, as administered by the Yacht Racing Association of Long Island Sound (YRA of LIS);
- the 2002 AMERICAP II Regulations;
- the 12 Metre By-Laws and Regulations as of November 11, 2000, the International 12 Metre Class Rule as of January 1,2001 and any subsequent amendments;
- the Notice of Race;
- the Sailing Instructions;
- and any subsequent amendments.

1.2 For purposes of RRS 79 and Appendix 1, this regatta is designated Category A for yachts so classified by their class, rating system, national or international authority; and is designated Category C for yachts so classified by their class, rating system, national or international authority, with the additional restriction that no advertising is permitted for watches other than Rolex.

## 2. ENTRIES

Eligible yachts may be entered by completing registration with the organizing authority. Eligibility requirements for yachts are as indicated in the Notice of Race.

## 3. NOTICES TO COMPETITORS

Notices to competitors will be posted on the official notice board located at the Carriage House, Harbour Court, New York Yacht Club, 5 Halidon Avenue, Newport, Rhode Island 02840.

## 4. CHANGES IN SAILING INSTRUCTIONS

Any change to the sailing instructions will be posted before 0830 on the day it will take effect, except that any change to the schedule of races will be posted by 2100 on the day before it will take effect.

## 5. SIGNALS MADE ASHORE

5.1 Signals made ashore will be displayed from the western yardarm of the Harbour Court flagpole.

5.2 Flag "AP" with two guns (one gun when lowered) means "The race is postponed. The warning signal will be made not less than 90 minutes after "AP" is lowered." This modifies RRS Race Signals.

5.3 Signals designating the rendezvous locations each day for each racing fleet will be displayed at 0900 on the western side of the yardarm of the Harbour Court flagpole. Each fleet will rendezvous in the starting area indicated by a code flag beneath its fleet color flag. The Race Committee will announce the signals at that time over Channel 72 VHF/FM. After the rendezvous locations and any other regatta announcements have been made, race committee signal boats will monitor and communicate with their respective fleets on the following VHF/FM channels:

WHITE FLEET - Channel 69
GREEN FLEET - Channel 77
BLUE FLEET = Channel 72

5.4 Rendezvous locations

5.4.1 Locations on Rhode Island Sound:

Area "A" - 1.2 NM at 160° from R "2" QR Whistle marking Brenton Point
Area "B" - 2.5 NM at 120° from R "2" QR Whistle marking Brenton Point
Area "C" - 2.0 NM at 225° from R "2" QR Whistle marking Brenton Point
Area "D" - 3.5 NM at 200° from R "2" QR Whistle marking Brenton Point
Area "E" - 2.5 NM at 165° from R "2" QR Whistle marking Brenton Point
Area "F" - 4.5 NM at 150° from R "2" QR Whistle marking Brenton Point

5.4.2 Locations in Narragansett Bay:

Area "R" - 0.5 NM at 200° from Halfway Rock
Area "S" - RG Nun South of Prudence Island
Area "T" - G"7" QG off Quonset Point
Area "U" - C "1" Northeast of Hope Island.
Area "V" - C"5" 1.0 NM at 290° from Pine Hill Point on Prudence Island
Area "W" - G"1" 0.9 NM Southwest of Hog Island

5.5 In the event there is racing in the bay, competitors should be aware of heightened security around the Navy base. Boats shall not pass to the east of the line from Fl R 4 sec. Horn "18" on the Navy breakwater to Coddington Point due to the establishment of the Newport Security Zone which is marked by buoys "A", White and Orange (41-31-37.502N 071-19-24.950W) and "B", White and Orange (41-31-46.681N 071-19-26.907W). A Navy patrol boat monitors the area.

## 6. CHECK-IN AND RETIREMENT

Prior to the first warning signal, all yachts shall check-in with the Race Committee boat by passing astern and announcing their sail number. The Committee will acknowledge by responding with the number heard. Yachts retiring shall inform the Race Committee on the VHF channel for their fleet or by calling the Sailing Office (401) 845-9633.

## 7. SCHEDULE OF RACES

Seven races are scheduled with the intent to run up to three races a day. The schedule is as follows:

| Day | Date | Time | Activity |
|---|---|---|---|
| Friday | 12 July | 1200 – 1900 | Registration and Weigh-in |
| | | 1900 – 2030 | Captains' Meeting and Reception |
| Saturday | 13 July | 0800 | Regatta desk open |
| | | 1100 | First warning signal, subsequent races to follow |
| Sunday | 14 July | 1100 | First warning signal, subsequent races to follow |
| Monday | 15 July | 1100 | First warning signal, subsequent races to follow |
| Tuesday | 16 July | 1100 | First warning signal, subsequent races to follow |
| | | | Awards to following racing |

No warning signal will be made after 1500 on Tuesday.

