**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br><br>Plaintiffs,<br>v.<br><br>STEVEN M. LOEB, BLAD CO. and WILLIAM TRIPP, individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br><br>Defendants,<br>and<br><br>BLAIR BROWN,<br><br>Third-Party Defendant. | **ORAL ARGUMENT REQUESTED** |

**THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Third Party Defendant, Blair Brown, by his counsel, moves this Honorable Court, pursuant to Fed. R. Civ. P. 56, for summary judgment in his favor and against the defendants Steven M. Loeb, Blad Co. and William Tripp (collectively, the "Defendants"). As grounds therefor, the Third Party Defendant asserts that:

i. The Defendants, competitors in a sailing race, entered into a binding contract regarding determinations of liability;

ii. All factual issues regarding liability have been fully adjudicated in an arbitral forum, with an opportunity to be heard and a right of appeal, provided for in the contract between the parties;

iii. The panel found in favor of Third Party Defendant; and

iv. The Defendants are barred from re-litigating any issues relating to liability.

There is no genuine dispute as to a material fact and the Third Party Defendant is entitled to a judgment as a matter of law. The Third Party Defendant directs the Court to the accompanying Memorandum of Law and Statement of Undisputed Material Facts.

For the purposes of this Motion, Third Party Defendant adopts all of the Plaintiff's Exhibits. For the sake of simplicity, Third Party Defendant will use the same numbering and lettering as those of the Plaintiff.

Pursuant to Local Rule 7, Third Party Defendant Brown requests oral argument.

WHEREFORE, Third Party Defendant Brown prays that the Third Party Complaints be dismissed and judgment entered in his favor.

Respectfully Submitted,
**Blair Brown**

By his attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on March 26, 2007, I electronically filed THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com