06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

ASSENTED TO MOTION FOR EXTENSION OF TIME FOR THE
DEFENDANTS TO FILE OBJECTIONS AND MEMORANDA
IN RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT
OF THE PLAINTIFF AND THE MOTION FOR SUMMARY JUDGMENT
OF THE THIRD-PARTY DEFENDANT AND FOR EXTENSION
OF TIME FOR EXPERT DISCOVERY, DISCOVERY AND PRE-TRIAL MEMORANDA

Now come the parties and move that the time within which the defendants may file objections and memoranda in support of the objections to the motion for summary judgment filed by the plaintiffs and the motion for summary judgment filed by the third-party defendant be extended to April 23rd, 2007. Correspondingly, the parties request that the deadline for plaintiffs' expert disclosures be extended to June 1st, 2007 and defendants' expert disclosures to July 1st, 2007. This request is made since the resolution of the motions for summary judgment would have an effect on experts to be retained by the parties. In addition, discovery is presently scheduled to close on July 2nd. The parties request that that date be extended to August 2nd, 2007 for all discovery including expert discovery and accordingly the time for submission of pre-trial

memoranda be extended to August 16th, 2007.

Attorney for Plaintiffs,

/s/ CHARLES A. COOK

_______________________________

CHARLES A. COOK, ESQ. (MA BBO 097580
MORISSON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617-439-7500)

Attorneys for Defendants

/s/ THOMAS C. PLUNKETT

_______________________________

THOMAS C. PLUNKETT #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900

/s/ CARY R. WIENER

_______________________________

CARY R. WIENER, ESQ.
DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212-344-4700)

/s/ WILLIAM E. O'GARA

_______________________________

WILLIAM E. O'GARA, ESQ. #4257
PANNONE LOPES & DEVEREAUX LLC
1800 One Financial Plaza
Providene, RI 02903
(401-824-5100)

Attorney for Third-Party Defendant

/s/ SETH S. HOLBROOK

SETH S. HOLBROOK #5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617-428-1151)

Dated: April 3, 2007

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Michael J. Daly mdaly@vetterandwhite.com

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

John P. Walsh
Holland & Knight LLP
One Financial Plalza
Suite 1800
Providence, RI 02903-0819

Dated: April 3, 2007 /s/ THOMAS C. PLUNKETT