06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION TO EXTEND

Now come the defendants, William Tripp, Blad Co. and Steven Loeb, in the above matter and move for an extension of time for one day, up to and including April 24, 2007, within which to serve and file their objections with memoranda to the motion for summary judgment by the plaintiffs and the motion for summary judgment by the third party defendant.

The plaintiffs and the third party defendant have no objection to this motion and

join in the motion.

WILLIAM TRIPP
By his Attorneys,

/s/ Thomas C. Plunkett

_______________________________________

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

/s/ Cary R. Wiener

_______________________________________

DeORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

/s/Charles A. Cook

_______________________________________

MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

BLAIR BROWN

/s/ Seth S. Holbrook

_______________________________________

HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02110

Dated April 23, 2007

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener, Esq. cwiener@marinelex.com

Dated: April 23, 2007 /s/ THOMAS C. PLUNKETT