# Part 4 – Other Requirements When Racing

*Part 4 rules apply only to boats **racing**.*

**40 PERSONAL BUOYANCY; *LIFE-SAVING EQUIPMENT***

When flag Y is displayed with one sound before or with the warning signal, competitors shall wear life-jackets or other adequate personal buoyancy. Wet suits and dry suits are not adequate personal buoyancy.

***US SAILING prescribes that every boat shall carry life-saving equipment conforming to government regulations.***

**41 OUTSIDE HELP**

A boat may receive outside help as provided for in rule 1. Otherwise, she shall not receive help except for an ill or injured crew member or, after a collision, from the crew of the other boat.

**42 PROPULSION**

**42.1 Basic Rule**

Except when permitted in rule 42.3 or 45, a boat shall compete by using only the wind and water to increase, maintain or decrease her speed. Her crew may adjust the trim of sails and hull, and perform other acts of seamanship, but shall not otherwise move their bodies to propel the boat.

**42.2 Prohibited Actions**

Without limiting the application of rule 42.1, these actions are prohibited:

(a) pumping: repeated fanning of any sail either by trimming and releasing the sail or by vertical or athwartships body movement;

(b) rocking: repeated rolling of the boat, induced either by body movement or adjustment of the sails or centreboard, that does not facilitate steering;

(c) ooching: sudden forward body movement, stopped abruptly;

(d) sculling: repeated movement of the helm not necessary for steering;

(e) repeated tacks or gybes unrelated to changes in the wind or to tactical considerations.





**42.3 Exceptions**

(a) A boat's crew may move their bodies to exaggerate the rolling that facilitates steering the boat through a tack or a gybe, provided that, just after the tack or gybe is completed, the boat's speed is not greater than it would have been in the absence of the tack or gybe.

(b) Except on a beat to windward, when surfing (rapidly accelerating down the leeward side of a wave) or planing is possible, the boat's crew may pull the sheet and the guy controlling any sail in order to initiate surfing or planing, but only once for each wave or gust of wind.

(c) Any means of propulsion may be used to help a person or another vessel in danger.

(d) To get clear after grounding or colliding with another boat or object, a boat may use force applied by the crew of either boat and any equipment other than a propulsion engine.

**43 COMPETITOR CLOTHING AND EQUIPMENT**

**43.1** (a) Competitors shall not wear or carry clothing or equipment for the purpose of increasing their weight.

(b) Furthermore, a competitor's clothing and equipment shall not weigh more than 8 kilograms, excluding a hiking or trapeze harness and clothing (including footwear) worn only below the knee. Class rules or sailing instructions may specify a lower weight or a higher weight up to 10 kilograms. Class rules may include footwear and other clothing worn below the knee within that weight. A hiking or trapeze harness shall have positive buoyancy and shall not weigh more than 2 kilograms, except that class rules may specify a higher weight up to 4 kilograms. Weights shall be determined as required by Appendix H.

(c) When a measurer in charge of weighing clothing and equipment believes a competitor may have broken rule 43.1(a) or 43.1(b) he shall report the matter in writing to the race committee, which shall protest the boat of the competitor.

**43.2** Rule 43.1(b) does not apply to boats required to be equipped with lifelines.

## 44 PENALTIES FOR BREAKING RULES OF PART 2

### 44.1 Taking a Penalty

A boat that may have broken a rule of Part 2 while *racing* may take a penalty at the time of the incident. Her penalty shall be a 720° Turns Penalty unless the sailing instructions specify the use of the Scoring Penalty or some other penalty. However, if she caused serious damage or gained a significant advantage in the race or series by her breach she shall retire.

### 44.2 720° Turns Penalty

After getting well clear of other boats as soon after the incident as possible, a boat takes a 720° Turns Penalty by promptly making two complete 360° turns (720°) in the same direction, including two tacks and two gybes. When a boat takes the penalty at or near the finishing line, she shall sail completely to the course side of the line before *finishing*.

### 44.3 Scoring Penalty

(a) A boat takes a Scoring Penalty by displaying a yellow flag at the first reasonable opportunity after the incident, keeping it displayed until *finishing*, and calling the race committee's attention to it at the finishing line. At that time she shall also inform the race committee of the identity of the other boat involved in the incident. If this is impracticable, she shall do so at the first reasonable opportunity within the time limit for *protests*.

(b) If a boat displays a yellow flag, she shall also comply with the other parts of rule 44.3(a).

(c) The boat's penalty score shall be the score for the place worse than her actual finishing place by the number of places stated in the sailing instructions, except that she shall not be scored worse than Did Not Finish. When the sailing instructions do not state the number of places, the number shall be the whole number (rounding 0.5 upward) nearest to 20% of the number of boats entered. The scores of other boats shall not be changed; therefore, two boats may receive the same score.

