**E3.6 Starting Penalties**

In rules 29.1 and 30 delete the word 'crew'. Throughout rule 30 oral announcements shall replace the display of flag signals.

**E3.7 Starting and Finishing Lines**

The starting and finishing lines shall be tangential to, and on the course side of, the starting and finishing *marks*.

**E3.8 Individual Recall**

Rule 29.2 is changed. Delete all after 'the race committee shall promptly' and replace with 'twice hail "Recall (sail numbers)"'.

**E3.9 General Recall**

Rule 29.3 is changed. Delete all after 'the race committee may' and replace with 'twice hail "General recall" with two sound signals'. After the recalled start, the warning signal for a new start shall be made.

**E3.10 Shortening or Abandoning after the Start**

In rule 32.1(b) delete 'foul weather' and replace with 'thunderstorms'. Rules 32.1(c) and 32.2 do not apply.

**E4 PART 4 – OTHER REQUIREMENTS WHEN RACING**

**E4.1 Non-applicable rules**

Rules 42.2(b), 42.2(c), 42.3(a), 42.3(c), 43, 47, 48, 49, 50, 52 and 54 do not apply.

**E4.2 Outside Help**

Rule 41 is replaced with:

(a) A competitor shall not give tactical or strategic advice to a competitor who is *racing*.

(b) A competitor who is *racing* shall not receive outside help except:

(1) A boat that has gone ashore or aground outside the launching area, or become entangled with another boat or *mark*, may be freed and relaunched only with outside help from a rescue vessel crew.

(2) Competitors who are not *racing* and others may give outside help in the launching area as permitted by rule E4.5.

**E4.3 Propulsion and Prohibited Actions**

(a) In rule 42.1 delete all after 'sails and hull'.





(b) In rule 42.2(a) delete all after 'releasing the sail'.

**E4.4 Penalties for Breaking a Rule of Part 2**

Throughout rule 44 the penalty shall be one 360° turn, including one tack and one gybe.

**E4.5 Launching and Relaunching**

Rule 45 is replaced with:

(a) Except between the preparatory and starting signals, boats scheduled to *race* in a heat may be launched, taken ashore or relaunched at any time during the heat.

(b) Boats shall be launched or recovered only from within a launching area, except as provided by rule E4.2(b)(1).

(c) While ashore or within a launching area, boats may be adjusted, drained of water, or repaired; have their sails changed or reefed; have entangled objects removed; or have radio equipment repaired or changed.

**E4.6 Person in Charge**

Rule 46 is changed. Delete 'have on board' and replace with 'be radio controlled by'.

**E4.7 Moving Ballast**

Rule 51 is replaced with:

During an event and unless class rules specify otherwise;

(a) ballast shall not be shifted, shipped or unshipped;

(b) except for replacements of similar weight and position, no control equipment shall be shifted, shipped or unshipped;

(c) the position of rig counterbalance weights may be adjusted; and

(d) bilge water shall not be used to trim the boat, but may be removed at any time.

**E4.8 Radio**

(a) A competitor shall not transmit radio signals that cause interference with the radio reception of other boats.

(b) A competitor found to have broken rule E4.8(a) shall not *race* until he has proven compliance with rule E4.8(a).

**E4.9 Boat Out of Radio Control**

A competitor who loses radio control of his boat shall promptly hail and repeat 'Out of control (the boat's sail number)'. Such a boat shall be deemed to have retired and shall be considered an *obstruction*.

## E5 PART 5 – PROTESTS, REDRESS, HEARINGS, MISCONDUCT AND APPEALS

**E5.1 Right to Protest and Request Redress**

Add to rule 60.1(a): 'A *protest* alleging a breach of a rule of Part 2, 3 or 4 shall be made only by a competitor within the control or launching area and by a boat scheduled to *race* in the heat in which the incident occurred.' After the words 'report by a competitor from another boat' in rules 60.2(a) and 60.3(a) add 'except when acting as an observer'.

**E5.2 Informing the Protestee**

In rule 61.1(a) delete all after the first sentence and replace with 'When her *protest* concerns an incident in the racing area that she is involved in or sees, she shall twice hail '(Her own sail number) "protest" (the sail number of the other boat)'.'

**E5.3 Protest Time Limit**

In rule 61.3 delete 'two hours' and replace with '15 minutes'. Add 'A protestor intending to submit a *protest* shall inform the race committee within five minutes of the end of the relevant heat.'

**E5.4 Accepting Responsibility**

A boat that acknowledges breaking a rule of Part 2, 3 or 4 before the *protest* is found to be valid may retire from the relevant heat without further penalty.

**E5.5 Redress**

(a) Add to rule 62.1:

(e) radio interference, or

(f) an entanglement or grounding because of the action of a boat that was breaking a rule of Part 2 or of a vessel not *racing* that was required to *keep clear*.





