# Definitions

*A term used as stated below is shown in italic type or, in preambles, in* ***bold italic type.***

***Abandon*** A race that a race committee or protest committee *abandons* is void but may be resailed.

***Clear Astern* and *Clear Ahead; Overlap*** One boat is *clear astern* of another when her hull and equipment in normal position are behind a line abeam from the aftermost point of the other boat's hull and equipment in normal position. The other boat is *clear ahead.* They *overlap* when neither is *clear astern* or when a boat between them *overlaps* both. These terms do not apply to boats on opposite *tacks* unless rule 18 applies.

***Finish*** A boat *finishes* when any part of her hull, or crew or equipment in normal position, crosses the finishing line in the direction of the course from the last *mark,* either for the first time or after taking a penalty under rule 31.2 or 44.2 or, under rule 28.1, after correcting an error made at the finishing line.

***Interested Party*** A person who may gain or lose as a result of a protest committee's decision, or who has a close personal interest in the decision.

***Keep Clear*** One boat *keeps clear* of another if the other can sail her course with no need to take avoiding action and, when the boats are *overlapped* on the same *tack,* if the *leeward* boat can change course in both directions without immediately making contact with the *windward* boat.

***Leeward* and *Windward*** A boat's *leeward* side is the side that is or, when she is head to wind, was away from the wind. However, when sailing by the lee or directly downwind, her *leeward* side is the side on which her mainsail lies. The other side is her *windward* side. When two boats on the same *tack overlap,* the one on the *leeward* side of the other is the *leeward* boat. The other is the *windward* boat.

***Mark*** An object the sailing instructions require a boat to leave on a specified side, and a race committee vessel surrounded by navigable water from which the starting or finishing line extends. An anchor line and objects attached temporarily or accidentally to a *mark* are not part of it.

***Obstruction*** An object that a boat could not pass without changing course substantially, if she were sailing directly towards it and one of her hull lengths from it. An object that can be safely passed on only one side and an area so designated by the sailing instructions are also *obstructions.* However, a boat *racing* is not an *obstruction* to other



boats unless they are required to *keep clear* of her, give her *room* or, if rule 21 applies, avoid her.

***Overlap*** See ***Clear Astern* and *Clear Ahead; Overlap.***

***Party*** A *party* to a hearing: a protestor; a protestee; a boat requesting redress; a boat or a competitor that may be penalized under rule 69.1; a race committee in a hearing under rule 62.1(a).

***Postpone*** A *postponed* race is delayed before its scheduled start but may be started or *abandoned* later.

***Proper Course*** A course a boat would sail to *finish* as soon as possible in the absence of the other boats referred to in the rule using the term. A boat has no *proper course* before her starting signal.

***Protest*** An allegation made under rule 61.2 by a boat, a race committee or a protest committee that a boat has broken a *rule.*

***Racing*** A boat is *racing* from her preparatory signal until she *finishes* and clears the finishing line and *marks* or retires, or until the race committee signals a general recall, *postponement* or *abandonment.*

***Room*** The space a boat needs in the existing conditions while manoeuvring promptly in a seamanlike way.

***Rule***
(a) The rules in this book, including the Definitions, Race Signals, Introduction, preambles and the rules of relevant appendices, but not titles;
(b) the prescriptions of the national authority, unless the sailing instructions state that they do not apply;
(c) the class rules, or the rules of the handicapping or rating system, except any that conflict with the rules in this book;
(d) the notice of race;
(e) the sailing instructions; and
(f) any other documents that govern the event.

***Start*** A boat *starts* when after her starting signal any part of her hull, crew or equipment first crosses the starting line and she has complied with rule 29.1 and rule 30.1 if it applies.

***Tack, Starboard* or *Port*** A boat is on the *tack, starboard* or *port,* corresponding to her *windward* side.

***Two-Length Zone*** The area around a *mark* or *obstruction* within a distance of two hull lengths of the boat nearer to it.

***Windward*** See ***Leeward* and *Windward.***




## International Code Flags

