# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS PLAINTIFF | ) | |
| VS. | ) | C.A. NO. 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE DEFENDANT | ) | |

DEPOSITION OF WILLIAM H. TRIPP, III, A DEFENDANT IN THE ABOVE-ENTITLED CASE, TAKEN ON BEHALF OF THE DEFENDANT, BEFORE PATRICIA QUIRK, CSR, NOTARY PUBLIC IN AND FOR THE STATE OF RHODE ISLAND, AT THE OFFICES OF KIERNAN, PLUNKETT & REDIHAN, 91 FRIENDSHIP STREET, PROVIDENCE, RHODE ISLAND ON MARCH 1, 2007, SCHEDULED AT 1:30 P.M.

RHODE ISLAND COURT REPORTING
747 NORTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02904
(401) 437-3366



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:16:17 Q. ALL RIGHT, DO YOU -- LET'S NOW TURN TO THE DAY
02:16:20 OF THE INCIDENT, DO YOU RECALL SAILING ABOARD
02:16:24 SIRENA ON THE 14TH OF JULY, 2002?
02:16:30 A. THAT'S THE DAY OF THE INCIDENT.
02:16:33 Q. I WILL REPRESENT TO YOU THAT'S THE DAY OF THE
02:16:36 INCIDENT. YOU WERE ABOARD SIRENA AT THE TIME?
02:16:38 A. YES, I WAS.
02:16:39 Q. WHAT WAS YOUR ROLE ON THE BOAT?
02:16:42 A. TACTICIAN.
02:16:43 Q. WHAT DO YOU UNDERSTAND THE DUTIES OF A
02:16:46 TACTICIAN TO BE?
02:16:48 A. TO HELP GUIDE THE OWNER.
02:16:52 Q. GUIDE THE OWNER WITH WHAT?
02:16:55 A. WITH DIALOGUE.
02:16:57 Q. WHAT SORT OF DIALOGUE IS IT, DO YOU BELIEVE IS
02:17:01 YOUR ROLE TO GIVE TO THE OWNER?
02:17:03 A. WELL, IT'S ANYTHING, ANY INFORMATION
02:17:07 THAT'S APPROPRIATE, ANY AND ALL INFORMATION
02:17:10 THAT'S APPROPRIATE.
02:17:11 Q. POSITION OF OTHER BOATS?
02:17:12 A. CERTAINLY.
02:17:13 Q. POTENTIAL WIND SHIFTS?
02:17:15 A. CERTAINLY.
02:17:16 Q. CURRENT?

02:17:17 A. YES.
02:17:18 Q. TACTICAL DECISIONS AS TO WHICH WAY TO GO?
02:17:22 A. CERTAINLY.
02:17:22 Q. OR HOW TO MANEUVER IN THE PRESENCE OF OTHER BOATS?
02:17:26 A. CERTAINLY.
02:17:28 Q. HOW TO APPROACH THE MARK IN THE MOST EFFICIENT WAY?
02:17:32 A. YES, IT IS TO ADVISE.
02:17:34 Q. ULTIMATELY WHOSE DECISION IS IT?
02:17:37 A. THE OWNER'S.
02:17:39 Q. HAVE YOU EVER BEEN A TACTICIAN ABOARD SIRENA BEFORE?
02:17:43 A. YES.
02:17:43 Q. WHAT WAS THE LAST TIME PRIOR TO THIS INCIDENT WHERE YOU WERE TACTICIAN ABOARD SIRENA?
02:17:55 A. I DON'T KNOW THAT I SAILED ON BOARD THE BOAT IN 2001. I KNOW THAT I DIDN'T SAIL ON BOARD THE BOAT IN 2002 PRIOR TO THAT EVENT. THAT WOULD MAKE IT THE ONE I'M CERTAIN WOULD HAVE BEEN THE WORLDS, WHICH WAS IN 2000.
02:18:12 Q. LAST YEAR DID YOU RACE ON ANY BOATS AS TACTICIAN?
02:18:17 A. LAST YEAR, 2006, YOU'LL HAVE TO GIVE ME A

