02:53:17 CONCERNING THE INCIDENT?
02:53:18 A. WHAT DO YOU MEAN BY STATEMENT?
02:53:20 Q. HAVE YOU EVER MADE A STATEMENT THAT WAS TAPE
02:53:24 RECORDED BY AN INSURANCE ADJUSTER OR MARINE
02:53:28 SURVEYOR?
02:53:30 A. I'M UNAWARE OF BEING TAPED.
02:53:33 Q. DO YOU RECALL EVER WRITING A STATEMENT FOR AN
02:53:37 INSURANCE ADJUSTER OR MARINE SURVEYOR OR
02:53:40 ANYONE ELSE REGARDING THE INCIDENT?
02:54:18 A. I DON'T KNOW IF I DID OR NOT.
02:54:21 Q. NOW, BACK TO THE INCIDENT. YOU TOOK THE WHEEL
02:54:27 AND MADE THE INITIAL 50 DEGREE ALTERATION TO
02:54:32 LEEWARD; IS THAT CORRECT?
02:54:33 A. CORRECT.
02:54:34 Q. THE ADDITIONAL 20 DEGREES TO LEEWARD, DID YOU
02:54:38 MAKE THAT OR MR. LOEB?
02:54:39 A. I DID.
02:54:40 Q. AT SOME POINT, DID MR. LOEB TAKE THE HELM BACK
02:54:43 FROM YOU?
02:54:44 A. I WOULD SAY WE COOPERATED.
02:54:45 Q. I DIDN'T MEAN TO IMPLY ANYTHING BY THE WORD
02:54:50 "TAKE". AT SOME POINT DID MR. LOEB RESUME
02:54:54 HOLDING THE WHEEL AND STEERING?
02:54:55 A. YES, HE WAS SPINNING THE WHEEL BACK TO

TURN THE BOAT UP.

Q. SO, HE'S THE ONE WHO MADE THE ALTERATION TO WINDWARD?

A. WE DID IT TOGETHER.

Q. AT THE TIME YOU FIRST STARTED MAKING THE ALTERATION TO WINDWARD, WAS SFORZANDO'S BOW AIMED AT, ABOVE OR BELOW SIRENA'S BOW?

A. ASK THAT QUESTION AGAIN, PLEASE.

Q. AT THE TIME YOU FIRST STARTED, YOU MEANING THE BOAT, NOT NECESSARILY YOU PERSONALLY, FIRST STARTED ALTERING TO WINDWARD THAT 30 DEGREES, WAS SFORZANDO'S BOW AIMED AT SIRENA'S BOW, WAS IT AIMED BELOW SIRENA'S BOW, OR AIMED ABOVE SIRENA'S BOW?

A. ASK IT ONE MORE TIME, PLEASE.

MR. COOK: READ IT BACK.

(QUESTION READ BACK)

MR. O'GARA: OBJECTION.

A. SFORZANDO'S BOW WAS ROTATING DOWN. IT WAS ACTIVELY CONTINUING TO MOVE IN A COUNTER-CLOCKWISE DIRECTION.

Q. DO YOU HAVE ANY SPECIFIC RECOLLECTION AS TO THAT INSTANT WHEN SIRENA FIRST BEGAN ALTERING COURSE TO WINDWARD WHERE SFORZANDO'S BOW WAS

02:56:50 AIMED RELATIVE TO SIRENA?
02:56:52 A. SFORZANDO'S BOW WAS AIMED AT OUR BOW, AND
02:56:58 SHE WAS SLIGHTLY TO OUR -- WAS STILL SLIGHTLY
02:57:08 TO -- WHICH WAY WOULD IT BE? LET ME BACKTRACK
02:57:17 HERE. AT THE TIME WE STARTED TO TURN OUR BOW,
02:57:20 SFORZANDO WAS GOING TO HIT US JUST ABOUT DEAD
02:57:24 ON.
02:57:24 Q. WHEN YOU SAY TURNED YOUR BOW, YOU MEAN BACK TO
02:57:28 WINDWARD?
02:57:28 A. WHEN SIRENA'S BOW TURNED BACK TO WEATHER,
02:57:32 WE WERE ABOUT TO HIT DEAD ON.
02:57:35 Q. WHAT PARTS OF THE BOAT, THE TWO BOATS MADE
02:57:40 CONTACT?
02:57:41 A. OUR SPINNAKER PULL HIT THEIR STEM DEAD
02:57:47 ON. OUR SPINNAKER POLE WAS LAYING ALONG --
02:57:51 WAS ON THE DECK, STILL LAYING ALONG THE HEAD
02:57:55 STAY OR JUST OUTBOARD OF THE HEAD STAY
02:57:59 ENCAPSULATED BY THE PULPIT.
02:58:03 Q. ON THE STARBOARD SIDE OF THE HEAD STAY?
02:58:06 A. YES.
02:58:06 Q. HOW FAR BEYOND THE STEM WAS THE POLE EXTENDED?
02:58:10 A. THE POLE WAS NOT BEYOND THE STEM. THE
02:58:14 POLE WAS RIGHT ABOUT EVEN WITH THE STEM, BUT
02:58:17 OFF TO STARBOARD.



