# EXHIBIT G

 0638

TP
1/16

CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Jeffrey S. Boxer**
*Partner*
•
*Direct Dial: 212-238-8626*
*E-mail: boxer@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*1401 Eye Street, N.W.*
*Washington, DC 20005*
*(202) 898-1515*
•
*570 Lexington Avenue*
*New York, NY 10022*
*(212) 371-2720*

January 12, 2007

Cary Wiener, Esq.
DeOrchis, Wiener & Partners
61 Broadway, 26th floor
New York, NY 10006

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Re: Foley v. Loeb, 06-0053

Dear Messrs. Wiener and Plunkett:

Enclosed are copies of documents bates stamped N00001 - N00047 which are being produced by New York Yacht Club in response to the subpoenas you issued out of the Southern District of New York and the District of Rhode Island. This will also confirm my conversation with Mr. Plunkett that the depositions noticed in the subpoenas are adjourned indefinitely.

Please do not hesitate to contact me if you have any questions about this.

Very truly yours,

Jeffrey S. Boxer

JSB:slf
Enclosures

cc: Charles Cook, Esq. ✓

emailed to counsel 1/21 -

6145080.1

# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

*Presented by ROLEX*

**For IMS, PHRF, AMERICAP II, 12 Metres**
**Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40**

**New York Yacht Club, Harbour Court, Newport, Rhode Island**

**July 12-21, 2002**

## NOTICE OF RACE

**GENERAL**

New York Yacht Club Race Week at Newport will be divided into three segments. Boats with IMS, PHRF and AMERICAP II handicaps and 12 Metres will race in the first segment of the event. PHRF and AMERICAP II boats will race together. The second segment will be a distance race of approximately six hours duration open to all yachts. The third segment is for One-Design classes including the Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40.

**1. ORGANIZING AUTHORITY AND VENUE**

1.1 The Organizing Authority is New York Yacht Club (NYYC).

1.2 Racing will take place on Rhode Island Sound and/or Narragansett Bay.

1.3 Registration and the social activities following racing will take place at NYYC, Harbour Court, 5 Halidon Avenue, Newport, RI 02840.

**2. ELIGIBILITY & ENTRY**

2.1 Entry is open to yachts with a minimum LOA of 24 feet.

2.2 IMS Yachts: Entry is open to all yachts rated IMS (Racing and Cruiser/Racer) with a valid certificate issued by US SAILING.

2.3 AMERICAP II: Entry is open to all yachts with a valid 2002 AMERICAP II certificate issued by US SAILING with a handicap of 685 seconds per mile or lower.

2.3.1 AMERICAP II yachts are invited to also submit a PHRF certificate issued by the Yacht Racing Association of Long Island Sound (YRA of LIS) to be scored and eligible for prizes under both rules. There is no additional entry fee to be eligible for prizes under both rules.

2.4 PHRF Yachts: Entry is open to yachts with a valid 2002 PHRF certificate issued by YRA of LIS with a rating of 135 or lower. NYYC reserves the right to limit the number of PHRF entries.

2.4.1 Yachts from other PHRF areas may obtain a certificate by sending their current, local PHRF certificate to the YRA of LIS, 455 Main Street, Port Washington, NY, 11050. There will be no charge for certificate requests from other PHRF areas if the request is received by the June 3, 2002 YRA of LIS deadline and accompanied by a copy of the NYYC Race Week entry form. A fee of $25 must accompany certificate requests received after the June 3 deadline.

2.4.2 PHRF yachts are invited to also submit a valid 2002 AMERICAP II certificate issued by US SAILING to be scored and eligible for prizes under both rules. There is no additional entry fee to be eligible for prizes under both rules.

2.4.3 PHRF Rating Appeals: A sub-committee of the YRA of LIS will answer rating questions on July 12, 2002 at Harbour Court.

