# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS | : |
| vs. | : C.A. NO. 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE | : |
| vs. | : |
| BLAIR BROWN | : |

DEPOSITION OF JOHN J. FOLEY

produced, sworn and examined on November 29, 2006, at 9:30 A.M. on behalf of the Defendant before Linda S. Taylor, Notary Public, at the Law Offices of Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, Rhode Island.

APPEARANCES

For the Plaintiff:

(J. Foley, D. Robbins)

MORRISON, MAHONEY & MILLER
250 Summer Street
Boston, Massachusetts 02210-1181
BY: CHARLES A. COOK, ESQ.

RHODE ISLAND COURT REPORTING
747 NORTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02904
(401)437-3366

Each regatta has slightly different forms, so I don't recall that.

Q. Do you have a copy of that still?

A. No, I don't.

Q. To whom did you give that form?

A. The race committee at New York Yacht Club.

Q. Who gave it to you to sign?

A. The race committee at the New York Yacht Club. The sailing office at New York Yacht Club.

Q. Did you go directly to the office and obtain the form or was it given to you on the boat?

A. There's a registration period. So it's given to you in the registration period.

Q. Do you know if all the other crew members on your boat signed it for that regatta?

A. Again, if it was required at that regatta, then everybody would have signed it. We always do that.

Q. In addition to that form, did you sign or review any other documents prior to participating in this regatta?

A. Other than -- for this particular regatta?

Q. For this particular regatta.

A. You generally review the rules of racing. We

have it on the board. And you have that and you make sure that you check for the season if there's any changes in the rules of racing. So, yeah, I'd say you read, maybe not that week, but in preparation for those regattas the rules for racing.

Q. Do you have a specific memory of reading those rules of racing for the beginning of that season, 2002?

A. Yes, I do.

Q. When did you do that?

A. Prior to the season. One of my responsibilities I have is to do that. I'm the navigator on board the boat and to make sure all documents are on the boat that pertain to racing. So I upgrade the rules of sailing each year. By joining U.S. SAILING, I'm a member of U.S. SAILING they send you a copy of the rules every year.

Q. And that would be the extent of the documents that you either signed or read in preparation for this regatta?

MR. COOK: Objection.

A. Well, they also have -- for the regatta, they have, I can't recall what they exactly call it, but