# EXHIBIT K

 06-38 TP 5/2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| vs. | : | C.A. No. 06-0053-S-LDA |
| STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |

DEFENDANT BLAD CO.'S RESPONSE TO
PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Request No. 1

Admit that the sailing vessel SIRENA entered to participate in the Regatta.

Response No. 1

Admitted.

Request No. 2

Admit that the sailing vessel SFORZANDO entered to participate in the Regatta.

Response No. 2

Admitted.

Request No. 3

Admit that SIRENA participated in Race 3.

Response No. 3

Admitted.

Request No. 4

Admit that SFORZANDO participated in Race 3.

Response No. 36

Admitted.

Request No. 37

Admit that SIRENA filed no request for redress concerning the Decision.

Response No. 37

Admitted.

Request No. 38

Admit that Defendant Steven M. Loeb was steering SIRENA at the time of the Incident.

Response No. 38

Admitted that at the precise time of the incident Steven Loeb was steering SIRENA.

Request No. 39

Admit that Steven M. Loeb was the "person in charge" (see RRS 46) during Race 3.

Response No. 39

Admitted.

Blad Company

BLAD CO.
By its attorneys

PANNONE LOPES & DEVEREAUX LLC

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)