# EXHIBIT A

06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

AFFIDAVIT

I, William Tripp, of Norwalk, Connecticut, on oath depose and say:

1.) I have raced sailboats for many years as a helmsman, tactician and navigator, as well as other positions and through that I have used and become familiar with the Racing Rules of Sailing and the US Prescriptions to those rules.

2.) Attached is a copy of the Racing Rules of Sailing with the US Prescriptions to those rules and with the pertinent appendices in effect in 2002 and in effect for the race in question on July 14, 2002.

3.) I was not a party to the Protest Committee hearing of July 14, 2002.

4.) I was a witness at the hearing. I was present in the hearing only while I testified and was not permitted in the hearing other than that time.

5.) I was not the representative of Sirena at the Protest Committee hearing. Steven Loeb was.

6.) The protest was filed by Sforzando against Sirena, not against me.

7.) The Protest Committee decision was never sent to me by the Committee.

8.) As a witness, I was not able to appeal the decision of the Committee.

9.) I did not understand at any time that the question of my responsibility for any injuries or other claims from the incident in question would be determined by the Protest Committee at its hearing and I did not agree that it could make such a determination. I did not have the opportunity to participate in the hearing to fairly and meaningfully defend myself nor could I appeal.

WILLIAM TRIPP

Subscribed and sworn to before me this 16th day of April, 2007.

STATE OF: NEW YORK

COUNTY OF: WESTCHESTER

KRISTA STANLEY
NOTARY PUBLIC
# 01 ST 608 3000
Expires: November 4, 2010