United States Sailing Association
15 Maritime Drive
Post Office Box 1260
Portsmouth, RI 02871
www.ussailing.org

UNITED STATES SAILING ASSOC.
US SAILING®

Sailing Office

# THE RACING RULES OF SAILING

## 2001–2004

*Including US SAILING Prescriptions*




# THE RACING RULES OF SAILING

## 2001–2004

**Including US SAILING Prescriptions**

UNITED STATES SAILING ASSOC. US SAILING.

15 Maritime Drive Post Office Box 1260 Portsmouth, RI 02871
www.ussailing.org

# A Note from US SAILING's President

Sailing is a wonderful sport. Sailors of all ages and abilities compete with each other and enjoy themselves. There are very few other sports where national and international champions often vary in age from their teens to their 50's or even 60's.

Our sport, like golf and a few others, is different in another way as well. We rely on the competitors themselves to know and follow the rules of our game. In the typical sport where many people compete at the same time, the prevailing attitude is often "it's OK so long as I don't get caught." That attitude does not work in sailing. We rely on the sailors themselves to decide when they have broken a rule and voluntarily take a penalty. A basic principle of the rules is that "Competitors in the sport of sailing are governed by a body of *rules* that they are expected to follow and enforce. A fundamental principle of sportsmanship is that when competitors break a *rule* they will promptly take a penalty or retire." This basic principle is often described as "Corinthian," but no matter what words you use to describe the concept, it is central to how our sport operates.

We as competitors need to abide by this basic principle for the good of our sport. I urge you to study the rulebook and learn the rules, particularly the rules of Part 2. When you break a rule (as we all do from time to time) take your penalty. The 720° Turns Penalty was introduced some years ago specifically so that competitors could take a penalty and still either win the race or finish well enough in a single race to win the regatta. Remember, if in finishing first you have lost your self-respect or the respect of your competitors then you have lost more than you have won.

Fair winds and good sailing!

**Dave Rosekrans**, President

©2001 International Sailing Federation
Reprinted by permission of the International Sailing Federation
Foreword and Prescriptions ©2001
By United States Sailing Association all rights reserved
ISBN 1-882502-87-6

# Contents

Introduction ........ 1
Basic Principle ........ 2

**Part 1** Fundamental Rules ........ 3
**Part 2** When Boats Meet ........ 4
**Part 3** Conduct of a Race ........ 9
**Part 4** Other Requirements When Racing ........ 14
**Part 5** Protests, Redress, Hearings, Misconduct and Appeals .. 20
**Part 6** Entry and Qualification ........ 30
**Part 7** Race Organization ........ 32

**Appendices, Section I**
**A** Scoring ........ 35
**B** Sailboard Racing Rules ........ 39
**C** Match Racing Rules ........ 41
**D** Team Racing Rules ........ 51
**E** Radio-Controlled Boat Racing Rules ........ 56
***F*** *Appeals Procedures* ........ 63
**G** Identification on Sails ........ 67
**H** Weighing Clothing and Equipment ........ 71
**J** Notice of Race and Sailing Instructions ........ 72
**K** Sailing Instructions Guide ........ 76
**L** Recommendations for Protest Committees ........ 93
**M** International Juries ........ 98
**N** Immediate Penalties for Breaking Rule 42 ........ 100
***P*** *Definitions for Competitor Classification* ........ 101
***Q*** *Sound-Signal Starting System* ........ 104

**Appendices, Section II**
**1** ISAF Advertising Code ........ 105
**2** ISAF Eligibility Code ........ 112
**3** ISAF Anti-Doping Code ........ 115

Protest Form ........ 126
Index ........ 128
Definitions ........ 138
Race Signals ........ Inside back cover

# Foreword

This 2001–2004 edition of *The Racing Rules of Sailing* refines the rules introduced in 1997 and makes a number of other modifications, mainly to clarify wording. Marginal markings in Parts 1 to 7, Definitions and Appendix J indicate significant changes made to the rules in effect during 2000.

Among the most important changes are: a revised rule 18 - *Rounding and Passing Marks and Obstructions*, a new starting system in rule 26, elimination in rule 61.1(a) of the red flag requirement for protests by boats under six meters in length, and significant changes in the Advertising Code, which now appears in Appendix 1.

In addition to the ISAF rules, this rule book contains rules adopted by US SAILING for events held in the United States. These added rules, called 'prescriptions', appear in ***bold italics***. If competitors take this rule book to a regatta in another country, they need only study the prescriptions in that country's rule book.

