# Part 2 – When Boats Meet

*The rules of Part 2 apply between boats that are sailing in or near the racing area and intend to* ***race****, are* ***racing****, or have been* ***racing****. However, a boat not* ***racing*** *shall not be penalized for breaking one of these rules, except rule 22.1. The International Regulations for Preventing Collisions at Sea or government right-of-way rules apply between a boat sailing under these rules and a vessel that is not, and they replace these rules if the sailing instructions so state.*

## Section A – Right of Way

*A boat has right of way when another boat is required to* ***keep clear*** *of her. However, some rules in Sections B, C and D limit the actions of a right-of-way boat.*

**10 ON OPPOSITE TACKS**

When boats are on opposite *tacks*, a *port-tack* boat shall *keep clear* of a *starboard-tack* boat.

**11 ON THE SAME TACK, OVERLAPPED**

When boats are on the same *tack* and *overlapped*, a windward boat shall *keep clear* of a *leeward* boat.

**12 ON THE SAME TACK, NOT OVERLAPPED**

When boats are on the same *tack* and not *overlapped*, a boat *clear astern* shall *keep clear* of a boat *clear ahead*.

**13 WHILE TACKING**

After a boat passes head to wind, she shall *keep clear* of other boats until she is on a close-hauled course. During that time rules 10, 11 and 12 do not apply. If two boats are subject to this rule at the same time, the one on the other's port side shall *keep clear*.





## Section B — General Limitations

**14 AVOIDING CONTACT**

A boat shall avoid contact with another boat if reasonably possible. However, a right-of-way boat or one entitled to *room*

(a) need not act to avoid contact until it is clear that the other boat is not *keeping clear* or giving *room*, and

(b) shall not be penalized under this rule unless there is contact that causes damage.

**15 ACQUIRING RIGHT OF WAY**

When a boat acquires right of way, she shall initially give the other boat *room* to *keep clear*, unless she acquires right of way because of the other boat's actions.

**16 CHANGING COURSE**

**16.1** When a right-of-way boat changes course, she shall give the other boat *room* to *keep clear*.

**16.2** In addition, when after the starting signal boats are about to cross or are crossing each other on opposite *tacks*, and the *port-tack* boat is *keeping clear* of the *starboard-tack* boat, the *starboard-tack* boat shall not change course if as a result the *port-tack* boat would immediately need to change course to continue *keeping clear*.

**17 ON THE SAME TACK; PROPER COURSE**

**17.1** If a boat *clear astern* becomes *overlapped* within two of her hull lengths to *leeward* of a boat on the same *tack*, she shall not sail above her *proper course* while they remain *overlapped* within that distance, unless in doing so she promptly sails astern of the other boat. This rule does not apply if the *overlap* begins while the *windward* boat is required by rule 13 to *keep clear*.

**17.2** Except on a beat to windward, while a boat is less than two of her hull lengths from a *leeward* boat or a boat *clear astern* steering a course to *leeward* of her, she shall not sail below her *proper course* unless she gybes.

## Section C — At Marks and Obstructions

*To the extent that a Section C rule conflicts with a rule in Section A or B, the Section C rule takes precedence.*

**18 ROUNDING AND PASSING MARKS AND OBSTRUCTIONS**

*In rule 18,* ***room*** *is* ***room*** *for an inside boat to round or pass between an outside boat and a* ***mark*** *or* ***obstruction****, including* ***room*** *to tack or gybe when either is a normal part of the manoeuvre.*

**18.1 When This Rule Applies**

Rule 18 applies when boats are about to round or pass a *mark* they are required to leave on the same side, or an *obstruction* on the same side, until they have passed it. However, it does not apply

(a) at a starting *mark* surrounded by navigable water or at its anchor line from the time the boats are approaching them to *start* until they have passed them, or

(b) between boats on opposite *tacks*, either on a beat to windward or when the *proper course* for one or both of them to round or pass the *mark* or *obstruction* is to tack.

