65.3 When the protest committee penalizes a boat under a measurement rule, it shall send the above information to the relevant measurement authorities.

## 66 REOPENING A HEARING

The protest committee may reopen a hearing when it decides that it may have made a significant error, or when significant new evidence becomes available within a reasonable time. It shall reopen a hearing when required by the national authority under rule F5. A *party* to the hearing may ask for a reopening no later than 24 hours after being informed of the decision. When a hearing is reopened, a majority of the members of the protest committee shall, if possible, be members of the original protest committee.

## 67 RULE 42 AND HEARING REQUIREMENT

When so stated in the sailing instructions, the protest committee may penalize without a hearing a boat that has broken rule 42, provided that a member of the committee or its designated observer has seen the incident, and a disqualification under this rule shall not be excluded from the boat's series score. A boat so penalized shall be informed by notification in the race results.

## 68 DAMAGES

The question of damages arising from a breach of any *rule* shall be governed by the prescriptions, if any, of the national authority.

***US SAILING prescribes that:***

***(a) A boat that retires from a race or accepts a penalty does not, by that action alone, admit liability for damages.***

***(b) A protest committee shall find facts and make decisions only in compliance with the rules. No protest committee or US SAILING appeal authority shall adjudicate any claim for damages. Such a claim is subject to the jurisdiction of the courts.***

***(c) A basic purpose of the rules is to prevent contact between boats. By participating in an event governed by the rules, a boat agrees that responsibility for damages arising from any breach of the rules shall be based on fault as determined by application of the rules, and that she shall not be governed by the legal doctrine of 'assumption of risk' for monetary damages resulting from contact with other boats.***





# Section C — Gross Misconduct

## 69 ALLEGATIONS OF GROSS MISCONDUCT

### 69.1 Action by a Protest Committee

(a) When a protest committee, from its own observation or a report received, believes that a competitor may have committed a gross breach of a *rule* or of good manners or sportsmanship, or may have brought the sport into disrepute, it may call a hearing. The protest committee shall promptly inform the competitor in writing of the alleged misconduct and of the time and place of the hearing.

(b) A protest committee of at least three members shall conduct the hearing, following rules 63.2, 63.3, 63.4 and 63.6. If it decides that the competitor committed the alleged misconduct it shall either

(1) warn the competitor or

(2) impose a penalty by excluding the competitor, and a boat when appropriate, from a race, or the remaining races of a series or the entire series, or by taking other action within its jurisdiction.

(c) The protest committee shall promptly report a penalty, but not a warning, to the national authorities of the venue, of the competitor and of the boat owner.

(d) If the competitor has left the venue and cannot be notified or fails to attend the hearing, the protest committee shall collect all available evidence and, when the allegation seems justified, make a report to the relevant national authorities.

(e) When the protest committee has left the event and a report alleging misconduct is received, the race committee or organizing authority may appoint a new protest committee to proceed under this rule.

### 69.2 Action by a National Authority

(a) When a national authority receives a report required by rule 69.1(c) or 69.1(d), or a report alleging a gross breach

of a *rule* or of good manners or sportsmanship or conduct that brought the sport into disrepute, it may conduct an investigation and, when appropriate, shall conduct a hearing. It may then take any disciplinary action within its jurisdiction it considers appropriate against the competitor or boat, or other person involved, including suspending eligibility, permanently or for a specified period of time, to compete in any event held within its jurisdiction, and suspending ISAF eligibility under Appendix 2, Regulation 21.3.1(a).

(b) The national authority of a competitor shall also suspend the ISAF eligibility of the competitor as required in Appendix 2, Regulation 21.3.1(a).

(c) The national authority shall promptly report a suspension of eligibility under rule 69.2(a) to the ISAF, and to the national authorities of the person or the owner of the boat suspended if they are not members of the suspending national authority.

**69.3 Action by the ISAF**

Upon receipt of a report required by rules 69.2(c) and Appendix 2, Regulation 21.4.1, the ISAF shall inform all national authorities, which may also suspend eligibility for events held within their jurisdiction. The ISAF Executive Committee shall suspend the competitor's ISAF eligibility as required in Appendix 2, Regulation 21.3.1(a) if the competitor's national authority does not do so.

## Section D — Appeals

**70 RIGHT OF APPEAL AND REQUESTS FOR INTERPRETATION**

**70.1** Provided that the right of appeal has not been denied under rule 70.4, a protest committee's interpretation of a *rule* or its procedures, but not the facts in its decision, may be appealed to the national authority of the venue by

(a) a boat or competitor that is a *party* to a hearing, or

(b) a race committee that is a *party* to a hearing, provided the protest committee is a jury.

