**A4.1** Each boat *starting* and *finishing* and not thereafter retiring, being penalized or given redress shall be scored points as follows:

| *Finishing Place* | *Low Point System* | *Bonus Point System* |
|---|---|---|
| First | 1 | 0 |
| Second | 2 | 3 |
| Third | 3 | 5.7 |
| Fourth | 4 | 8 |
| Fifth | 5 | 10 |
| Sixth | 6 | 11.7 |
| Seventh | 7 | 13 |
| Each place thereafter | Add 1 point | Add 1 point |

**A4.2** A boat that did not *start*, did not *finish*, retired after *finishing* or was disqualified shall be scored points for the finishing place one more than the number of boats entered in the series. A boat penalized under rule 30.2 or 44.3 shall be scored points as provided in rule 44.3(c).

**A5 SCORES DETERMINED BY THE RACE COMMITTEE**

A boat that did not *start*, comply with rule 30.2 or 30.3, or *finish*, or that takes a penalty under rule 44.3 or retires after *finishing*, shall be scored accordingly by the race committee without a hearing. Only the protest committee may take other scoring actions that worsen a boat's score.

**A6 CHANGES IN PLACES AND SCORES OF OTHER BOATS**

(a) If a boat is disqualified from a race or retires after *finishing*, each boat that *finished* after her shall be moved up one place.

(b) If the protest committee decides to give redress by adjusting a boat's score, the scores of other boats shall not be changed unless the protest committee decides otherwise.

**A7 RACE TIES**

If boats are tied at the finishing line or if a handicap system is used and boats have equal corrected times, the points for the place for which the boats have tied and for the place(s) immediately below shall be added together and divided





equally. Boats tied for a race prize shall share it or be given equal prizes.

**A8 SERIES TIES**

**A8.1** If there is a series score tie between two or more boats, each boat's race scores shall be listed in order of best to worst, and at the first point(s) where there is a difference the tie shall be broken in favour of the boat(s) with the best score(s). No excluded scores shall be used.

**A8.2** If a tie remains between two boats, it shall be broken in favour of the boat that scored better than the other boat in more races. If more than two boats are tied, they shall be ranked in order of the number of times each boat scored better than another of the tied boats. No race for which a tied boat's score has been excluded shall be used.

**A8.3** If a tie still remains between two or more boats, they shall be ranked in order of their scores in the last race. Any remaining ties shall be broken by using the tied boats' scores in the next-to-last race and so on until all ties are broken. These scores shall be used even if some of them are excluded scores.

**A9 RACE SCORES IN A SERIES LONGER THAN A REGATTA**

For a series that is held over a period of time longer than a regatta, a boat that came to the starting area but did not *start*, did not *finish*, retired after *finishing* or was disqualified shall be scored points for the finishing place one more than the number of boats that came to the starting area. A boat that did not come to the starting area shall be scored points for the finishing place one more than the number of boats entered in the series.

**A10 GUIDANCE ON REDRESS**

If the protest committee decides to give redress by adjusting a boat's score for a race, it is advised to consider scoring her

(a) points equal to the average, to the nearest tenth of a point (0.05 to be rounded upward), of her points in all the races in the series except the race in question;

(b) points equal to the average, to the nearest tenth of a point (0.05 to be rounded upward), of her points in all the races before the race in question; or

(c) points based on the position of the boat in the race at the time of the incident that justified redress.

**A11 SCORING ABBREVIATIONS**

These abbreviations are recommended for recording the circumstances described:

DNC Did not *start*; did not come to the starting area
DNS Did not *start* (other than DNC and OCS)
OCS Did not *start*; on the course side of the starting line and broke rule 29.1 or 30.1
ZFP 20% penalty under rule 30.2
BFD Disqualification under rule 30.3
SCP Took a scoring penalty under rule 44.3
DNF Did not *finish*
RAF Retired after *finishing*
DSQ Disqualification
DNE Disqualification not excludable under rule 88.3(b)
RDG Redress given

***US SAILING Note:*** *The scoring systems in Appendix A reward a boat that participates in all the races of a series, even when one or more scores is excluded from her series score. In a long series, such as a season championship spanning several weeks, these systems put a boat that misses some of the races at a disadvantage to a boat that sails more races. The US SAILING website (www.ussailing.org/racemgt) provides texts for alternative scoring systems designed for such long series, including an updated version of Appendix AA that appeared in the 1997-2000 edition of* The Racing Rules of Sailing. *Those without access to the website may request a copy of these texts by fax on the US SAILING Infofax line, (888) USSAIL-6.*



# Appendix B – Sailboard Racing Rules

*Sailboard races shall be sailed under* The Racing Rules of Sailing *as changed by this appendix.*

**B1 DEFINITIONS**

Add the following definitions:

***Capsized*** A sailboard is *capsized* when her sail or the competitor's body is in the water.

***Recovering*** A sailboard is *recovering* from the time her sail or, when water-starting, the competitor's body is out of the water until she has steerage way.

