C6.1(a) or C6.2, they shall so inform the protest committee for its action under rule 60.3 and rule C6.6 when appropriate.

**C8.5** When, after one boat has *started*, the umpires are satisfied that the other boat will not *start*, they may signal under rule C5(d) that the boat that did not *start* is disqualified and the match is terminated.

## C9 REQUESTS FOR REDRESS OR REOPENINGS, APPEALS, OTHER PROCEEDINGS

**C9.1** There shall be no request for redress or an appeal from a decision made under rule C5, C6, C7 or C8. In rule 66 the third sentence is changed to: 'A *party* to the hearing may not ask for a reopening.'

**C9.2** A competitor may not base a request for redress on a claim that an action by an official boat was improper. The protest committee may decide to consider giving redress in such circumstances but only if it believes that an official boat, including an umpire boat, may have seriously interfered with a competing boat.

**C9.3** No proceedings of any kind may be taken in relation to any action or non-action by the umpires, except as permitted in rule C9.2.

## C10 SCORING

**C10.1** The winning competitor of each match scores one point (half of one point each for a dead heat); the loser scores no points.

**C10.2** When a competitor withdraws from part of an event the scores of all completed races shall stand.

**C10.3** When a multiple round robin is terminated with an incomplete round robin, only one point shall be available for all the matches sailed between any two competitors, as follows:

| *Number of matches completed between any two competitors* | *Points for each win* |
|---|---|
| 1 | One point |
| 2 | One-half point |
| 3 | One-third point |
| (etc.) | |





**C10.4** In a round-robin series,

(a) competitors shall be placed in order of their total scores, highest score first;

(b) a competitor who has won a match but is disqualified for breaking *a rule* against a competitor in another match shall lose the point for that match (but the losing competitor shall not be awarded the point); and

(c) the overall position between competitors who have sailed in different groups shall be decided by the highest score.

**C10.5** In a knockout series the sailing instructions shall prescribe the minimum number of points required to win a series between two competitors. When a knockout series is terminated it shall be decided in favour of the competitor with the higher score.

## C11 TIES

### C11.1 Round-Robin Series

A round-robin series means a grouping of competitors who all sail against each other one or more times. Each separate stage identified in the event format shall be a separate round-robin series irrespective of the number of times each competitor sails against each other competitor in that stage.

Ties between two or more competitors in a round-robin series shall be broken by the following methods, in order, until the tie is broken. When the tie is only partially broken, paragraphs (a) to (e) shall be reapplied to the remaining ties. The tie shall be decided in favour of the competitor(s) who

(a) placed in order, has the highest score in the matches between the tied competitors;

(b) when the tie is between two competitors in a multiple round robin, has won the last match between the two competitors;

(c) has the most points against the competitor placed highest in the round-robin series or, if necessary, second highest, and so on until the tie is broken.

When two separate ties have to be resolved but the resolution of each depends upon resolving the other, the

following principles shall be used in the C11.1(c) procedure:

(1) the higher place tie shall be resolved before the lower place tie, and

(2) all the competitors in the lower place tie shall be treated as a single competitor for the purposes of rule C11.1(c).

(d) after applying rule C10.4(c), has the highest place in the different groups, irrespective of the number of competitors in each group.

(e) has the highest place in the most recent stage of the event (fleet race, round robin, etc.).

**C11.2 Knockout Series**

Ties (including 0-0) between two competitors in a knockout series shall be broken by the following methods, in order, until the tie is broken. The tie shall be decided in favour of the competitor who

(a) has the highest place in the most recent round-robin series, applying rule C11.1 if necessary.

(b) has won the most recent match in the event between the tied competitors.

**C11.3** When rule C11.1 or C11.2 does not resolve the tie:

(a) If the tie needs to be resolved for a later stage of the event (or another event for which the event is a direct qualifier), the tie shall be broken by a sail-off when practicable. When the race committee decides a sail-off is not practicable the tie shall be broken by a draw.

(b) To decide the winner of an event, or the overall position between competitors eliminated in one round of a knockout series, a sail-off may be used (but not a draw).

(c) When a tie is not broken any monetary prizes or ranking points for tied places shall be added together and divided equally among the tied competitors.

*Note: A Standard Notice of Race and Standard Sailing Instructions for match racing are available from the ISAF.*



# Appendix D – Team Racing Rules

*Team races shall be sailed under* The Racing Rules of Sailing *as changed by this appendix. If umpires or observers will be used the sailing instructions shall so state.*

**D1 CHANGES TO THE RACING RULES**

**D1.1** The following rules are changed, added or deleted:

(a) Rule 17.2 is changed to: 'Except on a beat to windward, while a boat is less than two of her hull lengths from a *leeward* boat, she shall not sail below her *proper course* unless she gybes.'

(b) Rule 18.4 is deleted.

(c) Add to rule 22.2: 'Except when sailing a *proper course*, a boat shall not interfere with a boat on another leg or lap of the course. For the purpose of this rule, a boat that has *finished* is on a different leg from one that has not.'

(d) Add new rule 22.3: 'When boats in different races meet, any change of course by either boat shall be consistent with complying with a *rule* or trying to win her own race.'

