# Protest Form

## US SAILING PROTEST FORM

www.ussailing.org

also for requests for redress and reopening

Date & time received ____
Received by ____ Number ____

**Fill in and check as appropriate**

1. EVENT ____ Organizing authority ____ Date ____ Race No. ____
2. TYPE OF HEARING
   - ☐ Protest by boat against boat
   - ☐ Protest by race committee against boat
   - ☐ Protest by protest committee against boat
   - ☐ Request for redress by boat or race committee
   - ☐ Consideration of redress by protest committee
   - ☐ Request by boat or race committee to reopen hearing
   - ☐ Consideration of reopening by protest committee
3. BOAT PROTESTING, OR REQUESTING REDRESS OR REOPENING
   Class ____ Sail no. ____ Boat's name ____ Tel. ____
   Represented by ____ Address ____
4. BOAT(S) PROTESTED OR BEING CONSIDERED FOR REDRESS
   Class ____ Sail no. ____ Boat's name ____
5. INCIDENT
   Time and place of incident ____ Rule(s) alleged to have been broken ____
   Witness(es) ____
6. INFORMING PROTESTEE How did you inform the protestee of your intention to protest?
   - ☐ By hailing When? ____ Word(s) used ____
   - ☐ By displaying a red flag When? ____
   - ☐ By informing her in some other way Give details ____
7. DESCRIPTION OF INCIDENT
   (use another sheet if necessary)

Diagram: one square = one hull length
Show position of boats, wind and current direction, marks.

126

### THIS SIDE FOR PROTEST COMMITTEE USE

*Fill in and check as appropriate*

Number ____
Heard together with numbers ____

☐ Withdrawal requested, signed ____ ☐ Withdrawal permitted

Protest time limit ____

Protest or request for redress or reopening ☐ is within time limit ☐ Time limit extended.

Protestor, or party requesting redress or reopening, represented by ____

Other party, or boat being considered for redress, represented by ____

Names of witnesses ____

Interpreters ____ **Remarks**

| | | |
|---|---|---|
| Objection about interested party | ☐ | |
| Written protest or request identifies incident | ☐ | |
| Protest hailed at first reasonable opportunity | ☐ | |
| No hail needed, protestee informed at first reasonable opportunity | ☐ | |
| Red flag conspicuously displayed at first reasonable opportunity | ☐ | |
| Red flag seen by race committee at finish | ☐ | |

Protest or request valid, hearing will continue ☐ Protest or request invalid, hearing is closed ☐

FACTS FOUND

☐ Diagram of boat ____ is endorsed by committee. ☐ Committee's diagram is attached.

CONCLUSIONS AND RULES THAT APPLY

DECISION

*Protest* ☐ Is dismissed.
Boat(s) ____ ☐ is (are) disqualified.
☐ is (are) penalized as follows ____

*Redress* ☐ Is not given. ☐ is given as follows ____

*Request to reopen a hearing* ☐ is denied. ☐ is granted.

PROTEST COMMITTEE

Members ____

Chairman's signature ____ Date and time ____

127

# Index

Index entries contain references to rule numbers, appendices, and sections of the rule book (for example, Introduction, Race Signals). Italics indicate defined words. Defined words whose text includes a primary index word appear in italics at the end of the primary word entry. Appendices J, K, 1, 2 and 3 are not indexed in detail. *US SAILING prescriptions are not included in the Index.*


*Abandon*: Race Signals, 27.3, 32, 35, 64.2, C3.2(d)(e), E3.10, N3, *postpone, racing*
acceptance of the *rules*: 3
advantage gained by breaking rule: 44.1, C8.3(a), D2.2(d), D3.1(b)
advantage gained by touching *mark*: 31.2
advertising: introduction, 76.1, 79, B7.2, J.1.2(1), J2.2(1), Appendix 1
aground: 21, 42.3(d), E4.2(b)
allegations of gross misconduct (See misconduct)
anchor, anchored, anchoring: 21, 45
anchor line of *mark*: 18.1(a), 19.2, *mark*
Anti-Doping Code, ISAF: Introduction, Appendix 3
appeal, comments on to national authority: F6
appeal, no right of: 70.4, C9.1, D2.2(h)
appeal, right of: 3(b), 70
appeal (measurement), intent to, and further competition: 64.3(c)
appeal decisions: 71
appeal of international jury decision: M1.7
appeal procedures: 3(b), 70.5, F preamble, F1-F7, L6
arm signals: C2.7
attention signal: C3.2(d)(e)
avoid(ing) contact: 14, 18.3(a)

