# EXHIBIT B

06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

AFFIDAVIT

I, Robert Conner, on oath depose and say as follows:

1. My address is 157 Harrison Avenue, Newport, RI.

2. I served as chairman of the Protest Committee for the 2002 New York Yacht Club Race Week held at Newport, RI.

3. The other Protest Committee members were John Osmand and John Bonds.

4. On July 14, 2002 the Protest Committee received and heard a protest brought by the boat Sforzando against the boat Sirena. A true and accurate copy of the Protest Form is attached as Exhibit 1. A copy of the Committee decision is attached as Exhibit 2.

5. The Protest Committee conducted the hearing in accordance with the International Sailing Federation Racing Rules of Sailing and the U.S. Sailing prescriptions to those rules.

6. At the hearing, William Tripp was not the representative of Sirena. Steven Loeb was.

7. William Tripp was called into the Protest Committee hearing as a witness and was present at the hearing only during his testimony.

Robert Conner

ROBERT CONNER

Subscribed and sworn to before me this 20th day of April, 2007.

Michael S. Kiernan

Notary Public

# EXHIBIT 1

781-929-1824 cell
Bill - 203-434-2337 cell

#6
4:00 pm
7/14
PAS

US SAILING.

# PROTEST FORM *please use black ink*

**EVENT** Organizing authority: NYYC RACE WEEK | Date: 7/14 | Race number: 3

**PROTESTING BOAT** Boat name: Sforzando | Class: WHITE 3 | Sail number: 50944

Person in charge: Jack Slattery | Member of: Eastern | Signature: [signature]

Address: 1 Beacon Heights Lane Marblehead | Telephone: 781-631-4999

**PROTESTED BOAT** Boat name: SIRENA | Class: WHITE 3 | Sail number: 43690

Person in charge (if known): Steve Loeb | Member of (if known):

Address (if known): | Telephone (if known):

**NOTIFICATION** Did the protesting boat inform the protested boat of the protest? Circle one: yes no

If so, how: Due to injuries and damages there was minimal verbal when contact between boats

Did the protesting boat display a protest flag? yes (no)

If so, when: We immediately retired to take care of injured crew

**INCIDENT** When and where: 2nd Windward Mark | Witness(es):

Rules alleged to have been broken: 10

**THE REMAINDER OF THIS PAGE IS FOR PROTEST COMMITTEE USE ONLY**

**PRE-HEARING INFORMATION**

| | Date | Time | Parties notified of hearing | Circle one |
|---|---|---|---|---|
| Protest received | | | Protestor | yes no |
| Protest time limit | | | Protestee | yes no |

Protest flag observed by race committee at finish — yes no

Objection about interested party made — yes no

Protesting boat represented by ____________________

Protested boat represented by ____________________

**HEARING TO VALIDATE PROTEST (Rule 63.5):**

| | Circle one | | | Remarks |
|---|---|---|---|---|
| Hail timely and appropriate | yes | no | NA | Due to damage and injuries, and fact that both boats w/o after serious contact, the jury will proceed with hearing |
| Protestor informed protestee | yes | no | NA | |
| Proper and timely display of protest flag | yes | no | NA | |
| Protest flag acceptable | yes | no | NA | |
| Nature of incident identified in protest | yes | no | | |
| Protest lodged within the time limit | yes | no | | time limit extended |

**CONCLUSION** (✓) Protest valid, hearing will continue ( ) Protest invalid, hearing is closed

**DESCRIPTION OF THE INCIDENT**

Sforzando approached weather mark from some distance on starboard tack. Sirena did same from other direction on port tack. Sforzando on starboard layline, Sirena on port layline. Sirena attempted to cross Sforzando, but at last moment, realized she couldn't. In an attempt to go behind Sforzando Sirena bore off, unfortunately way too late, and directly bow to bow into Sforzando at an approximate closing speed of 15 knots. Sforzando suffered extensive damage to her bow area and crew experienced several leg injuries when the boats slid down along their respective starboard sides. Sforzando will not be able to continue sailing and will therefore not be seeking redress.

**DIAGRAM OF THE INCIDENT** (One square = one boat length)

**SHOW ON DIAGRAM:** Wind direction and strength – Current direction and strength
Marks (or directions to marks) – Position of boats at various times



**THIS PAGE IS FOR PROTEST COMMITTEE USE ONLY**

## DECISION OF THE PROTEST COMMITTEE:

Facts found

Diagram ☐ Diagram of boat ______________ is endorsed by the committee

☐ Committee's diagram is attached.

Conclusion and rules that apply

Decision

Protest Committee members

Signature of Chairman [signature]

Date of hearing 14 July '02 Date of decision 14 July '02

Decision announced in presence of ☑ protestor ☑ protestee ☐ other ______

Written decision requested Date requested Date transmitted

Protestor yes/no (yes circled)

Protestee yes/no (yes circled)

# EXHIBIT 2

Decision of the Protest Committee

Sunday. July 14. 2002
New York Yacht Club Race Week at Newport

White Fleet, Race 3

Protestor: SFORZANDO
Protestee: SIRENA

The hearing was conducted under Rule 60.4 as neither boat fully complied Rule 61.

SFORZANDO approaching windward mark on starboard tack layline in 14 knots of wind, current no factor. SIRENA approached on port tack reaching at 8 knots or so, having overstood. Initially, SIRENA believed she could cross ahead, but as the situation developed quickly, it became clear that she could not. SIRENA bore away to pass astern of SFORZANDO, while SFORZANDO also bore away, anticipating the close crossing by SIRENA. Despite both boats attempt to avoid contact in accordance with Rule 14, the two boats collided almost end on and scraped together on nearby opposite courses, starboard sides engaged. Extensive damage resulted and both boats retired. There was no dispute about the facts. Several crew were slightly injured.

Rule 10 violated.
SIRENA disqualified.

Committee

Robert Conner, Chair
John Osmond
John Bonds