# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS | : |
| vs. | : C.A. NO. 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY, AND D/B/A TRIPP DESIGN NAVAL ARCHITECTURE | : |
| vs. | : |
| BLAIR BROWN | : |

DEPOSITION OF DAVID A. ROBBINS

produced, sworn and examined on November 29, 2006, at 11:30 A.M., on behalf of the Defendant, before Linda S. Taylor, Notary Public, at the Law Offices of Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, Rhode Island.

APPEARANCES

For the Plaintiff:

(J. Foley, D. Robbins)

MORRISON, MAHONEY & MILLER
250 Summer Street
Boston, Massachusetts 02210-1181
BY: CHARLES A. COOK, ESQ.

RHODE ISLAND COURT REPORTING
747 NORTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02904
(401)437-3366

Q. No other documents?
A. No other documents.
Q. Before entering into this regatta, the series that's in question here, did you sign any documents?
MR. COOK: Objection.
Q. You can answer.
A. I don't recall.
Q. Before participating in this regatta, for this regatta, did you read any documents?
A. Yeah. There was probably a regatta waiver, but I don't recall.
Q. You don't know if you signed it or not?
A. It doesn't come to mind. I mean, they would have it on record if...
Q. Did you normally sign such waivers when you participated in races?
MR. COOK: Objection.
A. Over the past couple of years, it's become a practice. I just don't -- it doesn't come to mind when it became a practice. Various events, not this one in particular, have led, you know, sponsors to ask that these documents be signed.
Q. To go back now, do you remember reading any