# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS, Plaintiff | |
| vs. | |
| STEVEN M. LOEB, BLAD CO., KEVIN DAILEY, WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendant | C.A. NO. 06-0053 S-LDA |

DEPOSITION OF MARY O'DONOGHUE, a Plaintiff in the above-entitled case, taken on behalf of the Defendant, before Patricia Quirk, CSR, Notary Public in and for the State of Rhode Island, at the offices of Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, Rhode Island on December 7, 2006, scheduled at 9:30 a.m.

PRESENT:

FOR THE PLAINTIFF....MORRISON MAHONEY LLP
(Mary O'Donoghue) BY: CHARLES A. COOK, ESQUIRE

FOR THE DEFENDANT....KIERNAN, PLUNKETT & REDIHAN
(William Tripp) BY: THOMAS C. PLUNKETT, ESQUIRE

FOR THE DEFENDANT....OFFICE OF WILLIAM O'GARA
(Loeb, Blad Co.) BY: WILLIAM O'GARA, ESQUIRE

FOR THE DEFENDANT....HOLBROOK & MURPHY
(Blair Brown) BY: SETH S. HOLBROOK, ESQUIRE

ALSO PRESENT:
John K. Fulweiler, Esquire
(William Tripp)

RHODE ISLAND COURT REPORTING
747 NORTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02904
(401) 437-3366

July 14th of 2002, how did it come about that you were on Mr. Brown's boat?
A. I was asked to crew for the Regatta.
Q. By Mr. Foley?
A. Correct.
Q. And did you crew on races in that Regatta prior to this one?
A. Yes.
Q. How many?
A. I don't remember.
Q. And were you in the pit during those races?
A. Yes.
Q. And were you in the pit for this race?
A. Yes.
Q. Prior to entering into this Regatta, did you read any documents pertaining to the Regatta?
A. I don't recall.
Q. Did you sign any documents pertaining to the Regatta?
A. I don't recall.
Q. Was it your practice to do so in other races?
MR. COOK: Objection.
A. Which question are you asking?
Q. Whether or not you read or signed any

documents before entering other races?

MR. COOK: Objection.

A. I mean, I read the times the race started, you know, the general information.

Q. Anything else you can remember?

A. I don't recall.

Q. All right, on occasion, prior to this race, had you signed waiver forms?

A. I don't recall.

Q. And you don't know whether or not you did so here?

A. I don't.

Q. Or whether or not you read any documents?

A. No, I'm sorry.

Q. Did you receive any payment for racing on the boat that day?

A. No.

Q. Or for that Regatta?

A. No.

Q. And to the extent you can remember, who was on board the boat on that day, on July 14th?

A. I'll go bow to stern, if I can remember, Todd was the bow man, Dave doing mast. I was doing pit. There was a girl next to me, I