# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS
Plaintiffs

v. C.A. No.: 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE
Defendants

v.

BLAIR BROWN
Third Party Defendant

**AFFIDAVIT OF STEVEN M. LOEB**

Subject to the pains and penalties of perjury, I, Steven M. Loeb, hereby assert that the following statements are true.

1. I am familiar with The Racing Rules of Sailing that were in effect during 2002, which include the US Sailing Prescriptions. (*See* The Racing Rules of Sailing with US Sailing Prescriptions (2001 – 2004) (the "Rules"), attached as **Exhibit 1**).

2. During the race at issue in the above-captioned matter, it was my understanding that the US Sailing Prescriptions were in effect, which would have included the prescriptions to Rule 68.

3. It was my understanding that the protest committee's decision was limited to the issue of whether the yacht *Sirena* would be disqualified for violating the Rules. It was not my understanding that the protest committee's decision would adjudicate all legal liability issues related to any damages or personal injuries resulting from the collision at issue in the above-captioned matter.

4. Because both yachts involved in the collision at issue in the above-captioned matter were unable to continue in the race, I concluded that it was not important to contest the protest committee's decision.

5. I do not agree with the protest committee's findings and conclusions made in the protest at issue in the above-captioned matter.

Steven M. Loeb

# Loeb Affidavit
# (Exhibit 1)