- boat representatives were on board when required (rule 63.3(a)). When the *parties* were in different races, both organizing authorities must accept the composition of the protest committee (rule 63.7). In a measurement *protest* obtain the current class rules and identify the authority responsible for interpreting them (rule 64.3(b)).

## L3 THE HEARING

**L3.1** Check the validity of the *protest* or request for redress.

- Were the contents adequate (rule 61.2 or 62.1)?
- Was it delivered in time? If not, is there good reason to extend the time limit (rule 61.3 or 62.2)?
- When required, was the protestor involved in or a witness to the incident (rule 60.1(a))?
- When necessary, was 'Protest' hailed and a red flag flown correctly (rule 61.1(a))?
- When the flag and hail were not necessary was the protestee informed?
- Decide whether the *protest* or request for redress is valid (rule 63.5).
- Once the validity of the *protest* or request has been determined, do not let the subject be introduced again unless truly new evidence is available.

**L3.2** Take the evidence (rule 63.6).

- Ask the protestor and then the protestee to tell their stories. Then allow them to question one another. In a redress matter, ask the *party* to state the request.
- Invite questions from protest committee members.
- Make sure you know what facts each *party* is alleging before calling any witnesses. Their stories may be different.
- Allow anyone, including a boat's crew, to give evidence. It is the *party* who must decide which witnesses to call. The question 'Would you like to hear N?' is best answered by 'It is your choice.'
- Call each *party's* witnesses (and the protest committee's if any) one by one. Limit *parties* to questioning the witness(es) (they may wander into general statements).





- Invite the protestee to question the protestor's witness first (and vice versa). This prevents the protestor from leading his witness from the beginning.
- Allow a member of the protest committee who saw the incident to give evidence (rule 63.6) but only in the presence of the *parties*. The member may be questioned and may remain in the room (rule 63.3(a)).
- Try to prevent leading questions or hearsay evidence, but if that is impossible discount the evidence so obtained.
- Accept written evidence from a witness who is not available to be questioned only if all *parties* agree.
- Ask one member of the committee to note down evidence, particularly times, distances, speeds, etc.
- Invite first the protestor and then the protestee to make a final statement of her case, particularly on any application or interpretation of the *rules*.

**L3.3** Find the facts (rule 63.6).

- Write down the facts; resolve doubts one way or the other.
- Call back *parties* for more questions if necessary.
- When appropriate, draw a diagram of the incident using the facts you have found.

**L3.4** Decide the *protest* or request for redress (rule 64).

- Base the decision on the facts found (if you cannot, find some more facts).
- In redress cases, make sure that no further evidence is needed from boats that will be affected by the decision.

**L3.5** Inform the *parties* (rule 65).

- Recall the *parties* and read them the facts found and decision. When time presses it is permissible to read the decision and give the details later.
- Give any *party* a copy of the decision on request. File the *protest* or request for redress with the committee records.

## L4 REOPENING A HEARING (rule 66)

When a timely request is made for a hearing to be reopened, hear the *party* making the request, look at any video, etc., and decide whether there is any material new evidence which might lead you to change your decision. Decide whether your

interpretation of the *rules* may have been wrong; be open-minded as to whether you have made a mistake. If none of these applies refuse to reopen; otherwise schedule a hearing.

**L5 GROSS MISCONDUCT (rule 69)**

**L5.1** An action under this rule is not a *protest,* but the protest committee gives its allegations in writing to the competitor before the hearing. The hearing is conducted under the same rules as other hearings but the protest committee must have at least three members (rule 69.1(b)). Use the greatest care to protect the competitor's rights.

**L5.2** A competitor or a boat cannot protest under rule 69, but the protest form of a competitor who tries to do so may be accepted as a report to the protest committee which can then decide whether or not to call a hearing.

**L5.3** When it is desirable to call a hearing under rule 69 as a result of a Part 2 incident, it is important to hear any boat-vs.-boat *protest* in the normal way, deciding which boat, if any, broke which *rule,* before proceeding against the competitor under this rule.

**L5.4** Although action under rule 69 is taken against a competitor, not a boat, a boat may also be penalized.

**L5.5** The protest committee may warn the competitor when it believes this to be sufficient penalty, in which case no report need be made to the national authority. When the penalty is more severe and a report is made to the national authority, it is helpful to recommend to the national authority whether or not further action should be taken.

