(d) The national letters and sail number shall be displayed on the front side of a spinnaker but may be placed on both sides. They shall be displayed wholly below an arc whose centre is the head point and whose radius is 40% of the foot median and, when possible, wholly above an arc whose radius is 60% of the foot median.

(e) The national letters and sail number shall be displayed on both sides of a headsail whose clew can extend behind the mast 30% or more of the mainsail foot length. They shall be displayed wholly below an arc whose centre is the head point and whose radius is half the luff length and, if possible, wholly above an arc whose radius is 75% of the luff length.

**G2 OTHER BOATS**

Other boats shall comply with the rules of their national authority or class association in regard to the allotment, carrying and size of insignia, letters and numbers. Such rules shall, when practicable, conform to the above requirements.

***US SAILING prescribes that unless otherwise stated in her class rules, the sails of a boat that is not in an ISAF International Class or Recognized Class shall comply with rule G1. However, offshore racing boats not in a class that is subject to rule G1 shall carry US SAILING numbers on mainsails, spinnakers and each overlapping headsail having a luff-perpendicular measurement exceeding 130% of the base of the foretriangle. This rule applies only to boats whose owner's national authority is US SAILING.***

**G3 CHARTERED OR LOANED BOATS**

When so stated in the notice of race or sailing instructions, a boat chartered or loaned for an event may carry national letters or a sail number in contravention of her class rules.

**G4 WARNINGS AND PENALTIES**

When a protest committee finds that a boat has broken a rule of this appendix it shall either warn her and give her time to comply or penalize her.

**G5 CHANGES BY CLASS RULES**

ISAF classes may change the rules of this appendix provided the changes have first been approved by the ISAF.



# Appendix H – Weighing Clothing and Equipment

*See Rule 43. This appendix shall not be changed by sailing instructions or prescriptions of national authorities.*

**H1** Items of clothing and equipment to be weighed shall be arranged on a rack. After being saturated in water the items shall be allowed to drain freely for one minute before being weighed. The rack must allow the items to hang as they would hang from clothes hangers, so as to allow the water to drain freely. Pockets that have drain-holes that cannot be closed shall be empty, but pockets or items that can hold water shall be full.

**H2** When the weight recorded exceeds the amount permitted, the competitor may rearrange the items on the rack and the measurer shall again soak and weigh them. This procedure may be repeated a second time if the weight still exceeds the amount permitted.

**H3** A competitor wearing a dry-suit may choose an alternative means of weighing the items.

(a) The dry-suit and items of clothing and equipment that are worn outside the dry-suit shall be weighed as described above.

(b) Clothing worn underneath the dry-suit shall be weighed as worn while *racing*, without draining.

(c) The two weights shall be added together.

# Appendix J – Notice of Race and Sailing Instructions

*See rules 87.2 and 88.2(a). The term 'race' includes a regatta or other series of races.*

## J1 NOTICE OF RACE CONTENTS

**J1.1** The notice of race shall include the following information:

(1) the title, place and dates of the race and name of the organizing authority;

(2) that the race will be governed by the *rules* as defined in *The Racing Rules of Sailing*;

(3) a list of any other documents that will govern the event (for example, the *Equipment Rules of Sailing*, to the extent that they apply);

(4) the classes to race, conditions of entry and any restrictions on entries;

(5) the times of registration and warning signals for the practice race or first race, and succeeding races if known.

**J1.2** The notice of race shall include any of the following that would help competitors decide whether to attend the event or that conveys other information they will need before the sailing instructions become available:

(1) that advertising will be restricted to Category A (see Appendix 1) and other information related to Appendix 1;

(2) that the ISAF Competitor Classification System (or some other competitor classification system) will apply;

(3) the procedure for advance registration or entry, including fees and any closing dates;

(4) an entry form, to be signed by the boat's owner or owner's representative, containing words such as 'I agree to be bound by *The Racing Rules of Sailing* and by all other *rules* that govern this event';

(5) measurement procedures or requirements for measurement or rating certificates;

(6) the time and place at which the sailing instructions will be available;

(7) any changes to the racing rules (see rule 86);





(8) any changes to class rules, referring specifically to each rule and stating the change;

(9) the courses to be sailed;

(10) the penalty for breaking a rule of Part 2, other than the 720° Turns Penalty;

(11) denial of the right of appeal, subject to rule 70.4;

(12) the scoring system, including the number of races scheduled and the minimum number that must be completed to constitute a series;

(13) prizes.

