**11 CHANGE OF THE POSITION OF THE NEXT MARK**

**11.1** To change the position of the next mark, the race committee will move the original mark (or the finishing line) to a new position. The change will be signalled before the leading boat has begun the leg, although the mark may not yet be in the new position. Any mark to be rounded after rounding the moved mark may be relocated without further signalling to maintain the course configuration.

**(OR)**

**11.1** To change the position of the next mark, the race committee will lay a new mark (or move the finishing line) and remove the original mark as soon as practicable. The change will be signalled before the leading boat has begun the leg, although the new mark may not yet be in position. Any mark to be rounded after rounding the new mark may be relocated without further signalling to maintain the course configuration. When in a subsequent change a new mark is replaced, it will be replaced by an original mark.

*Insert the class(es).*

**11.2** For the _____ class(es), rule 33 is changed so that, instead of displaying a compass bearing, the race committee will display a green [triangular] [board] [flag] if the direction is changed to starboard or a red [rectangular] [board] [flag] if the direction is changed to port.





*Reverse 'port' and 'starboard' when the mark is to be left to starboard.*

**11.3** Except at a gate, boats shall pass between the race committee boat signalling the change of course and the nearby mark, leaving the mark to port and the race committee boat to starboard. This changes rule 28.1.

**12 THE FINISH**

**12.1*** The finishing line will be between staffs displaying orange flags on the finishing marks.

**(OR)**

**12.1*** The finishing line will be between a staff displaying an orange flag on the finishing mark at the starboard end and the port-end finishing mark.

**(OR)**

*Insert the description.*

**12.1*** The finishing line will be _____.

**12.2** When the course is shortened at a gate, a race committee boat near the gate will display flag S and boats shall finish by sailing through the gate from the direction of the previous mark. The finishing line will be between the gate marks. This changes race signal S.

**13 PENALTY SYSTEM**

*Include instruction 13.1 only when the 720° Turns Penalty will not be used.*

**13.1** The Scoring Penalty, rule 44.3, will apply. The penalty will be _____ places.

*Insert the number of places or describe the penalties.*

**(OR)**

**13.1** The penalties are as follows: _____.

*Insert the class(es).*

**13.2** For the _____ class(es) rule 44.2 is changed so that the 720° turn is replaced by a 360° turn.

**13.3** A boat that has taken a penalty or retired under rule 31.2 or 44.1 shall complete an acknowledgement form at the race office within the protest time limit.

**13.4** As provided in rule 67, the [protest committee] [jury] may, without a hearing, penalize a boat that has broken rule 42.

**(OR)**

**13.4** Appendix N will apply [as changed by instruction 13.2].

**14 TIME LIMITS**

*Insert the classes and times. Omit the Mark 1 time limit if inapplicable.*

**14.1*** Time limits are as follows:

| Class | Time limit | Mark 1 time limit |
|---|---|---|
| ______ | ______ | ______ |
| ______ | ______ | ______ |
| ______ | ______ | ______ |

If no boat has passed Mark 1 within the Mark 1 time limit the race will be abandoned.

*Insert the time (or different times for different classes).*

**14.2** Boats failing to finish within _____ after the first boat sails the course and finishes will be scored Did Not Finish. This changes rules 35 and A4.1.

**15 PROTESTS AND REQUESTS FOR REDRESS**

**15.1** Protest forms are available at the race office. Protests shall be delivered there within the protest time limit.

*Change the time if different.*

**15.2** For each class, the protest time limit is 90 minutes after the last boat has finished the last race of the day. [The same protest time limit applies to all protests by the race committee and [protest committee] [jury] and to requests for redress. This changes rules 61.3 and 62.2.]





*Change the time if different.*

**15.3** Notices will be posted within 30 minutes of the protest time limit to inform competitors of hearings in which they are parties or named as witnesses. Hearings will be held in the [jury office] beginning at _____.

*Insert the location and time.*

**15.4** Notices of protests by the race committee or [protest committee] [jury] will be posted to inform boats under rule 61.1(b).

**15.5** A list of boats that, under instruction 13.4, have acknowledged breaking rule 42 or have been disqualified by the [protest committee] [jury] will be posted before the protest time limit.

