AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

Jack Foley.
Mary O'Donoghue and
David Robbins
VS. Loeb, Blad Co et al

APPEARANCE

CASE NUMBER: 06-CV-00053-S-LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Attorney Mark T. Nugent hereby enters his appearance as co-counsel for the plaintiffs.

5/23/07
Date

Mark T. Nugent
Signature

Mark T. Nugent
Print Name

Morrison Mahoney LLP
121 South Main St
Address

Prov RI 02903
City State Zip Code

Phone Number

FILED IN OPEN COURT
5/23/07
WAG
2:03