**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE and )
DAVID ROBBINS )
)
Plaintiffs, )
v. )
)
STEVEN M. LOEB, BLAD CO. and )
WILLIAM TRIPP, individually and d/b/a )
TRIPP DESIGN NAVAL ARCHITECTURE )
)
Defendants, )
and )
)
BLAIR BROWN, )
)
Third-Party Defendant. )

**MOTION TO SUPPLEMENT RECORD**

Now come the Plaintiffs, and request of this Honorable Court to amend their Statement of Undisputed Material Facts In Support of Motion for Summary Judgment (Document No. 71). In support of this motion, the Plaintiffs further state as follows:

1. On March 23, 2007, the Plaintiffs filed a Motion for Summary Judgement on their contract-based claims.

2. At a hearing held on May 23, 2007, counsel for all parties advised the Court that Blair Brown and Steven Loeb had executed an Official Entry Form, containing a Waiver and Release of Liability ("Waiver").

3. The Waivers are not part of the Summary Judgment record.

4. All parties acknowledge that Blair Brown and Steven Loeb signed the Waivers attached hereto.

5. All parties acknowledge that William Tripp signed no Waiver.

6. Inclusion of the Waivers in the record will aid the Court in its consideration of the Plaintiffs' Motion for Summary Judgment.

The Plaintiffs pray, therefore, that the attached Waivers be made part of the summary judgment record.



1064321v1

Respectfully Submitted,

Dated: June 26, 2007

**JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS**
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

**CERTIFICATE OF SERVICE**

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on June 26, 2007.

*/s/ Charles A. Cook*



1064321v1