SIRENA

# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

*Presented by Rolex*

Harbour Court Newport, Rhode Island July 12-21, 2002

## OFFICIAL ENTRY FORM

Entry deadline is June 28

**YACHT INFORMATION** Yacht Name: Sirena Sail #: 43690

Model: Tripp 43 LOA: 43 Year built: 1998

Designer: Tripp Design Builder: YDL NZ.

**ENTRANT INFORMATION** *(The entrant's name will appear on scratch sheets and results.)*

Entrant Name: Steven M. Loeb *Owner/Charterer (circle one)* [Owner circled]

Mailing Address: 2241 Shippan Avenue
Stamford, CT 06902

Daytime Phone: 212-225-2620 Mobile Phone: 917-854-4883 Fax: 212-225-3999

Email: SLoeb@sirena.com Club/Association: NYYC

**CREW INFORMATION** Skipper: Steven M Loeb Tactician: Bill Tripp

Helmsman: Steven M. Loeb Navigator: Ellen Federman.

**ENTRY AND PAYMENT INFORMATION**

SEGMENT ☑ **Handicap** July 12-16 ☑ **Distance Race** July 17 ☐ **One-Design** July 18-21

Division ☑ IMS ☐ 12 Metre [IMS 40]
☐ PHRF ☐ AMERICAP II

Name of One-Design Class: ______

Most current IMS GPH, PHRF or AMERICAP II rating: 561.5

Handicap Certificate ☑ Attached or ☐ To be filed prior to July 8 at 1700

**FEES***

☑ Handicap OR One-Design $350
☐ Handicap AND One-Design $600
☐ Distance Race Only $ 75

*(There is no additional fee for the distance race for yachts entered in the Handicap and/or One-Design Segments.)*

* If you are NOT a member of US SAILING or another National Sailing Authority a $25 fee must be added to the entry fee.

US Sailing Membership # or other National Sailing Authority ______

**PAYMENT** Check: Make payable to New York Yacht Club. *NYYC Members only*: charge to member account # L-192

Credit Card type ______ Number ______ Exp. Date ______

**RETURN** **Entry form, check if applicable and valid handicap rating certificate(s) to:**
Sailing Office/ New York Yacht Club/ 5 Halidon Avenue/ Newport, RI 02840
Tel (401) 845-9633 Fax (401) 846-3303 Email sailingoffice@nyyc.org Website www.nyyc.org

DO EW 6/00/02

**WAIVER AND RELEASE OF LIABILITY**

I understand that the safety of my yacht and that of its crew, and the decision whether or not to start or continue to race, are my responsibility and not that of the New York Yacht Club. In consideration of the Club's acceptance of the entry, I for myself and my heirs, legal representatives, successors and assigns, hereby waiver any and all claim which I and any of them may at any time have against the Club, its officers, members of the board of trustees, chairmen and members of Club committees, other Club members, and any of their employees and agents arising out of my participation and the participation of my yacht in this event.

I also agree to abide by the rules of the ______ class association, the International Sailing Federation Racing Rules of Sailing and US SAILING prescriptions, the Sailing Instructions of the host yacht club and by any and all other rules that govern the event.

[signature] 6/6/02

*Signature of Owner/Charterer* *Date*

SFORZANDO

# NEW YORK YACHT CLUB RACE WEEK AT NEWPORT

***Presented by Rolex***

Harbour Court Newport, Rhode Island July 12-21, 2002

## OFFICIAL ENTRY FORM

Entry deadline is June 28

**YACHT INFORMATION** Yacht Name Sforzando Sail # 50974

Model Custom LOA 45 Year built 98

Designer Jim Taylor Builder Goetz

**ENTRANT INFORMATION** *(The entrant's name will appear on scratch sheets and results.)*

Entrant Name Blaine Brown *Owner /Charterer (circle one)*

Mailing Address 185 Park St

Newton, MA 02458

Daytime Phone 617-965-2646 Mobile Phone 617-571-3656 Fax 617-965-8089

Email BlaineBrown@ATTBI.com Club/Association NYYC

**CREW INFORMATION** Skipper Blaine Brown Tactician

Helmsman Navigator

**ENTRY AND PAYMENT INFORMATION**

**SEGMENT** ☑ **Handicap July 12-16** ☑ **Distance Race July 17** ☐ **One-Design July 18-21**

Division ■ IMS ☐ 12 Metre Name of One-Design Class
☐ PHRF ☑ AMERICAP II

Most current IMS GPH, PHRF or AMERICAP II rating 664.1 Sec/mile

Handicap Certificate ☐ Attached or ☐ To be filed prior to July 8 at 1700

**FEES*** ☑ Handicap OR One-Design $350
☐ Handicap AND One-Design $600
☐ Distance Race Only $ 75

*(There is no additional fee for the distance race for yachts entered in the Handicap and/or One-Design Segments.)*

* If you are NOT a member of US SAILING or another National Sailing Authority a $25 fee must be added to the entry fee.

US Sailing Membership # or other National Sailing Authority 165809 ✓

**PAYMENT** Check: Make payable to New York Yacht Club. *NYYC Members only*: charge to member account # 815

Credit Card type Number Exp. Date

**RETURN** **Entry form, check if applicable and valid handicap rating certificate(s) to:**
Sailing Office/ New York Yacht Club/ 5 Halidon Avenue/ Newport, RI 02840
Tel (401) 845-9633 Fax (401) 846-3303 Email sailingoffice@nyyc.org Website www.nyyc.org

JUL 3

DOEW

**WAIVER AND RELEASE OF LIABILITY**

I understand that the safety of my yacht and that of its crew, and the decision whether or not to start or continue to race, are my responsibility and not that of the New York Yacht Club. In consideration of the Club's acceptance of the entry, I for myself and my heirs, legal representatives, successors and assigns, hereby waiver any and all claim which I and any of them may at any time have against the Club, its officers, members of the board of trustees, chairmen and members of Club committees, other Club members, and any of their employees and agents arising out of my participation and the participation of my yacht in this event.

I also agree to abide by the rules of the ______ class association, the International Sailing Federation Racing Rules of Sailing and US SAILING prescriptions, the Sailing Instructions of the host yacht club and by any and all other rules that govern the event.

[signature]
*Signature of Owner/Charterer*

6/30/02
*Date*