**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE and )
DAVID ROBBINS )
)
Plaintiffs, )
v. )
)
STEVEN M. LOEB, BLAD CO. and )
WILLIAM TRIPP, individually and d/b/a )
TRIPP DESIGN NAVAL ARCHITECTURE )
)
Defendants, )
and )
)
BLAIR BROWN, )
)
Third-Party Defendant. )

UNOPPOSED MOTION TO ENLARGE TIME

Now come the Plaintiffs and pray that this Court extend the deadline for Plaintiffs' Expert Disclosures until July 13, 2007. In support of this Motion, Plaintiffs state as follows:

1. There is pending before the Court several Motions for Summary Judgment which, if allowed, would reduce the number and types of experts required;

2. Despite Plaintiffs' diligence, they have not completed their Expert Disclosures;

3. No party will be prejudiced by the above by extension; and

4. The Defendants and Third-Party Defendant do not oppose this Motion.

WHEREFORE, the Plaintiffs pray that the Court grants this Motion and permit them to serve their Expert Disclosures on or before July 13, 2007.

Respectfully submitted,

Dated: July 2, 2007

**JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS**
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

**CERTIFICATE OF SERVICE**

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on July 2, 2007.

*/s/ Charles A. Cook*