06 038

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

RESPONSE OF THE DEFENDANT, WILLIAM TRIPP,
TO THE PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Now comes the defendant William Tripp and responds to the plaintiffs' motion to supplement the record and states as follows. This defendant has no objection to the motion except that he does request that Paragraph #5 state that all parties acknowledge that William Tripp did not sign a waiver. This request is intended to clarify paragraph 5. The co-defendant agrees to this response.

Attorneys for Defendants

/s/ THOMAS C. PLUNKETT

THOMAS C. PLUNKETT #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Michael J. Daly mdaly@vetterandwhite.com

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

John P. Walsh
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903-0819

Dated: July 2, 2007 /s/ THOMAS C. PLUNKETT