UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE, and DAVID ROBBINS, Plaintiffs | ) | C.A. No. 06-0053/S |
| vs. | ) | |
| STEVEN M. LOEB, BLAD CO., WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendants/ Cross Claimants/ Third Party Plaintiffs | ) | |
| vs. | ) | |
| BLAIR BROWN Third Party Defendant | ) | |

**MOTION TO WITHDRAW APPEARANCES OF**
**BENJAMIN V. WHITE AND MICHAEL J. DALY**

Benjamin V. White and Michael J. Daly hereby move to withdraw their appearances on behalf of defendant / cross claimant / third party plaintiff William Tripp, Individually and d/b/a Tripp Design Naval Architecture in the above-captioned matter.

This motion is filed pursuant to LR Gen 206(e)(2) because the following motions are pending before the Court:

1) Plaintiffs' Motion for Summary Judgment;

2) Third Party Defendant's Motion for Summary Judgment; and

3) Plaintiffs' Motion to Supplement Record.

Attorney Daly has provided an affidavit in support of this motion as required by LR Gen 206(e)(2). Hearing on this motion is not requested.

Respectfully submitted,

/s/ Michael J. Daly
/s/ Benjamin V. White

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: July 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Motion to Withdraw on July 3, 2007 and that the motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Charles A. Cook
Morrison Mahoney LLP
250 Sumner Street
Boston, MA 02210-1181
617-439-7505
617-342-4855 (fax)

John K. Fulweiller, Jr.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802
212-344-4700
212-422-5299 (fax)

John P. Graceffa
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02210
617-737-8854
617-342-4936 (fax)

Seth S. Holbrook
Holbrook & Murphy
15 Broad St.
Boston, MA 02109
617-428-1151
617-523-7379 (fax)

Richard S. Humphrey
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878
624-6152
624-8180 (fax)

Stefanie A. Murphy
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878
624-6152
624-8180 (fax)

Gareth W. Notis
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500
617-342-4821 (fax)

Mark T. Nugent
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903
331-4660
351-4420 (fax)

William E. O'Gara
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
824-5100
824-5123 (fax)

Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
831-2900
331-7123 (fax)

John P. Walsh
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
824-5100
824-5123 (fax)

Cary R. Wiener
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802
212-344-4700
212-422-5299 (fax)