UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE, and DAVID ROBBINS, Plaintiffs | ) | C.A. No. 06-0053/S |
| vs. | ) | |
| STEVEN M. LOEB, BLAD CO., WILLIAM TRIPP, INDIVIDUALLY, and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE, Defendants/ Cross Claimants/ Third Party Plaintiffs | ) | |
| vs. | ) | |
| BLAIR BROWN Third Party Defendant | ) | |

**AFFIDAVIT OF MICHAEL J. DALY, ESQ.**

Michael J. Daly, Esq., being duly sworn, upon oath deposes and says:

1. I currently am an attorney for defendant / cross claimant / third party plaintiff William Tripp, Individually and d/b/a Tripp Design Naval Architecture. I submit this affidavit in connection with the Motion to Withdraw Appearances of Benjamin V. White and Michael J. Daly;

2. William Tripp is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act [50 App. U.S.C. § 501 *et seq*], as amended;

3. Mr. Tripp has been notified of the motion to withdraw through his personal counsel, Carey Wiener, Esq.

4. Mr. Tripp been advised that he may object to this motion and confirms that he has no objection;

5. William Tripp has been, and continues to be, represented in this matter by Thomas Plunkett, Esq. (lead counsel), Attorney Wiener (admitted *pro hac vice*) and Attorney John Fulweiller, Esq. (admitted *pro hac vice*);

6. Attorney Plunkett has confirmed that if and when the Court grants this motion to withdraw, he may be substituted as local/sponsoring counsel for Attorney Wiener and Attorney Fulweiller and will file a notice to that effect.

7. Mr. Tripp may be contacted either through his personal counsel, Attorney Wiener, or through lead counsel, Attorney Plunkett. I have made a reasonable effort to confirm that notices sent to Attorney Wiener and Attorney Plunkett are likely to be received by Mr. Tripp.

Michael J. Daly, Esq.

Subscribed and sworn to before me
this 3rd day of July, 2007

Gordon Cleary, Esq., Notary Public

My Commission Expires: 7/16/09