06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

MOTION TO EXTEND

Now come the defendants, William Tripp, Steven Loeb and Blad Co. and move that the time within which they are to make expert disclosures be extended up to and including August 20, 2007. The additional time is requested so that the necessary experts can be decided upon and to provide sufficient time to prepare opinions. The plaintiffs' disclosures were made on July 13, 2007.

The plaintiff and the third-party defendant have no objection to this motion.

/s/ THOMAS C. PLUNKETT

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

/s/ William O'Gara

William O'Gara
PANNONE LOPES & DEVEREAUX
1800 One Financial Plaza
Providence, RI 02903

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

William E. O'Gara wogara@pld-law.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

John P. Graceffa
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

Dated: July 26, 2007 /s/ THOMAS C. PLUNKETT