UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| v. | : | C.A. No.: 06-0053 S-LDA |
| STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |
| v. | : | |
| BLAIR BROWN<br>Third Party Defendant | : | |

## JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure, the Defendants Steven M. Loeb, Blad Co., and William Tripp, in agreement with the Plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins (collectively the "Parties"), hereby move jointly to extend the discovery deadline from August 2, 2007 to August 31, 2007 so that the parties can finalize the discovery on the following items:

- Plaintiffs' responses to the Defendants' interrogatories;
- Plaintiff's responses to the Defendants' request for tax documents;
- Plaintiffs' responses to the Defendants' request for medical bills concerning the three Plaintiffs;
- Plaintiffs' responses to the Defendants' request for employment information from Plaintiff Foley's Dallas employer;
- Defendants' responses to the Plaintiffs' request for financial information concerning Blad Co.; and
- Defendants' response to the Plaintiffs' request for drawings by William Tripp concerning the alleged incident.

The Parties have discussed these various matters during a conference call on July 31, 2007 and have agreed to exchange the above information before the end of August. This motion to extend the discovery deadline for these limited matters has been made in lieu of a motion to compel.

**WHEREFORE**, the Parties respectfully request that this Court extend the discovery deadline from August 2, 2007 to August 31, 2007 so that the parties can exchange the information listed above.

Respectfully submitted,

**PLAINTIFFS JACK FOLEY, MARY O'DONAGHUE, AND DAVID ROBBINS**
By their attorneys
**MORRISON MAHONEY LLP**

/s/Charles Cook

John P. Graceffa, Esq. (R.I. BBO 5201)
Charles Cook, Esq. (MA BBO 097580)
Garneth Notis, Esq. (MA BBO 637814)
250 Summer Street
Boston, MA 02210
(617)439-7500

**DEFENDANTS STEVEN M. LOEB and BLAD CO.**
By their attorneys
**PANNONE LOPES & DEVEREAUX**

/s/ John P. Walsh

William E. O'Gara (#4257)
John P. Walsh (#6709)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

**DEFENDANTS WILLIAM TRIPP**
By his attorneys
**KIERNAN, PLUNKETT, & REDIHAN**

/s/ Thomas Plunkett

Thomas Plunkett, Esq. (BBO 1662)
91 Friendship Street
Providence, RI 02903
(401) 831-2900 (telephone)
(401) 331-7123 (fax)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent on the 1st day of August 2007 to the following:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Seth Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

/s/ John P. Walsh