**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB,
BLAD CO. AND WILLIAM TRIPP,
Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants,

v.

BLAIR BROWN,
Third-Party Defendant.

**JOINT MOTION TO FURTHER AMEND PRE-TRIAL ORDER**

Now come all the parties in the above matter and move that the Pre-Trial Order ("Order") dated October 5, 2006 by the Court (Smith, J.), last amended on January 24, 2007, (Smith, J.) ("Amended Order"), be further amended by providing that the deadline for filing pre-trial memoranda be changed from **August 16, 2007** to **September 21, 2007**.

In support of this Motion, all parties state the following:

1. At the request of all counsel, this Court extended the discovery deadline in this matter from August 2, 2007 to August 31, 2007.

2. The parties are in the process of completing the limited amount of outstanding discovery that remains, including the Defendants' expert witness disclosures, by the new deadline of August 31, 2007.

3. The Amended Order requires the parties to identify all exhibits to be used at trial

in the pre-trial memoranda.

4. All outstanding discovery must be completed before the parties are able to identify exhibits for trial.

5. There is pending before the Court several Motions for Summary Judgment. The Court's ruling on those motions will have an effect on the exhibits and witnesses to be identified.

6. Counsel for all parties ask this Court to further amend the deadline for filing pre-trial memoranda to **September 21, 2007**.

6. Counsel for all parties agree to this proposed amendment to the Amended Order, and assert that no party will be prejudiced thereby.

Based upon the foregoing, counsel for all parties pray that this Court further amend the Pre-Trial Order by establishing the deadline for the filing of pre-trial memoranda as September 21, 2007.

Respectfully Submitted,

Dated: August 9, 2007

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

John P. Graceffa, Esq. (RI BAR #5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
617-439-7500

Respectfully Submitted,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/ John K. Fulweiler, Jr.*

John K. Fulweiler, Jr., Esq.
Cary R. Weiner, Esq.
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006-2802

Respectfully Submitted

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
By their attorneys:

*/s/Thomas C. Plunkett*

Thomas C. Plunkett, Esq. (RI Bar 1662)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Respectfully Submitted,

STEVEN M. LOEB and BLAD CO.
By their attorneys:

*/s/ William E. O'Gara*

William E. O'Gara, Esq. (RI Bar 4527)
John P. Walsh, Esq. (RI Bar 6709)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Respectfully Submitted,

BLAIR BROWN
By his attorneys,

*/s/ Richard S. Humphrey*

Richard S. Humphrey, Esq. (RI Bar 2920)
Stephanie A. Murphy, Esq. (RI Bar 7252)
Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, RI 02878

Respectfully Submitted,

BLAIR BROWN
By his attorney,

*/s/ Seth S. Holbrook*

Seth S. Holbrook, Esq. (RI Bar 5677)
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

## CERTIFICATE OF SERVICE

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on August 9, 2007.

*/s/ Charles A. Cook*
Charles A. Cook, Esq.