UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, MARY O'DONOGUE and DAVID ROBBINS<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN M. LOEB, BLAD CO. and WILLIAM TRIPP, individually and d/b/a TRIPP DESIGN NABAL ARCHITECTURE<br><br>Defendants,<br><br>and<br><br>BLAIR BROWN,<br><br>Third-Party Defendant. | C.A. No. 06-CV-0053-S-LDA |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
STEVEN LOEB and BLAD CO.

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on 15th day of August, 2007

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com; mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com;<br>smorriso@morrisonmahoney.com;<br>gnotis@morrisonmahoney.com;<br>jgraceffa@morrisonmahoney.com |
| Seth Holbrook, Esq. | holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

/s/ William E. O'Gara

Doc #6378