UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs<br><br>vs.<br><br>STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants<br><br>v.<br><br>BLAIR BROWN<br>Third Party Defendant | : | C.A. No. 06-0053-S-LDA |

## JOINT MOTION TO FURTHER AMEND PRETRIAL ORDER

Now come all the parties in the above matter and move that the Pre-Trial Order ("Order") dated October 5, 2006 by the Court (Smith, J.) last amended on August 10, 2007, (Smith, J.) ("Amended Order"), be further amended by providing that the deadline for filing pre-trial memoranda be changed from September 21, 2007 to November 21, 2007.

In support of this Motion, all parties state the following:

1. There is pending before the Court several Motions for Summary Judgment. The Court's ruling on those motions will assist in ongoing settlement discussions and affect the exhibits and witnesses to be identified.

2. Counsel for all parties ask this Court to further amend the deadline for filing pre-trial memoranda to November 21, 2007.

3. Counsel for all parties agree to this proposed amendment to the Amended Order, and assert that no party will be prejudiced thereby.

Based upon the foregoing, counsel for all parties pray that this Court further amend the Pre-Trial Order by establishing the deadline for the filing of pre-trial memoranda as November 21, 2007.

RESPECTFULLY SUBMITTED,

Dated: September 13, 2007

STEVEN M. LOEB and BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

RESPECTFULLY SUBMITTED,

JACK FOLEY, MARY O'DONOGHUE AND
DAVID ROBBINS

By their attorneys,
MORRISON MAHONEY LLP

/s/ Charles A. Cook

John P. Graceffa, Esquire (#5201)
Charles A. Cook, Esq. (MA BBO #097580)
Gareth Notis, Esq. (MA BBO #637814)
250 Summer Street
Boston, MA 02210
(617) 439-7500 (telephone)

RESPECTFULLY SUBMITTED,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

By their attorneys,

/s/ John K. Fulweiler, Jr.

John K. Fulweiler, Jr., Esquire
Cary R. Weiner, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802

RESPECTFULLY SUBMITTED,

WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

By their attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett, Esquire (#1662)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

RESPECTFULLY SUBMITTED,

BLAIR BROWN

By his attorneys,

/s/ Richard S. Humphrey

Richard S. Humprey, Esquire (#2920)
Stephanie A. Murphy, Esq. (#7252)
Law Offices of Richard S. Humphrey
3852 S Main Road
Tiverton, RI 02878

RESPECTFULLY SUBMITTED,

BLAIR BROWN

By his attorneys,

/s/ Seth S. Holbrook

Seth S. Holbrook, Esquire (#5677
Holbrook & Murphy
15 Broad Street
Boston, MA 02109

Doc #6714