UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACK FOLEY, et al.,<br>Plaintiffs,<br><br>v.<br><br>STEVEN M. LOEB, et al.,<br>Defendants,<br><br>v.<br><br>BLAIR BROWN,<br>Third Party Defendant. | C.A. No. 06-53 S |

**DECISION AND ORDER**

WILLIAM E. SMITH, United States District Judge

Before the Court for determination is a Motion for Summary Judgment filed by Plaintiffs Jack Foley, Mary O'Donoghue, and David Robbins (collectively, "Plaintiffs") against Defendants Steven M. Loeb, Blad Co., and William Tripp (collectively, "Defendants"), and a Motion for Summary Judgment filed by Third Party Defendant Blair Brown ("Third Party Defendant") against Defendants.

In order to give the parties some guidance, the Court has determined it would be helpful to issue a decision and order on the pending motions for summary judgment, to be supplemented at a later time by a comprehensive decision explicating the Court's analysis, if necessary.

Therefore, the Court hereby DENIES the motions for summary judgment filed by Plaintiffs and Third Party Defendant.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 11/19/07