UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| vs. | : | C.A. No. 06-0053-S-LDA |
| STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |

**DEFENDANTS STEVEN LOEB AND BLAD COMPANY'S MOTION TO COMPEL**

Defendants, Steven M. Loeb and Blad Co. hereby move plaintiffs be ordered to immediately produce the state and federal income tax returns of the plaintiffs, including all schedules, attachments, W-2 and 1099 forms, for the five years prior to the incident though the present for the reasons set forth in the accompanying memorandum.

RESPECTFULLY SUBMITTED,

DEFENDANTS, STEVEN M. LOEB and
BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent on 15th day of January, 2008 to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Seth Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

/s/ William E. O'Gara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JACK FOLEY, MARY O'DONOGHUE and DAVID ROBBINS<br>Plaintiffs | : | |
| vs. | : | C.A. No. 06-0053-S-LDA |
| STEVEN M. LOEB, BLAD CO., and WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE<br>Defendants | : | |

DEFENDANTS STEVEN M. LOEB AND BLAD COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

On August 24, 2006, these defendants served plaintiffs with a request for production for the state and federal income tax returns of the plaintiffs, including all schedules, attachments, W-2 and 1099 forms, for the five years prior to the incident though the present. The defendants need the documents prior to mediation scheduled for February 14, 2008. The motion to compel should be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS, STEVEN M. LOEB and
BLAD COMPANY

By their attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent on 15th day of January, 2008 to:

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134

Seth Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

/s/ William E. O'Gara

Doc #8118