**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO:06-0053 S-LDA**

**JACK FOLEY, MARY O'DONAGHUE**
**and DAVID ROBBINS,**
**Plaintiffs**
**VS.**

**STEVEN M. LOEB, BLAD CO.**
**KEVIN DAILEY, WILLIAM TRIPP,**
**Individually and D/B/A TRIPP**
**DESIGN NAVAL ARCHITECTURE,**
**Defendants**
**VS.**

**BLAIR BROWN,**
**Third Party Defendant**

**WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE**

William E. O'Gara, Esq. hereby withdraws his appearance on behalf of Defendants, Steven M. Loeb and Blad Co. Robert E. Collins, Esq. hereby enters his appearance on behalf of Defendants, Steven M. Loeb and Blad Co.

Respectfully submitted,

By their attorneys

STEVEN M. LOEB and BLAD CO.

_"/S/Robert E. Collins"
Robert E. Collins (#2951)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
Tel: (617) 723-9165
Fax: (617) 720-3489

__"/S/William E. O'Gara"___
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 6th day of February, 2008.

Notice will be electronically mailed to:

| | |
|---|---|
| Benjamin V. White, Esq. | bwhite@vetter&white.com<br>mdaly@vetter&white.com |
| Thomas C. Plunkett, Esq. | tplunkett@kprlaw.com |
| Charles A. Cook, Esq. | cook@morrisonmahoney.com<br>smorriso@morrisonmahoney.com<br>gnotis@morrisonmahoney.com<br>jgraceffa@mmorrisonmahoney.com |
| Seth Holbrook, Esq. | Holbrook_murphy@msn.com |
| Cary R. Wiener, Esq. | cwiener@marinelex.com |

Notice will be delivered via regular mail to:

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Joseph E. Donat, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

_"/S/William E. O'Gara"________