**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

-----------------------------------------------------X
JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN
--------------------------------------------------X

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant William Tripp, individually, and d/b/a Tripp Design Naval Architecture hereby moves that William E. Lakis be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. Cary Weiner, who has been admitted pro hac vice in this matter, will be withdrawing from the case.

William Tripp, Individually, and
d/b/a Tripp Design Naval Architecture
(Defendant)

/s/ Thomas C. Plunkett
By: Thomas C. Plunkett, Esq. (1662)

Address: KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

DATED: February 11, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court, Southern and Eastern Districts of New York; U.S. District Court, District of New Jersey, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending

against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

/s/ William E. Lakis
William E. Lakis, Esq. #WL-9355
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212)344-4700 [TEL.]; (212)422-5299 [FAX]
**wlakis@marinelex.com**

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Thomas C. Plunkett
Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Michael J. Daly mdaly@vetterandwhite.com

Case 1:06-cv-00053-S-LDA Document 96 Filed 02/11/2008 Page 3 of 4

Benjamin V. White, III bwhite@vetter&white.com; mdaly@vetterandwhite.com;

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

Seth S. Holbrook Holbrook_murphy@msn.com

Cary R. Wiener cwiener@marinelex.com

Richard S. Humphrey Richardhumphrey@richardhumphreylaw.com

Stefanie A. Murphy stefaniemurphy@richardhumphreylaw.com

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Joseph E. Donat, Esq.
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY 10005

John K. Fulweiler, Esq.
DeORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802

John P. Graceffa
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

Gareth W. Notis
Morrison Mahoney & Miller
250 Summer Street
Boston, MA 02210

John P. Walsh
Holland & Knight LLP
One Financial Plalza
Suite 1800
Providence, RI 02903-0819

Robert Collins
Clinton & Muzyka, PC
One Washington Mall
Boston, MA 02108

Dated: February 11, 2008 /s/ THOMAS C. PLUNKETT

**ORDER**

This motion is hereby Granted

WSM
District Judge

Date: 2/14/08