**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO:06-0053 S-LDA**

**JACK FOLEY, MARY O'DONAGHUE**
**and DAVID ROBBINS,**
**Plaintiffs**
**VS.**

**STEVEN M. LOEB, BLAD CO.**
**KEVIN DAILEY, WILLIAM TRIPP,**
**Individually and D/B/A TRIPP**
**DESIGN NAVAL ARCHITECTURE,**
**Defendants**
**VS.**

**BLAIR BROWN,**
**Third Party Defendant**

**ENTRY OF APPEARANCE**

Robert E. Collins, Esq. hereby enters his appearance on behalf of Defendant, William Tripp, Individually and d/b/a Trip Design Naval Architecture.

Respectfully submitted,

By its attorneys,

_"/S/Robert E. Collins"

Robert E. Collins (#2951)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
Tel: (617) 723-9165
Fax: (617) 720-3489

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 13th day of March, 2008.

Notice will be electronically mailed to:

Thomas C. Plunkett, Esq. tplunkett@kprlaw.com

Charles A. Cook, Esq. cook@morrisonmahoney.com
smorriso@morrisonmahoney.com
gnotis@morrisonmahoney.com
jgraceffa@mmorrisonmahoney.com

Seth Holbrook, Esq. Holbrook_murphy@msn.com

William E. Lakis, Esq. wlakis@marinelex.com

Richard S. Humphrey, Esq.
richardhumphrey@richardhumphreylaw.com

John P. Walsh, Esq. jwalsh@pld-law.com

Notice will be delivered via regular mail to:

_"/S/Robert E. Collins"________