UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
No. 06-CV-0053-S-LDA

JACK FOLEY, et als :
:
vs. :
:
STEVEN M. LOEB, et als :

Corrected ENTRY OF APPEARANCE

Michael R. Hagopian hereby enters his appearance as counsel on behalf of the Defendants, Steven M. Loeb, Blad Co. and William Tripp, individually and d/b/a Tripp Design Naval Architecture, in the above matter.

The purpose of this corrected Notice is to correct a typographical error in the address of counsel

Respectfully submitted,

_/s/ Michael R. Hagopian_____
Michael R. Hagopian #3448
212 Greenwich Avenue
Warwick, R.I. 02886
(401) 384-8080

CERTIFICATION

I hereby certify that a true copy of the foregoing was sent to all counsel of record, on this _20th___ day of March, 2008.

_/s/ Michael R. Hagopian__