**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO:06-0053 S-LDA**

**JACK FOLEY, MARY O'DONAGHUE**
**and DAVID ROBBINS,**
**Plaintiffs**
**VS.**

**STEVEN M. LOEB, BLAD CO.**
**KEVIN DAILEY, WILLIAM TRIPP,**
**Individually and D/B/A TRIPP**
**DESIGN NAVAL ARCHITECTURE,**
**Defendants**
**VS.**

**BLAIR BROWN,**
**Third Party Defendant**

**DEFENDANTS' MOTION TO STRIKE JURY TRIAL CLAIM**

Now come the defendants, Steven M. Loeb, Blad Co. and William Tripp, Individually and d/b/a Tripp Design Naval Architecture, by their attorneys, and move this Honorable Court to Strike the Jury Trial Claim in the above captioned matter. As a basis therefore, the defendants state that the plaintiffs and third-party defendant have brought claims in admiralty pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and are, accordingly, not entitled to a jury trial, even though diversity of jurisdiction may exist.

The defendants further rely upon the attached Memorandum of Law in support of its Motion to Strike Jury Trial Claim.

**WHEREFORE**, the defendants pray this Honorable Court strike the jury claim.

Respectfully submitted,

By their attorneys,

_"/S/Robert E. Collins"

Robert E. Collins (#2951)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
Tel: (617) 723-9165
Fax: (617) 720-3489

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 31st day of March, 2008.

Notice will be electronically mailed to:

Thomas C. Plunkett, Esq. tplunkett@kprlaw.com

Charles A. Cook, Esq. cook@morrisonmahoney.com
smorriso@morrisonmahoney.com
gnotis@morrisonmahoney.com
jgraceffa@mmorrisonmahoney.com

Seth Holbrook, Esq. Holbrook_murphy@msn.com

Cary R. Wiener, Esq. cwiener@marinelex.com

_"/S/Robert E. Collins"_