# EXHIBIT "4"

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAY 1 9 2006

JACK FOLEY, MARY O'DONAGHUE and DAVID ROBBINS : Plaintiffs

v. C.A. No.: 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO. KEVIN DAILEY, WILLIAM TRIPP, Individually and D/B/A TRIPP DESIGN NAVAL ARCHITECTURE : Defendants

v.

BLAIR BROWN : Third Party Defendant

## THIRD-PARTY COMPLAINT OF STEVEN M. LOEB AND BLAD CO.

1. Defendant/third-party plaintiff, Steven M. Loeb ("Loeb") is a citizen and resident of the State of Connecticut.

2. Defendant/third-party plaintiff Blad Co. ("Blad") is a corporation organized under the laws of Delaware with its principal place of business in New York. At all times relevant hereto, Blad was the owner of the sailing vessel Sirena.

3. Upon information and belief, third-party defendant Blair Brown ("Brown") is a citizen and resident of the State of Rhode Island. At all times relevant hereto, Brown was the owner of the sailing vessel Sforzando and liable for any injury or damage pursuant to R.I. Gen. Law §46-22-15.

4. Upon information and belief, plaintiff Jack Foley is a citizen and resident of the Commonwealth of Massachusetts.

5. Upon information and belief, plaintiff Mary O'Donoghue is a citizen and resident of the Commonwealth of Massachusetts.

6. Upon information and belief, plaintiff David Robbins is a citizen and resident of the Commonwealth of Massachusetts.

7. Third-party plaintiffs repeat and reiterate each and every allegation of their answer to the complaint.

8. The plaintiffs' complaint alleges that they sustained personal injuries as the result of the collision of the sailing vessel Sirena and sailing vessel Sforzando.

9. If Loeb and Blad are under any liability by reasons of the matters alleged in the complaint, which liability is denied, then any and all liability was caused wholly or in part by the fault of the third-party defendant and the third-party plaintiffs are entitled to contribution and/or indemnification.

WHEREFORE, third-party plaintiffs demand judgment dismissing the plaintiff's complaint and, in the alternative, demand that the rights of the third-party plaintiffs and third-party defendant be determined in this action and that judgment enter against the third-party defendant for any sum which may be recovered herein by the plaintiffs, together with costs and attorneys' fees.

Respectfully submitted,

By their attorneys
STEVEN M. LOEB and BLAD CO.

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 One Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

## CERTIFICATION

19th [redacted] The undersigned hereby certifies that a true copy of the within was sent on ______ day of [redacted] via first class mail postage prepaid to: MAY 2006

Brian P. Heermance, Esq.
Morrison Mahoney, LLP
17 State Street
New York, NY 10004

Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903-1358

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

John K. Fulweiler, Esq.
DeOrchis & Partners, LLP
61 Broadway
New York, NY 10006

Charles A. Cook, Esq.
Morrison Mahoney Miller, LLP
250 Summer Street
Boston, MA 02210-1134