**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE )
AND DAVID ROBBINS )
Plaintiffs, )
v. )
)
STEVEN M. LOEB, )
BLAD CO. AND WILLIAM TRIPP, )
Individually and d/b/a TRIPP DESIGN )
NAVAL ARCHITECTURE )
Defendants, )
v. )
)
BLAIR BROWN, )
Third-Party Defendant. )

**ASSENTED TO MOTION TO ENLARGE TIME TO OPPOSE DEFENDANTS' MOTION TO STRIKE JURY TRIAL CLAIM**

Now come the plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins, by their counsel, and move this Court enlarge the time for Plaintiffs to submit their opposition to the defendants', Steven M. Loeb, Blad Co., and William Tripp, Individually and d/b/a/ Tripp Design Naval Architecture, Motion to Strike Jury Trial Claim. In support of their motion, Plaintiffs state the following:

1. On March 31, 2008, Defendants filed their Motion to Strike Jury Trial Claim and Memorandum in Support ("Motion to Strike");

2. Pursuant to Local Rules of the United States District Court for the District of Rhode Island, Plaintiffs must file their Opposition to Defendants' Motion to Strike on or before Monday, April 14, 2008;

3. On the morning of Friday, April 11, 2008, counsel for Defendants, Robert E. Collins, granted Plaintiffs a one week of extension of time in which to file their Opposition;

4. Accordingly, Defendants agree Plaintiffs may file their Opposition to Defendants' Motion to Strike on or before Monday, April 21, 2008; and

5. The extension of time granted by Defendants to Plaintiffs does not prejudice any party to this action.

WHEREFORE, Plaintiffs respectfully request this Court grant this assented to motion and allow Plaintiffs to file their Opposition to Defendants' Motion to Strike on or before Monday, April 21, 2008.

Respectfully submitted,
JACK FOLEY, MARY O'DONOGHUE, AND DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

Charles A. Cook, BBO# 097580
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

**CERTIFICATE OF COMPLIANCE**

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on April 11, 2008.

/s/ Charles A. Cook