UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS,
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE,
Defendants,

v.

BLAIR BROWN,
Third-Party Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins (collectively, "Plaintiffs") hereby move that Sarah A. Smegal be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Dated: May 2, 2008

Respectfully submitted,
JACK FOLEY, MARY O'DONOGHUE, AND DAVID ROBBINS

By their Attorneys,
MORRISON MAHONEY LLP

Charles A. Cook, Esq. (MA Bar # 0975804)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Main Phone: (617) 439-7500
Direct Phone: (617) 439-7522
Fax: (617) 342-4882
Email: ccookl@morrisonmahoney.com

I hereby certify that I have reviewed the Application for *Pro Hac Vice* Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Dated: May 2, 2008

Respectfully submitted,
MORRISON MAHONEY LLP

P.

John P. Graceffa, Esq. (RI Bar # 5201)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Main Phone: (617) 439-7500
Direct Phone: (617) 737-8854
Fax: (617) 342-4936
Email: jgraceffa@morrisonmahoney.com

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

## CERTIFICATE OF COMPLIANCE

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first-class mail to those indicated on the NEF as non-registered participants on May 2, 2008.

Charles A. Cook, Esq.