**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------X
JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN
-------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEREANCE**

PLEASE TAKE NOTICE that Cary R. Wiener hereby moves to withdrawal his appearance as counsel for Defendant William Tripp, individually, and d/b/a Tripp Design Naval Architecture in the above case.

DATED: May 6, 2008

DeOrchis & Partners, LLP
By
s/Cary R. Wiener
61 Broadway, 26th Floor
New York, NY 10006-2802
(212)344-4700 [TEL.];
(212)422-5299 [FAX]
**cwiener@marinelex.com**
**cwiener@pantaenius.com**