UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS,
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE,
Defendants,

v.

BLAIR BROWN,
Third-Party Defendant.

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins (collectively, "Plaintiffs") hereby move that Sarah A. Smegal be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Dated: May 2, 2008

Respectfully submitted,
JACK FOLEY, MARY O'DONOGHUE, AND DAVID ROBBINS

By their Attorneys,
MORRISON MAHONEY LLP

Charles A. Cook, Esq. (MA Bar # 0975804)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Main Phone: (617) 439-7500
Direct Phone: (617) 439-7522
Fax: (617) 342-4882
Email: ccookl@morrisonmahoney.com

Case 1:06-cv-00053-S-LDA Document 109 Filed 05/02/2008 Page 2 of 3

I hereby certify that I have reviewed the Application for *Pro Hac Vice* Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Dated: May 2, 2008

Respectfully submitted,
MORRISON MAHONEY LLP

John P. Graceffa, Esq. (RI Bar # 5201)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Main Phone: (617) 439-7500
Direct Phone: (617) 737-8854
Fax: (617) 342-4936
Email: jgraceffa@morrisonmahoney.com

**ORDER**

This motion is hereby ✓ GRANTED _____ DENIED

W E Smith
District Judge

5/7/08
Date



1121091v1