06 038

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACK FOLEY, MARY O'DONOGHUE
and DAVID ROBBINS

VS

C.A.NO. 06-0053 S-LDA

STEVEN M. LOEB, BLAD CO.,
KEVIN DAILEY, WILLIAM TRIPP,
INDIVIDUALLY, and d/b/a TRIPP
DESIGN NAVAL ARCHITECTURE

VS

BLAIR BROWN

**MOTION TO CHANGE TRIAL DATE**

Now come the defendants, Steven M. Loeb, Blad Co., and William Tripp, individually and d/b/a Tripp Design Naval Architecture, and move that the trial date be changed from the week of June 23, 2008. The reason is that Mr. Tripp and one of the experts for the defendant have very substantial business commitments that week. All parties have conferred and agreed to the continuance of the trial date and join in this motion. However, the parties have not yet agreed upon a new date to suggest to the court. These defendants would request a continuance to the middle two weeks of July. The third party defendant is also agreeable to either July or September. The plaintiffs would request a time after September 15. The plaintiff's attorney will submit a response to this motion outlining his request.

The defendants respectfully request a continuance of the trial date to July 7, 2008, if possible.

Steven M. Loeb and Blad Co., by their attorney,

/s/ Thomas Muzyka

______________________________

Thomas Muzyka (365540)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
(617) 723 9165

William Tripp, individually and d/b/a Tripp Design Naval Architecture by their attorneys,

/s/ Thomas C. Plunkett

______________________________

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

/s/ Thomas Muzyka

Thomas Muzyka (365540)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
(617) 723 9165

CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Charles A. Cook cook@morrisonmahoney.com; smorriso@morrisonmahoney.com; gnotis@morrisonmahoney.com; jgraceffa@morrisonmahoney.com

Seth S. Holbrook Holbrook_murphy@msn.com

Robert E. Collins rcollins@clinmuzyka.com

Michael R. Hagopian Michael@mhagopianlaw.com

William E. Lakis wlakis@marinelex.com

Dated: May 14, 2008 /s/ THOMAS C. PLUNKETT