**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,
v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants,
v.

BLAIR BROWN,
Third-Party Defendant.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CHANGE TRIAL DATE**

Now come the plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins (collectively, "Plaintiffs"), by their counsel, and submit this response to Motion to Change Trial Date ("Motion") filed by the defendants, Steven M. Loeb, Blad Co., and William Tripp, individually and d/b/a/ Tripp Design Naval Architecture (collectively, "Defendants"), on May 14, 2008. Plaintiffs support Defendants' Motion and request that Defendants' Motion be granted. However, Plaintiffs wish to respond to the trial date requested by Defendants.

Plaintiffs were first approached several weeks ago by counsel for William Tripp regarding a postponement of the trial of this matter. Plaintiffs acknowledged and accepted Defendant Tripp's reasons for seeking postponement and agreed to postpone the trial. Since then, Plaintiffs and Defendants have been unable to determine a new trial date agreeable to all parties. Defendants seek a trial date in mid-July. Plaintiffs request that the trial begin on or after

September 15, 2008. The Third Party Defendant is amenable to either trial date.

As counsel for Defendants are aware, Plaintiffs' lead counsel will be in China for part of July, including part of the time Defendants seek to conduct the trial, and all of August. Also, one of Plaintiffs' expert witnesses is unavailable for trial in mid-July. For those reasons, Plaintiffs expressed preference for a trial date on or after mid-September. On information and belief, Defendants are available for trial in mid-September, but simply prefer a mid-July trial date.

If this Court is not inclined to schedule trial on or after mid-September, Plaintiffs pray that the Court grant the Defendants' Motion and set a mutually convenient trial date on May 30, 2008 when all parties appear for a hearing on Defendants' Motion to Strike Jury Trial Claim.

In the alternative, if the Court wishes to set a new trial date prior to the May 30, 2008 hearing, Plaintiffs propose that the parties confer with the Court by conference call. Defendants' counsel have indicated to Plaintiffs' counsel that they are willing to participate in such a conference call.

Dated: May 15, 2008

Respectfully submitted,
JACK FOLEY, MARY O'DONOGHUE, AND DAVID ROBBINS
By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Charles A. Cook*

Charles A. Cook, BBO# 097580
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

**CERTIFICATE OF COMPLIANCE**

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on May 15, 2008.

*/s/ Charles A. Cook*