**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

C.A. NO. 06-CV-00053-S-LDA

JACK FOLEY, MARY O'DONOGHUE AND DAVID ROBBINS
Plaintiffs,

v.

STEVEN M. LOEB, BLAD CO. AND WILLIAM TRIPP, Individually and d/b/a TRIPP DESIGN NAVAL ARCHITECTURE
Defendants,

v.

BLAIR BROWN,
Third-Party Defendant.

**NOTICE OF APPEARANCE**

TO: The Clerk of the United States District Court for the District of Rhode Island

Kindly enter my appearance as counsel for the plaintiffs, Jack Foley, Mary O'Donaghue, and David Robbins in the above-captioned matter. Please note that Charles A. Cook, Esq. remains lead counsel of record in this matter.

Dated: May 27, 2008

Respectfully submitted,
JACK FOLEY, MARY O'DONOGHUE, AND DAVID ROBBINS

By their Attorneys,
MORRISON MAHONEY LLP

*/s/ Sarah A. Smegal*

Charles A. Cook, BBO# 097580
Sarah A. Smegal, BBO# 655114
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Local Counsel:

*/s/ John P. Graceffa*

John P. Graceffa, Esq. (RI Bar # 5201)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

**CERTIFICATE OF COMPLIANCE**

I hereby certify this document is being filed through the ECF system, is available for viewing and downloading to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by facsimile and first class mail to those indicated on the NEF as non-registered participants on May 27, 2008.

*/s/ Sarah A. Smegal*