UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
No. 06-CV-0053-S-LDA

JACK FOLEY, et als :
:
vs. :
:
STEVEN M. LOEB, et als :

## ENTRY OF APPEARANCE

Michael R. Hagopian hereby withdraws his appearance as co-counsel (local) on behalf of the Defendants, Steven M. Loeb, Blad Co. and William Tripp, individually and d/b/a Tripp Design Naval Architecture, in the above matter.

Craig J. Watkinson hereby enters his appearance as co-counsel (local) on behalf of the Defendants, Steven M. Loeb, Blad Co. and William Tripp, individually and d/b/a Tripp Design Naval Architecture, in the above matter.

Respectfully submitted,

/s/ Michael R. Hagopian
Michael R. Hagopian #3448
212 Greenwich Avenue
Warwick, R.I. 02886
(401) 384-8080

/s/ Craig J. Watkinson
Craig J. Watkinson # 4125
931 Jefferson Blvd – Ste 2007
Warwick, RI 02886
(401) 739-1100

## CERTIFICATION

I hereby certify that a true copy of the foregoing was sent to all counsel of record, on this 29th day of May, 2008.

_/s/ Michael R. Hagopian__