## 8. FLEETS, CLASSES AND CLASS FLAGS

8.1 Regatta participants will be divided into fleets. There will be up to three fleets. Each fleet will rendezvous in a separate area. Fleets will be designated by the colors white, green and blue. The signal boat for each fleet will display its fleet flag of corresponding color while proceeding to the rendezvous area. It will also display the fleet flag along with Flag "L" if it changes location after the initial rendezvous has taken place.

8.2 Within each fleet, yachts will be divided into classes. Each yacht shall race in the fleet and class to which it is assigned in the scratch sheets distributed at registration. These sheets shall also assign a numerical designation for each class. Each yacht shall display from her backstay, approximately six feet above the deck, the numerical pennant corresponding to her class designation. The numeral pennant shall be displayed prior to the warning signal of the first class to start and shall remain in position while racing.

9. **COURSES**

9.1 Course W is a Windward/Leeward course with an offset mark. A numeral pennant indicating the number of LEGS to be raced will be flown below Flag "W", at the time of course signals. The distance between the windward and offset marks shall not be counted as a leg.




9.2 The distance and bearing to the first mark will be signaled from a hoist using numeral pennants. The top two pennants will designate the miles and decimal miles to the first mark; the bottom three will designate the bearing. If displayed using poles, the two pennants designating distance to the first mark will be flown forward of the three pennants designating the magnetic bearing. Marks, including the windward offset mark, shall be left to port.

9.3 If Flag "G" is displayed on the committee boat, a gate mark will be set as the leeward mark. Yachts shall sail between mark "S" and mark "P" from the direction of the last mark and round either mark "S" to starboard or mark "P" to port as shown below.




10. **MARKS**

| | | |
|---|---|---|
| White Fleet | Yellow Rolex | Tetrahedrons |
| Green Fleet | Orange Rolex | Tetrahedrons |
| Blue Fleet | Yellow Rolex | Tetrahedrons |

Offset marks will be orange spheres.

**11. THE START**

11.1 Races will be started in accordance with RRS 26, with classes starting at 5 minute intervals in the order listed in the scratch sheets.

**Sequence for all fleets**

| | |
|---|---|
| 1055 | Course Signals |
| 1100 | Warning Class 1 |
| 1105 | Start Class 1, Warning Class 2 |
| 1110 | Start Class 2, Warning Class 3 |

and so forth until all classes have started. Any subsequent starts will follow the same sequence.

11.2 The starting line will between a staff displaying an orange flag on the race committee boat at the starboard end and the port end starting mark. The committee may deploy a "Keep-Off" buoy astern. This buoy shall be considered an integral part of the committee boat for the purpose of RRS 31.

11.3 Yachts whose warning signal has not been made shall keep clear of the starting area.

11.4 Any yacht not starting within 10 minutes of her starting time shall be scored Did Not Start (DNS). This modifies RRS A4.1

**12. CHANGE OF COURSE AFTER THE START**

In the event of a wind shift after the race has started, the Race Committee may move the next mark for subsequent legs in accordance with RRS 33. The Committee will also attempt to announce the change on the designated fleet channel. The new mark will carry a black band. Any mark to be rounded after the new mark may be relocated without further signaling to maintain the original course configuration. When in a subsequent change a new mark is replaced, it will be replaced by an original mark.

**13. THE FINISH**

13.1 The finishing line will be between a staff displaying an orange flag on a Race Committee boat and the course side of the nearby mark.

13.2 For Course W with an odd number of legs, the finish line will be located 0.2 NM to windward of the windward mark. For Courses W with an even number of legs, the finish line will be located 0.2 NM to leeward of the leeward mark/gate.

13.3 Boats approaching a windward finish line may ignore the windward mark. Boats approaching a downwind finish line may ignore the leeward mark/gate.

13.4 Subsequent Race - If a subsequent race is to be sailed, the finish line committee boat will fly Flag "R".

**14. INDIVIDUAL RECALLS**

The Committee will endeavor to hail each premature starter over VHF radio, this amends RRS 29.2. Failure on the part of the Committee to hail each premature starter shall not relieve a yacht of her obligation to start correctly.

## 15. PENALTY SYSTEM

15.1 A yacht that may have broken a rule of Part 2 while racing may take a penalty at the time of the incident by taking a 720 Degree Turns Penalty in compliance with RRS 44.2, or by taking a Scoring Penalty in accordance with RRS 44.3; this modifies RRS 44.1

15.2 When RRS 44.2 is elected, infringing yachts shall notify the Race Committee immediately after finishing and identify the other yacht involved. This modifies RRS 44.2. If RRS 44.3, Scoring Penalty, is elected, infringing yachts will also be required to file a penalty flag acceptance form with the Jury Secretary at the Carriage House in addition to RRS reporting requirements. This modifies RRS 44.3 (a). The penalty flag acceptance form must be filed within one hour after the Fleet Race Committee Boat docks. Flag "I" is acceptable as a yellow flag. This modifies RRS 44.3(c)

## 16. TIME LIMIT

The time limit will be 2.5 hours for each class for each race, however, yachts failing to finish within 30 minutes after the first yacht in their class sails the course and finishes will be scored Did Not Finish (DNF). This modifies RRS 35.