### 44.4 Limits on Penalties

(a) When a boat intends to take a penalty as provided in rule 44.1 and in the same incident has touched a *mark*,





she need not take the penalty provided in rule 31.2.

(b) A boat that takes a penalty shall not be penalized further with respect to the same incident unless she failed to retire when rule 44.1 required her to do so.

## 45 HAULING OUT; MAKING FAST; ANCHORING

A boat shall be afloat and off moorings at her preparatory signal. Thereafter, she shall not be hauled out or made fast except to bail out, reef sails or make repairs. She may anchor or the crew may stand on the bottom. She shall recover the anchor before continuing in the race unless she is unable to do so.

## 46 PERSON IN CHARGE

A boat shall have on board a person in charge designated by the member or organization that entered the boat. See rule 75.

## 47 LIMITATIONS ON EQUIPMENT AND CREW

**47.1** A boat shall use only the equipment on board at her preparatory signal.

**47.2** No person on board shall intentionally leave, except when ill or injured, or to help a person or vessel in danger, or to swim. A person leaving the boat by accident or to swim shall be back on board before the boat continues in the race.

## 48 FOG SIGNALS AND LIGHTS

When safety requires, a boat shall sound fog signals and show lights as required by the *International Regulations for Preventing Collisions at Sea* or applicable government rules.

***US SAILING prescribes that the use of additional special purpose lights such as masthead, spreader and jib-luff lights shall not constitute a breach of this rule.***

## 49 CREW POSITION

**49.1** Competitors shall use no device designed to position their bodies outboard, other than hiking straps and stiffeners worn under the thighs.

**49.2** When lifelines are required by the class rules or the sailing instructions they shall be taut, and competitors shall not position any part of their torsos outside them, except briefly to

perform a necessary task. On boats equipped with upper and lower lifelines of wire, a competitor sitting on the deck facing outboard with his waist inside the lower lifeline may have the upper part of his body outside the upper lifeline.

## 50 SETTING AND SHEETING SAILS

### 50.1 Changing Sails

When headsails or spinnakers are being changed, a replacing sail may be fully set and trimmed before the replaced sail is lowered. However, only one mainsail and, except when changing, only one spinnaker shall be carried set at a time.

### 50.2 Spinnaker Poles, Whisker Poles

Only one spinnaker pole or whisker pole shall be used at a time except when gybing. When in use, it shall be attached to the foremost mast.

### 50.3 Use of Outriggers

(a) No sail shall be sheeted over or through an outrigger, except as permitted in rule 50.3(b). An outrigger is any fitting or other device so placed that it could exert outward pressure on a sheet or sail at a point from which, with the boat upright, a vertical line would fall outside the hull or deck planking. For the purpose of this rule, bulwarks, rails and rubbing strakes are not part of the hull or deck planking and the following are not outriggers: a bowsprit used to secure the tack of a working sail, a bumkin used to sheet the boom of a working sail, or a boom of a boomed headsail that requires no adjustment when tacking.

(b) (1) Any sail may be sheeted to or led above a boom that is regularly used for a working sail and is permanently attached to the mast from which the head of the working sail is set.

(2) A headsail may be sheeted or attached at its clew to a spinnaker pole or whisker pole, provided that a spinnaker is not set.

### 50.4 Headsails

The difference between a headsail and a spinnaker is that the mid-girth of a headsail, measured from the mid-points of its luff and leech, does not exceed 50% of the length of its





foot, and no other intermediate girth exceeds a percentage similarly proportional to its distance from the head of the sail. A sail tacked down behind the foremost mast is not a headsail.

## 51 MOVABLE BALLAST

All movable ballast shall be properly stowed, and water, dead weight or ballast shall not be moved for the purpose of changing trim or stability. Floorboards, bulkheads, doors, stairs and water tanks shall be left in place and all cabin fixtures kept on board.

## 52 MANUAL POWER

A boat's standing rigging, running rigging, spars and movable hull appendages shall be adjusted and operated only by manual power.

## 53 SKIN FRICTION

A boat shall not eject or release a substance, such as a polymer, or have specially textured surfaces that could improve the character of the flow of water inside the boundary layer.

## 54 FORESTAYS AND HEADSAIL TACKS

Forestays and headsail tacks, except those of spinnaker staysails when the boat is not close-hauled, shall be attached approximately on a boat's centre-line.