(b) The first sentence of rule 62.2 is changed to 'The request shall be made in writing within the time limit of rule E5.3.'

**E5.6 Right to Be Present**

In rule 63.3(a) delete 'shall have been on board' and replace with 'shall have been radio-controlling them'.

**E5.7 Taking Evidence and Finding Facts**

Add to rule 63.6: 'Evidence about an alleged breach of a rule of Part 2, 3 or 4 given by competitors shall be accepted only from a competitor who was within the control or launching area and whose boat was scheduled to *race* in the heat in which the incident occurred.'

**E5.8 Penalties and Exoneration**

Instead of disqualification as provided by rule 64.1(a), the penalty for breaking rule E3.3, E4.2(a) or E4.5 may be determined by the protest committee to be:

(a) exclusion from the next race,

(b) disqualification from the next race, or

(c) one or more penalty turns that must be taken immediately after the boat has started her next race.

In these cases rule 64.1(c) does not apply.

**E5.9 Decision on Redress**

Add to rule 64.2: 'If a boat given redress was damaged, she shall be given reasonable time, but not more than 30 minutes, to effect repairs before her next heat.'

**E5.10 Reopening a Hearing**

In rule 66 '24 hours' is changed to 'ten minutes'.

## E6 APPENDIX G – IDENTIFICATION ON SAILS

Appendix G is changed as follows:

(a) In rule G1 add 'RSD' after 'ISAF'.

(b) Rule G1.1(c) is replaced by: 'a sail number, which shall be the last two digits of the boat registration number, allotted by the relevant issuing authority.' Where this is a single-digit number, a '0' shall be placed in front. Alternatively an owner may be allotted a personal sail number by the relevant issuing authority, the last two digits

of which may be used on all his boats. Where this is a single-digit number, a '0' shall be placed in front.

(c) In rule G1.2(b) delete 'and opposite' and add to the table:

| | *Minimum height* | *Minimum space between letters and numerals or edge of sail* |
|---|---|---|
| numbers on RC boats | 100 mm | 13 mm |
| letters on RC boats | 60 mm | 13 mm |

Maximum dimensions shall be the minimum plus 10 mm. The space between marks on opposite sides of the sail shall be 60–100 mm. If a sail is too small to use the specified dimensions, smaller letters and numbers may be used, with 13 mm as the absolute minimum spacing.

(d) Rule G1.3(c) is replaced by: 'Sail numbers shall be placed above the national letters. There shall be space in front of the sail number for the prefix '1', which may be prescribed by the race committee in the event of a conflict between numbers.'

(e) Rule G1.3(e) is replaced by: 'The sail number shall be displayed on both sides of the headsail.'



# Appendix F – Appeals Procedures

***This appendix is a US SAILING prescription.***

*See rules 70 and 71. This appendix replaces Appendix F as adopted by the International Sailing Federation. The US SAILING Appeals Committee and, when acting under rule F1.3, the US SAILING Article 14 Review Board act as the national authority within the meaning of rules 70.1 and 71. This appendix shall not be changed by sailing instructions.*

**F1 WHERE TO FILE AN APPEAL OR REQUEST**

**F1.1** Appeals of decisions of a protest committee and requests by a protest committee for confirmation or correction of its decisions shall be made to the association appeals committee for the place in which the event was held, except as provided in rules F1.3 and F1.4.

**F1.2** Appeals of decisions of an association appeals committee, requests by an association appeals committee for confirmation or correction of its decisions, and all requests for interpretations of *rules* shall be made to the US SAILING Appeals Committee.

**F1.3** Appeals of decisions of a protest committee made under rule 69.1 and requests by a protest committee for confirmation or correction of such decisions shall be made to the US SAILING Article 14 Review Board ("Review Board" below).

**F1.4** Appeals of decisions of a protest committee for a US SAILING national championship and requests by such a committee for confirmation or correction of its decisions shall be made to the US SAILING Appeals Committee.

**F2 TO APPEAL OR MAKE A REQUEST**

**F2.1** To appeal the decision of a protest committee or association appeals committee the appellant shall, within 15 days of receiving the written decision being appealed or a protest committee's decision not to reopen a hearing, send a dated appeal to the appropriate appeals committee (the Review Board if rule F1.3 applies), with a copy of the decision and the appropriate fee. The appeal shall state why the appellant believes the committee's interpretation of a *rule* or its procedures were incorrect. If an appeals fee is required and is not sent with the appeal it must be received before the appeal

will be considered. The fee for appeals to US SAILING is $25 for members and $75 for non-members.