02:28:10 Q. AND HOW FAR ABOVE THE LAY LINE WERE YOU EITHER
02:28:17 IN BOAT LENGTHS, FEET, OR SECONDS?
02:28:19 A. WE WERE A COUPLE OF BOAT LENGTHS ABOVE.
02:28:30 Q. AND ONE MINUTE BEFORE THE INCIDENT, DO YOU
02:28:33 KNOW WHERE SFORZANDO WAS?
02:28:36 A. YES.
02:28:37 Q. WHERE WERE THEY?
02:28:38 A. THEY WERE ON STARBOARD TACK.
02:28:41 Q. DO YOU HAVE ANY UNDERSTANDING AS TO WHETHER
02:28:43 THEY WERE ABOVE, BELOW, OR ON THE STARBOARD
02:28:46 LAY LINE?
02:28:47 A. DO I HAVE ANY UNDERSTANDING NOW OR THEN?
02:28:50 Q. THEN.
02:28:52 A. I KNEW ROUGHLY THEY WERE ON THE LAY LINE.
02:28:55 Q. DID YOU SEE THE POSITION OF THEIR SPINNAKER
02:28:58 POLE AT THE TIME, AT THE ONE MINUTE?
02:29:01 A. NO, NOT THAT I RECALL.
02:29:04 Q. AND ONE MINUTE BEFORE THE INCIDENT, WHO WAS
02:29:08 STEERING SIRENA?
02:29:09 A. STEVE LOEB.
02:29:11 Q. WHERE WAS HE POSITIONED IN THE BOAT?
02:29:13 A. SITTING DOWN, PORT SIDE.
02:29:15 Q. SO, ON THE WINDWARD SIDE?
02:29:17 A. CORRECT.



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:29:18 Q. SITTING ON THE GUNNEL OR THE CO-MAIN?
02:29:22 A. CO-MAIN.
02:29:22 Q. FACING HIS TORSO INTO THE COCKPIT?
02:29:25 A. YES.
02:29:26 Q. AND WHERE WERE YOU?
02:29:28 A. ONE MINUTE I HAD -- ONE MINUTE I WAS
02:29:31 TURNED AROUND FACING MY FEET INSIDE THE
02:29:34 COCKPIT, LOOKING, LOOKING LEEWARD
02:29:38 PARTICULARLY.
02:29:39 Q. WERE YOU ON THE PORT SIDE OF THE BOAT?
02:29:42 A. CORRECT.
02:29:43 Q. BEHIND MR. LOEB?
02:29:44 A. DIRECTLY.
02:29:45 Q. WAS THE BOAT HIGH ENOUGH THAT YOU HAD AN
02:29:50 UPWARD VIEW TO LEEWARD?
02:29:54 A. I PROBABLY HAD TO CROUCH, BUT I CAN SAY
02:29:54 FOR SURE IF I HAD TO CROUCH OR NOT, BUT I
02:29:56 COULD SEE THE BOATS CLEARLY.
02:29:59 Q. HOW FAR FROM YOU PHYSICALLY AT ONE MINUTE
02:30:03 BEFORE THE INCIDENT DO YOU THINK THE CLOSEST
02:30:06 PART OF SFORZANDO WAS?
02:30:09 A. I'M SORRY, HOW FAR?
02:30:12 Q. FROM YOU, NOT SIRENA, BUT FROM WHERE YOU WERE
02:30:16 SITTING ONE MINUTE BEFORE THE COLLISION, HOW



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:30:19 FAR AWAY WAS SFORZANDO?

02:30:22 A. FROM ME, NOT FROM SIRENA?

02:30:24 Q. RIGHT, FROM WHERE YOU WERE ON SIRENA, THE
02:30:27 PROPER REFERENCE, I'M NOT ASKING ABOUT THE BOW
02:30:29 OF SIRENA, THE MAST OF SIRENA, OR ANYWHERE
02:30:32 ELSE, JUST IN THE GENERAL AREA WHERE YOU WERE,
02:30:35 HOW FAR AWAY WAS SFORZANDO ONE MINUTE BEFORE
02:30:40 THE COLLISION?

02:30:40 A. GIVE ME A MOMENT. WE WERE APPROXIMATELY
02:30:54 34 BOTH LENGTHS APART.

02:30:57 Q. NOW, AM I CORRECT IN ASSUMING THAT YOU DID
02:31:00 THAT MATHEMATICALLY IN YOUR HEAD AS OPPOSED TO
02:31:03 YOUR MEMORY AT THE TIME?