1ffd3883-4d41-469a-b74a-9e8b787aabbc

ASKED JACK ABOUT WHERE HE WAS AND WHAT HE SAW, AND HE SAID, "I TOLD BROWN TO GO UP, BUT I WAS SITTING ON THE RAIL WITH MY LEGS OUTBOARD, AND I DIDN'T KNOW," AND I TOLD HIM THAT BLAIR BORE OFF, AND HE SAID, "I DON'T KNOW WHAT BLAIR DID. I DIDN'T TELL HIM TO BEAR OFF".

Q. AND WHAT DID JACK SAY?

A. THAT'S WHAT JACK SAID.

Q. DID YOU RESPOND AT ALL TO THAT?

A. I TOLD HIM THAT THEY BORE OFF. THEY DEFINITELY BORE OFF, AND HE SAID HE WASN'T REALLY AWARE OF WHAT THEY DID.

Q. DID YOU REPRESENT SIRENA AT THE PROTEST HEARING?

A. NO.

Q. WERE YOU IN THE PROTEST HEARING?

A. I WENT IN AS A WITNESS.

Q. DID SOMEONE, TO YOUR KNOWLEDGE, REPRESENT SIRENA AT THE PROTEST HEARING?

A. YES.

Q. WHO WAS THAT?

A. STEVE LOEB.

Q. TO YOUR KNOWLEDGE, HE WAS THERE THROUGHOUT THE HEARING?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

03:08:00 A. TO MY KNOWLEDGE.

03:08:06 THE WITNESS: CAN I GET SOME
03:08:08 WATER?

03:08:29 (BRIEF PAUSE)

03:08:29 Q. SO, IS IT YOUR RECOLLECTION THAT MR. LOEB WAS
03:08:32 IN THE PROTEST HEARING FOR SOME PERIOD OF TIME
03:08:35 WHILE YOU WEREN'T IN THE HEARING?

03:08:37 A. YES, THAT'S MY RECOLLECTION.

03:08:39 Q. DO YOU RECALL PRESENTING ANY TESTIMONY AT THE
03:08:43 PROTEST HEARING?

03:08:45 A. YES.

03:08:46 Q. WERE YOU QUESTIONED BY ANYONE AFTER YOU
03:08:49 PRESENTED YOUR TESTIMONY?

03:08:58 A. I MAY HAVE BEEN.

03:09:00 Q. YOU DON'T RECALL?

03:09:01 A. I MAY HAVE BEEN.

03:09:02 Q. DO YOU RECALL ANYONE ATTEMPTING TO QUESTION
03:09:05 YOU AND BEING TOLD THAT THEY WEREN'T PERMITTED
03:09:08 TO?

03:09:08 A. NO.

03:09:11 Q. IS THIS THE FIRST PROTEST YOU'VE EVER BEEN IN
03:09:14 EITHER AS A WITNESS OR A PARTY?

03:09:16 A. NO.