2.4.4 Yachts shall be rated within the following Base Crew Weight Limitations:

| Up to LOA (ft) | Base Weight Limit (Lbs.) | Approximate Crew Number |
|---|---|---|
| 24 | 900 | 5 |
| 27 | 1080 | 6 |
| 30 | 1260 | 7 |
| 33 | 1440 | 8 |
| 35 | 1620 | 9 |
| 38 | 1800 | 10 |
| 40 | 1980 | 11 |
| 43 | 2160 | 12 |
| 45 | 2340 | 13 |
| 50+ | Add 180 lbs. For each 5ft. of LOA over 45 ft. | |

2.4.5 LOA shall be rounded to the nearest whole number. For example, a 24.49 foot boat is rounded to 24 feet LOA and is allowed a base crew weight of 900 pounds, based upon the next nearest whole number; a 24.5 foot boat is allowed a base crew weight of 1080 pounds.

2.4.6 The base weight limit is for everyone aboard, including the skipper. The base weight limit will be printed on the PHRF Certificate. Once a calendar year, the crew weight may be declared to be more or less than the base crew weight, with an adjustment in the rating. If an owner wishes to sail with a crew weight greater than the base crew weight, the Handicapper will adjust the boat's rating.

2.5 12 Metre: Entries are open to all 12 Metres with a valid class certificate.

2.6 One-Design: Entries are open to all Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40 classes. Entrants must meet all ownership, class membership (including eligibility requirements), yacht, sail measurement and crew weigh-in requirements. In addition, a valid 2002 One-Design Certificate must be submitted for Mumm 30, 1D35 and Farr 40 Class yachts.

2.7 Any class specific measurement and crew list forms required at registration will be provided to the entrant.

2.8 This is a sanctioned event by the respective class associations.

2.9 In order for points to count for the US Mumm 30 Circuit, a minimum of four races must be completed.

2.10 An official entry form including a signed liability waiver and entry fee must be delivered to the NYYC Sailing Office on or before Friday, June 28, 2002 at 1700.

2.11 Current, valid measurement certificates for all IMS, PHRF and AMERICAP II yachts shall be delivered to the NYYC Sailing Office on or before Wednesday, July 10, 2002 at 1700.

2.12 Yachts, including all qualifying equipment and sails, will be subject to random inspection at any time during this event.

## 3. FEES

3.1 An entry fee shall accompany a completed entry form. The entry fees by segments are as follows:

- First OR third segments - Handicap OR One-Design $350
- First AND third segments - Handicap AND One-Design $600
- Distance Race - There is no entry fee for yachts entered in either the Handicap or One Design segments of Race Week. For all other yachts the entry fee is $75

3.2 An additional charge of $250 may be charged at the discretion of the Organizing Authority for late entries and/or rating certificates.

## 4. RULES

4.1 This Regatta will be governed by:

- The Racing Rules of Sailing for 2001-2004 (RRS), including the prescriptions of US SAILING.
- The 2002 IMS Rules and Regulations including the prescriptions of US SAILING.
- The 2002 AMERICAP II Regulations.
- The rules prescribed by the Performance Handicap Racing Formula (PHRF) of the YRA of LIS.
- The 12 Metre by-laws and regulations as of November 11, 2000. Racing shall be under the International 12 Metre Class Rules as of January 1, 2002 and any subsequent amendments.
- The Class Rules for eligible offshore One-Design classes.
- The ISAF Offshore Committee Special Regulations 2002-2003 for Category 4, including the prescriptions of US SAILING.
- This Notice of Race.
- The Sailing Instructions.
- Any subsequent amendments made by the Race Committee or the Jury.

## 5. SAILING INSTRUCTIONS

Sailing Instructions will be available at the registration desk located in the Carriage House at Harbour Court at registration.

## 6. ADVERTISING

In accordance with ISAF Racing Rules of Sailing, Rule 79 and Appendix 1, this Regatta is designated Category "A" for yachts so classified by their class, rating system or national authority except where the Class Rules specify otherwise, with the additional restriction that no advertising is permitted for watches other than Rolex.