Many rule changes result from comments or proposals from competitors and race officials. The US SAILING Racing Rules Committee welcomes suggestions for improving the racing rules. Please send your comments and suggestions to US SAILING Racing Rules Committee, 15 Maritime Drive, Post Office Box 1260, Portsmouth, RI 02871-6015, fax them to (401) 683-0840, or e-mail them to rules@ussailing.org. More information about the rules and the Racing Rules Committee is available on the US SAILING website (*www.ussailing.org/rules*).

**Rob Overton**, Outgoing Chairman
**Dick Rose**, Incoming Chairman
US SAILING Racing Rules Committee

# Introduction

*The Racing Rules of Sailing* includes two main sections. The first, Parts 1-7, contains rules that affect all competitors. The second section contains appendices that provide details of rules, rules that apply to particular kinds of racing, and rules that affect only a small number of competitors or officials.

**Revision** The racing rules are revised and published every four years by the International Sailing Federation (ISAF), the international authority for the sport. This edition becomes effective on 1 April 2001. With the exception of Appendices 1, 2 and 3, changes to the racing rules are permitted under ISAF Regulations 11.2 and 11.3. No changes are contemplated before 2005, but any changes determined to be urgent before then will be announced through national authorities and posted on the ISAF website (www.sailing.org).

**ISAF Codes** New Appendices 1, 2 and 3 contain the ISAF Advertising Code, the ISAF Eligibility Code and the ISAF Anti-Doping Code, which replace former Appendices G, K and L. These codes are ISAF regulations and are also racing rules. For more information see the preamble to Appendices, Section II.

**Terminology** A term used in the sense stated in the Definitions is printed in italics or, in preambles, in bold italics (for example, *racing* and ***racing***). Other words and terms are used in the sense ordinarily understood in nautical or general use. 'Race committee' includes any person or committee performing a race committee function. 'Class rules' includes rules of handicapping and rating systems.

**Appendices** When the rules of an appendix apply, they take precedence over any conflicting rules in Parts 1-7. Each appendix is identified by a letter or a number. A reference to a rule in a lettered appendix will contain the letter of the appendix and the rule number (for example, 'rule A1'). There is no Appendix I. A reference to Appendix 1, 2 or 3 will contain the number of the appendix and the regulation number, for example, 'Appendix 1, Regulation 20.1'.

**Changes to the Rules** The prescriptions of a national authority, class rules or the sailing instructions may change a racing rule only as permitted by rule 86.

***US SAILING prescriptions are printed in bold italics except Appendices F, P and Q. There is no Appendix O.***

# Basic Principle

## Sportsmanship and the Rules

Competitors in the sport of sailing are governed by a body of *rules* that they are expected to follow and enforce. A fundamental principle of sportsmanship is that when competitors break a *rule* they will promptly take a penalty or retire.

## Equal Opportunity

*As the national authority for the sport of sailing in the United States of America, the United States Sailing Association is committed to providing an equal opportunity to all sailors to participate in the sport of sailing.*



# Part 1 – Fundamental Rules

**1 SAFETY**

**1.1 Helping Those in Danger**

A boat or competitor shall give all possible help to any person or vessel in danger.

**1.2 Life-Saving Equipment and Personal Buoyancy**

A boat shall carry adequate life-saving equipment for all persons on board, including one item ready for immediate use, unless her class rules make some other provision. Each competitor is individually responsible for wearing personal buoyancy adequate for the conditions.

**2 FAIR SAILING**

A boat and her owner shall compete in compliance with recognized principles of sportsmanship and fair play. A boat may be penalized under this rule only if it is clearly established that these principles have been violated. A disqualification under this rule shall not be excluded from the boat's series score.

**3 ACCEPTANCE OF THE RULES**

By participating in a race conducted under these racing rules, each competitor and boat owner agrees

(a) to be governed by the *rules*;

(b) to accept the penalties imposed and other action taken under the *rules*, subject to the appeal and review procedures provided in them, as the final determination of any matter arising under the *rules*; and

(c) with respect to such determination, not to resort to any court or other tribunal not provided by the *rules*.

**4 DECISION TO RACE**

The responsibility for a boat's decision to participate in a race or to continue *racing* is hers alone.

**5 DRUGS**

A competitor shall neither take a substance nor use a method banned by the Olympic Movement Anti-Doping Code or the World Anti-Doping Agency and shall comply with Appendix 3 (ISAF Regulation 19, ISAF Anti-Doping Code). An alleged or actual breach of this rule shall be dealt with under Regulation 19. It shall not be grounds for a *protest* and rule 63.1 does not apply.