**18.2 Giving Room; Keeping Clear**

(a) OVERLAPPED – BASIC RULE

When boats are *overlapped* the outside boat shall give the inside boat *room* to round or pass the *mark* or *obstruction*, and if the inside boat has right of way the outside boat shall also *keep clear*. Other parts of rule 18 contain exceptions to this rule.

(b) OVERLAPPED AT THE ZONE

If boats were *overlapped* before either of them reached the *two-length zone* and the *overlap* is broken after one of them has reached it, the boat that was on the outside shall continue to give the other boat *room*. If the outside boat becomes *clear astern* or *overlapped* inside the other boat, she is not entitled to *room* and shall *keep clear*.

(c) NOT OVERLAPPED AT THE ZONE

If a boat is *clear ahead* at the time she reaches the *two-length zone*, the boat *clear astern* shall thereafter *keep clear*. If the boat *clear astern* becomes *overlapped* outside the other boat she shall also give the inside boat *room*. If the boat *clear astern* becomes *overlapped* inside the other boat she is not entitled to *room*. If the boat that was *clear ahead* passes head to wind, rule 18.2(c) no longer applies.

(d) CHANGING COURSE TO ROUND OR PASS

When rule 18 applies between two boats and the right-of-way boat is changing course to round or pass a *mark*, rule 16 does not apply between her and the other boat.

(e) OVERLAP RIGHTS

If there is reasonable doubt that a boat obtained or broke an *overlap* in time, it shall be presumed that she did not. If the outside boat is unable to give *room* when an *overlap* begins, rules 18.2(a) and 18.2(b) do not apply.

**18.3 Tacking at a Mark**

If two boats were approaching a *mark* on opposite *tacks* and one of them completes a tack in the *two-length zone* when the other is fetching the *mark*, rule 18.2 does not apply. The boat that tacked

(a) shall not cause the other boat to sail above close-hauled to avoid her or prevent the other boat from passing the *mark*, and

(b) shall give *room* if the other boat becomes *overlapped* inside her, in which case rule 15 does not apply.

**18.4 Gybing**

When an inside *overlapped* right-of-way boat must gybe at a *mark* or *obstruction* to sail her *proper course*, until she gybes she shall sail no farther from the *mark* or *obstruction* than needed to sail that course.

**18.5 Passing a Continuing Obstruction**

While boats are passing a continuing *obstruction*, rules 18.2(b) and 18.2(c) do not apply. A boat *clear astern* that obtains an inside *overlap* is entitled to *room* to pass between the other boat and the *obstruction* only if at the moment the *overlap* begins there is *room* to do so. If there is not, she is not entitled to *room* and shall *keep clear*.

**19 ROOM TO TACK AT AN OBSTRUCTION**

**19.1** When safety requires a close-hauled boat to make a substantial course change to avoid an *obstruction* and she intends to *tack*, but cannot *tack* and avoid another boat on the same *tack*, she shall hail for *room* to do so. Before *tacking* she shall give the hailed boat time to respond. The hailed boat shall either

(a) *tack* as soon as possible, in which case the hailing boat shall also *tack* as soon as possible, or

(b) immediately reply 'You *tack*', in which case the hailing boat shall *tack* as soon as possible and the hailed boat shall give *room*, and rules 10 and 13 do not apply.

**19.2** Rule 19.1 does not apply at a starting *mark* surrounded by navigable water or at its anchor line from the time boats are approaching them to *start* until they have passed them or at a *mark* that the hailed boat can fetch. When rule 19.1 applies, rule 18 does not.

## Section D – Other Rules

*When rule 20 or 21 applies between two boats, Section A rules do not.*

**20 STARTING ERRORS; PENALTY TURNS; MOVING ASTERN**

A boat sailing towards the pre-start side of the starting line or its extensions after her starting signal to comply with rule 29.1 or 30.1 shall *keep clear* of a boat not doing so until she is completely on the pre-start side. A boat making a penalty turn shall *keep clear* of one that is not. A boat moving astern by backing a sail shall *keep clear* of one that is not.