**70.2** A protest committee may request confirmation or correction of its decision.

**70.3** A club or other organization affiliated to a national authority may request an interpretation of the *rules*, provided that no





*protest* or request for redress that may be appealed is involved.

**70.4** There shall be no appeal from the decisions of an international jury constituted in compliance with Appendix M. Furthermore, if the notice of race and the sailing instructions so state, the right of appeal may be denied provided that

(a) it is essential to determine promptly the result of a race that will qualify a boat to compete in a later stage of an event or a subsequent event (a national authority may prescribe that its approval is required for such a procedure),

(b) a national authority so approves for a particular event open only to entrants under its own jurisdiction, or

(c) a national authority after consultation with the ISAF so approves for a particular event, provided the jury is constituted as required by Appendix M, except that only two members of the jury need be International Judges.

**70.5** Appeals and requests shall conform to Appendix F.

**71 APPEAL DECISIONS**

**71.1** No *interested party* or member of the protest committee shall take any part in the discussion or decision on an appeal or a request for confirmation or correction.

**71.2** The national authority may uphold, change or reverse the protest committee's decision, declare the *protest* or request for redress invalid, or return the *protest* or request for a new hearing and decision by the same or a different protest committee.

**71.3** When from the facts found by the protest committee the national authority decides that a boat that was a *party* to a protest hearing broke a *rule*, it shall penalize her, whether or not that boat or that *rule* was mentioned in the protest committee's decision.

**71.4** The decision of the national authority shall be final. The national authority shall send its decision in writing to all *parties* to the hearing and the protest committee, who shall be bound by the decision.

# Part 6 – Entry and Qualification

**75 ENTERING A RACE**

**75.1** To enter a race, a boat shall comply with the requirements of the organizing authority of the race. She shall be entered by
(a) a member of a club or other organization affiliated to a national authority,
(b) such a club or organization, or
(c) a member of a national authority.

**75.2** Competitors shall comply with Appendix 2.

**76 EXCLUSION OF BOATS OR COMPETITORS**

**76.1** The organizing authority or the race committee may reject or cancel the entry of a boat or exclude a competitor, subject to rule 76.2, provided it does so before the start of the first race and states the reason for doing so. However, the organizing authority or the race committee shall not reject or cancel the entry of a boat or exclude a competitor because of advertising, provided the boat or competitor complies with Appendix 1.

***US SAILING prescribes that an organizing authority or race committee shall not reject or cancel the entry of a boat or exclude a competitor eligible under the notice of race and sailing instructions for an arbitrary or capricious reason or for reason of race, color, religion, gender, age or national origin.***

**76.2** At world and continental championships no entry within stated quotas shall be rejected or cancelled without first obtaining the approval of the relevant international class association (or the Offshore Racing Council) or the ISAF.

***76.3 US SAILING prescribes that a boat whose entry is rejected or cancelled or a competitor who is excluded from a race or series shall be, upon written request, entitled to a hearing conducted by the protest committee under rules 63.2, 63.3, 63.4 and 63.6.***

**77 IDENTIFICATION ON SAILS**

A boat shall comply with the requirements of Appendix G governing class insignia, national letters and numbers on sails.





**78 COMPLIANCE WITH CLASS RULES; CERTIFICATES**

**78.1** A boat's owner and any other person in charge shall ensure that the boat is maintained to comply with her class rules and that her measurement or rating certificate, if any, remains valid.

**78.2** When a *rule* requires a certificate to be produced before a boat *races*, and it is not produced, the boat may *race* provided that the race committee receives a statement signed by the person in charge that a valid certificate exists and that it will be given to the race committee before the end of the event. If the certificate is not received in time, the boat's scores shall be removed from the event results.

**78.3** When a measurer for an event concludes that a boat or personal equipment does not comply with the class rules, he shall report the matter in writing to the race committee, which shall protest the boat.

**79 ADVERTISING**

A boat and her crew shall comply with Appendix 1.

**80 RESCHEDULED RACES**

When a race has been rescheduled, rule 36 applies and all boats entered in the original race shall be notified and, unless disqualified under rule 30.3, be entitled to sail the rescheduled race. New entries that meet the entry requirements of the original race may be accepted at the discretion of the race committee.

# Part 7 – Race Organization

**85 GOVERNING RULES**

The organizing authority, race committee and protest committee shall be governed by the *rules* in the conduct and judging of races.

**86 RULE CHANGES**

**86.1** A racing rule may not be changed unless permitted in the rule itself or as follows:

(a) Prescriptions of a national authority may change a racing rule, but not the Definitions; a rule in the Introduction; Sportsmanship and the Rules; Part 1, 2 or 7; rule 43.1, 43.2, 69, 70, 71, 75, 76.2 or 79; a rule of an appendix that changes one of these rules; or Appendix H, M, 1, 2 or 3.