**B2 PART 2 – WHEN BOATS MEET**

**B2.1** The last sentence of rule 20 is changed to: 'A sailboard moving astern shall *keep clear* of other sailboards and boats.'

**B2.2** Add to Section D:

**23 SAIL OUT OF THE WATER WHEN STARTING**

When approaching the starting line to *start*, a sailboard shall have her sail out of the water and in a normal position, except when accidentally *capsized*.

**24 RECOVERING**

A sailboard *recovering* shall avoid a sailboard or boat under way.

**B3 PART 3 – CONDUCT OF A RACE**

Rule 31 is changed to: 'A competitor shall not hold on to a starting *mark*.'

**B4 PART 4 – OTHER REQUIREMENTS WHEN RACING**

**B4.1** Rule 42 is changed to: 'A sailboard shall be propelled only by the action of the wind on the sail, by the action of the water on the hull and by the unassisted actions of the competitor.'

**B4.2** Rule 43.1(a) is modified to permit a competitor to wear a container for holding beverages. The container shall have a capacity of at least one litre and weigh no more than 1.5 kilograms when full.

**B4.3** In rule 44.2, delete 'including two tacks and two gybes'.

**B5 PART 6 – ENTRY AND QUALIFICATION**

Add to rule 78.1: 'When so prescribed by the national authority, a numbered and dated device on a sailboard and her daggerboard and sail shall serve as her measurement certificate.'

**B6 PART 7 – RACE ORGANIZATION**

In rule 88.2(c), the last sentence is changed to: 'Changes to the sailing instructions may be communicated orally, but only if the procedure is stated in the sailing instructions.'

**B7 APPENDIX G – IDENTIFICATION ON SAILS**

**B7.1** Add to rule G1.1(a): 'The insignia shall not refer to anything other than the manufacturer or class and shall not consist of more than two letters and three numbers or an abstract design.'

**B7.2** Rules G1.3(a), G1.3(c), G1.3(d) and G1.3(e) are changed to: 'The class insignia shall be displayed once on each side of the sail in the area above a line projected at right angles from a point on the luff of the sail one third of the distance from the head to the wishbone. The national letters and sail numbers shall be in the central third of the sail above the wishbone and clearly separated from any advertising and shall be placed at different heights on the two sides of the sail, those on the starboard side being uppermost.'



# Appendix C – Match Racing Rules

*Match races shall be sailed under* The Racing Rules of Sailing *as changed by this appendix. Matches shall be umpired unless the notice of race and sailing instructions state otherwise.*

**C1 TERMINOLOGY**

'Competitor' means the skipper, team or boat as appropriate for the event. 'Flight' means two or more matches started in the same starting sequence.

**C2 CHANGES TO THE DEFINITIONS AND THE RULES OF PART 2**

**C2.1** The definition *Finish* is changed to: 'A boat *finishes* when any part of her hull, crew or equipment in normal position, crosses the finishing line in the direction of the course from the last *mark* after completing any penalties. However, when penalties are cancelled under rule C7.2(d) after one or both boats have *finished* each shall be recorded as *finished* when she crossed the line.'

**C2.2** Add to the definition *Proper Course*: 'A boat taking a penalty or manoeuvring to take a penalty is not sailing a *proper course*.'

**C2.3** Change the last sentence of the definition *Clear Ahead* and *Clear Astern; Overlap* to: 'These terms do not apply to boats on opposite *tacks* unless either rule 18 applies or both boats are subject to rule 13.2.'

**C2.4** Rule 13 becomes rule 13.1.

Add new rule 13.2: 'After the foot of the mainsail of a boat sailing downwind crosses the centreline she shall *keep clear* until her mainsail has filled on the other *tack*.'

**C2.5** Rules 16.2 and 17.2 are deleted.

**C2.6** Rule 18.3 is changed to: 'If two boats were on opposite *tacks* and one of them completes a tack within the *two-length zone* to pass a *mark* or *obstruction*, and if thereafter the other boat cannot by luffing avoid becoming *overlapped* inside her, the boat that tacked shall *keep clear* and rules 15 and 18.2 do not apply. If the other boat can by luffing avoid becoming *overlapped* inside her then rule 18.2(c)

shall apply as if the boats were *clear ahead* and *clear astern* at the *two-length zone*.'

**C2.7** When rule 19.1 applies, the following arm signals by the helmsman are required in addition to the hails:
(a) for 'Room to tack', repeatedly and clearly pointing to windward; and
(b) for 'You tack', repeatedly and clearly pointing at the other boat and waving the arm to windward.