(e) Add to rule 41: 'A boat that receives help from a team-mate does not break this rule.'

**D1.2** The following additional rules apply:

(a) There shall be no penalty for breaking a rule of Part 2 when the incident is between boats in the same team and there is no contact.

(b) A boat damaged by a team-mate boat is not eligible for redress based on that damage.

**D2 INTENTION TO PROTEST; ACKNOWLEDGEMENT OF BREACHES OF RULES**

**D2.1 General**

(a) A boat intending to protest shall hail the other boat immediately and promptly display a red flag.

(b) A boat that, while *racing*, may have broken a rule of Part 2, except rule 14 when the boat has caused damage, or rule D1 may take a penalty as provided by rules 44.1 and 44.2, except that only one turn is required. When an incident occurs at the finishing line or when an umpire's penalty is signalled at or beyond the finishing line, a boat shall not be recorded as having *finished* until she

has completed her penalty and sailed completely to the course side of the line before *finishing*.

(c) When after displaying a red flag a boat is satisfied that the other boat has taken a penalty in compliance with rule D2.1(b) she shall remove her red flag.

(d) A boat that has displayed a red flag and then decides reasonably promptly that she, and not the other boat, was at fault shall immediately remove her flag, take a penalty in compliance with rule D2.1(b), and hail the other boat accordingly.

(e) The sailing instructions may state that rule D2.2(g) applies to all *protests*.

**D2.2 Umpired Races**

Races to be umpired shall be identified either in the sailing instructions or by the display of flag U no later than the warning signal.

(a) When a boat protests under a rule of Part 2, except rule 14, or under rule D1, 31.1, 42 or 44, she is not entitled to a hearing. Instead, when the protested boat fails either to acknowledge breaking a *rule* or to take a penalty in compliance with rule D2.1(b), the protesting boat may display a yellow flag and request a decision by hailing 'Umpire'.

(b) An umpire shall signal a decision as follows:

(1) A green flag or a green and white flag means 'No penalty imposed; incident closed'.

(2) A red flag means 'One or more boats are penalized.' The umpire shall hail or signal to identify each boat to be penalized.

The protesting boat shall then remove her flag.

(c) A boat penalized by an umpire's decision shall make two 360° turns (720°) in compliance with rule 44.2.

(d) When a boat commits a breach of sportsmanship or fails to take a penalty when required by an umpire, or when a boat or her team gains an advantage despite taking a penalty, an umpire may impose one or more 360° turn penalties by displaying a red flag and hailing her accordingly, or report the incident as provided in rule D2.2(e).





(e) When an incident involves reckless sailing, rule 14 when damage may have been caused, rule 28.1 or failure to comply with an umpire's decision, the umpire may report the incident to a protest committee which may further penalize the boat concerned. The umpire shall signal this intention by displaying a black flag and hailing appropriately.

(f) Rules 60.2 and 60.3 do not apply. The protest committee may call a hearing only on receipt of a report from an umpire as provided in rule D2.2(e) or under rule 69.

(g) *Protests* need not be in writing, and the protest committee may take evidence in any way it considers appropriate and may communicate its decision orally.

(h) There shall be no requests for redress or to reopen a hearing or appeals by a boat arising from decisions or actions or non-actions by the umpires. The protest committee may decide to consider giving redress when it believes that an official boat, including an umpire boat, may have seriously interfered with a competing boat.

**D2.3 Races with Observers**

Observers may be appointed by the race committee to observe the racing and give opinions on incidents when requested. If so, rule D2.2 applies except that

(a) a boat need not request an opinion or accept one, in which case any *protest* shall comply with and be decided under the rules of Part 5 as changed by this appendix;

(b) an observer may display a yellow flag to signal that he has no opinion. If a boat then intends to protest she may do so by complying with the rules of Part 5 as changed by this appendix.

## D3 SCORING A RACE

**D3.1** (a) Each boat *finishing* a race, whether or not rules 28.1 and 29.1 have been complied with, shall be scored points equal to her *finishing* place. All other boats shall be scored points equal to the number of boats entitled to *race*.

(b) In addition, a boat's score shall be increased as follows:

| *Rule broken* | *Penalty points* |
|---|---|
| (1) rule 14 when the boat has caused damage, or rule 29.1 | 10 |
| (2) any other *rule* for which a penalty has not been taken | 6 |

However, a boat that breaks rule 28.1 and does not *finish* shall not have the penalty points in (2) above added to her score for this breach when it gained neither her nor her team any advantage. The protest committee may further increase a boat's score when she has broken a *rule* and as a result her team has gained an advantage.

(c) The team with the lowest total points wins. If there is a tie on points, the team having the combination of race scores that does not include a first place wins.

**D3.2** When all boats of one team have *finished* or retired, the race committee may stop the race. The other team's boats shall be scored the points they would have received had they *finished*.

**D3.3** When all the boats of a team fail to *start* in a race, each shall be scored points equal to the number of boats entitled to *race*, and the boats of the other team shall be scored as if they had *finished* in the best positions.