Backing a sail: 20, B2.1
bail out: 45
ballast: 51, E4.7(a)
banned substances, methods: 5, Appendix 3
beat to windward: 17.2, 18.1(b), 42.3(b), D1.1(a)
Black Flag rule (30.3), black flag: Race Signals, 26, 27.2, 30.3, 36, 63.1, 80, 88.3(b), A5, A11, C5(d), D2.2(e) E3.6
boat owner: 2, 3, 69.1(c), 69.2(c), 78.1, E6, G1.1(c)
Bonus Point System, scoring: 88.3, A4
boom: 50.3, C7.3(a)
bowsprit: 50.3(a)
breach of, breaking a rule: Sportsmanship and the Rules, 5, 36, 44.1, 60.1, 63.3(a), 64.1, 68, 69.1(a), 69.2(a), 88.3(b), C6.6(b), C8.3(c), D2.2(d), D3.1(b), D5.3, E5.1, E5.7, L5.3, *protest*
breakdowns: D5

Capsize, capsized: 21, B1, B2.2, D5.3, E2
centreboard adjustment for propulsion: 42.2(b)
certificate (See measurement, rating certificate)
change, changing course: 16, 18.2(d), 19, *keep clear, obstruction*
change of course by race committee: Race Signals, 33
changes to rules (See rules, changes to)
changes to sailing instructions (See sailing instructions, changes to)
changing trim or stability: 51
class, international: 76.2, G1
class association: 76.2, 87.1(d), G1.1(c), G2
class flag: Race Signals, 26
class insignia: 77, B7, G1.1(a), G1.3, G2
class rules: Introduction, *rule*
class rules, changes to, in sailing instructions: J2.2(7)
class rules, clothing and equipment: 43.1(b)
class rules, complying with: 78
class rules, measurement protests: 64.3(a)
class rules, sail identification: G
class rules and racing rule changes: Introduction, 86.1(c), G5
class rules and safety: 1.2, 49.2
*clear ahead, clear astern*: 12, 17.1, 17.2, 18.2(b)(c), 18.5, C2.3, C2.6
close-hauled boat: 19.1
close-hauled course: 13, 18.3(a), C7.2(a), C7.3(a)
clothing and equipment: 43, H
collision: 41, 42.3(d)
conduct of a race: 25-36, 85, 88.1, B3, E3, M2.3(b)
conflicting rules (See rules, conflicting)
contact: 14, D1.2(a), E3.1, *keep clear*
costs, measurement *protest*: 64.3(d)
course, changing: 16, 18.2(d), 19.1, C2.11, D1.1(d), *keep clear, obstruction*
course, proper (See *proper course*)
course, sailing the: 28, 32.1, 35
course board: E3.2
course change by race committee: Race Signals, 32, 33, E3.10
crew and movement of body: 42.2, 42.3
crew at *finish, start*: 29.1, 30, C2.1, C3.2
crew position: 49

Damage: 14(b), 62.1(b), C6, D1.2(b), D2, D3.1(b), E5.9
damage, serious: 44.1, 60.4, 63.5
damages, financial: 68
danger: 1.1, 21, 42.3(c), 47.2
decision to race: 4
diagram of incident: 65.2, F2.2, L3.3
disciplinary action: 62.1(d), 69.2(a)
disqualification, measurement: 64.3(c)
disqualification and scoring: 2, 67, A4.2, A6, A9, A11, C5(d), C7.2(f), C8.5, C10.4(b)
disqualification of *party* to a *protest*: 64.1(a)
disqualification without hearing: 30.3, 67, N2.1, N2.3
downwind: C2.4, C7.2(a), *leeward and windward*
drugs, banned substances: 5, Appendix 3
dry suit: 40