**L6 APPEALS (rule 70 and Appendix F)**

When decisions can be appealed,

- leave the papers so that the information can easily be used for an appeal. Is there an adequate diagram? Are the facts found sufficient? (Example: was there an *overlap*? Yes or No. 'Perhaps' is not a fact found.) Are the names of the protest committee members on the form, etc.?
- comments on any appeal should enable the appeals committee to picture the whole incident clearly; the appeals committee knows *nothing* about the situation.





**L7 PHOTOGRAPHIC EVIDENCE**

Photographs and videotapes can sometimes provide useful evidence but protest committees should recognize their limitations and note the following points:

- The *party* producing the photographic evidence is responsible for arranging the viewing.
- View the tape several times to extract all the information from it.
- The depth perception of any single-lens camera is very poor; with a telephoto lens it is non-existent. When the camera views two *overlapped* boats at right angles to their course, it is impossible to assess the distance between them. When the camera views them head on, it is impossible to see whether an *overlap* exists unless it is substantial.
- Ask the following questions:

  Where was the camera in relation to the boats?

  Was the camera's platform moving? If so in what direction and how fast?

  Is the angle changing as the boats approach the critical point? Fast panning causes radical change.

  Did the camera have an unrestricted view throughout?

# Appendix M – International Juries

*See rules 70.4 and 89(c). This appendix shall not be changed by sailing instructions or prescriptions of national authorities.*

## M1 COMPOSITION, APPOINTMENT AND ORGANIZATION

**M1.1** An international jury shall be composed of experienced sailors with excellent knowledge of the racing rules and extensive protest committee experience. It shall be independent of and have no members from the race committee, and be appointed by the organizing authority, subject to approval by the national authority if required (see rule 89(c)), or by the ISAF under rule 87.2.

**M1.2** The jury shall consist of a chairman, a vice chairman if desired, and other members for a total of at least five. A majority shall be International Judges. The jury may appoint a secretary, who shall not be a member of the jury.

**M1.3** No more than two members (three, in Groups M, N and Q) shall be from the same national authority.

**M1.4** (a) A jury of ten or more members may divide itself into two or more panels of at least five members each, of which the majority shall be International Judges. If this is done, the requirements for membership of a full jury shall apply to each panel but not to the jury as a whole.

(b) A jury of fewer than ten members may divide itself into two or more panels of at least three members each, of which the majority shall be International Judges. Members of each panel shall be from at least three different national authorities except in Groups M, N and Q, where they shall be from at least two different national authorities. If dissatisfied with a panel's decision, a *party* is entitled to a hearing by a jury composed in compliance with rules M1.1, M1.2 and M1.3, except concerning the facts found, if requested within the time limit specified in the sailing instructions.

**M1.5** When a full jury has fewer than five members, because of illness or emergency, and no qualified replacements are available, it remains properly constituted if it consists of at least three members. When there are three or four members they shall be from at least three different national authorities except in Groups M, N and Q, where they shall be from at least two different national authorities.





**M1.6** When the national authority's approval is required for the appointment of an international jury (see rule 89(c)), notice of its approval shall be included in the sailing instructions or be posted on the official notice board.

**M1.7** If the jury acts while not properly constituted, the jury's decisions may be appealed.

## M2 RESPONSIBILITIES

**M2.1** An international jury is responsible for hearing and deciding all *protests*, requests for redress and other matters arising under the rules of Part 5. When asked by the organizing authority or the race committee, it shall advise and assist them on any matter directly affecting the fairness of the competition.

**M2.2** Unless the organizing authority directs otherwise, the jury shall

(a) decide questions of eligibility, measurement or boat certificates, and

(b) authorize the substitution of competitors, boats, sails or equipment.

**M2.3** If so directed by the organizing authority, the jury shall

(a) make or approve changes to the sailing instructions,

(b) supervise or direct the race committee in the conduct of the races, and

(c) decide on other matters referred to it by the organizing authority.

## M3 PROCEDURES

**M3.1** Decisions of the jury shall be made by a simple majority vote of all members. When there is an equal division of votes cast, the chairman of the meeting may cast an additional vote.

**M3.2** When it is considered desirable that some members not participate in discussing and deciding a *protest* or request for redress, the jury remains properly constituted if at least three members remain.