## J2 SAILING INSTRUCTION CONTENTS

**J2.1** The sailing instructions shall include the following information:

(1) that the race will be governed by the *rules* as defined in *The Racing Rules of Sailing*;

(2) a list of any other documents that will govern the event (for example, the *Equipment Rules of Sailing*, to the extent that they apply);

(3) the schedule of races, the classes to race and times of warning signals for each class;

(4) the course(s) to be sailed, or a list of *marks* from which the course will be selected and, if relevant, how courses will be signalled;

(5) descriptions of *marks*, including starting and finishing *marks*, stating the order and side on which each is to be left and identifying all rounding *marks* (see rule 28.1);

(6) descriptions of the starting and finishing lines, class flags and any special signals to be used;

(7) the time limit, if any, for *finishing*;

(8) the scoring system, included by reference to Appendix A, to class rules or other *rules* governing the event, or stated in full. State the number of races scheduled and the minimum number that must be completed to constitute a series.

**J2.2** The sailing instructions shall include those of the following that will apply:

(1) that advertising will be restricted to Category A (see Appendix 1) and other information related to Appendix 1;

(2) that the ISAF Competitor Classification System (or some other competitor classification system) will apply;
(3) replacement of the relevant rules of Part 2 with the *International Regulations for Preventing Collisions at Sea* or other government right-of-way rules, the time(s) or place(s) they will apply, and any night signals to be used by the race committee;
(4) changes to the racing rules permitted by rule 86, referring specifically to each rule and stating the change;
(5) that the prescriptions of the national authority will not apply;
(6) if the prescriptions of the national authority will apply at an international event, a copy in English of the prescriptions;
(7) changes to *class rules, referring specifically* to each rule and stating the change;
(8) restrictions controlling changes to boats when supplied by the organizing authority;
(9) the registration procedure;
(10) measurement or inspection procedure;
(11) location(s) of official notice board(s);
(12) procedure for changing the sailing instructions;
(13) safety requirements, such as requirements and signals for personal buoyancy, check-in at the starting area, and check-out and check-in ashore;
(14) declaration requirements;
(15) signals to be made ashore and location of signal station(s);
(16) the racing area (a chart is recommended);
(17) approximate course length and approximate length of windward legs;
(18) the time limit, if any, for boats other than the first boat to *finish*;
(19) time allowances;
(20) the location of the starting area and any applicable restrictions;



(21) any special procedures or signals for individual or general recalls;
(22) boats identifying *mark* locations;
(23) procedure for changes of course after the start and any special signals;
(24) any special procedure for shortening the course or for *finishing* a shortened course;
(25) restrictions on use of support boats, plastic pools, radios, etc.; on hauling out; and on outside assistance provided to a boat that is not *racing*;
(26) the penalty for breaking a rule of Part 2, other than the 720° Turns Penalty;
(27) penalization without a hearing under rule 67 for breaking rule 42;
(28) whether Appendix N will apply;
(29) protest procedure and times and place of hearings;
(30) if rule M1.4(b) will apply, the time limit for requesting a hearing under that rule;
(31) denial of the right of appeal, subject to rule 70.4;
(32) the national authority's approval of the appointment of an international jury under rule 89(c);
(33) substitution of competitors;
(34) the minimum number of boats appearing in the starting area required for a race to be started;
(35) when and where races *postponed* or *abandoned* for the day will be resailed;
(36) tides and currents;
(37) prizes;
(38) other commitments of the race committee and obligations of boats.