**15.6** For the purpose of rule 64.3(b) the authority responsible is the measurer appointed by the organizing authority.

**15.7** Breaches of instructions 10.3, 13.3, 17, 18.2, 21, 22 and 23 will not be grounds for a protest by a boat. This changes rule 60.1(a). Penalties for these breaches may be less than disqualification if the [protest committee] [jury] so decides.

*Change the time if different.*

**15.8** On the last day of the regatta a request for reopening a hearing shall be delivered

(a) within the protest time limit if the party requesting reopening was informed of the decision on the previous day;

(b) no later than 30 minutes after the party requesting reopening was informed of the decision on that day.

This changes rule 66.

*Include if the protest committee is an international jury or another provision of rule 70.4 applies.*

**15.9** Decisions of the jury will be final as provided in rule 70.4.

**16 SCORING**

**16.1*** The [Low Point] [Bonus Point] scoring system of Appendix A will apply.

**(OR)**

*Describe the system.*

**16.1*** The scoring system is as follows: ______.

*Insert the number.*

**16.2*** _____ races are required to be completed to constitute a series.

*Insert the numbers throughout.*

**16.3** (a) When fewer than ____ races have been completed, a boat's series score will be the total of her race scores.

(b) When from ____ to ____ races have been completed, a boat's series score will be the total of her race scores excluding her worst score.

(c) When ____ or more races have been completed, a boat's series score will be the total of her race scores excluding her two worst scores.

**17 SAFETY REGULATIONS**

*Insert the procedure for check-in and check-out.*

**17.1** Check-in and check-out: _____.

**17.2** A boat that retires from a race shall notify the race committee as soon as possible.



**18 REPLACEMENT OF CREW OR EQUIPMENT**

**18.1** Substitution of competitors will not be allowed without prior written approval of the [race committee] [protest committee] [jury].

**18.2** Substitution of damaged or lost equipment will not be allowed unless approved by the race committee. Requests for substitution shall be made to the committee at the first reasonable opportunity.

**19 EQUIPMENT AND MEASUREMENT CHECKS**

A boat or equipment may be inspected at any time for compliance with the class rules and sailing instructions. On the water, a boat can be instructed by a race committee measurer to proceed immediately to a designated area for inspection.

*Insert the descriptions. If appropriate, use different identification markings for boats performing different duties.*

**20 OFFICIAL BOATS**

Official boats will be marked as follows: _____.

**21 SUPPORT BOATS**

**21.1** Team leaders, coaches and other support personnel shall stay outside areas where boats are racing from the time of the preparatory signal for the first class to start until all boats have finished or the race committee signals a postponement, general recall or abandonment.

*Insert the identification markings. National flags are suitable at international events.*

**21.2** Support boats shall be marked with _____.

22 **HAUL-OUT RESTRICTIONS**

Keel boats shall not be hauled out during the regatta except with and according to the terms of prior written permission of the race committee.

23 **DIVING EQUIPMENT AND PLASTIC POOLS**

Underwater breathing apparatus and plastic pools or their equivalent shall not be used around keel boats between the starting signal of the first race and the end of the regatta.

24 **RADIO COMMUNICATION**

A boat shall neither make radio transmissions while racing nor receive radio communications not available to all boats. This restriction also applies to mobile telephones.

25 **PRIZES**

*When perpetual trophies will be awarded state their complete names.*

Prizes will be given as follows: ______.

26 **DISCLAIMER OF LIABILITY**

Competitors participate in the regatta entirely at their own risk. See rule 4, Decision to Race. The organizing authority will not accept any liability for material damage or personal injury or death sustained in conjunction with or prior to, during, or after the regatta.

27 **INSURANCE**

*Insert the currency and amount.*

Each participating boat shall be insured with valid third-party liability insurance with a minimum cover of ______ per event or the equivalent.