## 17. PROTESTS

17.1 Protest forms will be available at the Regatta Office. Written protests shall be submitted to the Jury Secretary at the Regatta Office as soon as possible but not later than one hour after the respective fleet Race Committee boat docks. The protest time limit for each fleet will be posted at the Regatta Office.

17.2 Protest notices will be posted as soon as possible. Protest hearings will start as soon as possible after the notices are posted. The Jury will attempt to hear protests in the order of receipt. Representatives of yachts who are parties to a hearing shall remain on call in the vicinity of the protest rooms. This is the notice required by RRS 63.2.

17.3 When a yacht has been involved in an incident that may be subject to protest, it is her responsibility to check the protest notices at the end of the protest filing time to see if she is cited in a protest. Failure of any yacht to appear when called for a hearing will be considered by the Jury as grounds for proceeding under RRS 63.3 (b).

17.4 RRS 63.5 is modified by adding "A protest involving contact may be heard by the Jury even though the requirements of RRS 61.1 (a) and 61.3 have not been fulfilled."

17.5 Protests filed under rules other than the Rules of Part 2 or ISAF Offshore Special Regulations for 2002-2003 for Category 4 may result in penalties decided at the sole discretion of the Jury. This modifies RRS 64.1 (a).

## 18. SCORING

18.1 Appendix A, Low Point System, will apply except that .75 points will be awarded for 1st place. This modifies RRS A4.1. Each yachts series score will be the total of her race scores, all race scores will count. This modifies RRS A2. The lowest series score wins. Ties will be broken in accordance with A8. Competitors should be aware that the ISAF, effective May 31, 2002, has changed Appendix A8 - Series Ties. Rule A8.2 is deleted and Rule A8.3 is renumbered as A8.2.

18.2 Seven races are scheduled, of which three races shall be completed to constitute a series.

18.3 IMS - IMS Performance Curve Scoring will be used.

18.4 AMERICAP II - Performance Line Scoring will be used.

18.5 PHRF time allowances will be as determined by the YRA of LIS.

18.6 The 12 Metre class will be scored level.

**19. RADIO COMMUNICATION**

A boat shall neither make nor receive radio/telephone communications not available to all yachts while racing.

**20. HAUL-OUT RESTRICTIONS**

Yachts shall not be hauled out during the regatta except with written permission of the jury.

**21. GOVERNMENT BUOYS**

Government buoys, when not specified as part of the course, have no required side, except for safe navigation. All government marks mentioned in these instructions are subject to changes in characteristics and exact location as listed in "U.S.C.G. Local Notice to Mariners" since June 25, 2002.

**22. PRIZES**

Daily and series prizes will be awarded in accordance with the Notice of Race. Daily prizes will be awarded at Harbour Court each evening at the end of racing. Series prizes will be awarded at an Awards Ceremony on Tuesday, July 16, 2002 at Harbour Court immediately following racing.

## RACE COMMITTEE

John M. Mendez, Chair, Principal Race Officer

Elizabeth Isdale Cochran, Race Officer
James L Farrell, Race Officer
Arthur J. Fox, Race Officer
Roger W. Fortier, Jr., Race Officer
H. Brereton Hall, Jr., Race Officer
John L. Myles, Jr., Race Officer
A.R.G. Wallace, M.D., Race Officer

George W. Babcock
Dorothea Chesebrough
LCDR Richard Chesebrough, USN (Ret.)
Mary Jane Cox
Bruce T. Craven
Thomas F. Delaney
Linda Baker Delaney
Paul C. Eddy
Albert E. Field, Jr.
Thomas K. Flynn
Marilyn Foster
William H. Foster, III
Nancy Thompson Godfrey
Peter S. Godfrey
Timothy M. James
Patricia Ann Jayson
Stephen Benjamin Jeffries
Jill E. Leerssen
Hugh A. Moore
Dorothy Myles
Patricia Ann O'Donnell
Ellyn Coyle Osmond
Raymond Perry
Wayne C. Plewniak
John Stephen Rando, Jr.
L. Michael Ream
Eric P. Richards
William W. Stanard
Richard V. Thursby
Nancy Waggoner
William C. Waggoner

## JURY

Robert B. Conner, Chair

Theodore Aschman
CAPT John B. Bonds USN (Ret.)
Dan Davis
Timothea S. Larr
John D. Osmond III, M.D.

**NOTES**
Competitors are reminded that Narragansett Bay is a restricted channel and sailing vessels do not have the right-of-way over a vessel under power which may be restricted in her ability to maneuver.

All times herein are Eastern Daylight time. Bearings are in degrees magnetic and are approximate. Distances used herein are expressed in nautical miles and are approximate.

In the event that life saving equipment is lost overboard, it should be retrieved. If recovery is impossible, loss of any equipment that floats shall be reported immediately to the Race Committee and the nearest U. S. Coast Guard station, on VHF 16.

***Presented by***

ROLEX