## *55 FLAGS*

***US SAILING prescribes that a boat shall not display flags except for signaling. A boat shall not be penalized for breaking this rule without prior warning and opportunity to make correction.***

# Part 5 – Protests, Redress, Hearings, Misconduct and Appeals

## Section A — Protests and Redress

**60 RIGHT TO PROTEST AND REQUEST REDRESS**

**60.1** A boat may

(a) protest another boat, but not for an alleged breach of a rule of Part 2 unless she was involved in or saw the incident; or

(b) request redress.

**60.2** A race committee may

(a) protest a boat, but not as a result of a report by a competitor from another boat or other *interested party* or of information in an invalid *protest*;

(b) request redress for a boat; or

(c) report to the protest committee requesting action under rule 69.1(a).

**60.3** A protest committee may

(a) protest a boat, but not as a result of a report by a competitor from another boat or other *interested party* except under rule 61.1(c), or as a result of information in an invalid *protest* except under rule 60.4;

(b) call a hearing to consider redress; or

(c) act under rule 69.1(a).

**60.4** If a protest committee receives a report of an incident that may have resulted in serious damage or serious injury, it may protest any boat involved.

**61 PROTEST REQUIREMENTS**

**61.1 Informing the Protestee**

(a) A boat intending to protest shall always inform the other boat at the first reasonable opportunity. When her *protest* concerns an incident in the racing area that she is involved in or sees, she shall hail 'Protest' and conspicuously display a red flag at the first reasonable opportunity for each. However, boats of hull length less than 6 metres need not display the flag, and if the other boat is beyond hailing distance the protesting boat need not hail but





shall inform the other boat at the first reasonable opportunity. A boat required to display a flag shall do so until she is no longer *racing*.

(b) A race committee or protest committee intending to protest a boat under rule 60.2(a) or 60.3(a) shall inform her as soon as reasonably possible, except that if the *protest* arises from an incident it observes in the racing area the committee shall inform the boat after the race within the time limit of rule 61.3.

(c) During the hearing of a valid *protest* or request for redress, if the protest committee decides to protest a boat that was involved in the incident but is not a *party* to that hearing, it shall inform the boat as soon as reasonably possible of its intention, then protest her as required by rule 61.2 and proceed with a hearing as required by rule 63.

**61.2 Protest Contents**

A *protest* shall be in writing and identify

(a) the protestor and protestee;

(b) the incident, including where and when it occurred;

(c) any *rule* the protestor believes was broken; and

(d) the name of the protestor's representative.

Provided the written *protest* identifies the incident, other details may be corrected before or during the hearing.

**61.3 Protest Time Limit**

A *protest* by a boat, or by the race committee or protest committee about an incident the committee observes in the racing area, shall be delivered to the race office no later than the time limit stated in the sailing instructions. If none is stated, the time limit is two hours after the last boat in the race *finishes*. Other race committee or protest committee *protests* shall be delivered to the race office within two hours after the committee receives the relevant information. The protest committee shall extend the time if there is good reason to do so.

***61.4 Fees for Protests and Requests for Redress***

***US SAILING prescribes that no fees shall be charged for protests or requests for redress.***

## 62 REDRESS

**62.1** A request for redress or a protest committee's decision to consider redress shall be based on a claim or possibility that a boat's finishing place in a race or series has, through no fault of her own, been made significantly worse by

(a) an improper action or omission of the race committee or protest committee,

(b) physical damage because of the action of a boat that was breaking a rule of Part 2 or of a vessel not *racing* that was required to keep clear,

(c) giving help (except to herself or her crew) in compliance with rule 1.1, or

(d) a boat against which a penalty has been imposed under rule 2 or disciplinary action has been taken under rule 69.1(b).

**62.2** The request shall be made in writing within the time limit of rule 61.3 or within two hours of the relevant incident, whichever is later. The protest committee shall extend the time if there is good reason to do so. No red flag is required.

***US SAILING prescribes that a request for redress claiming that a boat's finishing place was made significantly worse by an action or omission of a protest committee shall be delivered before 1800 on the day following the protest committee's action or omission or its decision, or later if there is good reason to extend this time limit.***

# Section B — Hearings and Decisions

## 63 HEARINGS

**63.1 Requirement for a Hearing**

A boat or competitor shall not be penalized without a protest hearing, except as provided in rules 30.2, 30.3, 67, 69, A5 and N2. A decision on redress shall not be made without a hearing. The protest committee shall hear all *protests* and requests for redress that have been delivered to the race office unless it allows a boat to withdraw her *protest* or request.

**63.2 Time and Place of the Hearing; Time for Parties to Prepare**

All *parties* to the hearing shall be notified of the time and place of the hearing, the *protest* or redress information shall





be made available to them, and they shall be allowed reasonable time to prepare for the hearing.