**F2.2** The appellant shall also send, with the appeal or as soon as possible thereafter, all of the following documents that are available to her:

(a) the written *protest(s)* or request(s) for redress;

(b) if the appeal is from a decision of an association appeals committee, the written decision of the protest committee;

(c) a diagram, prepared or endorsed by the protest committee, showing the positions and tracks of all boats involved, the course to the next *mark* and its required side, the force and direction of the wind, and, if relevant, the depth of the water and the direction and speed of any current;

(d) the notice of race, sailing instructions, any other conditions governing the event, and any changes to them;

(e) any additional relevant documents and correspondence; and

(f) the names and addresses of all *parties* to the hearing and the protest committee chairman.

**F2.3** To request confirmation or correction of its decision, a protest committee or association appeals committee shall send to the appropriate appeals committee (the Review Board if rule F1.3 applies) a copy of its decision and all relevant documents and comments. There is no fee for requests for confirmation or correction made to US SAILING.

**F2.4** To request an interpretation of the *rules*, a club or other organization affiliated to US SAILING shall send to the US SAILING Appeals Committee its request, which shall include assumed facts. The fee for requests for interpretation of the *rules* is $25.

## F3 NOTIFICATION OF THE COMMITTEE WHOSE DECISION IS BEING APPEALED

Upon receipt of an appeal, the appeals committee (the Review Board if rule F1.3 applies) shall send a copy of the appeal to the committee whose decision is being appealed, asking it for any documents required by rule F2.2 not supplied by the appellant.





## F4 COMMITTEE RESPONSIBILITIES

### F4.1 Protest Committee

A protest committee whose decision is being appealed shall supply any of the documents requested under rule F3 and any facts or information requested under rule F5 and, if directed to do so by the appeals committee (the Review Board if rule F1.3 applies), shall conduct a hearing or re-hearing of the *protest* or request for redress.

### F4.2 Association Appeals Committee

(a) The association appeals committee shall send to all *parties* to the hearing, and to the committee whose decision is being appealed or reviewed, copies of all relevant documents and comments it has received, except those supplied by that *party* or committee.

(b) An association appeals committee shall consider an appeal it has refused to decide if directed to do so by the US SAILING Appeals Committee.

### F4.3 US SAILING Appeals Committee; Article 14 Review Board

The US SAILING Appeals Committee (the Review Board if rule F1.3 applies) shall send to all *parties* to the hearing, to the protest committee and to the association appeals committee whose decision is being appealed or reviewed, copies of all relevant documents and comments it has received, except those supplied by that *party* or committee.

## F5 FINDING OF FACTS; ADDITIONAL INFORMATION

An appeals committee (the Review Board if rule F1.3 applies) shall accept the protest committee's finding of facts except when it decides they are inadequate, in which case it may require the protest committee to provide additional facts or other information, or to reopen the hearing and report any new finding of facts.

## F6 COMMENTS

An appeals committee (the Review Board if rule F1.3 applies) shall consider written comments on an appeal or request for confirmation or correction of a committee's decision only from *parties* to the hearing, the protest committee, and, if relevant, from the association appeals committee. Such comments shall be sent to the appeals committee (the Review

Board if rule F1.3 applies) within 15 days of the *party's* or committee's receipt of the appeal or request and, if possible, to all *parties* to the hearing and all committees involved.

**F7 OTHER PROVISIONS**

In addition to the provisions of rule 71:

(a) An association appeals committee acting under the rules of this appendix may take any of the actions permitted by the national authority in rules 71.2 and 71.3, subject to further appeal as provided in rule F1.2.

(b) No member of the association appeals committee shall take part in the discussion or decision on an appeal or a request for confirmation or correction to the US SAILING Appeals Committee.

(c) An appeals committee (the Review Board if rule F1.3 applies) may direct a protest committee to conduct a hearing or re-hearing of the *protest* or request for redress.

(d) The US SAILING Appeals Committee may direct an association appeals committee to consider an appeal it has refused to decide.



# Appendix G – Identification on Sails

*See rule 77.*

**G1 ISAF INTERNATIONAL CLASS BOATS**

**G1.1 Identification**

Every boat of an ISAF International Class or Recognized Class shall carry on her mainsail and, as provided in rules G1.3(d) and G1.3(e) for letters and numbers only, on her spinnaker and headsail

(a) the insignia denoting her class;

(b) at all international events, except when the boats are provided to all competitors, national letters denoting her national authority from the table below. For the purposes of this rule, international events are ISAF events, world and continental championships, and events described as international events in their notices of race and sailing instructions; and

(c) a sail number of no more than four digits allotted by her national authority or, when so required by the class rules, by the international class association. The four-digit limitation does not apply to classes whose ISAF membership or recognition took effect before 1 April 1997. Alternatively, if permitted in the class rules, an owner may be allotted a personal sail number by the relevant issuing authority, which may be used on all his boats in that class.