02:31:05 A. I DID IT BY PHYSICS.

02:31:08 Q. YOU DON'T HAVE ANY SPECIFIC RECOLLECTION NOW
02:31:11 AS TO HOW FAR THEY WERE AT THE TIME?

02:31:14 A. WELL, I WOULD NEVER THINK LIKE YOU.
02:31:18 YOU'VE THOUGHT ON THE RACE COURSE AT THAT
02:31:22 POINT IN TIME, IT WOULD BE FRUITLESS.

02:31:25 Q. WELL, WHAT DO YOU REMEMBER THINKING AS TO THE
02:31:28 SEPARATION BETWEEN YOU AND SFORZANDO ONE
02:31:32 MINUTE BEFORE THE INCIDENT?

02:31:33 A. INCOMING?

02:31:35 Q. WHAT ABOUT THE DISTANCE BETWEEN THEM?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:31:40 A. THAT WE WERE GOING TO HAVE TO EITHER
02:31:44 CROSS OR NOT CROSS.
02:31:46 Q. DID YOU THINK YOU WERE GOING TO CROSS AT THE
02:31:49 TIME?
02:31:49 A. WITH ONE MINUTE TO GO, IT WAS TOO EARLY
02:31:53 TO TELL.
02:31:54 Q. WERE YOU CLOSE ENOUGH TO SHORE YOU COULD GET A
02:32:00 RANGE ACROSS THE BOW OF SFORZANDO AT SOME
02:32:03 POINT ON SHORE?
02:32:03 A. YES, I WAS WATCHING THE RANGE, AND I
02:32:05 DON'T NEED THE SHORE TO JUDGE THE RANGE, AND
02:32:10 AT ONE MINUTE I WAS TALKING AND SAYING
02:32:15 SFORZANDO IS THERE. WE HAD BEEN QUITE A BIT
02:32:18 AHEAD OF SFORZANDO. WE MAY STILL BE AHEAD.
02:32:23 WE HAVE TO SEE.
02:32:23 Q. YOU ARE FAMILIAR WITH THE TERM MAKING BEARING
02:32:26 OR LOSING BEARING ON A BOAT?
02:32:28 A. YES.
02:32:29 Q. DO YOU RECALL ONE MINUTE BEFORE THE COLLISION
02:32:31 WHETHER YOU WERE MAKING BEARING, LOSING
02:32:34 BEARING, OR HOLDING BEARING?
02:32:35 A. AT ONE MINUTE I WOULDN'T BE COMMENTING
02:32:38 YET. I DIDN'T COMMENT YET. IT WAS TOO EARLY.
02:32:44 Q. THIRTY SECONDS TO GO TO THE COLLISION, WAS

02:32:49 SIRENA STILL ON PORT TACK?
02:32:51 A. YES.
02:32:52 Q. WERE YOU STILL SLIGHTLY CRACKED OFF?
02:32:55 A. YES.
02:32:55 Q. WERE YOU STILL ABOVE THE LAY LINE AT THAT
02:32:58 POINT?
02:33:01 A. YES.
02:33:02 Q. WHAT WAS YOUR SPEED AT THAT POINT?
02:33:04 A. SEVEN POINT FIVE.
02:33:10 Q. AT 30 SECONDS BEFORE THE INCIDENT, WAS
02:33:14 SFORZANDO ON PORT OR STARBOARD TACK?
02:33:19 A. STARBOARD.
02:33:20 Q. DO YOU HAVE A SENSE OF THEM RELATIVE TO THE
02:33:26 WIND, DO YOU REMEMBER WHETHER THEY WERE CLOSE
02:33:27 HAULED, ABOVE CLOSE HAULED, OR CRACKED OFF?
02:33:30 A. AT THAT TIME I THOUGHT THEY WERE LAYING
02:33:32 THE MARK.
02:33:33 Q. THE GENOA APPEARED TO BE FULLY TRIMMED, NOT
02:33:37 SHEETED OUT?
02:33:38 A. IT WAS STILL A LITTLE FAR TO SEE THAT.
02:33:41 Q. YOU THOUGHT THEY WERE ON STARBOARD LAY LINE AT
02:33:46 THAT POINT?
02:33:46 A. I WASN'T MAKING THAT ASSUMPTION.
02:33:48 Q. YOU SAID --