03:09:17 Q. DO YOU HAVE ANY RECOLLECTION OF THE HEARING

03:09:20 BEING CONDUCTED INAPPROPRIATELY OR ANY
03:09:25 DIFFERENTLY THAN YOUR UNDERSTANDING OF PROTEST
03:09:28 PROCEDURE?
03:09:31 A. ARE YOU LOOKING FOR A SPECIFIC?
03:09:33 Q. WELL, DID ANYTHING STICK OUT IN YOUR MIND AS
03:09:38 BEING AN INAPPROPRIATE PROCEDURE, BASED ON
03:09:42 YOUR EXPERIENCE IN OTHER PROTESTS?
03:09:49 MR. WIENER: OF THE TIME THAT HE
03:09:50 WAS IN THE ROOM?
03:09:51 Q. YOU CAN'T TESTIFY TO ANYTHING DURING THE TIME
03:09:55 YOU WEREN'T THERE. DURING THE TIME YOU WERE
03:09:58 THERE, DID ANYTHING STICK OUT IN YOUR MIND AS
03:10:01 BEING DIFFERENT OR INAPPROPRIATE IN THE WAY
03:10:03 THE HEARING WAS BEING CONDUCTED?
03:10:14 A. NO.
03:10:18 Q. DO YOU KNOW WHO THE THREE PROTEST COMMITTEE
03:10:22 MEMBERS WERE?
03:10:22 A. NO.
03:10:22 Q. IF I TOLD YOU THEY WERE BOB CONNOR, JOHN
03:10:31 OSMOND AND JOHN BONDS, WOULD THAT REFRESH YOUR
03:10:31 RECOLLECTION AT ALL?
03:10:32 A. NO, I KNOW BOB GARRON WAS THERE, AND I
03:10:36 KNOW THE OTHER TWO GENTLEMEN.
03:10:38 Q. DO YOU HAVE ANY OPINION AS TO BOB CONNORS



1ffd3883-4d41-469a-b74a-9e8b787aabbc

03:10:41 EXPERIENCE OR ABILITY AS TO A PROTEST
03:10:45 COMMITTEE MEMBER AND SAILING JUDGE?
03:10:46 MR. O'GARA: OBJECTION.
03:10:50 MR. PLUNKETT: I OBJECT. YOU
03:10:51 MAY ANSWER.
03:10:52 A. NOT THE BEST, NOT THE WORST.
03:10:55 Q. WHAT ABOUT JOHN OSMOND?
03:10:59 MR. O'GARA: OBJECTION.
03:11:00 MR. PLUNKETT: SAME OBJECTION.
03:11:02 YOU MAY ANSWER.
03:11:04 A. LESS OF AN OPINION. I KNOW HIM. I DON'T
03:11:09 KNOW HIM AS A JUDGE.
03:11:10 Q. HOW ABOUT JOHN BONDS?
03:11:12 MR. O'GARA: OBJECTION.
03:11:13 A. I DON'T KNOW HIM AS A JUDGE.
03:11:18 Q. WERE YOU THERE WHEN THE PROTEST COMMITTEE
03:11:21 ISSUED ITS DECISION?
03:11:24 A. INSIDE?
03:11:25 Q. YES.
03:11:26 A. NO.
03:11:26 Q. SO, HOW DID YOU LEARN THAT SIRENA HAD BEEN
03:11:30 DISQUALIFIED?
03:11:35 A. SOMEBODY CAME OUT AND TOLD US. I DON'T
03:11:39 KNOW -- I DON'T KNOW WHO.

03:11:39 Q. WELL, DID MR. LOEB GO IN AND GET THE DECISION
03:11:43 FROM THE PROTEST COMMITTEE?
03:11:46 A. HE MUST HAVE, BUT I WASN'T SITTING THERE.
03:11:50 Q. AND WAS IT MR. LOEB WHO TOLD YOU SIRENA HAD
03:11:54 BEEN DISQUALIFIED?
03:11:55 A. I DON'T THINK SO. I THINK IT'S A GROUP.
03:11:57 AGAIN THAT'S SUPPOSITION, THAT'S NOT WHAT I'M
03:12:01 SUPPOSED TO BE GIVING YOU. I CAN'T ATTEST AS
03:12:04 TO WHO IT WAS.
03:12:05 Q. HAVE YOU, SINCE THIS INCIDENT, EVER SPOKEN
03:12:08 WITH BOB CONNOR ABOUT THE INCIDENT?
03:12:11 A. YES.
03:12:11 Q. WHEN HAVE YOU SPOKEN WITH BOB CONNOR?
03:12:14 A. I SPOKE WITH BOB CONNOR, I GUESS, AFTER I
03:12:23 WAS -- WHAT'S THE WORD, AFTER --
03:12:28 MR. WIENER: SUED.
03:12:30 A. AFTER I WAS SUED.
03:12:31 Q. DID YOU CALL HIM?
03:12:33 A. YES.
03:12:33 Q. AND DO YOU RECALL SPECIFICALLY SPEAKING TO
03:12:35 HIM?
03:12:35 A. YES, BUT I WASN'T SPEAKING TO HIM ABOUT
03:12:38 THE EVENT.
03:12:39 Q. WHAT WERE YOU SPEAKING TO HIM ABOUT?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