## 7. SCHEDULE OF EVENTS

*Friday, July 12*
IMS, PHRF and AMERICAP II Registration
PHRF Appeals hearings
Registration and IMS Crew weigh-in.
Captains' Meeting

*Saturday, July 13*
IMS, PHRF and AMERICAP II racing and daily prizes

*Sunday, July 14*
IMS, PHRF and AMERICAP II racing and daily prizes

*Monday, July 15*
IMS, PHRF and AMERICAP II racing and daily prizes

*Tuesday, July 16*
IMS, PHRF and AMERICAP II racing and series prizes

*Wednesday, July 17*
Distance Race and prizes

*Thursday, July 18*
One-Design Registration
Crew weigh-in as required by classes
Captains' Meeting

*Friday, July 19*
One-Design racing and daily prizes

*Saturday, July 20*
One-Design racing and daily prizes

*Sunday, July 21*
One-Design racing and series prizes

## 8. SCRATCH SHEETS

Preliminary scratch sheets will be available beginning Wednesday, July 3, 2002 on the New York Yacht Club web site located at: http://www.nyyc.org. Please do not call the Sailing Office for scratch sheets.

## 9. SCORING

9.1 IMS - IMS Performance Curve Scoring system will be used for all races.

9.2 AMERICAP II - Performance line scoring will be used.

9.3 PHRF - will use the handicaps issued by the YRA of LIS.

9.4 In accordance with Racing Rule 88.3 and Appendix A, the Low Point Scoring System will apply except that .75 points will be awarded for 1st place. Each boat's series score will be the total of her race scores. The lowest series score wins. Ties will be broken in accordance with Appendix A8.

9.5 Seven races are scheduled and all races shall count. A minimum of three races must be completed to constitute a Race Week at Newport series.

## 10 PRIZES

10.1 Daily prizes, which will be awarded to the first place yacht on corrected time for all classes. These prizes will be awarded at Harbour Court each evening at the end of racing.

10.2 Prizes will be awarded to the top three finishers overall in each class. Classes having twenty or more starters, will also have a fourth place award

10.3 IMS: The yacht with the best performance, in the opinion of the Organizing Authority, during the NYYC Race Week at Newport in the IMS Division will be awarded a Rolex timepiece.

10.4 AMERICAP II: The yacht with the best performance, in the opinion of the Organizing Authority, during the NYYC Race Week at Newport will be awarded a Rolex timepiece provided there is a minimum of fifty AMERICAP II entries.

10.5 PHRF: The yacht with the best performance, in the opinion of the Organizing Authority, in the PHRF Division will be awarded a Rolex timepiece.

10.6 One-Design: The yacht with the best performance, in the opinion of the Organizing Authority, in the One-Design segment will be awarded a Rolex timepiece.

10.7 Distance Race: Prizes will be awarded to the top three finishers in each class. Classes having twenty or more starters, will also have a fourth place award.

10.8 Carronade Trophy: the yacht which in the opinion of the Organizing Authority has the best overall performance in at least two of the three NYYC Race Week segments will be awarded the Carronade Trophy. The trophy will be presented at the NYYC Awards Dinner in New York City on Thursday, November 7, 2002.

**9. COURSE DIAGRAMS**



# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

*Presented by ROLEX*

**For IMS, PHRF, AMERICAP II, 12 Metres**
**Melges 24, Mumm 30, J/35, J/44, J/120, J/105, J/80, 1D35, Farr 395 and Farr 40**

**New York Yacht Club, Harbour Court, Newport, Rhode Island**

**July 12-21, 2002**

## NOTICE OF RACE
## AMENDMENT #1

**June 24, 2002**

Section 2 is modified as follows:

**2. ELIGIBILITY**

2.4.1 Change June 3 deadline to July 8.

2.4.4 Insert "PHRF" before yachts.

2.10 Change Friday, June 28, 2002 at 1700 to Monday, July 8, 2002 at 1700.