**21 CAPSIZED, ANCHORED OR AGROUND; RESCUING**

If possible, a boat shall avoid a boat that is capsized or has not regained control after capsizing, is anchored or aground, or is trying to help a person or vessel in danger. A boat is capsized when her masthead is in the water.

**22 INTERFERING WITH ANOTHER BOAT**

**22.1** If reasonably possible, a boat not *racing* shall not interfere with a boat that is *racing*.

**22.2** A boat shall not deliberately interfere with a boat making penalty turns to delay her.



# Part 3 – Conduct of a Race

**25 SAILING INSTRUCTIONS AND SIGNALS**

Sailing instructions shall be made available to each boat before a race begins. The meanings of the visual and sound signals stated in Race Signals shall not be changed except under rule 86.1(b). The meanings of any other signals that may be used shall be stated in the sailing instructions.

**26 STARTING RACES**

Races shall be started by using the following signals. Times shall be taken from the visual signals; the absence of a sound signal shall be disregarded.

| *Signal* | *Flag and sound* | *Minutes before starting signal* |
|---|---|---|
| Warning | Class flag; 1 sound | 5* |
| Preparatory | P, I, Z, Z with I, or black flag; 1 sound | 4 |
| One-minute | Preparatory flag removed; 1 long sound | 1 |
| Starting | Class flag removed; 1 sound | 0 |

*or as stated in the sailing instructions

The warning signal for each succeeding class shall be made with or after the starting signal of the preceding class.

**27 OTHER RACE COMMITTEE ACTIONS BEFORE THE STARTING SIGNAL**

**27.1** No later than the warning signal, the race committee shall signal or otherwise designate the course to be sailed if the sailing instructions have not stated the course, and it may replace one course signal with another, signal that a designated short course will be used (display flag S with two sounds), and signal that wearing personal buoyancy is required (display flag Y with one sound).

**27.2** No later than the preparatory signal, the race committee may move a starting *mark* and may apply rule 30.

**27.3** Before the starting signal, the race committee may for any reason *postpone* (display flag AP, AP over H, or AP over A, with two sounds) or *abandon* the race (display flag N over H, or N over A, with three sounds).

## 28 SAILING THE COURSE

**28.1** A boat shall *start*, leave each *mark* on the required side in the correct order, and *finish*, so that a string representing her wake after *starting* and until *finishing* would when drawn taut pass each *mark* on the required side and touch each rounding *mark*. After *finishing* she need not cross the finishing line completely. She may correct any errors to comply with this rule, provided she has not already *finished*.

**28.2** A boat may leave on either side a *mark* that does not begin, bound or end the leg she is on. However, she shall leave a starting *mark* on the required side when she is approaching the starting line from its pre-start side to *start*.

## 29 STARTING; RECALLS

**29.1 On the Course Side at the Start**

When at a boat's starting signal any part of her hull, crew or equipment is on the course side of the starting line, she shall sail completely to the pre-start side of the line before *starting*.

**29.2 Individual Recall**

When at a boat's starting signal she must comply with rule 29.1 or 30.1, the race committee shall promptly display flag X with one sound. The flag shall be displayed until all such boats are completely on the pre-start side of the starting line or its extensions and have complied with rule 30.1 if it applies, but not later than four minutes after the starting signal or one minute before any later starting signal, whichever is earlier.

**29.3 General Recall**

When at the starting signal the race committee is unable to identify boats that are on the course side of the starting line or to which rule 30 applies, or there has been an error in the starting procedure, the race committee may signal a general recall (display the First Substitute with two sounds). The warning signal for a new start for the recalled class shall be made one minute after the First Substitute is removed (one sound), and the starts for any succeeding classes shall follow the new start.





## 30 STARTING PENALTIES

**30.1 Round-an-End Rule**

If flag I has been displayed before, with, or as a boat's preparatory signal, and any part of her hull, crew or equipment is on the course side of the starting line or its extensions during the minute before her starting signal, she shall sail to the pre-start side of the line around either end before *starting*.