(b) Sailing instructions may change a racing rule by referring specifically to it and stating the change, but not rule 76.1, Appendix F, or a rule listed in rule 86.1(a).

***US SAILING prescribes that sailing instructions shall not change rules 61.4 or 76.3, Appendix P, or its prescriptions to rules 40, 68 or 76.1.***

(c) Class rules may change only racing rules 42, 49, 50, 51, 52, 53 and 54.

**86.2** If a national authority so prescribes, these restrictions do not apply if rules are changed to develop or test proposed rules in local races. The national authority may prescribe that its approval is required for such changes.

***US SAILING prescribes that proposed rules may be tested in local races.***

**87 ORGANIZING AUTHORITY; NOTICE OF RACE; APPOINTMENT OF RACE OFFICIALS**

**87.1 Organizing Authority**

Races shall be organized by an organizing authority, which shall be

(a) the ISAF;

(b) a member national authority of the ISAF;

(c) a club or other organization affiliated to a national authority;





(d) a class association, either with the approval of a national authority or in conjunction with an affiliated club; or

(e) an unaffiliated body in conjunction with an affiliated club, except that in a major event designated by the ISAF, the unaffiliated body shall be owned and controlled by an affiliated club which shall have the approval of the relevant national authority.

**87.2 Notice of Race; Appointment of Race Officials**

The organizing authority shall publish a notice of race that conforms to rule J1, appoint a race committee and, when appropriate, appoint a jury. However, the race committee, an international jury and umpires may be appointed by the ISAF as provided by the ISAF regulations.

**88 RACE COMMITTEE; SAILING INSTRUCTIONS; SCORING**

**88.1 Race Committee**

The race committee shall conduct races as directed by the organizing authority and as required by the *rules*.

**88.2 Sailing Instructions**

(a) The race committee shall publish written sailing instructions that conform to rule J2.

(b) The sailing instructions for an international event shall include, in English, the applicable prescriptions of the national authority.

(c) Changes to the sailing instructions shall be in writing and posted within the required time on the official notice board or, on the water, communicated to each boat before her warning signal. Oral changes may be given only on the water, and only if the procedure is stated in the sailing instructions.

**88.3 Scoring**

(a) The race committee shall score a race or series as provided in Appendix A using either the Low Point or Bonus Point system, or as otherwise specified in the sailing instructions.

(b) When a scoring system provides for excluding one or more race scores from a boat's series score, the score for a breach of rule 2, rule 30.3's next-to-last sentence, or rule 42 if rule 67, N2.2 or N2.3 applies, shall not be

excluded. The next-worse score shall be excluded instead.

89 **PROTEST COMMITTEE**

A protest committee shall be

(a) a committee appointed by the race committee;

(b) a jury appointed by the organizing authority, which is separate from and independent of the race committee; or

(c) an international jury appointed by the organizing authority or as prescribed in the ISAF regulations and meeting the requirements of Appendix M. A national authority may prescribe that its approval is required for the appointment of international juries for races within its jurisdiction, except ISAF events or when international juries are appointed by the ISAF under rule 87.2.



# APPENDICES, SECTION I

## Appendix A—Scoring

*See rule 88.3.*

A1 **NUMBER OF RACES**

The number of races scheduled and the number required to be completed to constitute a series shall be stated in the sailing instructions.

A2 **SERIES SCORES**

Each boat's series score shall be the total of her race scores excluding her worst score. (The sailing instructions may make a different arrangement by providing, for example, that no score will be excluded, that two or more scores will be excluded, or that a specified number of scores will be excluded if a specified number of races are completed.) If a boat has two or more equal worst scores, the score(s) for the race(s) sailed earliest in the series shall be excluded. The boat with the lowest series score wins and others shall be ranked accordingly.

A3 **STARTING TIMES AND FINISHING PLACES**

The time of a boat's starting signal shall be her starting time, and the order in which boats *finish* a race shall determine their finishing places. However, when a handicap system is used a boat's elapsed time, corrected to the nearest second, shall determine her finishing place.

A4 **LOW POINT AND BONUS POINT SYSTEMS**

*Most series are scored using either the Low Point System or the Bonus Point System. The Low Point System uses a boat's finishing place as her race score. The Bonus Point System benefits the first six finishers because of the greater difficulty in advancing from fourth place to third, for example, than from fourteenth place to thirteenth. The system chosen may be made to apply by stating in the sailing instructions that, for example, 'The series will be scored as provided in Appendix A of the racing rules using the [Low] [Bonus] Point System.'*