**C2.8** In rule 20 the second sentence is changed to: 'A boat taking a penalty shall *keep clear* of one that is not.'

**C2.9** Rule 22.1 is changed to: 'If reasonably possible, a boat not *racing* shall not interfere with a boat that is *racing* or an umpire boat.'

**C2.10** Rule 22.2 is changed to: 'Except when sailing a *proper course*, a boat shall not interfere with a boat taking a penalty or sailing on another leg.'

**C2.11** Add new rule 22.3: 'When boats in different matches meet, any change of course by either boat shall be consistent with complying with a *rule* or trying to win her own match.'

## C3 RACE SIGNALS AND CHANGES TO RELATED RULES

### C3.1 Starting Signals

The signals for starting a match shall be as follows. Times shall be taken from the visual signals; the failure of a sound signal shall be disregarded. If more than one match will be sailed, the starting signal for one match shall be the warning signal for the next match.

| *Time in minutes* | *Visual signal* | *Sound signal* | *Means* |
|---|---|---|---|
| 10 | Flag F displayed | One | Attention |
| 6 | Flag F removed | None | |
| 5 | Numeral pennant displayed* | One | Warning signal |
| 4 | Flag P displayed | One | Preparatory signal |
| 2 | Blue or yellow flag or both displayed** | One** | End of pre-start entry time |
| 0 | Warning and preparatory signals removed | One | Starting signal |





* Within a flight, numeral pennant 1 means Match 1, pennant 2 means Match 2, etc., unless the sailing instructions state otherwise.

** These signals shall be made only if one or both boats fail to comply with rule C4.2. The flag(s) shall be displayed until the umpires have signalled a penalty or for one minute, whichever is earlier.

### C3.2 Changes to Related Rules

(a) Rule 29.1 is changed to: 'When at a boat's starting signal any part of her hull, crew or equipment is on the course side of the starting line or its extensions, she shall sail completely on the pre-start side of the line before *starting*.'

(b) Rule 29.2 is changed to: 'When at her starting signal a boat becomes subject to rule C3.2(a), the race committee shall promptly display a blue or yellow flag or both with one sound signal. Each flag shall be displayed until such boats are completely on the pre-start side of the starting line or its extensions or until two minutes after her starting signal, whichever is earlier.'

(c) When, after her starting signal, a boat sails on the course side of the starting line or its extensions, without having started correctly, the race committee shall promptly display a blue or yellow flag or both. Each flag shall be displayed until such boats are completely on the pre-start side of the starting line or its extensions or until two minutes after her starting signal, whichever is earlier.

(d) In Race Signal AP the last sentence is changed to: 'The attention signal will be made 1 minute after removal unless at that time the race is *postponed* again or *abandoned*.'

(e) In Race Signal N the last sentence is changed to: 'The attention signal will be made 1 minute after removal unless at that time the race is *abandoned* again or *postponed*.'

### C3.3 Finishing Line Signals

The race signal 'Blue flag or shape' shall not be used.

**C4 REQUIREMENTS BEFORE THE START**

**C4.1** At her preparatory signal, each boat shall be outside the line that is at 90° angle to the starting line through the starting *mark* at her assigned end. In the race schedule pairing list, the boat listed on the left-hand side is assigned the port end and shall display a blue flag at her stern while *racing*. The other boat is assigned the starboard end and shall display a yellow flag at her stern while *racing*.

**C4.2** Within the two-minute period following her preparatory signal, a boat shall cross and clear the starting line, the first time from the course side to the pre-start side.

**C5 SIGNALS BY UMPIRES**

(a) A green and white flag with one long sound signal means: 'No penalty.'

(b) A coloured flag identifying a boat with one long sound signal means: 'The identified boat shall take a penalty by complying with rule C7.'

(c) A red flag with or soon after a coloured flag with one long sound signal means: 'The identified boat shall take a penalty by complying with rule C7.3(d).'

(d) A black flag with a coloured flag and one long sound signal means: 'The identified boat is disqualified, and the match is terminated and awarded to the other boat.'

(e) One short sound signal means: 'A penalty is now completed.'

(f) Repetitive short sound signals mean: 'A boat is no longer taking a penalty and the penalty remains.'

(g) A coloured shape displayed from an umpire boat means: 'The identified boat has an outstanding penalty.'

**C6 PROTESTS AND REQUESTS FOR REDRESS BY BOATS**

**C6.1** A boat may protest another boat

(a) under a rule of Part 2, except rule 14, by clearly displaying flag Y immediately after an incident in which she was involved.

(b) under any rule not listed in rule C6.1(a) or C6.2 by clearly displaying a red flag as soon as possible after the incident.





**C6.2** A boat may not protest another boat under:

(a) rule 14, unless damage results;

(b) a rule of Part 2, unless she was involved in the incident;

(c) rule 31 or 42; or

(d) rule C4 or C7.