## D4 SCORING A SERIES

**D4.1** A team racing series shall consist of races or matches. A match shall consist of two races between the same two teams. The team with the lower total points for the race or the match wins.

**D4.2** When two or more teams are competing in a series consisting of races or matches, the series winner shall be the team winning the greatest number of races or matches. The other teams shall be ranked in order of number of wins. Tied matches shall count as half a win to each team.

**D4.3** When necessary, ties in a completed series shall be broken using, in order of precedence,

(a) the number of races or matches won when the tied teams met;

(b) the points scored when the tied teams met;





(c) if two teams remain tied, the last race between them;

(d) total points scored in all races against common opponents;

(e) a game of chance.

If a multiple tie is only partially resolved by one of these, then the remaining tie shall be broken by starting again at rule D4.3(a).

**D4.4** If a series is not completed, teams shall be ranked according to the results from completed rounds, and ties shall be broken initially using the results from races or matches between the tied teams in the incomplete round. If no round has been completed, teams shall be ranked in order of their race (or match) win-loss ratios. Thereafter, rule D4.3(a) to D4.3(e) shall be used to break ties.

## D5 BREAKDOWNS WHEN BOATS ARE SUPPLIED BY THE ORGANIZING AUTHORITY

**D5.1** A supplied boat suffering a breakdown shall display a red flag as soon as practicable and, if possible, continue *racing*.

**D5.2** When the race committee decides that the boat's finishing position was made significantly worse, that the breakdown was not the fault of the crew, and that in the same circumstances a reasonably competent crew would not have been able to avoid the breakdown, it shall make as equitable a decision as possible, which may be to order the race to be resailed or, when the boat's finishing position was predictable, award her points for that position. In case of doubt about her position when she broke down, the doubt shall be resolved against her.

**D5.3** A breakdown caused by defective supplied equipment or a breach of a *rule* by an opponent shall not normally be determined to be the fault of the crew, but one caused by careless handling, capsizing or a breach by a boat of the same team shall be. Any doubt about the fault of the crew shall be resolved in the boat's favour.

# Appendix E – Radio-Controlled Boat Racing Rules

*Races for radio-controlled boats shall be sailed under The Racing Rules of Sailing as changed by this appendix.*

**E1 TERMINOLOGY, RACE SIGNALS, DEFINITIONS AND FUNDAMENTAL RULES**

**E1.1 Terminology**

'Boat' means a boat that is radio-controlled by a competitor who is not on board. For 'race' used as a noun outside this appendix and Appendix A read 'heat'. Within this appendix, a race consists of one or more heats, and is completed when the last heat in the race is finished. An 'event' consists of one or more races. A 'series' consists of a specified number of races or events.

**E1.2 Race Signals**

Race Signals do not apply. All signals shall be given orally or by other sounds described in this appendix.

**E1.3 Definitions**

(a) Add to the definition *Interested Party* 'but not a competitor when acting as an observer'.

(b) In the definition *Two-Length Zone* change '*Two*' to '*Four*'.

**E1.4 Personal Buoyancy**

Rule 1.2 is replaced with 'When on board a rescue vessel, each competitor shall be responsible for wearing personal buoyancy adequate for the conditions.'

**E1.5 Aerials**

Transmitter aerial extremities shall be adequately protected. When a protest committee finds that a competitor has broken this rule it shall either warn him and give him time to comply or penalize him.

**E2 PART 2 – WHEN BOATS MEET**

Rule 21 is replaced with:

**CAPSIZED OR ENTANGLED**

If possible, a boat shall avoid a boat that is capsized or entangled, or has not regained control after capsizing or entanglement. A boat is capsized when her masthead is in the





water. Two or more boats are entangled when lying together for a period of time so that no boat is capable of manoeuvring to break free of the other(s).

**E3 PART 3 – CONDUCT OF A RACE**

**E3.1 Races With Observers**

The race committee may appoint race observers, who may be competitors. They shall remain in the control area, while boats are *racing* and they shall hail and repeat the identity of boats that contact a *mark* or another boat. Such hails shall be made from the control area. Observers shall report all unresolved incidents to the race committee at the end of the heat.

**E3.2 Course Board**

Rule J2.1(3) does not apply. A course board showing the course and the limits of the control area and launching area(s) shall be located next to or within the control area with information clearly visible to competitors while *racing*.

**E3.3 Control and Launching Areas**

The control and launching area(s) shall be defined by the sailing instructions. Competitors *racing* shall remain in the control area while a heat is in progress, except that competitors may briefly go to and return from the launching area to perform functions permitted in rule E4.5. Competitors not *racing* shall remain outside the control and launching areas except when offering assistance under rule E4.2 or when acting as race observers.

**E3.4 Non-applicable Rules**

The second sentence of rule 25 and all of rule 33 do not apply.

**E3.5 Starting Races**

Rule 26 is replaced with:

'Audible signals for starting a heat shall be at one-minute intervals and shall be a warning signal, a preparatory signal and a starting signal. During the minute before the starting signal, verbal signals shall be made at ten-second intervals, and during the final ten seconds at one-second intervals. The start shall be at the beginning of the starting signal.'