Eligibility, suspension of, questions: 69.2, 69.3, M2.2(a), Appendix 2
Eligibility Code, ISAF: Introduction, Appendix 2
English, use of, in prescriptions: 88.2(b)
entry, qualification to race: 75-80
equipment: 1.2, 43, D5.3, E4.5(c), M2.2; *clear astern* and *clear ahead*, *finish*, *start*
equipment and class rules: 78.3
equipment and crew limitations: 47
Equipment Rules of Sailing: J1.1(3), J2.1(2)
equipment weighing: 43, H1, H3
error by race committee, protest committee: 29.3, 32.1(a), 62.1(a), 66
error in starting, sailing course: 20, 28.1, 29.2, 32.1(a), *finish*
evidence: 63.3(a), 63.5, 63.6, 64.2, 69.1(d), L3.2

evidence, new and significant: 66, F5, L3.1, L4
excluded scores (See scoring and excluded races)
exclusion of boat or competitor: 69.1(b), 76, C6.6(c), E5.8(a)
exoneration: 64.1(b), C8.1(b), E5.8

Facts found: 63.6, 65.1, 70.1, 71.3, E5.7, F5, L3.3, M1.4(b)
fair play: 2
fair sailing: 2
fairness of competition: 32.1(e), M2.1
fairness of redress decision: 64.2
*finish*: Race Signals, 28.1, 31, A3, C2.1, D1.1(c), D3.2, E1.1, *proper course*, *racing*
finishing line: Race Signals, 28.1, 44.3, C3.3, D2.1(b), E3.7, *finish*, *mark*, *racing*
finishing *mark*: Race Signals, 31.1, 31.2, *racing*
finishing times, adjustment: 64.2
flags (See race signals, starting signals, Black Flag rule, red flag)
floorboards: 51
fog signals: 48
footwear: 43.1(b)
forestays and headsail tacks: 54
*four-length zone*: E1.3

General recall (See recall)
government rules: Part 2 preamble, 48, J2.2(3)
gross misconduct rule (See misconduct)
gybe, gybing: 17.2, 18 preamble, 18.4, 42.2(e), 42.3(a), 50.2, D1.1(a)

Hail, come within: Race Signals
hail, out of radio control: E4.9
hail and arm signal: C2.7
hail and time to respond: 19.1

hail by race, protest committee: E3.8, E3.9, N1
hail for *room*: 19.1
hail in protesting: 61.1(a), D2.1(a), D2.2, E3.1, E5.2, L3.1
hailing distance, beyond: 61.1(a)
harness: 43.1(b)
hauling out: 45
head to wind: 13, 18.2(c), C7.3(a), *leeward* and *windward*
headsail: 50, 54, G1.1
hearing, correcting details at: 61.2
hearing, dissatisfaction with jury panel: M1.4(b)
hearing, not entitled to: D2.2(a)
hearing, penalty without: 30.2, 30.3, 63.1, 67, A5, N2
hearing, reopening: 63.3(b), 66, 71.2, C9.1, D2.2(h), E5.10, F5, L4
hearing, requirement for: 63.1
hearing, right to be present: 63.3, E5.6
hearing, umpired races: D2.2(f)
hearing and rule 42: 67
hearing and rule 69: 69
hearing procedures, recommendations: L
hearings and decisions: 61.1(c), 63-68, 71.2, C6.6, L3.4, *party* (See also redress)
hiking harness, straps: 43.1(b), 49.1
hiking straps: 49.1
hull appendages: 52
hull lengths, within two: 17.1, 17.2, 61.1(a), C7.3(a), D1.1(a), *two-length zone*