**M3.3** Members shall not be regarded as *interested parties* (see rule 63.4) by reason of their nationality.

**M3.4** If a panel fails to agree on a decision it may adjourn and refer the matter to the full jury.

# Appendix N – Immediate Penalties for Breaking Rule 42

*This appendix applies only if the sailing instructions so state.*

**N1 PROTESTS**

A member of the protest committee or its designated observer who sees a boat breaking rule 42 may protest her by, as soon as reasonably possible, making a sound signal, pointing a yellow flag at her and hailing her sail number, even if she is no longer *racing*. A boat so protested is not subject to another *protest* under rule 42 for the same incident.

**N2 PENALTIES**

**N2.1 First Protest**

When a boat is first protested under rule N1 she may acknowledge her breach by taking a 720° Turns Penalty under rule 44.2. If she fails to do so she shall be disqualified without a hearing.

**N2.2 Second Protest**

When a boat is protested a second time during the series she may acknowledge her breach by immediately retiring from the race. If she fails to do so she shall be disqualified without a hearing and her score shall not be excluded.

**N2.3 Third Protest**

When a boat is protested a third time during the series she may acknowledge her breach by immediately retiring from the race and from all other races in the series. If she fails to do so she shall be disqualified without a hearing from all races in the series, with no score excluded, and the protest committee shall consider calling a hearing under rule 69.1(a).

**N3 POSTPONEMENT, GENERAL RECALL OR ABANDONMENT**

If a boat has been protested under rule N1 and the race committee signals a *postponement*, general recall or *abandonment*, the penalty from her first or second *protest* is cancelled, but the *protest* is counted to determine the number of times she has been protested during the series.



# Appendix P – Definitions for Competitor Classification

***This appendix is a US SAILING prescription.***

*This appendix, formerly Appendix R – Definitions for Competitor Eligibility, provides definitions of three groups for competitor classification that can be used singly or in combination by a club, class association or other organizing authority for a race or series. Several variations are possible. For example, a maximum number of competitors of a particular group permitted on each boat may be established; the group requirement for helmsmen may be different from that for crew members, or separate trophies may be awarded for different groups.*

*An organizing authority that decides to use this appendix shall so state in its notice of race and sailing instructions. When particular group requirements will apply, or when requirements of different groups will apply to different competitors within the event, these requirements shall also be stated.*

*Although use of this appendix is not required, it shall not be changed by the notice of race or sailing instructions.*

**P1 DEFINITIONS OF GROUPS FOR COMPETITOR CLASSIFICATION**

**P1.1 Group US1 Competitor**

A Group 1 competitor is one who engages in competitive sailing solely as a pastime, who does not benefit financially from an activity that contributes to the performance of racing boats, and who has not engaged in activity within the past 12 months that would make him a Group 2 competitor or activity within the past 24 months that would make him a Group 3 competitor. As exceptions, the following competitors are included in Group 1

(a) a competitor who otherwise meets Group 1 requirements but occasionally accepts reimbursement for reasonable out-of-pocket expenses of travel, lodging, meals and entry fees necessary for participation in an event;

(b) a competitor who, before he has reached his 24th birthday, is engaged or employed for no more than two periods totaling 100 days or less in a calendar year in an activity

that would otherwise make him a Group 2 or Group 3 competitor.

**P1.2 Group US2 Competitor**

A Group 2 competitor is one who is neither a Group 1 nor a Group 3 competitor and has not been engaged in an activity that would make him a Group 3 competitor within the past 12 months.

**P1.3 Group US3 Competitor**

A Group 3 competitor is one who directly or indirectly:

(a) is paid to race;

(b) benefits financially from competing;

(c) primarily because of sailing skill or sailing reputation, receives payment or other compensation having a value of more than US $1,000 for allowing his name, likeness, sailing performance or sailing reputation to be used for the advertisement, promotion or sale of any product or service; or

(d) publicly identifies himself as a Group 3 competitor.

## P2 FINANCIAL BENEFITS

Financial benefits include, but are not limited to, the following:

(a) income, a gift, loan, or other direct benefit, in excess of reasonable out-of-pocket expenses as permitted in rule P1.1(a), for participating in a race;

(b) a prize of money or its equivalent, a prize readily converted to money, or a non-monetary prize having a value of more than US $1,000, other than a prize of primarily symbolic value such as a trophy or a watch;

(c) an agreement involving current or future employment based on racing activities or successes.

## P3 CHANGES IN GROUP STATUS

**P3.1** A Group 3 competitor becomes a Group 2 competitor after 12 months during which he has not been engaged in an activity that would make him a Group 3 competitor.