# Appendix K – Sailing Instructions Guide

*This guide provides a set of tested sailing instructions designed primarily for major championship regattas for one or more classes. It therefore will be particularly useful for world, continental and national championships and other events of similar importance. The guide can also be useful for other events; however, for such events some of these instructions will be unnecessary or undesirable. Race officers should therefore be careful in making their choices.*

*An expanded version of the guide will be available on the ISAF website (www.sailing.org) and will contain provisions applicable to the largest and most complicated multi-class events, as well as variations on several of the sailing instructions recommended in this appendix. It will be revised from time to time, to reflect advances in race management techniques as they develop, and can be downloaded as a basic text for producing the sailing instructions for any particular event.*

*The principles on which all sailing instructions should be based are as follows:*

1. *They should include only two types of statement: the intentions of the race committee and the obligations of competitors.*
2. *They should be concerned only with racing. Information about social events, assignment of moorings, etc. should be provided separately.*
3. *They should not change the racing rules except when clearly desirable.*
4. *They should not repeat or restate any of the racing rules.*
5. *They should not repeat themselves.*
6. *They should be in chronological order; that is, the order in which the competitor will use them.*
7. *They should, when possible, use words or phrases from the racing rules.*

*To use this guide, first review rule J2 and decide which instructions will be needed. Instructions that are required by rule J2.1 are marked with an asterisk (*). Delete all inapplicable or unnecessary instructions. Select the version preferred where there is a choice. Follow the directions in the*





*left margin to fill in the spaces where a solid line (_____) appears and select the preferred wording if a choice or option is shown in brackets ([. . . ]).*

*After deleting unused instructions, renumber all instructions in sequential order. Be sure that instruction numbers are correct where one instruction refers to another.*

***US SAILING Note:** A guide to simplified sailing instructions suitable for events such as club or local regattas can be found on the US SAILING website (www.ussailing.org/racemgt). Those without access to the website may request a copy by fax on the US SAILING Infofax line, (888) USSAIL-6.*

*On separate lines, insert the full name of the regatta, the inclusive dates from measurement or the practice race until the final race or closing ceremony, the name of the organizing authority, and the city and country.*

____________________

____________________

____________________

____________________

## SAILING INSTRUCTIONS

**1 RULES**

*List by name any other documents that govern the event; for example, the Equipment Rules of Sailing, to the extent that they apply.*

**1.1*** The regatta will be governed by the 'rules' as defined in the Racing Rules of Sailing.

**1.2*** _____ will apply.

*Include only if the prescriptions will not apply. Insert the name.*

**1.3** The prescriptions of the _____ national authority will not apply.

*Insert the rule number(s) and class name. Make a separate statement for the rules of each class.*

**1.4** Rule(s) _____ of the _____ class rules [will not apply] [is (are) changed as follows: _____ ].

**1.5** If there is a conflict between languages the English text will prevail.

**2 NOTICES TO COMPETITORS**

*Insert the location(s).*

Notices to competitors will be posted on the official notice board(s) located at _____.

**3 CHANGES TO SAILING INSTRUCTIONS**

*Change the times if different.*

Any change to the sailing instructions will be posted before 0900 on the day it will take effect, except that any change to the schedule of races will be posted by 2000 on the day before it will take effect.

**4 SIGNALS MADE ASHORE**

*Insert the location.*

4.1 Signals made ashore will be displayed at ________.

*Insert the number of minutes.*

4.2 When flag AP is displayed ashore, '1 minute' is replaced with 'not less than ___ minutes' in race signal AP.

(OR)

4.2 Flag D with a sound signal means 'The warning signal will be made not less than ___ minutes after flag D is displayed. [Boats are requested not to leave the harbour until this signal is made.]'