## Addendum A – Illustrating the Course

*Shown here are examples of course illustrations. Any course can be similarly shown. When there is more than one course, prepare a separate diagram for each course and state how each will be signalled.*

### A Windward–Leeward Course




**Start–1–2–1–2–Finish**

*Options for use with this course include*

*(1) increasing or decreasing the number of laps,*

*(2) deleting the final windward leg,*

*(3) using a gate instead of a leeward **mark**,*

*(4) using an offset **mark** at the windward **mark**, and*

*(5) using the leeward and windward **marks** as starting and finishing **marks**.*

## A Windward–Leeward–Triangle Course

**Start–1–2–3–1–3–Finish**




*Options for use with this course include*

*(1) varying the interior angles of the triangle (45°–90°–45° and 60°–60°–60° are common),*

*(2) deleting the last windward leg,*

*(3) using a gate instead of a leeward* ***mark*** *for downwind legs (but not reaches),*

*(4) using an offset* ***mark*** *at the beginning of downwind legs (but not reaches), and*

*(5) using the leeward and windward* ***marks*** *as starting and finishing* ***marks.***

*Be sure to specify the interior angle at each* ***mark.***





## Trapezoid Courses

**Start–1–2–3–2–3–Finish**




**Start–1–4–1–2–3–Finish**




*Options for use with this course include*

*(1) adding additional legs,*

*(2) using gates instead of leeward* ***marks*** *for downwind legs (but not reaches),*

*(3) varying the interior angles of the reaching legs,*

*(4) using an offset* ***mark*** *at the beginning of downwind legs (but not reaches), and*

*(5) finishing boats upwind rather than on a reach.*

*Be sure to specify the interior angle of each reaching leg. It is recommended that Mark 4 be different from the starting* ***mark.***

## Addendum B – Boats Provided by the Organizing Authority

*The following sailing instruction is recommended when all boats will be provided by the organizing authority. It can be changed to suit the circumstances. When used, it should be inserted after instruction 3.*

4 BOATS

4.1 Boats will be provided for all competitors, who shall not modify them or cause them to be modified in any way except that
(a) a compass may be tied or taped to the hull or spars;
(b) wind indicators, including yarn or thread, may be tied or taped anywhere on the boat;
(c) hulls, centreboards and rudders may be cleaned, but only with water;
(d) adhesive tape may be used anywhere above the water line; and
(e) all fittings or equipment designed to be adjusted may be adjusted, provided that the class rules are complied with.

4.2 All equipment provided with the boat for sailing purposes shall be in the boat while afloat.

4.3 The penalty for not complying with one of the above instructions will be disqualification from all races sailed in which the instruction was broken.

4.4 Competitors shall report any damage or loss of equipment, however slight, to the organizing authority's representative immediately after securing the boat ashore. The penalty for breaking this instruction, unless the [jury] [protest committee] is satisfied that the competitor made a determined effort to comply, will be disqualification from the race most recently sailed.

4.5 Class rules requiring competitors to be members of the class association will not apply.



# Appendix L – Recommendations for Protest Committees

*This appendix is advisory only; in some circumstances changing these procedures may be advisable. It is addressed primarily to protest committee chairmen but may also help judges, jury secretaries, race committees and others connected with protest and redress hearings.*

In a protest or redress hearing, the protest committee should weigh all testimony with equal care; should recognize that honest testimony can vary, and even be in conflict, as a result of different observations and recollections; should resolve such differences as best it can; should recognize that no boat or competitor is guilty until a breach of a *rule* has been established to the satisfaction of the protest committee; and should keep an open mind until all the evidence has been heard as to whether a boat or competitor has broken a *rule*.

L1 PRELIMINARIES (may be performed by race office staff)

- Receive the *protest* or request for redress.
- Note on the form the time the *protest* or request is delivered and the protest time limit.
- Inform each *party*, and the race committee when necessary, when and where the hearing will be held.

L2 BEFORE THE HEARING

Make sure that

- each *party* has a copy of the *protest* or request for redress. When copies are unavailable let the protestee read the *protest* or request before beginning.
- no member of the protest committee is an *interested party*. Ask the *parties* whether they object to any member. When redress is requested under rule 62.1(a), a member of the race committee should not be a member of the protest committee.
- only one person from each boat (or *party*) is present unless an interpreter is needed.
- all boats and people involved are present. If they are not, however, the committee may proceed under rule 63.3(b).