**63.3 Right to Be Present**

(a) The *parties* to the hearing, or a representative of each, have the right to be present throughout the hearing of all the evidence. When a *protest* claims a breach of a rule of Part 2, 3 or 4, the representatives of boats shall have been on board at the time of the incident, unless there is good reason for the protest committee to rule otherwise. Any witness, other than a member of the protest committee, shall be excluded except when giving evidence.

(b) If a *party* to the hearing does not come to the hearing, the protest committee may nevertheless decide the *protest* or request for redress. If the *party* was unavoidably absent, the committee may reopen the hearing.

**63.4 Interested Party**

A member of a protest committee who is an *interested party* shall not take any further part in the hearing but may appear as a witness. A *party* to the hearing who believes a member of the protest committee is an *interested party* shall object as soon as possible.

**63.5 Validity of the Protest or Request for Redress**

At the beginning of the hearing the protest committee shall decide whether all requirements for the *protest* or request for redress have been met, after first taking any evidence it considers necessary. If all requirements have been met, the *protest* or request is valid and the hearing shall be continued. If not, it shall be closed. If the *protest* has been made under rule 60.4, the protest committee must also determine whether or not serious damage or serious injury resulted from the incident in question. If not, the hearing shall be closed.

**63.6 Taking Evidence and Finding Facts**

The protest committee shall take the evidence of the *parties* to the hearing and of their witnesses and other evidence it considers necessary. A member of the protest committee who saw the incident may give evidence. A *party* to the hearing may question any person who gives evidence. The committee shall then find the facts and base its decision on them.

**63.7 Protests Between Boats in Different Races**

A *protest* between boats sailing in different races conducted by different organizing authorities shall be heard by a protest committee acceptable to those authorities.

## 64 DECISIONS

**64.1 Penalties and Exoneration**

(a) When the protest committee decides that a boat that is a *party* to a protest hearing has broken a *rule*, it shall disqualify her unless some other penalty applies. A penalty shall be imposed whether or not the applicable *rule* was mentioned in the *protest*.

***US SAILING prescribes that the penalty for breaking rule 75.2 with reference to Appendix 2, Regulation 21.2.1(h), shall be a warning.***

(b) When as a consequence of breaking a *rule* a boat has compelled another boat to break a *rule*, rule 64.1(a) does not apply to the other boat and she shall be exonerated.

(c) If a boat has broken a *rule* when not *racing*, her penalty shall apply to the race sailed nearest in time to that of the incident.

**64.2 Decisions on Redress**

When the protest committee decides that a boat is entitled to redress under rule 62, it shall make as fair an arrangement as possible for all boats affected, whether or not they asked for redress. This may be to adjust the scoring (see rule A10 for some examples) or finishing times of boats, to *abandon* the race, to let the results stand or to make some other arrangement. When in doubt about the facts or probable results of any arrangement for the race or series, especially before *abandoning* the race, the protest committee shall take evidence from appropriate sources.

**64.3 Decisions on Measurement Protests**

(a) When the protest committee finds that deviations in excess of tolerances specified in the class rules were caused by damage or normal wear and do not improve the performance of the boat, it shall not penalize her. However, the boat shall not *race* again until the deviations have been corrected, except when the protest





committee decides there is or has been no reasonable opportunity to do so.

(b) When the protest committee is in doubt about the meaning of a measurement rule, it shall refer its questions, together with the relevant facts, to an authority responsible for interpreting the rule. In making its decision, the committee shall be bound by the reply of the authority.

***US SAILING prescribes that the authority responsible for interpreting the rules of a measurement or handicapping system is the organization that issued the rating certificate or handicap involved.***

(c) When a boat disqualified under a measurement rule states in writing that she intends to appeal, she may compete in subsequent races without changes to the boat, but will be disqualified if she fails to appeal or the appeal is decided against her.

(d) Measurement costs arising from a *protest* involving a measurement rule shall be paid by the unsuccessful *party* unless the protest committee decides otherwise.

***64.4 Decisions on Protests Involving Appendix P***

***US SAILING prescribes that when the protest committee is in doubt about the meaning of a rule of Appendix P, it shall refer its questions, together with the relevant facts, to the US SAILING Competitor Classification Committee. In making its decision, the protest committee shall be bound by the Competitor Classification Committee's reply.***

## 65 INFORMING THE PARTIES AND OTHERS

**65.1** After making its decision, the protest committee shall promptly inform the *parties* to the hearing of the facts found, the applicable *rules*, the decision, the reasons for it, and any penalties imposed or redress given.

**65.2** A *party* to the hearing is entitled to receive the above information in writing, provided she asks for it in writing from the protest committee within seven days of being informed of the decision. The committee shall then promptly provide the information, including, when relevant, a diagram of the incident prepared or endorsed by the committee.