Sails measured before 31 March 1999 shall comply with rule G1.1 or with the rules applicable at the time of measurement.

| *Letters* | *National Authority* | *Letters* | *National Authority* |
|---|---|---|---|
| ALG | Algeria | BAR | Barbados |
| ASA | American Samoa | BLR | Belarus |
| AND | Andorra | BEL | Belgium |
| ANG | Angola | BER | Bermuda |
| ANT | Antigua | BRA | Brazil |
| ARG | Argentina | IVB | British Virgin Islands |
| ARM | Armenia | BRU | Brunei Darussalam |
| AUS | Australia | BUL | Bulgaria |
| AUT | Austria | CAN | Canada |
| BAH | Bahamas | CHI | Chile |
| BRN | Bahrain | CHN | China |

| Letters | National Authority | Letters | National Authority |
|---|---|---|---|
| TPE | Chinese Taipei | LBA | Libya |
| COL | Columbia | LIE | Liechtenstein |
| COK | Cook Islands | LTU | Lithuania |
| CRO | Croatia | LUX | Luxembourg |
| CUB | Cuba | MAS | Malaysia |
| CYP | Cyprus | MLT | Malta |
| CZE | Czech Republic | MRI | Mauritius |
| DEN | Denmark | MEX | Mexico |
| DOM | Dominican Republic | FSM | Micronesia |
| ECU | Ecuador | MDA | Moldova |
| EGY | Egypt | MON | Monaco |
| ESA | El Salvador | MAR | Morocco |
| EST | Estonia | MYA | Myanmar |
| FIJ | Fiji | NAM | Namibia |
| FIN | Finland | NED | The Netherlands |
| FRA | France | AHO | Netherlands Antilles |
| GAB | Gabon | NZL | New Zealand |
| GEO | Georgia | NGR | Nigeria |
| GER | Germany | NOR | Norway |
| CAY | Grand Cayman | PAK | Pakistan |
| GBR | Great Britain | PNG | Papua New Guinea |
| GRE | Greece | PAR | Paraguay |
| GRN | Grenada | PER | Peru |
| GUM | Guam | PHI | Philippines |
| GUA | Guatemala | POL | Poland |
| HKG | Hong Kong | POR | Portugal |
| HUN | Hungary | PUR | Puerto Rico |
| ISL | Iceland | QAT | Qatar |
| IND | India | ROM | Romania |
| INA | Indonesia | RUS | Russia |
| IRL | Ireland | SMR | San Marino |
| ISR | Israel | SEY | Seychelles |
| ITA | Italy | SIN | Singapore |
| JAM | Jamaica | SVK | Slovak Republic |
| JPN | Japan | SLO | Slovenia |
| KAZ | Kazakhstan | RSA | South Africa |
| KEN | Kenya | ESP | Spain |
| KOR | Korea | SRI | Sri Lanka |
| KUW | Kuwait | LCA | St. Lucia |
| KGZ | Kyrghyzstan | SUD | Sudan |
| LAT | Latvia | SWE | Sweden |
| LIB | Lebanon | SUI | Switzerland |





| Letters | National Authority | Letters | National Authority |
|---|---|---|---|
| TAH | Tahiti | USA | United States of America |
| THA | Thailand | URU | Uruguay |
| TRI | Trinidad & Tobago | ISV | US Virgin Islands |
| TUN | Tunisia | UZB | Uzbekistan |
| TUR | Turkey | VEN | Venezuela |
| UKR | Ukraine | YUG | Yugoslavia |
| UAE | United Arab Emirates | ZIM | Zimbabwe |

**G1.2 Specifications**

(a) National letters and sail numbers shall be in capital letters and Arabic numerals, clearly legible and of the same colour. Commercially available typefaces giving the same or better legibility than Helvetica are acceptable.

(b) The sizes of characters and minimum space between adjoining characters on the same and opposite sides of the sail shall be related to the boat's overall length as follows:

| *Overall length* | *Minimum height* | *Minimum space between letters and numerals or edge of sail* |
|---|---|---|
| under 3.5 m | 230 mm | 45 mm |
| 3.5 m – 8.5 m | 300 mm | 60 mm |
| 8.5 m – 11 m | 375 mm | 75 mm |
| over 11 m | 450 mm | 90 mm |

**G1.3 Positioning**

Class insignia, national letters and sail numbers shall be positioned as follows:

(a) Except as provided in (d) and (e) below, class insignia, national letters and sail numbers shall when possible be wholly above an arc whose centre is the head point and whose radius is 60% of the leech length. They shall be placed at different heights on the two sides of the sail, those on the starboard side being uppermost.

(b) The class insignia shall be placed above the national letters. If the class insignia is of such a design that two of them coincide when placed back to back on both sides of the sail, they may be so placed.

(c) National letters shall be placed above the sail number.