02:33:49 A. THE LAY LINE AND MAKING THE MARK ARE TWO
02:33:52 DIFFERENT THINGS.
02:33:53 Q. YOU THOUGHT IF THEY HELD THE COURSE THEY HAD,
02:33:57 THEY WOULD ROUND THE MARK?
02:33:59 A. CORRECT.
02:33:59 Q. WITHOUT HAVING TO ALTER COURSE?
02:34:02 A. CORRECT.
02:34:03 Q. WAS THE SPINNAKER PULLED UP ON THE MAST OR
02:34:06 DOWN ON THE BOW?
02:34:07 A. I DON'T RECALL.
02:34:08 Q. DID YOU OBSERVE WHETHER THEY WERE MAKING
02:34:14 BEARING, HOLDING BEARING OR LOSING BEARING ON
02:34:16 YOU 30 SECONDS BEFORE THE COLLISION?
02:34:18 A. WE WERE MAKING BEARING.
02:34:23 Q. DID YOU THINK YOU WERE GOING TO CROSS AT THAT
02:34:26 POINT?
02:34:26 A. I DIDN'T, BUT I THOUGHT IT WAS CLOSE AND
02:34:28 I TOLD THE SKIPPER SO.
02:34:30 Q. WHAT DID YOU TELL MR. LOEB?
02:34:32 A. I SAID, "WE HAVE A CROSSING SITUATION.
02:34:35 RIGHT NOW WE ARE MAKING BEARING, BUT BE
02:34:39 PREPARED".
02:34:40 Q. DID YOU WARN ANY OF THE CREW THAT IT MIGHT BE
02:34:44 CLOSE?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:34:44 A. I WAS LOUD.
02:34:45 Q. WHAT WAS YOUR TACTICAL PLAN? WERE YOU
02:34:49 PLANNING TO GO STRAIGHT INTO THE MARK AND TACK
02:34:52 RIGHT AT THE MARK OR OUTSIDE OF THE TWO-LENGTH
02:34:56 ZONE?
02:34:56 A. MY PLAN THEN WAS TO TACK AROUND THE MARK
02:34:59 IF WE COULD DO THAT WITHOUT FOULING.
02:35:02 Q. AND NOW 20 SECONDS FROM THE COLLISION, WHAT
02:35:10 WAS YOUR COURSE?
02:35:12 A. WE WERE CRACK SHEET, SLIGHTLY CRACK
02:35:17 SHEET, SEVEN POINT FIVE, GAINING BEARING.
02:35:21 Q. DID YOU -- DID THE BOAT ALTER ITS COMPASS
02:35:27 COURSE AT THAT POINT?
02:35:27 A. TWENTY SECONDS, NO.
02:35:35 Q. WAS CRACK SHEET THE SAME AS IT WAS PREVIOUSLY
02:35:35 OR DID THE SHEETS GO OUT A LITTLE BIT?
02:35:37 A. SAME, WE WERE TRIMMING THE BOAT TO SPEED.
02:35:39 Q. THERE WERE NO CHANGES IN THE SET OF YOUR SAILS
02:35:44 BETWEEN 30 SECONDS AND 20 SECONDS?
02:35:46 A. NO.
02:35:49 Q. DID YOU TELL MR. LOEB ANYTHING AT THAT POINT?
02:35:52 A. I SAID, "WE ARE CROSSING BUT IT'S CLOSE".
02:35:56 HE SAID, "BE PREPARED TO HAVE TO DUCK".
02:36:07 Q. OKAY, DO YOU RECALL WHERE SIRENA WAS AT 15