03:34:17 A. I'VE NEVER BEEN TO ELLEN FETTERMAN'S.
03:34:21 Q. DO YOU REMEMBER GOING TO ANY PARTY, A CREW
03:34:25 PARTY, IN THE FALL OF 2002 OR SOMETIME IN
03:34:28 2003?
03:34:29 A. NO, I'VE NOT BEEN TO A PARTY SINCE THIS
03:34:33 INCIDENT WITH THE SIRENA CREW.
03:34:35 Q. HAVE YOU HAD ANY DISCUSSIONS WITH ELLEN
03:34:38 FETTERMAN REGARDING THE INCIDENT?
03:34:39 A. NO.
03:34:40 Q. DID YOU DISCUSS THE INCIDENT WITH MR. LOEB AT
03:34:43 ALL THE DAY OF THE INCIDENT?
03:34:45 A. YES.
03:34:46 Q. WHERE DID YOU HAVE THOSE DISCUSSIONS, IF YOU
03:34:50 RECALL?
03:34:50 A. WE WERE MOVING, SO, I DON'T KNOW WHICH
03:34:54 SITE WE HAD CONVERSATIONS.
03:34:57 Q. WHAT DO YOU REMEMBER ABOUT THE SUBSTANCE OF
03:34:59 THE DISCUSSIONS?
03:35:08 A. WELL, AT THE HEARING, PRIOR TO THE
03:35:11 HEARING, I TOLD HIM THAT THEY ALTERED COURSE
03:35:20 INTO US, AND HE WANTED TO GO IN AND JUST SAY,
03:35:26 "OUR FAULT".
03:35:29 Q. YOUR UNDERSTANDING WAS YOU BELIEVE HE
03:35:36 UNDERSTOOD IT WAS SIRENA'S FAULT?

03:35:37 A. I THINK HE WAS SHATTERED.
03:35:39 Q. DO YOU BELIEVE SIRENA WAS AT LEAST PARTLY AT
03:35:42 FAULT FOR THE COLLISION?
03:35:44 MR. O'GARA: OBJECTION.
03:35:46 MR. PLUNKETT: OBJECTION.
03:35:48 A. NO.
03:35:48 Q. YOU AGREE SIRENA WAS THE ONLY ONE DISQUALIFIED
03:35:52 AT THE PROTEST HEARING; IS THAT CORRECT?
03:35:55 A. CORRECT.
03:35:55 Q. YOU ALSO AGREE THAT HAD MR. LOEB ALTERED
03:35:59 COURSE WHEN YOU TOLD HIM TO, YOU COULD HAVE
03:36:02 AVOIDED THE COLLISION; IS THAT CORRECT?
03:36:05 MR. O'GARA: OBJECTION.
03:36:06 A. YES.
03:36:06 Q. YOU ALSO AGREE, HAD MR. LOEB ALTERED COURSE
03:36:10 THE SECOND TIME YOU TOLD HIM, THE COLLISION
03:36:14 COULD HAVE BEEN AVOIDED?
03:36:14 MR. O'GARA: OBJECTION.
03:36:16 MR. PLUNKETT: I OBJECT. YOU
03:36:18 MAY ANSWER. NO, GO AHEAD, YOU MAY ANSWER.
03:36:22 A. STATE THE QUESTION AGAIN.
03:36:41 (PENDING QUESTION READ)
03:36:41 A. YES.
03:36:42 MR. PLUNKETT: YOU CAN ANSWER.