**30.2 20% Penalty Rule**

If flag Z has been displayed before, with, or as a boat's preparatory signal, no part of her hull, crew or equipment shall be in the triangle formed by the ends of the starting line and the first *mark* during the minute before her starting signal. If a boat breaks this rule and is identified, she shall receive, without a hearing, a 20% scoring penalty calculated as stated in rule 44.3(c). She shall be penalized even if the race is restarted, resailed or rescheduled, but not if it is *postponed* or *abandoned* before the starting signal.

**30.3 Black Flag Rule**

If a black flag has been displayed before, with, or as a boat's preparatory signal, no part of her hull, crew or equipment shall be in the triangle formed by the ends of the starting line and the first *mark* during the minute before her starting signal. If a boat breaks this rule and is identified, she shall be disqualified without a hearing, even if the race is restarted, resailed or rescheduled, but not if it is *postponed* or *abandoned* before the starting signal. If a general recall is signalled or the race is *abandoned* after the starting signal, the race committee shall display her sail number, and if the race is restarted or resailed she shall not sail in it. If she does so, her disqualification shall not be excluded in calculating her series score.

## 31 TOUCHING A MARK

**31.1** While *racing*, a boat shall not touch a starting *mark* before *starting*, a *mark* that begins, bounds or ends the leg of the course on which she is sailing, or a finishing *mark* after *finishing*.

**31.2** A boat that has broken rule 31.1 may, after getting well clear of other boats as soon as possible, take a penalty by promptly making one complete 360° turn including one tack and one

gybe. When a boat takes the penalty after touching a finishing *mark*, she shall sail completely to the course side of the line before *finishing*. However, if a boat has gained a significant advantage in the race or series by touching the *mark* she shall retire.

**32 SHORTENING OR ABANDONING AFTER THE START**

**32.1** After the starting signal, the race committee may *abandon* the race (display flag N, N over H, or N over A, with three sounds) or shorten the course (display flag S with two sounds), as appropriate,

(a) because of an error in the starting procedure,
(b) because of foul weather,
(c) because of insufficient wind making it unlikely that any boat will *finish* within the time limit,
(d) because a *mark* is missing or out of position, or
(e) for any other reason directly affecting the safety or fairness of the competition.

However, after one boat has sailed the course and *finished* within the time limit, if any, the race committee shall not *abandon* the race without considering the consequences for all boats in the race or series.

**32.2** After the starting signal, the race committee may shorten the course (display flag S with two sounds) to enable further scheduled races to be sailed.

**33 CHANGING THE POSITION OF THE NEXT MARK**

At any rounding *mark* the race committee may signal a change of the direction of the next leg of the course by displaying flag C with repetitive sounds and the compass bearing of that leg before any boat begins it. The race committee may change the length of the next leg by displaying flag C with repetitive sounds and a '–' if the leg will be shortened or a '+' if the leg will be lengthened.

**34 MARK MISSING; *RACE COMMITTEE ABSENT***

When a *mark* is missing or out of position, the race committee shall, if possible,

(a) replace it in its correct position or





(b) substitute one of similar appearance, or a buoy or vessel displaying flag M with repetitive sounds.

***US SAILING prescribes that, in the absence of the race committee, a boat shall take her own finishing time and report it to the race committee as soon as possible. If there is no longer an established finishing line, it shall be a line extending from the required side of the finishing mark at right angles to the course from the last mark and of the shortest practicable length.***

**35 TIME LIMIT AND SCORES**

If one boat sails the course as required by rule 28.1 and *finishes* within the time limit, if any, all boats that *finish* shall be scored according to their finishing places unless the race is *abandoned*. If no boat *finishes* within the time limit, the race committee shall *abandon* the race.

**36 RACES TO BE RESTARTED OR RESAILED**

If a race is restarted or resailed, a breach of a *rule*, other than rule 30.3, in the original race shall not prohibit a boat from competing or, except under rule 30.2, 30.3 or 69, cause her to be penalized.