**C6.3** A boat intending to request redress because of circumstances that arise before she *finishes* or retires shall clearly display a red flag as soon as possible after she becomes aware of those circumstances, but not later than two minutes after *finishing* or retiring.

**C6.4** (a) A boat protesting under rule C6.1(a) shall remove flag Y before or as soon as possible after the umpires' signal.

(b) A boat protesting under rule C6.1(b) or requesting redress under rule C6.3 shall, for her *protest* to be valid, keep her red flag displayed until she has so informed the umpires after *finishing* or retiring.

**C6.5 Umpire Decisions**

After flag Y is displayed, the umpires shall decide whether to penalize any boat. They shall signal their decision in compliance with rule C5(a), (b) or (c).

**C6.6 Protest Committee Decisions**

(a) The protest committee may take evidence in any way it considers appropriate and may communicate its decision orally.

(b) If the protest committee decides that a breach of a *rule* has had no significant effect on the outcome of the match, it may

(1) impose a penalty of one point or part of one point,

(2) order a resail, or

(3) make another arrangement it decides is equitable, which may be to impose no penalty.

(c) The penalty for breaking rule 14 when damage results will be at the discretion of the protest committee, and may include exclusion from further races in the event.

**C7 PENALTY SYSTEM**

**C7.1 Rule Changes**

Rules 31.2 and 44 are deleted.

**C7.2 All Penalties**

(a) A penalized boat may delay taking a penalty within the limitations of rule C7.3 and shall take it as follows:

(1) When on a leg of the course to a windward *mark*, she shall gybe and, as soon as reasonably possible, luff to a close-hauled course.

(2) When on a leg of the course to a leeward *mark* or the finishing line, she shall tack and, as soon as reasonably possible, bear away to a downwind course.

(b) Add to rule 2: 'When *racing*, a boat may wait for an umpire's decision before taking a penalty.'

(c) A boat completes a leg of the course when her bow crosses the extension of the line from the previous *mark* through the *mark* she is rounding, or on the last leg when she *finishes*.

(d) A penalized boat shall not be recorded as having *finished* until she takes her penalty and sails completely to the course side of the line and then *finishes*, unless the penalty is cancelled before or after she crosses the finishing line.

(e) If a boat has one or two outstanding penalties and the other boat in her match is penalized, one penalty for each boat shall be cancelled except that a 'red flag' penalty shall not cancel an outstanding penalty.

(f) If a boat has more than two outstanding penalties, the umpires shall signal her disqualification under rule C5(d).

**C7.3 Penalty Limitations**

(a) A boat taking a penalty that includes a tack shall have the spinnaker head below the main boom gooseneck from the time she passes head to wind until she is on a close-hauled course.

(b) No part of a penalty may be taken within two of a boat's hull lengths of a rounding *mark*.

(c) If a boat has one outstanding penalty, she may take the penalty any time after *starting* and before *finishing*. If a boat has two outstanding penalties, she shall take one of them as soon as reasonably possible, but not before *starting*.





(d) When the umpires display a red flag with or soon after a penalty flag, the penalized boat shall take a penalty as soon as reasonably possible, but not before *starting*. A 'red flag' penalty shall not cancel an outstanding penalty.

**C7.4 Taking and Completing Penalties**

(a) When a boat with an outstanding penalty is on a leg to a windward *mark* and gybes, or is on a leg to a leeward *mark* or the finishing line and passes head to wind, she is taking a penalty.

(b) When a boat taking a penalty either does not take the penalty correctly or does not complete the penalty as soon as reasonably possible, she is no longer taking a penalty. The umpires shall signal this as required by rule C5(f).

(c) The umpire boat for each match shall display coloured shapes, each shape indicating one outstanding penalty. When a boat has taken a penalty, or a penalty has been cancelled, one shape shall be removed. Failure of the umpires to display or remove shapes shall not change the number of penalties outstanding.

**C8 PENALTIES INITIATED BY UMPIRES**

**C8.1 Rule Changes**

(a) Rules 60.2(a) and 60.3(a) do not apply to *rules* for which penalties may be imposed by umpires.

(b) Rule 64.1(b) is changed so that the provision for exonerating a boat may be applied by the umpires without a hearing, and it takes precedence over any conflicting rule of this appendix.

**C8.2** When the umpires decide that a boat has broken rule 31, 42, C4 or C7.3(c) she shall be penalized by signalling her under rule C5(b).

**C8.3** When the umpires decide that a boat has

(a) gained an advantage by breaking a *rule* after allowing for a penalty,

(b) deliberately broken a *rule*, or

(c) committed a breach of sportsmanship,

she shall be penalized under rule C5(b) or C5(d).

**C8.4** If the umpires or protest committee members decide that a boat may have broken a *rule* other than those listed in rule