Identification on sails: 77, B7, E6, G
illness, injury: 41, 47.2, 60.4, 63.5, M1.5
in writing, appeal decision: 71.4
in writing, gross misconduct allegation: 69.1(a)
in writing, measurement issues, 43.1(c), 64.3(c), 78.3

in writing, *protest*, *protest* decisions: 61.2, 65.2, D2.2(g)
in writing, redress request: 62.2, E5.5(b)
in writing, sailing instructions changes: 88.2(a)
individual recall (See recall)
informing competitor, rule 42 disqualification: 67
informing competitor, rule 69 hearing: 69.1(a)
informing national authorities: 69.3, L5.5
informing *parties* to a hearing: 65, F4, L1, L3.5
informing protest committee: C8.4
informing protestee: 61.1, E5.2
informing race committee, scoring penalty: 44.3(a)
informing umpires: C6.4(b)
injury, serious: 60.4, 63.5
inside boat: 18 preamble, 18.2
inside *overlap*: 18.4, 18.5
*interested party*: 60.2(a), 60.3(a), 63.4, E1.3, M3.3, L2
interfere, interfering: 22, C2.9, C2.10, C9.2, D1.1(c), D2.2(h)
international class: 76.2, G1
international event: 88.2(b)
International Judge: 70.4(c), M1.2, M1.4
international jury, appeal of decisions: 70.4, M1.7
international jury, composition, appointment, organization, procedures, responsibilities: 70.4(c), 87.2, 89(c), M1, M2
international jury panel: M3.4
International Regulations for Preventing Collisions at Sea: Part 2 preamble, 48, J2.2(3)
International Sailing Federation (See ISAF)
interpretation of *rule*, request for: 70.3, F2.4
ISAF: Introduction

ISAF Advertising Code: Introduction, Appendix 1
ISAF Anti-Doping Code: Introduction, Appendix 3
ISAF Council: Appendices Section II preamble
ISAF Eligibility Code: Introduction, Appendix 2
ISAF Executive Committee: 69.3
ISAF regulations: introduction, 5, 87.2, 89(c), Appendices Section II preamble

Jury: 87.2, 89(b), M (See also international jury)

*Keep clear*: Part 2 Section A preamble, 10-17, 18.2, 18.5, 20, 62.1(b), C2.8, E5.5(a), *obstruction*
knockout series: C10.5, C11.2, C11.3

*Leeward* and *windward*: 11, 17.1, 17.2, C7.2(a), C7.4(a), D1.1(a), *keep clear*
life-jacket (personal buoyancy): Race Signals, 1.2, 27.1, 40, E1.4
lifelines: 49.2
life-saving equipment: 1.2
line (See finishing line, starting line)
Low Point System, scoring: 88.3, A4

Mainsail: 50.1, *leeward* and *windward*
manual power: 52
*mark*: *finish*, *two-length zone*, *racing*
*mark*, approaching, fetching, tacking, gybing at: 18.3, 18.4
*mark*, missing or out of position: Race Signals, 32.1(d), 34
*mark*, required side and correct order: 28
*mark*, rounding, passing: 18.1, 18.2, 28.1, C7.2(c)
*mark*, starting: 27.2, 28.2, 31.1, C4.1
*mark*, touching, holding: 31, 44.4(a), B3

*mark* and change of course signal: 33
*mark* and penalty: 31.2, C7.3(b)
match racing rules: C
measurement, rating certificates: 78, B5, M2.2(a)
measurement *protests*, decisions: 64.3, 65.3, 78.3
measurement rule, doubt about: 64.3(b)
measurer and class rules: 78.3
misconduct, gross: 36, 60.2(c), 62.1(d), 69, 86.1(a), D2.2(f), L5, N2.3, *party*
moorings: 45
movable ballast: 51, E4.7
moving astern: 20, B2.1

National authority: Introduction, 66, 68, 69.2, 69.3, 70, 71, 75.1, 86, 87, 88.2(b), 89(c), B5, F preamble, F, M1, *rule*
national authority and rule changes: 86.1(a), 86.2
navigable water: 18.1(a), 19.2, *mark*
normal position: B2.2, C2.1, *clear astern* and *clear ahead*, *finish*
not *racing* and rules (See *racing*, not)
notice board: 88.2(c), M1.6
notice of race: 70.4, 87.2, C preamble, F2.2(d), G3, J1, *rule*
notice to competitors: Race Signals
number of races, scoring: A1