**P3.2** A Group 2 competitor becomes a Group 1 competitor after 12 months during which he has not been engaged in an activity that would make him a Group 2 or Group 3 competitor.





## P4 PROTEST DECISIONS

When a protest committee decides that a boat has broken a sailing instruction that applies this appendix, it shall disqualify the boat from any race for which a valid *protest* was made. A protest committee acting under Appendix P shall report its decision to US SAILING.

## P5 US SAILING CLASSIFICATION DETERMINATION AND REVIEW

**P5.1** A competitor may request the US SAILING Competitor Classification Committee to determine his status under Appendix P, or US SAILING may initiate such a determination. In making the determination, the committee may require the competitor to provide information and evidence. The competitor will be charged an administrative fee ($25 for US SAILING members, $75 for others) except when US SAILING initiates the determination. A competitor may request a new determination at any time, and should do so whenever a change in circumstances might place him in a numerically higher group.

**P5.2** A competitor who believes that his classification determination is incorrect may request a review, in which case members of the committee who did not make the original determination will conduct the review. Payment of the administrative fee will again be required.

**P5.3** Classification determinations made under rule P5.1 or rule P5.2, or the earlier Appendix R, shall expire on the last day of the second full calendar year after the date of the determination, or earlier when a change in circumstances places the competitor in a numerically higher group.

# Appendix Q – Sound-Signal Starting System

***This Appendix is a US SAILING prescription.***

*US SAILING prescribes that, when the sailing instructions so indicate, the Sound-Signal Starting System described below shall be used. This system is recommended primarily for small-boat racing and makes it unnecessary for competitors to use stopwatches. Supplemental visual course and recall signals are also recommended when practicable.*

**Q1** Course and postponement signals may be made orally.

**Q2** Audible signals shall govern, even when supplemental visual signals are also used.

**Q3** The starting sequence shall consist of the following sound signals made at the indicated times:

| *Signal* | *Sound* | *Time before start* |
|---|---|---|
| Warning | 3 long | 3 minutes |
| Preparatory | 2 long | 2 minutes |
| | 1 long, 3 short | 1 minute, 30 seconds |
| | 1 long | 1 minutes |
| | 3 short | 30 seconds |
| | 2 short | 20 seconds |
| | 1 short | 10 seconds |
| | 1 short | 5 seconds |
| | 1 short | 4 seconds |
| | 1 short | 3 seconds |
| | 1 short | 2 seconds |
| | 1 short | 1 second |
| Starting | 1 long | 0 |

**Q4** Signals shall be timed from their commencement.

**Q5** A series of short signals may be made before the sequence begins in order to attract attention.

**Q6** Individual recalls shall be signalled by the hail of the sail number (or some other clearly distinguishing feature) of each recalled boat. Flag X need not be displayed.

**Q7** Failure of a competitor to hear an adequate course, postponement, starting sequence or recall signal shall not be grounds for redress.



# APPENDICES, SECTION II

*The appendices of this Section, which are both ISAF regulations and racing rules, may be amended or changed at any meeting of the ISAF Council. Any amendment or change will be posted on the ISAF website (www.sailing.org) as soon as practicable and may be obtained directly from the ISAF.*

# Appendix 1 – ISAF Advertising Code

*See rule 79. This appendix shall not be changed by sailing instructions or prescriptions of national authorities. When governmental requirements conflict with parts of it, those requirements apply to the extent that they are more restrictive.*

## REGULATION 20

**20. ADVERTISING CODE**

**20.1 *Definition of Advertising***

For the purposes of this code, advertising is the name, logo, slogan, description, depiction, a variation or distortion thereof, or any other form of communication that promotes an organization, person, product, service, brand or idea so as to call attention to it or to persuade persons or organizations to buy, approve or otherwise support it.

**20.2. *General***

20.2.1. Advertising shall not be displayed on a boat, except as required or permitted by the ISAF Advertising Code.

20.2.2 Advertisements and anything advertised shall meet generally accepted moral and ethical standards.

20.2.3 Advertisements on sails shall be clearly separated from national letters and sail numbers.

**20.3. *Advertising***

20.3.1 The following types of advertising are permitted or required as stated and apply at all times:

(a) <u>Boats and Sailboards</u>

The class insignia shall be displayed on her sails as required by RRS Appendix G.

(b) (i) <u>Boats</u>

One sailmaker's mark, which may include the name or mark of the sailcloth manufacturer and the pattern or model of the sail, may be displayed on both sides of any sail and shall fit within a 150mm x 150mm