*Delete if a class rule applies.*

4.3 When flag Y is displayed ashore, rule 40 applies at all times while afloat. This changes the Part 4 preamble.

**5 SCHEDULE OF RACES**

*Revise as desired and insert the dates.*

5.1* Racing is scheduled as follows:

| Date | Class _____ | Class _____ |
|---|---|---|
| _____ | racing | racing |
| _____ | racing | reserve day |
| _____ | reserve day | racing |
| _____ | racing | racing |
| _____ | racing | racing |





*Insert the classes and numbers.*

5.2* The number of races scheduled is as follows:

| Class | Number of races | Races per day |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) Reserve days may be used if races are not completed as scheduled or if the race committee considers it unlikely that races will be completed as scheduled.

(b) One extra race per day may be sailed, provided that no class becomes more than one race ahead of schedule.

*Insert the time.*

5.3* The scheduled time of the warning signal for the first race each day is _____.

5.4 When more than one race (or sequence of races, for two or more classes) will be held on the same day, the warning signal for each succeeding race will be made as soon as practicable. To alert boats that another race or sequence of races will begin soon, the postponement signal will be displayed for at least four minutes before a warning signal is displayed.

*Insert the time.*

5.5 On the last day of the regatta no warning signal will be made after _____.

**6 CLASS FLAGS**

*Insert the classes and names or descriptions of the flags.*

Class flags will be:

| Class | Flag |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | | |
|---|---|---|
| *Insert a number or letter.* | **7** | **RACING AREAS** Attachment ____ shows the location of racing areas. |
| | **8** | **THE COURSES** |
| *Insert a number or letter.* *A method of illustrating various courses is shown in Addendum A.* | **8.1*** | The diagrams in Attachment ____ show the courses, including the approximate angles between legs, the order in which marks are to be passed, and the side on which each mark is to be left. [The approximate course length will be ____ ]. |
| *Insert either 'Mark ___' with the number of the leeward mark or 'the midpoint of the starting line'.* | **8.2** | No later than the warning signal, the race committee signal boat will display the approximate compass bearing from ____ to Mark 1. |
| | **8.3** | When there is a gate, boats shall sail between the gate marks from the direction of the previous mark and round either gate mark. |
| | **8.4** | Courses will not be shortened. This changes rule 32. |
| | **9** | **MARKS** |
| *Change the mark numbers as needed and insert the descriptions of the marks. Use the second alternative when Marks 4S and 4P form a gate, with Mark 4S to be left to starboard and Mark 4P to port.* | **9.1*** | Marks 1, 2, 3 and 4 will be ____. |
| | **(OR)** | |
| | **9.1*** | Marks 1, 2, 3, 4S and 4P will be ____. |
| *Insert the descriptions of the marks.* | **9.2** | New marks, as provided in instruction 11.1, will be ____. |





| | | |
|---|---|---|
| *Describe the starting and finishing marks: for example, the race committee signal boat at the starboard end and a buoy at the port end. Instruction 10.2 will describe the starting line and instruction 12.1 the finishing line.* | **9.3*** | The starting and finishing marks will be ____. |
| | **9.4** | A race committee boat signalling a change of course is a mark as provided in instruction 11.3. |
| | **10** | **THE START** |
| *Include only if the asterisked option in rule 26 will be used. Insert the number of minutes.* | **10.1** | Races will be started by using rule 26 with the warning signal given ____ minutes before the starting signal. |
| | **(OR)** | |
| *Describe any starting system other than that stated in rule 26.* | **10.1** | Races will be started as follows: ____. |
| | **10.2*** | The starting line will be between staffs displaying orange flags on the starting marks. |
| | **(OR)** | |
| | **10.2*** | The starting line will be between a staff displaying an orange flag on the starting mark at the starboard end and the port-end starting mark. |
| | **(OR)** | |
| *Insert the description.* | **10.2*** | The starting line will be ____. |
| | **10.3** | Boats whose warning signal has not been made shall avoid the starting area. |
| *Insert the number of minutes.* | **10.4** | A boat starting later than ____ minutes after her starting signal will be scored Did Not Start. This changes rule A4.1. |