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:36:12 SECONDS BEFORE THE INCIDENT?
02:36:16 A. YES, I DO. THE SITUATION CHANGED BETWEEN
02:36:20 20 AND 15 SECONDS.
02:36:22 Q. HOW DID IT CHANGE?
02:36:23 A. SFORZANDO PUT THEIR BOW UP.
02:36:29 Q. PUT THEIR BOW WHAT --
02:36:31 A. UP.
02:36:32 Q. HOW FAR UP DO YOU THINK THEY PUT IT?
02:36:34 A. FIVE TO TEN DEGREES.
02:36:44 Q. DID YOU SEE IT ALTER COURSE?
02:36:46 A. I SAW THE BOW MOVE, YES. I WAS
02:36:51 ANTICIPATING IT.
02:36:53 Q. WHY WERE YOU ANTICIPATING IT?
02:36:56 A. BECAUSE IT'S A GOOD MOVE.
02:37:00 Q. WHY IS THAT A GOOD MOVE?
02:37:02 A. IT PREVENTS US FROM CROSSING THEM.
02:37:05 Q. HOW MANY SECONDS BEFORE THE COLLISION DO YOU
02:37:09 THINK SFORZANDO PUT HER BOW UP?
02:37:14 A. BETWEEN 15 AND 20, CLOSER, WELL, RIGHT IN
02:37:17 THE MIDDLE OF 15 TO 20.
02:37:20 Q. 17 TO 18 SECONDS?
02:37:23 A. I'LL GO WITH 17.
02:37:26 Q. WERE YOU STILL MAKING BEARING AT THAT POINT?
02:37:28 A. NO.



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:37:29 Q. SO, WHAT DID YOU DO?
02:37:31 A. I SAID, "WE HAVE TO DUCK IMMEDIATELY".
02:37:37 Q. DID MR. LOEB RESPOND?
02:37:39 A. HE SAID, "NO".
02:37:42 Q. DID HE SAY WHY?
02:37:43 A. HE SAID, "IT'S TOO LATE".
02:37:52 Q. SO, WHAT HAPPENED NEXT?
02:37:53 A. I TOLD HIM TO TURN DOWN IMMEDIATELY.
02:37:59 Q. AND WHAT DID HE DO OR SAY?
02:38:02 A. HE SAID "NO".
02:38:05 Q. THEN WHAT HAPPENED NEXT?
02:38:07 A. I GRABBED THE WHEEL AND SPUN THE BOAT 45
02:38:12 DEGREES. I SPUN THE BOAT PROBABLY 55 DEGREES.
02:38:20 Q. AT THE TIME YOU GRABBED THE WHEEL, DID YOU ASK
02:38:23 ANY OF THE TRIMMERS TO LET THEIR SAILS OUT TO
02:38:27 ADJUST FOR YOUR CHANGE IN COURSE?
02:38:29 A. NO, IT WAS TOO FAST.
02:38:31 Q. DID THEY LET THEIR SAILS OUT?
02:38:33 A. AFTER WE TURNED DOWN.
02:38:35 Q. DID THE MAIN BEING TRIMMED AS IT WAS IN ANY
02:38:39 WAY INTERFERE WITH YOUR ABILITY TO TURN DOWN?
02:38:42 A. NO, THE BOAT TURNED LIKE THAT. (WITNESS
02:38:45 INDICATING WITH SLAP OF HANDS).
02:38:45 Q. BECAUSE OF THE GOOD DESIGN?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:38:46 A. YOU GOT IT.
02:38:56 Q. HOW MANY SECONDS FROM THE TIME -- LET'S GO OFF
02:43:39 THE RECORD FOR A MINUTE.
02:43:39 (RECESS TAKEN AT 2:43 P.M.)
02:43:40 Q. MR. TRIPP, YOU EARLIER TESTIFIED THAT YOU
02:43:44 SAID, "WE HAVE TO DUCK," OR SOMETHING TO THAT
02:43:47 EFFECT?
02:43:48 A. YES.
02:43:48 Q. THE FIRST TIME YOU SAID THAT TO MR. LOEB, HOW
02:43:53 LONG BEFORE THE COLLISION WAS THAT?
02:43:56 A. SIXTEEN SECONDS.
02:44:01 Q. SO, A SECOND OR TWO?
02:44:04 A. I WOULD LIKE TO TALK IN BOAT LENGTHS MORE
02:44:08 THAN SECONDS.
02:44:09 Q. HOW MANY BOAT LENGTHS BEFORE -- FROM THE TIME
02:44:13 YOU SAID, "WE HAVE TO DUCK," OR WORDS TO THAT
02:44:16 EFFECT, UNTIL THE TIME OF INITIAL CONTACT, HOW
02:44:21 MANY BOAT LENGTHS DID YOU TRAVEL?
02:44:25 A. FROM?
02:44:26 Q. THE TIME YOU FIRST SAID, "WE HAVE TO DUCK," OR
02:44:29 WORD TO THAT EFFECT, HOW MANY BOAT LENGTHS OR
02:44:33 FEET DID YOU TRAVEL BEFORE THE COLLISION?
02:44:37 A. OKAY, WELL, THAT'S A PARABOLIC CURVE, SO
02:44:42 THAT WOULD BE AN INTERESTING ONE TO DETERMINE,