03:46:02 COMMUNICATION WITH THE OTHER VESSEL AT ALL,
03:46:05 WITH SFORZANDO?
03:46:06 A. I'M SORRY?
03:46:07 Q. WAS THERE ANY RADIO CONTACT BETWEEN SIRENA AND
03:46:11 SFORZANDO BEFORE THE COLLISION?
03:46:12 A. NO.
03:46:13 Q. DID THE SIRENA SOUND ANY SIGNALS AT ALL BEFORE
03:46:16 THE COLLISION?
03:46:19 A. SHOUTING.
03:46:21 Q. DID YOU SOUND ANY TYPE OF HORN OR WHISTLE OR
03:46:26 ANYTHING LIKE THAT?
03:46:27 A. NO.
03:46:27 Q. THERE WAS ONLY SHOUTING?
03:46:30 A. YES, YES.
03:46:32 Q. WHO WAS SHOUTING ON -- WHO WAS SHOUTING?
03:46:42 A. LOTS OF CREW MEMBERS.
03:46:44 Q. DID YOU HEAR SHOUTING FROM SFORZANDO?
03:46:51 A. SECONDS, ONE SECOND BEFORE IMPACT THEY
03:46:55 MAY HAVE SHOUTED, BUT I CAN'T BE ON RECORD TO
03:46:58 STATE THEY WERE DEFINITELY SHOUTING.
03:47:01 Q. DO YOU KNOW WHAT WAS SAID?
03:47:02 A. NO.
03:47:03 Q. DO YOU KNOW WHAT WAS SAID BY ANYBODY ON SIRENA
03:47:07 AS FAR AS THE SHOUTS?

03:47:08 A. WE WERE TRYING TO MAKE -- YES, I KNOW WE
03:47:11 WERE MAKING NOISE SO THAT WE WOULD KNOW THEY
03:47:14 WERE THERE. IT WAS VERY CLEAR THEY DIDN'T
03:47:17 KNOW WE WERE THERE.
03:47:18 Q. HOW DID YOU KNOW THAT?
03:47:19 A. BECAUSE THEY WOULDN'T HAVE TURNED INTO US
03:47:22 IF THEY KNEW WE WERE THERE.
03:47:25 Q. WHEN YOU SAY "TURNED INTO US"?
03:47:28 A. THEIR STEADY ARC DOWN TO US, NOT SLOW,
03:47:32 STEADY. THEY DID A COUNTER CLOCKWISE STEADY
03:47:36 TURN INTO US.
03:47:38 Q. THAT WOULD BE FOR TURNING TO PORT?
03:47:43 A. COUNTER CLOCKWISE, YES, TO PORT.
03:47:46 Q. AND SO, DID YOU SEE ANYBODY ON BOARD SFORZANDO
03:47:51 BEFORE THE COLLISION?
03:47:53 A. WELL, AT WHICH INSTANCE OF THE COLLISION?
03:47:57 YOU MEAN IMPACT?
03:47:59 Q. NO, BEFORE THE IMPACT, SAY DURING THE TIME
03:48:03 FROM 30 SECONDS BEFORE IMPACT UP TO IMPACT,
03:48:07 DID YOU SEE ANY PEOPLE? WAIT UNTIL I'M DONE.
03:48:11 DID YOU SEE ANY PEOPLE ON BOARD SFORZANDO?
03:48:16 A. AT 30 SECONDS, YES, I COULD SEE THE
03:48:19 SKIPPER. AT 15 SECONDS --
03:48:24 Q. WELL, FIRST OF ALL, WHAT WAS THE SKIPPER



1ffd3883-4d41-469a-b74a-9e8b787aabbc

DOING?

A. STEERING.

Q. AND THEN AT 15 SECONDS, WHO DID YOU SEE?

A. AT 15 SECONDS, FROM 15 SECONDS ON, ALL WE COULD SEE WAS THEIR JIB. WE COULDN'T SEE ANYBODY ON THEIR BOAT. THEIR JIB WAS BLOCKING.

Q. AND ARE YOU SAYING IT WAS WRONG FOR SFORZANDO TO TURN TO PORT?

A. YES.

Q. WHY IS THAT?

A. RULE 16.1.

Q. RULE 16.1 SAYS, "WHEN A RIGHT-OF-WAY BOAT CHANGES COURSE, SHE SHALL GIVE THE OTHER BOAT ROOM TO KEEP CLEAR"?

A. CORRECT, NEXT PARAGRAPH.

Q. WHAT'S THAT?

A. READ THE NEXT PARAGRAPH.

Q. WHICH WOULD BEING 16.2?

A. 16 POINT 1A OR B.

Q. 16.2?

A. "IN ADDITION, WHEN AFTER THE STARTING SIGNAL BOATS ARE ABOUT TO CROSS OR ARE CROSSING EACH OTHER ON OPPOSITE TACKS, AND THE