Observer(s): 67, D preamble, D2.3, E3.1, N1
*obstruction*: 18 preamble, 18, 19, C2.6, E4.9, *two-length zone*
Offshore Racing Council (ORC): 76.2
Olympic Movement Anti-Doping Code: 5, Appendix 3
ooching: 42.2(c)
opposite *tack* (See *tack*, opposite)
ORC (Offshore Racing Council): 76.2
organizing authority: 63.7, 69.1(e), 75.1, 76.1, 87.1, 87.2, 88.1, 89, D5, L2, M1.1, M2
organizing authority, duties of: 85, 87
outrigger: 50.3
outside boat: 18 preamble, 18.2
outside help: 1.1, 21, 41, 42.3(c), 47.2, D1.1(e), E4.2
*overlap, overlapped*: 11, 17.1, 18.2, 18.3(b), 18.4, 18.5, C2.6, *keep clear*, *leeward* and *windward*
*overlap*, broken: 18.2(b)
*overlap*, reasonable doubt: 18.2(e)
*overlapped*, not: 12, 18.2(c)
owner (See boat owner)

*Party* to a hearing: 61.1(c), 63, 64.1(a), 65, 66, C9.1, F2.2(f), F4, M1.4(b)
*party* to a hearing and appeal: 70.1, 71.3, 71.4, F6
penalized boat and scoring: 30.2, 44.1, 44.3
penalty: Sportsmanship and the Rules, 2, 30, 31.2, 44, 64.1, C7.2, G4, *finish*, *party*
penalty, acceptance of: 3(b)
penalty, cancelled: C2.1, C7.2(d)(e), C7.3(d), N3
penalty, informing of, reporting: 65.1, 69.1(c), 69.2(c), 69.3, 71.4
penalty, limits on: 44.4, C7.3
penalty, no: Part 2 preamble, 14(b), 36, 64.3(a), C5(a), D1.2(a), D2.2(b)
penalty, scoring: 30.2, 44.1, 44.3
penalty, starting: 30, E3.6
penalty, taking and completing: Sportsmanship and the Rules, C2.1, C2.2, C7.2(a), C7.4(a)
penalty, umpired event: C8
penalty and exoneration: 64.1, C8.1(b), E.5.8
penalty and fair sailing rule: 2