02:44:46 BUT I CAN GIVE YOU APPROXIMATELY.
02:44:48 Q. PLEASE.
02:44:52 A. FROM WHEN I SAID WE HAD TO TURN,
02:44:54 APPROXIMATELY THREE-AND-A-HALF, BUT IT'S -- I
02:45:05 THINK IT'S A LITTLE ODD DOING THIS VERBALLY.
02:45:11 Q. IF MR. LOEB HAD DUCKED IMMEDIATELY WOULD, IN
02:45:18 YOUR OPINION, A COLLISION HAVE BEEN AVOIDED?
02:45:21 A. ABSOLUTELY.
02:45:24 Q. AND THEN MR. LOEB SAID, "NO, IT'S TOO LATE,"
02:45:28 OR WORDS TO THAT EFFECT?
02:45:31 A. YES.
02:45:31 Q. AND THEN THERE WAS SOME PASSAGE OF TIME AFTER
02:45:34 WHICH YOU SAID AGAIN THAT HE NEEDED TO TURN
02:45:38 DOWN OR WORDS TO THAT EFFECT?
02:45:39 A. THERE WAS NO PASSAGE OF TIME.
02:45:42 Q. SO IMMEDIATELY AFTER HE SAID, "NO, IT'S TOO
02:45:45 LATE," YOU SAID SOMETHING LIKE, "YOU HAVE TO
02:45:47 TURN DOWN"?
02:45:48 A. I SAID, "WE HAVE TO DUCK IMMEDIATELY".
02:45:51 Q. IF HE HAD DONE IT AT THAT POINT, WOULD A
02:45:54 COLLISION HAVE BEEN AVOIDED?
02:45:55 A. YES, DEPENDING ON THE COURSE.
02:45:59 Q. AT THAT POINT, IF YOU HAD TURNED DOWN
02:46:02 IMMEDIATELY?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:46:03 A. PROVIDED SFORZANDO STAYED ON HER COURSE.
02:46:10 Q. THE ONE WHERE SHE PUT HER BOW UP FIVE OR TEN DEGREES, IF SHE HELD THAT COURSE AND MR. LOEB TURNED DOWN IMMEDIATELY, SIRENA COULD HAVE AVOIDED THE COLLISION?
02:46:23 A. CORRECT.
02:46:23 Q. THEN YOU GRABBED THE WHEEL?
02:46:26 A. CORRECT.
02:46:26 Q. WAS SIRENA, AT THE TIME YOU GRABBED THE WHEEL, STILL ON THAT SAME COURSE?
02:46:31 A. CORRECT.
02:46:32 Q. AND YOU TURNED THE WHEEL TO STARBOARD?
02:46:36 A. CORRECT.
02:46:38 Q. WHAT HAPPENED TO MR. LOEB AS YOU TURNED THE WHEEL?
02:46:44 A. SOME DISCOMFORT. I DIDN'T WATCH WHAT HAPPENED TO HIM. I HEARD FUMBLING. I THINK HE MAY HAVE -- HE EITHER STUMBLED OR HE FELL.
02:46:58 Q. DO YOU HAVE A RECOLLECTION OF SEEING HIM ON THE COCKPIT?
02:47:03 A. THAT WAS THE LAST PLACE I WAS LOOKING.
02:47:06 Q. FAIR ENOUGH. DO YOU EVER REMEMBER SEEING HIM ON THE COCKPIT SOLE?
02:47:13 A. NO.