03:49:33 PORT-TACK BOAT IS KEEPING CLEAR OF THE
03:49:35 STARBOARD-TACK BOAT, THE STARBOARD-TACK BOAT
03:49:36 SHALL NOT CHANGE COURSE IF AS A RESULT THE
03:49:36 PORT-TACK BOAT WOULD IMMEDIATELY NEED TO
03:49:43 CHANGE COURSE TO CONTINUE KEEPING CLEAR."
03:49:43 Q. ARE YOU SAYING SFORZANDO DID SOMETHING WRONG
03:49:46 WITH REGARDS TO THAT RULE?
03:49:48 A. YES.
03:49:48 Q. WHAT IS THAT?
03:49:49 A. THAT WE CHANGED COURSE TO AVOID THEM AND
03:49:53 THEN THEY CHANGED COURSE IN A WAY THAT WE
03:49:56 COULD NOT KEEP CLEAR.
03:49:57 Q. ANYTHING ELSE?
03:50:00 A. THEY DIDN'T KEEP A WATCH.
03:50:02 Q. HOW DO YOU KNOW THEY DIDN'T KEEP A WATCH?
03:50:05 A. THEY WOULDN'T HAVE TURNED INTO US.
03:50:08 Q. DO YOU HAVE ANY OTHER INFORMATION ABOUT THEM
03:50:10 NOT KEEPING A WATCH?
03:50:12 A. BLAIR BROWN TOLD ME HE DIDN'T KNOW WHERE
03:50:15 WE WERE SO HE BORE OFF. HE TOLD ME THAT AFTER
03:50:21 THE PROTEST.
03:50:21 Q. AFTER THE PROTEST HEARING?
03:50:23 A. YES.
03:50:23 Q. WHERE DID HE TELL YOU THAT?



1ffd3883-4d41-469a-b74a-9e8b787aabbc

03:50:25 A. IN THE COURTYARD, OR -- NO, NO, I CAN'T
03:50:30 TESTIFY AS TO WHETHER IT WAS THERE OR AT THE
03:50:34 HOSPITAL. I DON'T KNOW WHETHER I SAW HIM AT
03:50:36 THE HOSPITAL OR AT THE COURTYARD, I DON'T KNOW
03:50:39 WHICH.
03:50:39 Q. YOU, IF I REMEMBER, YOU WENT TO THE HOSPITAL
03:50:42 FIRST THEN YOU WENT BACK TO THE COURTYARD?
03:50:44 A. CORRECT.
03:50:44 Q. AND THE COURTYARD BEING THE PREMISES OF THE
03:50:49 NEW YORK YACHT CLUB IN NEWPORT?
03:50:51 A. CORRECT.
03:50:51 Q. DO YOU HAVE ANY OTHER INFORMATION ABOUT
03:50:54 SFORZANDO NOT KEEPING A PROPER LOOKOUT?
03:50:57 A. JACK SLATTERY TOLD ME AS WELL THAT HE DID
03:51:00 NOT SEE US.
03:51:01 Q. AND I THINK THAT'S THE DISCUSSIONS YOU SAID
03:51:04 YOU HAD WITH HIM AFTER THE PROTEST HEARING?
03:51:06 A. THAT'S CORRECT, THAT ONE WAS AFTER THE
03:51:08 PROTEST.
03:51:09 Q. WAS THAT DURING THE PROTEST OR AFTER?
03:51:11 A. THAT WAS AFTER.
03:51:12 Q. WHILE YOU WERE SITTING OUTSIDE DURING THE
03:51:14 HEARING?
03:51:14 A. STANDING OUTSIDE AFTER THE HEARING.

03:55:38 A. NO, NO.

03:55:49 MR. COOK: HERE'S THE PROTEST

03:55:51 FORM. DO YOU WANT THE DECISION?

03:55:53 MR. HOLBROOK: I'M GOING TO -- I

03:56:14 DON'T KNOW.

03:56:14 MR. COOK: EXHIBIT 6 FOR TODAY

03:56:15 IS FOUR PAGES, AND THE FIRST PAGE HAS BOLD

03:56:22 LETTERS "PROTEST FORM" ON IT. THE SECOND PAGE

03:56:25 IS, AT THE TOP, DESCRIPTION OF THE INCIDENT.

03:56:28 THE THIRD PAGE HAS A DIAGRAM OF THE INCIDENT,

03:56:31 AND THE LAST PAGE HAS THE DECISION OF THE

03:56:34 PROTEST COMMITTEE. I WILL ASK THE REPORTER TO

03:56:37 MARK THAT.