penalty and measurement: 64.3(a), 64.3(c), 65.3
penalty and *party* to a hearing: 71.3
penalty and rule 69: 69.1
penalty and rules of Part 2: 44
penalty signals: C5
penalty turns: 20, 22.2, 31.2, 44.1, 44.2, B4.3, C2.8, C2.10, C7.2(a), D2.1(b), D2.2(c)(d), E4.4, E5.8, N2.1
penalty turns (720°): 44.1, 44.2, N2.1
penalty without hearing: 30.2, 30.3, 63.1, 67, A5, N2
personal buoyancy: Race Signals, 1.2, 27.1, 40, E1.4
photographic evidence: L7
planing: 42.3(b)
*port-tack* boat *keeping clear*: 10, 16.2
positive buoyancy, harness: 43.1(b)
*postpone*: Race Signals, 27.3, C3.2(d)(e), *racing*
*postponed* race and penalty rule: 30.2, 30.3, N3
precedence when rules conflict: Introduction, Part 2 Section C preamble, C8.1(b)
preparatory signal: Race Signals, 26, 27.2, 30, 45, 47.1, C3.1, C4, E3.5, E4.5, *racing*
prescriptions: Introduction, 68, 86, 88.2(b), F-H-M preambles, *rule*
prescriptions and changes to appendices: F-H-M preambles
prescriptions in sailing instructions, notice of race: 88.2(b), J2.2(5)(6)
prizes: A7, C11.3(c)
prohibited actions, propulsion: 42.2, E4.3
*proper course*: 17.2, 18.1(b), 18.4, C2.2, C2.10, D1.1(a)(c)
propulsion: 42, 42.3(c), B4.1, E4.3
propulsion (42) and penalty without hearing: 67, N2
*protest* (noun): 60-71
protest, informing protestee: 61.1, E5.2, L1
protest, intending to: D2
*protest*, measurement: 43.1(c), 64.3, 65.3, 78.3, L2
protest, no right to: 60.1(a), C6.2
*protest*, not grounds for: 5
protest, right to: 60, C6.1, E5
*protest*, time limit (See time limit, *protest*)
*protest*, validity of: 60.2(a), 60.3(a), 61.1(c), 63.5, 71.2
*protest*, withdrawing: 63.1
*protest* between boats in different races: 63.7, L2
*protest* by protest or race committee: 43.1(c), 60.2(a), 60.3(a), 60.4, 61.1(b)(c), 78.3, N2.3
protest committee, appointment, duties, rights of: 60.3, 63.6, 85, 89, L preamble, *abandon*, *interested party*, *protest*
protest committee, recommendations for: L
protest committee and appeals: 70, 71
protest committee and rule 42: N1
protest committee decisions (See hearings and decisions)
protest committee request for confirmation, correction of decision: 70.2, F1, F2.3
*protest* contents: 61.2
protest form: Contents page
protestee, protestor: 61.1, 61.2(a)(c)(d), 63.1, L3.2, *party* (See also *party* to a hearing)
protests, redress, hearings, misconduct and appeals: 60-71, L
pumping: 42.2(a)

Qualification to race: 75, B5

Race, conduct of: 25-36, 88.1
*race*, decision to: 4
race, entry and qualifications: 75-80