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:47:14 Q. YOU TURN THE BOAT DOWN 45 TO 55 DEGREES,
02:47:19 SOMETHING IN THAT RANGE?
02:47:20 A. CORRECT.
02:47:21 Q. WHAT WAS SFORZANDO'S HEADING AT THAT POINT?
02:47:25 A. STILL HEADED ABOVE THE MARK.
02:47:27 Q. AND WERE YOU ABLE, AT THAT POINT, WERE YOU ON
02:47:30 A COLLISION COURSE WITH SFORZANDO?
02:47:33 A. NO, WE WERE NOT.
02:47:35 Q. YOU BELIEVE YOU WOULD HAVE PASSED THE STERN OF
02:47:38 SFORZANDO?
02:47:39 A. WITH CERTAINTY.
02:47:40 Q. AND WHAT DID SFORZANDO DO?
02:47:43 A. STARTED BEARING OFF. THEY STARTED
02:47:46 TURNING TO THEIR LEFT.
02:47:48 Q. HEADING DOWN?
02:47:50 A. YES.
02:47:51 Q. AND HOW FAR APART WERE THE TWO BOATS AT THE
02:47:57 POINT THAT SFORZANDO FIRST HEADED DOWN?
02:48:08 MR. PLUNKETT: I OBJECT TO THE
02:48:09 FORM OF THAT. YOU KNOW WHAT I'M GETTING AT IS
02:48:17 WHAT PARTS OF THE BOAT.
02:48:19 Q. I WAS GOING TO ASK YOU THAT. IF YOU WANT TO
02:48:21 INCLUDE THAT AS PART OF YOUR ANSWER, AT THE
02:48:24 TIME YOU FIRST SAW SFORZANDO HEAD DOWN, HOW



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:48:27 FAR APART WERE THE TWO BOATS AND THAT
02:48:30 DISTANCE. PLEASE TELL US WHAT THE REFERENCES
02:48:33 ARE. FOR EXAMPLE, IF IT'S BOW TO BOW OR MAST
02:48:37 TO MAST.
02:48:38 A. BOW TO BOW IS THREE TO THREE-AND-A-HALF
02:48:41 BOAT LENGTHS.
02:48:42 Q. AND HOW --
02:48:44 A. NOT AIMED AT EACH OTHER AT THAT POINT.
02:48:48 Q. THE STRAIGHT LINE BETWEEN THE BOWS WAS ABOUT
02:48:52 THREE-AND-A-HALF BOAT LENGTHS?
02:48:53 A. YES.
02:48:54 Q. DID SFORZANDO KEEP TURNING DOWN SO YOU ARE NOW
02:48:59 AIMED BOW TO BOW OR SOMETHING IN THAT FASHION?
02:49:02 A. EVENTUALLY.
02:49:03 Q. AT THAT POINT, HOW FAR APART WERE THE TWO
02:49:06 BOWS?
02:49:06 A. ONCE THEIR BOW STARTED TURNING, THEY
02:49:10 CONTINUED TO TURN. YOU'D HAVE TO GIVE ME A
02:49:14 SNAPSHOT AT WHICH POINT WE TURNED FURTHER
02:49:18 DOWN. WHEN THEY STARTED TO TURN DOWN. WE
02:49:22 TURNED FURTHER DOWN TO CONTINUE TO AVOID THEM.
02:49:26 WE ALTERED COURSE. ONCE WE ALTERED COURSE
02:49:30 TWICE TO AVOID THEM.
02:49:32 Q. THE FIRST ALTERATION OF COURSE WAS HOW MANY



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:49:35 DEGREES?
02:49:35 A. FIFTY.
02:49:37 Q. THE SECOND IS HOW MANY DEGREES?
02:49:40 A. TWENTY.
02:49:41 Q. THE THIRD ALTERATION OF COURSE WAS HOW MANY
02:49:44 DEGREES?
02:49:44 A. THE THIRD ALTERATION OF COURSE WAS UP 30
02:49:50 DEGREES.
02:49:50 Q. WAS THAT 30 DEGREES UP BEFORE OR AFTER THE
02:49:53 COLLISION?
02:49:55 A. THAT WAS -- IT STARTED BEFORE THE
02:49:57 COLLISION.
02:50:06 Q. HOW FAR APART WERE THE TWO BOWS AT THE TIME
02:50:10 SIRENA STARTED ALTERING THAT FIRST 20 DEGREES?
02:50:15 A. TWO BOAT LENGTHS.
02:50:16 Q. AND HOW FAR APART WERE THE TWO BOWS WHEN
02:50:21 SIRENA FIRST STARTED ALTERING COURSE TO
02:50:23 WINDWARD THE 30 DEGREES?
02:50:27 A. HALF A BOAT LENGTH, THREE EIGHTHS OF A
02:50:34 BOAT LENGTH, AND THE BOAT LENGTHS HERE BECOME
02:50:49 A LITTLE BIT GROSS FOR THE TIMING HERE.
02:50:53 Q. WHAT DO YOU MEAN BY A LITTLE BIT GROSS?
02:50:56 A. THAT THINGS WERE HAPPENING SO QUICKLY
02:50:59 THAT ONE BOAT LENGTH WAS FOREVER.