03:57:10 (PLAINTIFFS' EXHIBIT 6 MARKED)

03:57:10 Q. OKAY, NOW YOU MENTIONED, AFTER YOU SPOKE TO

03:57:15 YOUR COUNSEL JUST NOW, YOU SAID THAT THE JACK

03:57:21 SLATTERY DIAGRAM WAS -- HAD SOMETHING TO DO

03:57:26 WITH SOME INFORMATION THAT YOU HAD. CAN YOU

03:57:30 TELL ME WHAT IT IS ABOUT THE DIAGRAM THAT

03:57:34 GIVES YOU INFORMATION ABOUT SOMETHING THAT

03:57:37 SFORZANDO DID WRONG?

03:57:38 A. WELL, THE DIAGRAM CONFLICTS WITH ITSELF.

03:57:44 Q. AND HOW IS THAT?

03:57:44 A. BECAUSE WE CAN NOT BE CROSSING -- WE CAN

03:57:47 NOT BE NOT CROSSING, AND AT THE SAME TIME HIT
03:57:50 THEM BOW TO BOW.
03:57:52 Q. OKAY, ANYTHING ELSE?
03:57:54 A. THAT'S IT.
03:57:56 Q. NOW, THE PROTEST COMMITTEE HEARING, YOU WENT
03:58:08 IN BEFORE THE COMMITTEE, THIS THREE-JUDGE
03:58:12 COMMITTEE YOURSELF?
03:58:14 A. YES.
03:58:15 Q. YOU WERE IN THERE AND THEY ASKED YOU QUESTIONS
03:58:18 AND YOU HAD A CHANCE TO TELL WHAT YOU SAW AND
03:58:22 WHAT YOU OBSERVED AND WHAT YOU HEARD?
03:58:24 A. AS A WITNESS, YES.
03:58:27 Q. AND THEN OTHER PEOPLE HAD THE CHANCE TO GO IN
03:58:30 AND SAY WHAT THEY SAW AND WHAT THEY HEARD?
03:58:34 A. CORRECT.
03:58:35 Q. AND MR. LOEB DID THE SAME I BELIEVE?
03:58:38 A. I CAN'T SAY WHAT -- I UNFORTUNATELY, I
03:58:41 THINK I HAVE TO RETRACT MY PREVIOUS STATEMENT.
03:58:45 I WENT IN. I DON'T KNOW WHAT HAPPENED. I CAN
03:58:47 PRESUME AND AGREE WITH THE PRESUMPTION, BUT I
03:58:51 CANNOT STATE WHAT HAPPENED INSIDE THERE.
03:58:54 Q. HE WENT IN THE ROOM?
03:58:55 A. YES.
03:58:56 Q. WHAT I'M TRYING TO UNDERSTAND, YOU WENT IN



1ffd3883-4d41-469a-b74a-9e8b787aabbc

03:58:59 THERE INDIVIDUALLY?
03:59:05 A. TO -- STEVE WENT IN TO REPRESENT. I WENT
03:59:10 IN TO WITNESS. SO I DON'T KNOW IF YOU ARE
03:59:13 FAMILIAR WITH THE PROCESS. I GO IN, THEN I GO
03:59:16 OUT. I DON'T HEAR ALL OF THE, IN TOTAL, OF
03:59:20 WHAT WAS PRESENTED. I DON'T KNOW WHAT THE
03:59:23 DEFENSE WAS.
03:59:24 Q. WHAT I'M ASKING IS, WERE YOU AND MR. LOEB IN
03:59:29 THERE INDIVIDUALLY OR WERE YOU IN THERE
03:59:34 TOGETHER AT ONE POINT IN TIME?
03:59:36 A. HE WAS IN THERE. I WENT IN, SO WE WERE
03:59:39 BOTH THERE AT THE SAME TIME, AND THEN I LEFT.
03:59:42 Q. OKAY, AND DO YOU KNOW IF -- HOW LONG WAS IT
04:00:02 AFTER YOU WERE IN THERE THAT YOU FOUND OUT
04:00:04 WHAT THE DECISION WAS?
04:00:13 A. I CAN SAY APPROXIMATELY TEN MINUTES.
04:00:16 Q. DID YOU SAY ANYTHING ABOUT APPEALING THE
04:00:19 DECISION TO MR. LOEB?
04:00:20 A. NO.
04:00:21 Q. DID HE SAY ANYTHING ABOUT APPEALING IT?
04:00:24 A. NO, MR. LOEB DID NOT WANT ME TO MAKE THE
04:00:28 DEFENSE.
04:00:29 Q. HE DIDN'T WANT YOU TO GO IN THERE?
04:00:32 A. HE DID NOT WANT ME TO MAKE THE DEFENSE.