*race*, intention to: Part 2 preamble
race, rescheduled: 80
race committee: Introduction, Race Signals, *abandon*, *mark*, *party*, *protest*, *racing*
race committee, appointment of, responsibilities: 87.2, 88, 89
race committee, improper action or omission by, and redress: 62.1(a)
race committee and rule 42: N3
race committee and rule 69: 60.2(c), 69.1(e)
race committee right to protest, appeal: 43.1(c), 60.2, 70.1(b)
race office, delivery of *protests* to: 61.3, 63.1
race officials, appointment of: 87.2, 89(c), M1
race organization: 85-89
race signals: Race Signals, 25-36, C3, E1.2, E3.5, *rule*
*racing*, Introduction, 4, Part 2 preamble, 22.1, 31.1, 44.1, 61.1(a), 62.1(b), 64.1(c), B4, C2.9, C4.1, C7.2(b), D2.1(b), D5.1, E3.1, E3.2, E3.3, E4.2(a)(b), E5.5, N1, *obstruction*
*racing*, not: Part 2 preamble, 22.1, 62.1(b), 64.1(c), C2.9, E3.3, E4.2(b), E5.5
racing area: Part 2 preamble, 61.1, E5.2
*racing* without certificate: 78.2
radio-controlled boat racing rules: E
recall: Race Signals, 26, *racing*
recall, general: 29.3, 30.3, E3.9, N3, *racing*
recall, individual: 29.2, E3.8
recover, recovering: B2.2, E4.5(b)
red flag: 61.1(a), C5(c), C6.3, C7.2(e), C6.1(b), C6.4(b), C7.3(d), D2.1(a)(c)(d), D2.2(b)(d), L3.1
red flag, breakdown: D5.1
red flag, no: 61.1(a), 62.2
red flag, redress: C6.3, C6.4(b)
redress, appeal: F2.2(a)
redress, hearings and decisions: 63.1, 64.2, 65.1, L3.4
redress, no: C9, D1.2(b), D2.2(h)
redress, requesting: 62, C6.3, C9.2, D2.2(h), E5.5, L3.2, *party*
redress, requirements for: 62, C6.4
redress, scoring: 64.2, A6, A10
redress, time limits: 62.2
repairs: 45, E5.9
representative: 61.2(d), 63.3(a), L2
resail, restart: 30.2, 30.3, 36, C6.6(b), D5.2, *abandon*
rescheduled races: 30.2, 30.3, 80
rescue, rescuing: 21
responsibility, personal: 1.2, 4, E1.4
retire: Sportsmanship and the Rules, 31.2, 44.1, 44.4(b), A5, A6, A9, C6.3, C10.2, D3.2, E4.9, E5.4, *racing*
right of way: Part 2 Section A
right of way, acquiring: 15
right of way and avoiding contact: 14
right-of-way boat: Part 2 Section A preamble, 16.1, 18.2(a), 18.4
rocking, rolling: 42.2(b), 42.3(a)
*room*: 14, 15, 16, 18 preamble, 18.2, 18.3(b), 18.5, *obstruction*
*room*, hail for: 19.1
*room*, not entitled to: 18.2(b)(c), 18.5
*room* to tack or gybe: 18 preamble, 19, C2.7
round-an-end rule, starting penalty: Race Signals, 20, 27.2, 29.2, 30.1, *start*
round-robin series: C10, C11
rounding a *mark*: 18
*rule*: Sportsmanship and the Rules, 3, 36, 64.1, 65.1, 68, 69.2, 70.1, 70.3, 71.3, 78.2, 85, 88.1, C2.11, C6.6, C8.1, C8.3, C8.4, C10.4, D1.1, D2.2, D3.1, D5.3, F1.2, F2.1, F2.4, J1.1, J1.2, L introduction, L3.2, L4, L5.3, *protest*, *rule*
rule 42, immediate penalties for breaking: N
*rule* interpretation, request for: 70.3, F1.2, F2.4
rules, breaking (See breach)
rules, changes to: Introduction, 86, 88.2(c), B-C-D-E-F preambles, G5, Appendices Section II preamble
rules, conflicting: Introduction, Part 2 Section A and Section C preambles
rules, testing proposed: 86.2
Safety: 1, 19.1, 21, 32.1(e), 40, 42.3(c), 48, J2.2(13)
sail, changing, setting and sheeting: 50, 54
sail, reef: 45, E4.5(c)
sail identification, numbers, advertising: 77, B7, E6, G, Appendix 1
sail measurements: G1.1
sail substitutions: M2.2(b)
sailboard racing rules: B
sailing instructions: Introduction, Part 2 preamble, 88.2, J1, K, *mark*, *obstruction*, *rule*
sailing instructions, changes to: 25, 88.2(c), M2.3
sailing instructions and rule changes: Introduction, Part 2 preamble, 86.1(b)
sailing instructions and scoring: A1, A2
Sailing Instructions Guide: Appendix K
same *tack* (See *tack*, same)
scoring: 88.3, A, C10, D3, D4
scoring, abbreviations: A11
scoring, redress: 64.2, A6, A10
scoring, team racing: D3, D4, D5
scoring, ties: A7, A8, C11, D3.1(c), D4.2, D4.3
scoring and excluded races: 2, 30.3, 67, 88.3(b), A2
scoring and time limit: 35
scoring penalty: 30.2, 44.1, 44.3
scoring systems (Bonus Point, Low Point): 88.3, A4
sculling: 42.2(d)
seamanship: 42.1, *room*
720° turns (See penalty turns (720°))
sheet: 42.3(b), 50.3(a)
short course: 27.1
shortening the course: Race Signals, 32, 33, E3.10
signals, attention: C3.2(d)(e)
signals, arm: C2.7
signals, sound, failure of: 26, C3.1
signals, verbal: E3.5
signals, visual and sound: Race Signals, 25, 26, C3.1, C3.2(b), C5(f), E3.5, E3.9, N1
signals by umpires: C5
spinnaker: 50.4, C7.3
spinnaker pole: 50.2, 50.3(b)(2)
spinnaker staysail: 54
sportsmanship: Sportsmanship and the Rules, 2, 69.1(a), 69.2(a), C8.3(c), D2.2(d)
stability, changing: 51
standing rigging: 52
*starboard-tack* boat: 10, 16.2
*start*: 18.1(a), 19.2, 28.1, 29.1, 31.1, *postpone*
start, before the: Race Signals, 27, 76.1, C4, E3.5
*start*, did not: C8.5, D3.3
start, new: 29.3, 36, E3.9 (See also resail, restart)
starting area: Race Signals, A9, A11
starting errors: 20, 29.3
starting line: 20, 28, 29, 30, B2.2, C3.2, E3.7, *mark*, *start*
starting *mark*: 18.1(a), 19.2, 27.2, 28.2, 31.1
starting *mark*, holding: B3
starting *mark*, moving: 27.2
starting races: 26