02:51:02 Q. IT APPEARS FOREVER?

02:51:04 A. NO, THE DIFFERENCE BETWEEN, WE HIT BY
02:51:07 INCHES, SO, WHETHER IT WAS SEVEN EIGHTHS OF A
02:51:10 BOAT LENGTH OR A BOAT LENGTH, IN THE END, IS
02:51:14 IMPORTANT, AND I WANT TO BE ON RECORD THAT THE
02:51:17 QUESTIONS YOU ARE ASKING ME RIGHT NOW, THEY
02:51:20 ARE NEAR APPROXIMATIONS.

02:51:21 Q. NOT MY QUESTIONS, YOUR ANSWERS ARE YOUR BEST
02:51:25 APPROXIMATIONS?

02:51:25 A. YOU ASKED ME HOW MANY BOAT LENGTHS.

02:51:28 Q. YOUR ANSWERS WERE YOUR BEST APPROXIMATION?

02:51:30 A. TO THE NEAREST BOAT LENGTH.

02:51:33 Q. OKAY, FAIR ENOUGH. HAVE YOU, SINCE THE TIME
02:51:35 OF THE INCIDENT, PREPARED ANY DRAWINGS OR
02:51:38 COMPUTER SIMULATIONS OR TRIED ON PAPER OR
02:51:44 COMPUTER TO RECREATE THE INCIDENT?

02:51:49 MR. PLUNKETT: ANSWER YES OR NO.

02:51:51 A. YES.

02:51:54 Q. PRIOR TO THE LAWSUIT BEING FILED AGAINST YOU,
02:51:59 DID YOU CREATE ANY DRAWINGS OR COMPUTER
02:52:02 SIMULATIONS OR TRY TO RECREATE THE INCIDENT IN
02:52:08 ANY WAY?

02:52:08 A. YES.

02:52:09 Q. WHEN DID YOU DO THAT?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

02:52:11 A. THE DAY OF IT.
02:52:13 Q. AND DID YOU DO IT ON PAPER OR COMPUTER?
02:52:17 A. PAPER.
02:52:18 Q. DO YOU HAVE A COPY OF THAT STILL?
02:52:19 A. NO.
02:52:20 Q. WHAT DID YOU DO WITH IT?
02:52:24 A. I DON'T KNOW.
02:52:25 Q. DID YOU GIVE A COPY OF IT TO ANYONE?
02:52:28 A. NOT TO MY KNOWLEDGE.
02:52:29 Q. FROM THE DAY OF THE INCIDENT UNTIL THE TIME
02:52:31 YOU WERE FIRST SUED, DID YOU MAKE ANY OTHER
02:52:35 ATTEMPTS TO RECREATE THE INCIDENT, EITHER ON
02:52:39 PAPER OR COMPUTER?
02:52:40 A. MENTALLY, MENTALLY IT'S BEEN TICKING
02:52:45 AROUND IN MY HEAD.
02:52:47 Q. EVER REDUCE YOUR MENTAL THOUGHTS OR
02:52:50 IMPRESSIONS TO WRITING OR ON PAPER IN ANY
02:52:54 FASHION?
02:52:54 A. OTHER THAN WHAT WE'VE JUST DISCUSSED, NO.
02:53:01 Q. HAVE YOU EVER WRITTEN ANY NOTES CONCERNING
02:53:04 YOUR IMPRESSION OF THE INCIDENT?
02:53:10 A. I DON'T BELIEVE SO, BUT, YOU KNOW, I
02:53:14 DON'T BELIEVE SO.
02:53:14 Q. HAVE YOU GIVEN ANY STATEMENT TO ANYBODY



1ffd3883-4d41-469a-b74a-9e8b787aabbc