INCURRED TRAVEL EXPENSES TO RACE ON SIRENA, THAT YOU PAID FOR AND WEREN'T REIMBURSED, YOU TOOK A TAX DEDUCTION; ISN'T THAT CORRECT?

A. CORRECT.

Q. THAT IS A BUSINESS EXPENSE OR CHARITABLE EXPENSE?

A. BUSINESS.

Q. THE PROTEST HEARING, IF I CAN TAKE A MINUTE OR TWO ON THAT. YOU WERE IN AS A WITNESS NOT A REPRESENTATIVE OF SIRENA; IS THAT CORRECT?

A. THAT'S CORRECT.

Q. AND AS FAR AS YOU KNOW STEPHEN LOEB WAS THERE AS A REPRESENTATIVE THROUGHOUT THE HEARING, CORRECT?

A. AS FAR AS I KNOW.

Q. WHO WAS SFORZANDO'S REPRESENTATIVE?

A. JACK SLATTERY.

Q. HE WAS IN THERE WHEN YOU GAVE YOUR TESTIMONY?

A. CORRECT.

Q. ARE YOU AWARE OF ANYONE ELSE WHO TESTIFIED?

A. NO.

Q. WHEN YOU TESTIFIED, DID YOU DESCRIBE SFORZANDO'S ALTERATION OF COURSE?

A. YES.

05:16:45 COULD SEE.
05:16:45 Q. YOU COULDN'T SEE MR. SLATTERY?
05:16:48 A. NO, THE BOAT WAS HEALED. THEIR BOAT WAS
05:16:58 HEALED.
05:17:00 Q. YOU'VE ALSO ANSWERED IN RESPONSE TO MR. COOK'S
05:17:03 QUESTIONS THAT IF SIRENA TURNED DOWN WHEN YOU
05:17:11 FIRST ASKED MR. LOEB TO DO SO, THE CONTACT
05:17:16 WOULD HAVE BEEN AVOIDED?
05:17:18 A. SIRENA WOULD HAVE AVOIDED CONTACT IF WE
05:17:22 HAD TURNED DOWN IMMEDIATELY.
05:17:23 Q. IS THAT ALSO CONDITIONED UPON SFORZANDO
05:17:27 HOLDING ITS COURSE?
05:17:28 A. YES, IT IS.
05:17:29 Q. AND IS THE SAME TRUE AS TO THE SECOND TIME
05:17:33 THAT YOU TOLD MR. LOEB TO TURN DOWN, THAT THE
05:17:36 CONTACT COULD HAVE BEEN AVOIDED?
05:17:38 A. YES, IT IS.
05:17:39 Q. ASSUMING THAT SFORZANDO HELD ITS COURSE AND
05:17:44 DID NOT TURN DOWN?
05:17:45 A. THAT IS CORRECT.
05:17:50 Q. AND PRIOR TO THE PROTEST HEARING, DID MR. LOEB
05:17:54 TELL YOU WHO WOULD REPRESENT SIRENA IN THE
05:17:57 HEARING?
05:17:58 A. YES.

05:17:59 Q. WHO DID HE TELL YOU WOULD REPRESENT SIRENA?
05:18:02 A. HE SAID HE WOULD.
05:18:03 Q. DID YOU ASK HIM IF YOU COULD?
05:18:05 A. YES.
05:18:06 Q. WHAT DID HE SAY?
05:18:07 A. HE SAID NO.
05:18:08 MR. PLUNKETT: OKAY, THAT'S ALL
05:18:10 I HAVE.
05:18:35 Q. LET ME ASK YOU THIS, WERE YOU, TO YOUR
05:18:39 KNOWLEDGE, DESIGNATED AS AN INTERESTED PARTY
05:18:42 IN THE PROTEST COMMITTEE HEARING, DID ANYONE
05:18:46 TELL YOU YOU WERE AN INTERESTED PARTY?
05:18:48 A. NO.
05:18:50 MR. COOK: OBJECTION TO THE FORM
05:18:51 OF THE QUESTION.
05:18:53 MR. PLUNKETT: OKAY, OKAY,
05:18:56 THAT'S ALL I HAVE.
05:19:16 (DEPOSITION ADJOURNED AT 5:19 P.M.)