starting penalties: 30
starting procedure, error in: 29.3, 32.1(a)
starting signal(s), systems: Race Signals, 16.2, 20, 25-30, A3, C3.1, C3.2, E3.5, E3.9, *proper course*, *start*
string representing wake (sailing the course): 28.1
surfing: 42.3(b)
swim: 47.2

*Tack* (noun): *clear astern* and *clear ahead*, *keep clear*, *leeward* and *windward*
*tack*, opposite: 10, 16.2, 18.1(b), 18.3, C2.3, C2.6, *clear astern and clear ahead*; *overlap*
tack, room to: 19, C2.7
*tack*, same: 11, 12, 17.1, 19.1, *keep clear*, *leeward and windward*
*tack*, *starboard* or *port*: 10
tack, tacking: 13, 18 preamble, 18.3, 19.1
tacking and propulsion: 42.2(e), 42.3(a)
team racing rules: D
360° turns (See penalty turns)
ties, scoring (See scoring, ties)
time limit, appeals: F2.1, F6
time limit, extensions: 61.3, 62.2, L3.1
time limit, *finish*: 32.1(c), 35
time limit, in request for *protest* decision: 65.2
time limit, in request for redress: 62.2, C6.3, E5.5(b)
time limit, posting sailing instructions: 88.2(c)
time limit, protest: 44.3(a), 61.1(b), 61.3, E5.3, M1.4
time limit, race: 32.1(c), 35
time limit, reopening a hearing: 66, E5.10, F2.1
time to respond: 19.1
touching, holding a *mark*: 31, 44.4(a), B3
trapeze harness: 43.1(b)
tribunal or court: 3(c)
trim: 42.1, 50.1, 51
turns (See penalty turns)
20% starting penalty rule: Race Signals, 30.2, 36, 63.1, A4.2, A5, A11, E3.6
*two-length zone*: 18.2(b)(c), 18.3, C2.6

Umpire, umpire decisions: 87.2, C preamble, C6.5, C6.6, C7.2(b), D preamble, D2.2
upholding decision: 71.2

Validity of measurement or rating certificate: 78
validity of *protest*: 60.2(a), 60.3(a), 61.1(c), 63.5, 71.2, C6.4(b), L3.1

Warning signal: Race Signals, 26, 27.1, 29.3, 40, 88.2(c), C3.1, E3.5, E3.9
water tanks: 51
waterstarting: B1
weight of, weighing clothing and equipment: 43.1, H
wet suit: 40
whisker pole: 50.2, 50.3(b)(2)
wind and propulsion: 42.1, 42.2(e), 42.3(b)
windward, beat to: 17.2, 18.1(b), 42.3(b), D1.1(a)
*windward* boat: 11, 17.1, *keep clear*
witness: 60.1(a), 63.3(a), 63.4, 63.6, L3.1, L3.2

*Zone* (See *two-length zone*, *four-length zone*)





# Start here:

www.**ussailing**.org

*Looking for a race or the tools to run one? US SAILING can help. Check out US SAILING's national listings of regattas, championships, USA Junior Olympic Sailing Festivals, and special events. You can also access Portsmouth Yardstick Numbers, PHRF, IMS, competitor eligibility, as well as all the latest race management and training information.*

*For membership information, call 800 US SAIL-1.*

*Join us* ***online*** *today!*



US SAILING.